Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
 (*Pro Hac Vice to be Submitted*)
dsochia@mckoolsmith.com
Ashley N. Moore (TX SBN 24074748)
 (*Pro Hac Vice to be Submitted*)
amoore@mckoolsmith.com
Alexandra F. Easley (TX SBN 24099022)
 (*Pro Hac Vice to be Submitted*)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

James E. Quigley (TX SBN 24075810)
 (*Pro Hac Vice to be Submitted*)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744

Attorneys for Plaintiff
PALO ALTO RESEARCH CENTER INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, <br><br> Defendant. | Case No. 2:20-cv-10754 <br><br> **CORPORATE DISCLOSURE STATEMENT FOR PALO ALTO RESEARCH CENTER INC.** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Palo Alto Research Center Inc. ("PARC") states:

- Plaintiff PARC hereby certifies that it is a wholly-owned subsidiary of Xerox Corporation.
- Xerox Corporation is a wholly-owned subsidiary of Xerox Holdings Corporation.
- No publicly held company owns more than 10% of Xerox Holdings Corporation's outstanding common stock.

DATED: November 25, 2020

Respectfully submitted,

MCKOOL SMITH, P.C.

BY  */s/ Alan P. Block*
ALAN P. BLOCK

ATTORNEYS FOR PLAINTIFF
PALO ALTO RESEARCH CENTER INC.