Name and address:
MCKOOL SMITH, P.C.
Ashley N. Moore (TX Bar No. 24074748)
300 Crescent Court, Suite 1500
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-10754 |
| v. | |
| TWITTER, INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Moore, Ashley N.                              of     MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*     300 Crescent Court, Suite 1500
(214) 978-4000          (214) 978-4044                                Dallas, Texas 75201
*Telephone Number*      *Fax Number*
amoore@mckoolsmith.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Block, Alan P.                                of     MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*     300 South Grand Avenue, Suite 2900
143783          (213) 694-1200          (213) 694-1234            Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ablock@mckoolsmith.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

                                                                    U.S. District Judge/U.S. Magistrate Judge