Name and address:
MCKOOL SMITH, P.C.
James E. Quigley (TX Bar No. 24075810)
300 W. 6th Street, Suite 1700
Austin, TX 78701

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC. | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | 2:20-cv-10754 |
| TWITTER, INC.  Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Quigley, James E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(512) 692-8700
*Telephone Number*

(512) 692-8686
*Fax Number*

jquigley@mckoolsmith.com
*E-Mail Address*

of

MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Block, Alan P.
*Designee's Name (Last Name, First Name & Middle Initial)*

143783
*Designee's Cal. Bar No.*

(213) 694-1200
*Telephone Number*

(213) 694-1234
*Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*

of

MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge