# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC. | CASE NUMBER |
| --- | --- |
| Plaintiff(s), | 2:20-cv-10754 |
| v. | |
| TWITTER, INC. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Quigley, James E. of MCKOOL SMITH, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    300 W. 6th Street, Suite 1700
(512) 692-8700    (512) 692-8686    Austin, TX 78701
*Telephone Number    Fax Number*

jquigley@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: ____

**and designating as Local Counsel**

Block, Alan P. of MCKOOL SMITH HENNIGAN, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*    300 South Grand Avenue, Suite 2900
143783    (213) 694-1200    (213) 694-1234    Los Angeles, CA 90071
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

ablock@mckoolsmith.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: ____
      [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
      [ ] because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, [ ] be refunded [X] not be refunded.

Dated 12/3/2020

*U.S. District Judge / U.S. Magistrate Judge*

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1