**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PALO ALTO RESEARCH CENTER INC.

                                    Plaintiff(s)

                    v.

TWITTER, INC.

                                    Defendant(s).

| CASE NUMBER |
| --- |
| 2:20-cv-10754 |

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Easley, Alexandra F.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(214) 978-4000                    (214) 978-4044

*Telephone Number*          *Fax Number*

aeasley@mckoolsmith.com

                    *E-Mail Address*

| MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201 |

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Palo Alto Research Center Inc.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Block, Alan P.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

| 143783 | (213) 694-1200 | (213) 694-1234 |

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ablock@mckoolsmith.com

                    *E-Mail Address*

| MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071 |

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, be refunded** ☒ **not be refunded.**

Dated   12/3/2020                    _____

                                    **U.S. District Judge/U.S. Magistrate Judge**