| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>ALAN P. BLOCK, ESQ. (SBN 143783)<br>**McKOOL SMITH HENNIGAN, P.C.**<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 694-1200   FAX NO. (Optional): (213) 694-1234<br>E-MAIL ADDRESS (Optional): ablock@mckoolsmith.com<br>ATTORNEY FOR (Name): PLAINTIFF | *FOR COURT USE ONLY* |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: PALO ALTO RESEARCH CENTER INC.<br>DEFENDANT/RESPONDENT: TWITTER, INC. | CASE No.:<br>2:20-cv-10754-AB-AFMx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>MCKSMDAL-0143405.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action
   b. [X] Complaint for Patent Infringement - Demand for Jury Trial
   c. [X] Civil Cover Sheet
   d. [X] Other *(specify documents):* CORPORATE DISCLOSURE STATEMENT FOR PALO ALTO RESEARCH CENTER INC. - DEMAND FOR JURY TRIAL; PALO ALTO RESEARCH CENTER INC.'S NOTICE OF RELATED CASES [Local Rule 83-1.3.1]; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
   e. [ ] First Amended Complaint
   f. [ ] Second Amended Complaint
   g. [ ] Third Amended Complaint

3. a. Party served *(specify name of party as shown on documents served):*
      **TWITTER, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CT CORPORATION SYSTEM, AGENTS FOR SERVICE By leaving with JESSIE GASTELUM, PROCESS SPECIALIST/AUTHORIZED TO ACCEPT**

4. Address where the party was served: **818 WEST 7TH STREET, LOS ANGELES, CA 90017**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 12/02/2020   (2) at *(time):* 12:50 PM

   b. [ ] **By Substituted Service.** On *(date):*            at *(time):*            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a):*

      (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*            or [ ] A Declaration of Mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: PALO ALTO RESEARCH CENTER INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TWITTER, INC. | 2:20-cv-10754-AB-AFMx |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                       (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      - [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
      - [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
      - [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      - [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      - [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
                                                    [ ] Other

7. **Person who served papers**
   a. Name: ALEX RUVALCABA
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 103.00
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i) [ ] Owner   [ ] Employee   [X] Independent contractor.
         (ii) Registration No.: 2016010565
         (iii) County: LOS ANGELES

8. [X]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ]   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: December 03, 2020

ALEX RUVALCABA                                                           ▶                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com