UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CASE NO. 2:20-CV-10754-AB-AFM |
| § | |
| TWITTER, INC., § | |
| § | |
| Defendant(s). § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Friday, December 11, 2020 at 11:40 AM**,
Executed at: **818 WEST SEVENTH STREET, SUITE 930, LOS ANGELES, CA 90017**
within the county of **LOS ANGELES** at **10:17 AM**, on **Monday, December 14, 2020**,
by individually and personally delivering to the within named:

**TWITTER, INC.**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**, by delivering to its **Authorized Agent, PETER CAYETANO**, a true copy of this

**STANDING ORDER**

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **R. HALL** who after being duly sworn on oath states: "My name is **R. HALL**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
R. HALL-PROCESS SERVER

Subscribed and Sworn to by R. HALL, Before Me, the undersigned authority, on this _15th_ day of December, 2020.

_____
Notary Public in and for the State of California

ANN E. YOST
COMM. # 2177033
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 5, 2021