Ekwan E. Rhow – State Bar No. 174604
  erhow@birdmarella.com
Grace W. Kang – State Bar No. 271260
  gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice forthcoming*)
  ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice forthcoming*)
  jcwu@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10754-AB(MRWx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | Judge: Hon. André Birotte Jr. |
| | Courtroom: 10C |
| TWITTER, INC., | |
| Defendant. | Complaint Served: December 2, 2020 |
| | Current Response Date: December 23, 2020 |
| | New Response Date: February 8, 2021 |

1    Pursuant to Local Rules 7-1 and 8-3, Plaintiff Palo Alto Research Center Inc.

2  ("PARC") and Defendant Twitter, Inc. ("Twitter") (collectively, the "Parties"), by

3  and through their respective undersigned counsel, stipulate and agree as follows:

4    WHEREAS, PARC filed the initial Complaint in this action on November 25,

5  2020;

6    WHEREAS, PARC served Twitter with the summons and Complaint on

7  December 2, 2020;

8    WHEREAS, Twitter's response to the Complaint is currently due on

9  December 23, 2020;

10    WHEREAS, Twitter believes good cause exists to extend the time for Twitter

11  to respond to the Complaint to allow Twitter additional time to investigate, evaluate,

12  and to respond to the allegations in the Complaint;

13    WHEREAS, the Parties have agreed to a forty-five (45) day extension of time

14  for Twitter to answer, move, or otherwise respond to the Complaint;

15    WHEREAS, no prior extensions of time to respond to the Complaint have

16  been requested;

17    WHEREAS, the requested extension will not impact any other deadlines in

18  the action;

19    THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the

20  deadline for Twitter to answer, move, or otherwise respond to the Complaint shall

21  be extended by forty-five (45) days from December 23, 2020 to February 8, 2021.

22

23  IT IS SO STIPULATED.

24

25

26

27

28

Respectfully Submitted,

DATED:  December 23, 2020

/s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

David Sochia (admitted *pro hac vice*)
dsochia@mckoolsmith.com
Ashley N. Moore (admitted *pro hac vice*)
amoore@mckoolsmith.com
Alexandra F. Easley (admitted *pro hac vice*)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

James E. Quigley (admitted *pro hac vice*)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:  (512) 692-8744

Attorneys for Plaintiff Palo Alto
Research Center Inc.

DATED:  December 23, 2020

/s/ Grace W. Kang

Ekwan E. Rhow (SBN 174604)
erhow@birdmarella.com
Grace W. Kang (SBN 271260)
gkang@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice forthcoming*)
ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice forthcoming*)
jcwu@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Grace W. Kang, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  December 23, 2020

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.


By:  _____
              */s/ Grace W. Kang*
              Grace W. Kang
       Attorneys for Defendant Twitter, Inc.