NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
Ekwan E. Rhow (SBN 174604) erhow@birdmarella.com
Grace W. Kang (SBN 271260) gkang@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel: (310) 201-2100 Fax: (310) 201-2110

ATTORNEY(S) FOR: Defendant Twitter, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Palo Alto Research Center Inc. <br><br> Plaintiff(s), <br> v. <br><br> Twitter, Inc. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:20-cv-10754-AB (MRWx) <br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Twitter, Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Twitter, Inc. | Defendant <br> Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twitter, Inc. ("Twitter") hereby discloses that Twitter does not have a parent corporation. To the best of Twitter's knowledge, as of September 30, 2020, there is no publicly held corporation that owns 10% or more of Twitter's stock. |

December 23, 2020 _____          /s/ Grace W. Kang _____
Date                                                              Signature


Attorney of record for (or name of party appearing in pro per):

Defendant Twitter, Inc. _____