# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 2:20-cv-10754-AB(MRWx)<br><br>Judge: Hon. André Birotte Jr.<br>Courtroom: 10C<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: December 2, 2020<br>Current Response Date: December 23, 2020<br>New Response Date: February 8, 2021 |

1  Upon consideration of the Stipulation to Extend Time to Respond to the
2  Complaint filed by Plaintiff Palo Alto Research Center Inc. and Defendant Twitter,
3  Inc. ("Twitter"), and for good cause shown,
4  IT IS HEREBY ORDERED THAT Twitter shall have a forty-five (45) day
5  extension of the deadline for Twitter to answer, move, or otherwise respond to the
6  Complaint from December 23, 2020 to February 8, 2021.

**IT IS SO ORDERED.**

Dated:  January 4, 2021

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE