Name and address:
J. Steven Baughman (sbaughman@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington DC, 20006-1047
Tel: (202) 223-7300   Fax: (202) 223-7420

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PALO ALTO RESEARCH CENTER INC.,    Plaintiff(s),

v.

TWITTER, INC.,

Defendant(s),

CASE NUMBER
2:20-cv-10754-AB (MRWx)

APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Baughman, Jon Steven
*Applicant's Name (Last Name, First Name & Middle Initial)*      *check here if federal government attorney* ☐

Paul, Weiss, Rifkind, Wharton & Garrison LLP
*Firm/Agency Name*

2001 K Street, NW                (202) 223-7300            (202) 223-7420
                                 *Telephone Number*        *Fax Number*
*Street Address*
                                 sbaughman@paulweiss.com

Washington, DC 20006-1047
*City, State, Zip Code*          *E-mail Address*

**I have been retained to represent the following parties:**

Twitter, Inc.                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*
                                 ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached. | | |
| | | |
| | | |

G-64 (11/18)   **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***   Page 1 of 3


American LegalNet, Inc.
www.FormsWorkFlow.com

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:19-cv-01444-GW-KS | Blackberry Limited v. Twitter, Inc. | 5/22/2019 | Granted |
| 8:13-cv-00030-AG-RNB | Labrinth Optical Technologies, LLC v. Fujitsu America, Inc. and Fujitsu Network Communications, Inc. | 5/17/2013 | Granted |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☒ Yes  ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☒ Yes  ☐ No

sbaughman@paulweiss.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  1/7/21

J. Steven Baughman
*Applicant's Name (please type or print)*

*Applicant's Signature*



SECTION III - DESIGNATION OF LOCAL COUNSEL

Kang, Grace W.
*Designee's Name (Last Name, First Name & Middle Initial)*

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
*Firm/Agency Name*

1875 Century Park East, 23rd Floor
*Street Address*

Los Angeles, CA 90067-2561
*City, State, Zip Code*

(310) 201-2100
*Telephone Number*

(310) 201-2110
*Fax Number*

gkang@birdmarella.com
*E-mail Address*

271260
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated January 7, 2021

Grace W. Kang
*Designee's Name (please type or print)*

*/s/ Grace W. Kang*
*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## J. Steven Baughman Court Admissions

| Name of Court | Date of Admission | Active Member in Good Standing |
|---|---|---|
| New York, Third Department | 3/01/1994 | Yes |
| U.S. District Court, Southern District of New York | 4/28/1998 | Yes |
| District of Columbia | 4/01/1996 | Yes |
| U.S. Court of Appeals, Federal Circuit | 11/19/2004 | Yes |



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jon Steven Baughman

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **1st day of March, 1994**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **5th day of January, 2021**.

*Robert D. Mayberger*
Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*J Steven Baughman*

was duly qualified and admitted on April 1, 1996 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 4, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.