## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>                         v.                         Plaintiff(s)<br><br>TWITTER, INC.,<br><br>                                                  Defendant(s). | CASE NUMBER<br><br>2:20-cv-10754-AB (MRWx)<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Raymond, Megan F.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 223-3000           (202) 223-7420
*Telephone Number*       *Fax Number*
mraymond@paulweiss.com
*E-Mail Address*

of  Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Twitter, Inc.

*Name(s) of Party(ies) Represent*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kang, Grace W.
*Designee's Name (Last Name, First Name & Middle Initial)*
271260                (310) 201-2100        (310) 201-2110
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
gkang@birdmarella.com
*E-Mail Address*

of  Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

**Dated: January 6, 2021**

_____
**U.S. District Judge/U.S. Magistrate Judge**