## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>                              v.                    Plaintiff(s)<br><br>TWITTER, INC.,<br><br>                                            Defendant(s). | CASE NUMBER<br><br>2:20-cv-10754-AB (MRWx)<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Groombridge, Nicholas P. | of | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 1285 Avenue of the Americas |
| (212) 373-3000         (212) 757-3990 | | New York, NY 10019-6064 |
| *Telephone Number       Fax Number* | | |
| ngroombridge@paulweiss.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendant Twitter, Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Kang, Grace W. | of | Bird, Marella, Boxer, Wolpert, Nessim, |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | Drooks, Lincenberg & Rhow, P.C. |
| 271260         (310) 201-2100         (310) 201-2110 | | 1875 Century Park East, 23rd Floor |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | Los Angeles, CA 90067-2561 |
| gkang@birdmarella.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: January 7, 2021**

                                                                                *[signature]*
                                                                                **U.S. District Judge/U.S. Magistrate Judge**