Michael F. Milea
mmilea@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000    Fax:  (212) 757-3990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PALO ALTO RESEARCH CENTER INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:20-cv-10754-AB (MRWx) |
| TWITTER, INC., Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Milea, Michael F. | of | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 1285 Avenue of the Americas |
| (212) 373-3000    (212) 757-3990 | | New York, NY 10019-6064 |
| *Telephone Number    Fax Number* | | |
| mmilea@paulweiss.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendant Twitter, Inc.

*Name(s) of Party(ies) Represent*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

| Kang, Grace W. | of | Bird, Marella, Boxer, Wolpert, Nessim, |
| *Designee's Name (Last Name, First Name & Middle Initial)* | | Drooks, Lincenberg & Rhow, P.C. |
| 271260    (310) 201-2100    (310) 201-2110 | | 1875 Century Park East, 23rd Floor |
| *Designee's Cal. Bar No.    Telephone Number    Fax Number* | | Los Angeles, CA 90067-2561 |
| gkang@birdmarella.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**