## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br>                                   Plaintiff(s)<br>              v.<br><br>TWITTER, INC.,<br><br>                                   Defendant(s). | CASE NUMBER<br><br>2:20-cv-10754-AB (MRWx)<br><br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Milea, Michael F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 373-3000         (212) 757-3990
*Telephone Number*     *Fax Number*

mmilea@paulweiss.com
*E-Mail Address*

of   Paul, Weiss, Rifkind, Wharton & Garrison LLP
     1285 Avenue of the Americas
     New York, NY 10019-6064
     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Twitter, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Kang, Grace W.
*Designee's Name (Last Name, First Name & Middle Initial)*

271260           (310) 201-2100        (310) 201-2110
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

gkang@birdmarella.com
*E-Mail Address*

of   Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
     1875 Century Park East, 23rd Floor
     Los Angeles, CA 90067-2561
     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded   ☐ not be refunded.

**Dated: January 14, 2021**                                        _____
                                                                    **U.S. District Judge/U.S. Magistrate Judge**