Ekwan E. Rhow – State Bar No. 174604
    erhow@birdmarella.com
Grace W. Kang – State Bar No. 271260
    gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice*)
    ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
    jcwu@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB(MRWx) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. André Birotte Jr. <br> Courtroom: 10C <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 8, 2021 <br> New Response Date: February 15, 2021 |

1        Pursuant to Local Rules 7-1 and 8-3, Plaintiff Palo Alto Research Center Inc.
2   ("PARC") and Defendant Twitter, Inc. ("Twitter") (collectively, the "Parties"), by
3   and through their respective undersigned counsel, stipulate and agree as follows:
4        WHEREAS, PARC filed the initial Complaint in this action on November 25,
5   2020;
6        WHEREAS, PARC served Twitter with the summons and Complaint on
7   December 2, 2020;
8        WHEREAS, Twitter filed a Stipulation to Extend Time to Respond to the
9   Complaint by forty-five (45) days on December 23, 2020 (Dkt. No. 23);
10       WHEREAS, on January 4, 2021, the Court granted the Stipulation to Extend
11  Time to Respond to the Complaint and extended the deadline for Twitter to answer,
12  move, or otherwise respond to the Complaint from December 23, 2020 to February
13  8, 2021 (Dkt. No. 27);
14       WHEREAS, Twitter has requested, and PARC has agreed, to an additional
15  seven (7) day extension of time for Twitter to answer, move, or otherwise respond to
16  the Complaint;
17       WHEREAS, Twitter believes good cause exists to extend the time for Twitter
18  to respond to the Complaint to allow Twitter additional time to investigate, evaluate,
19  and respond to the allegations in the Complaint;
20       WHEREAS, the requested extension is sought in good faith and not for the
21  purposes of delay;
22       WHEREAS, the requested extension will not impact any other deadlines in
23  the action;
24       THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the
25  deadline for Twitter to answer, move, or otherwise respond to the Complaint shall
26  be extended by seven (7) days from February 8, 2021 to February 15, 2021.
27
28  IT IS SO STIPULATED.

Respectfully Submitted,

DATED: January 29, 2021

/s/ David Sochia_____

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (*pro hac vice*)
dsochia@mckoolsmith.com
Ashley N. Moore (*pro hac vice*)
amoore@mckoolsmith.com
Alexandra F. Easley (*pro hac vice*)
aeasley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (*pro hac vice*)
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Plaintiff Palo Alto Research Center Inc.

DATED: January 29, 2021

/s/ Grace W. Kang_____

Ekwan E. Rhow (SBN 174604)
erhow@birdmarella.com
Grace W. Kang (SBN 271260)
gkang@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
jcwu@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.

# ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Grace W. Kang, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 29, 2021

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: */s/ Grace W. Kang*
Grace W. Kang
Attorneys for Defendant Twitter, Inc.