# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB(MRWx) <br><br> Judge: Hon. André Birotte Jr. <br> Courtroom: 10C <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 8, 2021 <br> New Response Date: February 15, 2021 |

Upon consideration of the Stipulation to Extend Time to Respond to the Complaint filed by Plaintiff Palo Alto Research Center Inc. and Defendant Twitter, Inc. ("Twitter"), and for good cause shown,

IT IS HEREBY ORDERED THAT Twitter shall have a seven (7) day extension of the deadline for Twitter to answer, move, or otherwise respond to the Complaint from February 8, 2021 to February 15, 2021.

**IT IS SO ORDERED.**

Dated: _____   _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE