# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB(MRWx) <br><br> Judge: Hon. André Birotte Jr. <br> Courtroom: 10C <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 8, 2021 <br> New Response Date: February 15, 2021 |

1 | Upon consideration of the Stipulation to Extend Time to Respond to the
2 | Complaint filed by Plaintiff Palo Alto Research Center Inc. and Defendant Twitter,
3 | Inc. ("Twitter"), and for good cause shown,
4 |     IT IS HEREBY ORDERED THAT Twitter shall have a seven (7) day
5 | extension of the deadline for Twitter to answer, move, or otherwise respond to the
6 | Complaint from February 8, 2021 to February 15, 2021.

**IT IS SO ORDERED.**

Dated: February 01, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE