1  Ekwan E. Rhow – State Bar No. 174604
      erhow@birdmarella.com
2  Grace W. Kang – State Bar No. 271260
      gkang@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
7  Nicholas P. Groombridge (*pro hac vice*)
      ngroombridge@paulweiss.com
8  Jenny C. Wu (*pro hac vice*)
      jcwu@paulweiss.com
9  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   1285 Avenue of the Americas
10 New York, New York 10019-6064
   Telephone: (212) 373-3000
11 Facsimile: (212) 757-3990

12 Attorneys for Defendant Twitter, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10754-AB(MRWx) |
| Plaintiff, | ***EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | Judge: Hon. André Birotte Jr.<br>Courtroom: 10C |
| TWITTER, INC., | |
| Defendant. | Complaint Served: December 2, 2020<br>Current Response Date: February 15, 2021<br>New Response Date: February 16, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that in accordance with Local Rule 7-19 and this Court's standing orders, Defendant Twitter, Inc. ("Twitter") hereby applies to the Court on an *ex parte* basis for an order extending the deadline for Twitter to answer, move, or otherwise respond to the Complaint from February 15, 2021 to February 16, 2021. Plaintiff Palo Alto Research Center Inc. ("PARC") does not oppose Twitter's *ex parte* application.

Good cause exists for the requested relief because February 15, 2021 is President's Day (a Court holiday), and the offices of Twitter and defense counsel will be closed. (*See* Declaration of Grace W. Kang, dated February 9, 2021 ("Kang Decl.") ¶ 7.) Unless the requested relief is granted, defense counsel will have to arrange for administrative staff to work on the President's Day holiday in order to meet the current deadline for Twitter to answer, move, or otherwise respond to the Complaint. (*Id.*)

The requested extension is sought in good faith and not for the purposes of delay and will not impact any other deadlines in the action. (*Id.* ¶ 8.) Twitter is making its request for a one-day extension of the current deadline through an *ex parte* application, because PARC will not agree to file a stipulation. (*Id.* ¶¶ 9-11.) However, PARC's counsel has informed defense counsel that PARC would not oppose a one-day extension request if Twitter would like to file a request with the Court. (*Id.* ¶¶ 10, 11.) On February 8, 2021, defense counsel gave notice to PARC's counsel of this *ex parte* application and was informed that PARC does not oppose this application. (*Id.* ¶ 12 & Ex. A.) In addition, PARC will not suffer any harm or prejudice if the application is granted by the Court.

PARC's counsel's names, addresses, telephone numbers, and email addresses are as follows:

James E. Quigley, Esq.
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700

*EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

|   |   |
|---|---|
| 1 | Austin, Texas 78701 |
| 2 | Telephone: (512) 692-8700<br>Email address: jquigley@mckoolsmith.com |
| 3 | David Sochia, Esq. |
| 4 | Ashley N. Moore, Esq.<br>Alexandra F. Easley, Esq. |
| 5 | MCKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500 |
| 6 | Dallas, Texas 75201<br>Telephone: (214) 978-4000 |
| 7 | Email addresses: dsochia@mckoolsmith.com<br>amoore@mckoolsmith.com |
| 8 | aeasley@mckoolsmith.com |
| 9 | Alan P. Block (SBN 143783)<br>MCKOOL SMITH HENNIGAN, P.C. |
| 10 | 300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071 |
| 11 | Telephone: (213) 694-1200<br>Email address: ablock@mckoolsmith.com |

Accordingly, Twitter respectfully requests that the Court grant this *ex parte* application and extend the deadline for Twitter to answer, move, or otherwise respond to the Complaint from February 15, 2021 to February 16, 2021.

This *ex parte* application is based upon this Notice, the accompanying Declaration of Grace W. Kang, the Proposed Order, the filings and record in this action, and any other evidence that the Court may consider in ruling on Twitter's requested relief.

DATED: February 9, 2021            Respectfully submitted,

By:   */s/ Grace W. Kang*
Ekwan E. Rhow (SBN 174604)
erhow@birdmarella.com
Grace W. Kang (SBN 271260)
gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas P. Groombridge (*pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
jcwu@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Twitter, Inc.