1  Ekwan E. Rhow – State Bar No. 174604
      erhow@birdmarella.com
2  Grace W. Kang – State Bar No. 271260
      gkang@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Nicholas P. Groombridge (*pro hac vice*)
7     ngroombridge@paulweiss.com
   Jenny C. Wu (*pro hac vice*)
8     jcwu@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
9  1285 Avenue of the Americas
   New York, New York 10019-6064
10  Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
11
   Attorneys for Defendant Twitter, Inc.
12

13              **UNITED STATES DISTRICT COURT**

14     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16  PALO ALTO RESEARCH CENTER      Case No. 2:20-cv-10754 AB(MRWx)
   INC.,
17                                 **DECLARATION OF GRACE W.**
            Plaintiff,             **KANG**
18
        vs.                        Judge:  Hon. André Birotte Jr.
19                                 Courtroom:  10C
   TWITTER, INC.,
20                                 Complaint Served:  December 2, 2020
            Defendant.             Current Response Date:  February 15,
21                                 2021
                                   New Response Date:  February 16, 2021
22

23

24

25

26

27

28

I, Grace W. Kang, declare as follows:

1.     I am an active member of the Bar of the State of California and the Bar of the State of New York and am of counsel at the law firm of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., attorneys for Defendant Twitter, Inc. ("Twitter") in this action.  I have personal knowledge of the facts stated in this declaration, except for those matters stated on information and belief, and if called upon to do so, I could and would so testify.  I submit this declaration in support of Twitter's *Ex Parte* Application for an Order Extending Time to Respond to the Complaint.

2.     Plaintiff Palo Alto Research Center Inc. ("PARC") filed the initial Complaint in this action on November 25, 2020 and served Twitter with the summons and Complaint on December 2, 2020.

3.     Twitter filed a Stipulation to Extend Time to Respond to the Complaint by 45 days on December 23, 2020.  (Dkt. No. 23.)

4.     On January 4, 2021, the Court granted the Stipulation to Extend Time to Respond to the Complaint and extended the deadline for Twitter to answer, move, or otherwise respond to the Complaint from December 23, 2020 to February 8, 2021.  (Dkt. No. 27.)

5.     Twitter filed a Stipulation to Extend Time to Respond to the Complaint by an additional seven days on January 29, 2020.  (Dkt. No. 40.)

6.     On February 1, 2021, the Court granted the Stipulation to Extend Time to Respond to the Complaint and extended the deadline for Twitter to answer, move, or otherwise respond to the Complaint from February 8, 2021 to February 15, 2021. (Dkt. No. 41.)

7.     The current deadline of February 15, 2021 falls on the President's Day holiday (a Court holiday) and Twitter's offices and my office will be closed for the holiday.  Unless the requested relief is granted, my office will have to arrange for administrative staff to work on the President's Day holiday in order to meet the

1  current deadline for Twitter to answer, move, or otherwise respond to the

2  Complaint.

3       8.    The requested extension is sought in good faith and not for the

4  purposes of delay and will not impact any other deadlines in the action.

5       9.    On February 4, 2021, I emailed PARC's counsel, Ashley Moore, and

6  requested that PARC agree to a one-day extension of the deadline for Twitter's

7  response to the Complaint, because the Court and my office would be closed on the

8  President's Day holiday.

9       10.    On February 5, 2021, Ms. Moore responded that if Twitter would like

10  to request a one-day extension with the Court, PARC would not oppose that request.

11  The same day, I sent Ms. Moore a stipulation and proposed order regarding the one-

12  day extension in light of the President's Day holiday.

13       11.    On February 8, 2021, PARC's counsel, James Quigley, responded to

14  my email stating that PARC would not agree to file a stipulation but would not

15  oppose Twitter's request for a one-day extension.

16       12.    That same day, I gave notice to PARC's counsel of this *ex parte*

17  application and Mr. Quigley informed me that PARC did not oppose this

18  application.  Attached hereto as **Exhibit A** is a true and correct copy of the February

19  8, 2021 email exchange with Mr. Quigley concerning this *ex parte* application.

20       I declare under penalty of perjury that the foregoing is true and correct.

21  Executed February 9, 2021, at Los Angeles, California.

22

23                               */s/ Grace W. Kang*

24                               Grace W. Kang

25

26

27

28

# EXHIBIT A

| | |
|---|---|
| **From:** | James Quigley |
| **To:** | Grace W. Kang; Ashley N. Moore |
| **Cc:** | Groombridge, Nicholas (ngroombridge@paulweiss.com); Wu, Jenny C (jcwu@paulweiss.com); Manno, Tanya S; Milea, Michael F; Ekwan E. Rhow; PARC_Twitter |
| **Subject:** | RE: PARC v. Twitter, 2:20-cv-10754-AB (MRWx) - Notice of Ex Parte |
| **Date:** | Monday, February 8, 2021 1:26:03 PM |

---

**EXTERNAL EMAIL MESSAGE**

---

Grace –

PARC is not opposed to the one-day extension to February 16, 2021.

Thanks,

James

---

**From:** Grace W. Kang [mailto:gkang@birdmarella.com]
**Sent:** Monday, February 08, 2021 2:54 PM
**To:** Ashley N. Moore; James Quigley
**Cc:** Groombridge, Nicholas (ngroombridge@paulweiss.com); Wu, Jenny C (jcwu@paulweiss.com); Manno, Tanya S; Milea, Michael F; Ekwan E. Rhow
**Subject:** PARC v. Twitter, 2:20-cv-10754-AB (MRWx) - Notice of Ex Parte

Ashley,

We write to give formal notice of Twitter's *ex parte* application requesting that the Court extend the deadline for Twitter's motion to dismiss from February 15, 2021 to February 16, 2021 on the grounds that February 15, 2021 is the President's Day holiday.

The requested relief that Twitter intends to seek in its *ex parte* application is as follows: "The deadline for Twitter to answer, move, or otherwise respond to the Complaint shall be extended from February 15, 2021 to February 16, 2021."

Based on prior emails, it is our understanding that PARC does not oppose Twitter's requested relief. If you can please confirm that PARC does not intend to oppose Twitter's *ex parte* application, we would appreciate it.


Best Regards,

Grace


**Grace W. Kang**
*Of Counsel*
T: 310.201.2100
F: 310.201.2110
E: gkang@birdmarella.com

**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**