# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB(MRWx) <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. André Birotte Jr. <br> Courtroom: 10C <br><br> Complaint Served: December 2, 2020 <br> Current Response Date: February 15, 2021 <br> New Response Date: February 16, 2021 |

Upon consideration of Defendant Twitter, Inc.'s ("Twitter") *Ex Parte* Application for Order Extending Time to Respond to the Complaint, and for good cause shown,

IT IS HEREBY ORDERED THAT the deadline for Twitter to answer, move, or otherwise respond to the Complaint shall be extended from February 15, 2021 to February 16, 2021.

**IT IS SO ORDERED.**

Dated: _____  _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE