Ekwan E. Rhow - State Bar No. 174604
 erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
 gkang@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Nicholas Groombridge (*pro hac vice*)
 ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
 jcwu@paulweiss.com
Michael F. Milea (*pro hac vice*)
 mmilea@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

J. Steven Baughman (*pro hac vice*)
 sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
 mraymond@paulweiss.com
Tanya S. Manno (*pro hac vice*)
 tmanno@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

Attorneys for Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB(MRWx) <br><br> **DEFENDANT TWITTER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** <br><br> Hearing Date:  March 19, 2021 <br> Time:   10:00 A.M. <br> Courtroom:  7B <br><br> Assigned to Hon. André Birotte Jr. |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE that on March 19, 2021 at 10:00 A.M., or as soon

3  thereafter as the matter may be heard before the Hon. André Birotte Jr. in Courtroom

4  7B of the above-captioned Court, located at 350 West First Street, Los Angeles,

5  California 90012, Defendant Twitter, Inc. ("Twitter") will, and hereby does, move the

6  Court to dismiss with prejudice the Third, Fourth, and Sixth Claims of the Complaint

7  filed by Plaintiff Palo Alto Research Center Inc., pursuant to Fed. R. Civ. P. 12(b)(6),

8  on the grounds that the claims of the Patents-in-Suit that are the basis of the Third,

9  Fourth, and Sixth Claims in the Complaint are patent-ineligible under 35 U.S.C. §

10  101.

11      This Motion is based upon this Notice, the Memorandum of Points and

12  Authorities, the accompanying Declaration of Nicholas Groombridge, the Proposed

13  Order, all of the pleadings, papers, and records of this action, all matters upon which

14  judicial notice may be taken, and any arguments that may be presented at the hearing

15  on this Motion.

16      This Motion is made following the conference of counsel pursuant to L.R. 7-3,

17  which took place telephonically on January 19, 2021.

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

DEFENDANT TWITTER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

1

DATED:  February 15, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

3

4

By:   _/s/ Nicholas Groombridge_

5

Nicholas Groombridge

6

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

7

Nicholas Groombridge (*pro hac vice*)
   ngroombridge@paulweiss.com

8

Jenny C. Wu (*pro hac vice*)
   jcwu@paulweiss.com

9

Michael F. Milea (*pro hac vice*)
   mmilea@paulweiss.com

10

1285 Avenue of the Americas

11

New York, New York 10019-6064
Telephone: (212) 373-3000

12

Facsimile:  (212) 757-3990

13

J. Steven Baughman (*pro hac vice*)
   sbaughman@paulweiss.com

14

Megan Raymond (*pro hac vice*)
   mraymond@paulweiss.com

15

Tanya S. Manno (*pro hac vice*)
   tmanno@paulweiss.com

16

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

17

2001 K Street, NW

18

Washington, D.C. 20006-1037
Telephone: (202) 223-7300

19

Facsimile: (202) 223-7420

20

Ekwan E. Rhow - State Bar No. 174604
   erhow@birdmarella.com

21

Grace W. Kang - State Bar No. 271260
   gkang@birdmarella.com

22

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

23

24

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

25

Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

26

Attorneys for Defendant Twitter, Inc.

27

28