Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
  gkang@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Nicholas Groombridge (*pro hac vice*)
  ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
  jcwu@paulweiss.com
Michael F. Milea (*pro hac vice*)
  mmilea@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

J. Steven Baughman (*pro hac vice*)
  sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
  mraymond@paulweiss.com
Tanya S. Manno (*pro hac vice*)
  tmanno@paulweiss.com
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

Attorneys for Defendant Twitter, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>                    Plaintiff,<br><br>            vs.<br><br>TWITTER, INC.,<br><br>                    Defendant. | Case No. 2:20-cv-10754 AB(MRWx)<br><br>**DECLARATION OF NICHOLAS GROOMBRIDGE IN SUPPORT OF DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Hearing Date:  March 19, 2021<br>Time:   10:00 A.M.<br>Courtroom:  7B<br><br>Assigned to Hon. André Birotte Jr. |

I, Nicholas Groombridge, declare as follows:

1.     I am an active member of the Bar of the State of New York and am a partner at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendant Twitter, Inc. ("Twitter") in this action.  I have personal knowledge of the facts stated in this declaration, except for those matters stated on information and belief, and if called upon to do so, I could and would so testify.  I submit this declaration in support of Twitter's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

2.     On January 14, 2021, I sent a letter to Plaintiff Palo Alto Research Center Inc.'s ("PARC") counsel detailing the reasons why the six patents that PARC has asserted against Twitter in the Complaint are invalid under 35 U.S.C. § 101, and requesting a meet-and-confer call.  Attached hereto as **Exhibit A** is a true and correct copy of my letter, dated January 14, 2021.

3.     On January 19, 2021, the parties' counsel held a meet-and-confer call in accordance with Local Rule 7-3.  Counsel for Facebook and Snap were also in attendance.

4.     On January 22, 2021, PARC's counsel, Ashley Moore, sent a letter in response to the patent invalidity arguments raised by defense counsel during the January 19, 2021 meet-and-confer call and prior written correspondence.  Attached hereto as **Exhibit B** is a true and correct copy of Ms. Moore's letter, dated January 22, 2021.

5.     On February 5, 2021, Twitter's counsel, Jenny C. Wu, emailed PARC's counsel, Ms. Moore, requesting a further meet-and-confer call to discuss the eligibility of the '871, '781, and '362 patents asserted against Twitter in the Complaint.  On February 8, 2021, in response to Ms. Wu's email, Ms. Moore requested that Twitter provide information concerning Twitter's views of patent eligibility with respect to the three patents prior to scheduling a further meet-and-confer call.  On February 10, 2021, Ms. Wu sent Ms. Moore a detailed email setting

forth the basis for Twitter's positions that the '871, '781, and '362 patents are ineligible for patent protection and again requested a meet-and-confer call to discuss PARC's positions.  On February 15, 2021, Ms. Moore responded to Ms. Wu's email asserting that the '871, '781, and '362 patents are patent eligible.  That same day, I responded, expressing disagreement and explaining that Twitter would be filing its motion shortly, given the last-minute nature of Ms. Moore's response.  Attached hereto as **Exhibit C** is a true and correct copy of the February 5-15, 2021 email exchange between Ms. Wu, Ms. Moore, and myself.

6.      Despite the meet-and-confer efforts, the parties have been unable to reach agreement concerning the alleged deficiencies with the Complaint, thus, necessitating Twitter's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 15, 2021, at New York, New York.


*/s/ Nicholas Groombridge*
Nicholas Groombridge

DECLARATION OF NICHOLAS GROOMBRIDGE