1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10754-AB(MRWx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| vs. | |
| TWITTER, INC., | Hearing Date: March 19, 2021<br>Time:   10:00 A.M.<br>Courtroom: 7B |
| Defendant. | |
| | Assigned to Hon. André Birotte Jr. |

The Court, having read and considered Defendant Twitter, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and having heard the arguments of counsel, with good cause appearing, hereby ORDERS as follows:

1. Defendant Twitter, Inc.'s Motion to Dismiss is GRANTED in its entirety;

2. The claims of the Patents-in-Suit that are the basis of the Third, Fourth, and Sixth Claims in the Complaint are patent-ineligible under 35 U.S.C. § 101; and therefore,

3. The Third, Fourth, and Sixth Claims in the Complaint are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE