Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:    (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 500
Dallas, Texas 75201
Telephone (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
McKool Smith, P.C.
300 W. 6th Street, Suite 700
Austin,, Texas 7870
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Attorneys for Plaintiff
PALO ALTO RESEARCH CENTER INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754 AB(MRWx) <br><br> **DECLARATION OF ALEXANDRA F. EASLEY IN SUPPORT OF PALO ALTO RESEARCH CENTER INC.'S RESPONSE TO TWITTER, INC.'S MOTION TO DISMISS** <br><br> DATE: MARCH 19, 2021 <br> TIME: 10:00AM <br> COURTROOM: 7B <br> JUDGE: Hon. André Birotte Jr. |

McKool Smith, P.C.

I, Alexandra F. Easley, declare:

1.     I am an attorney with McKool Smith, P.C., counsel in this action for Plaintiff Palo Alto Research Center, Inc. ("PARC"). I submit this declaration in support of PARC's Response to Twitter, Inc.'s Motion to Dismiss. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the June 23, 2005 Amendment to the Claims and Remarks from the '871 File History.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the May 23, 2006 Amendment to the Claims and Remarks from the '871 File History.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the November 9, 2005 Interview Summary from the '871 File History.

5.     Attached hereto as **Exhibit D** is a true and correct copy of the February 5, 2008 Amendment to the Specification, Claims, and Remarks from the '781 File History.

6.     Attached hereto as **Exhibit E** is a true and correct copy of the July 14, 2008 Amendment to the Claims and Remarks from the '781 File History.

7.     Attached hereto as **Exhibit F** is a true and correct copy of the July 31, 2009 Amendment to the Claims and Remarks from the '781 File History.

8.     Attached hereto as **Exhibit G** is a true and correct copy of the January 25, 2010 Amendment to the Claims and Remarks from the '781 File History.

9.     Attached hereto as **Exhibit H** is a true and correct copy of the June 17, 2010 Amendment to the Claims and Remarks/Arguments from the '362 File History.

10.     Attached hereto as **Exhibit I** is a true and correct copy of the October 26, 2010 Amendment to the Claims and Remarks/Arguments from the '362 File History.

11.     Attached hereto as **Exhibit J** is a true and correct copy of the August 22, 2014 Amendment to the Claims and Remarks/Arguments from the '362 File History.

12.     Attached hereto as **Exhibit K** is a true and correct copy of the May 7,

1

2019 Amendment to the Specification, Claims, Remarks and Interview Summary from the USP 10,902,497 File History.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

   Executed February 26, 2021.

           */s/ Alexandra F. Easley*
           Alexandra F. Easley

McKool Smith, P.C.

DECLARATION OF ALEXANDRA F. EASLEY     CASE NO. 2:20-CV-10754 AB(MRWx)