# EXHIBIT H

|  |  |  |
|---|---|---|
| Application Number | : 11/803,920 | Confirmation Number: 7378 |
| Applicant | : Diana K. Smetters et al. | |
| Filed | : 15 May 2007 | |
| T.C./A.U. | : 2176 | |
| Examiner | : Rutledge, Amelia L. | |

Docket Number  : PARC-20061126-US-NP
Customer No.   : 35699

Amendment after Non Final Rejection
Via Electronic Filing

## AMENDMENT

Sir:

      In response to the Office Action of **25 March 2010**, please amend the above-identified Application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

1

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1    1.    (Currently Amended) A method for facilitating content
2    dissemination, the method comprising:
3    ~~allowing a user~~ providing a tool for an owner of a document to add a tag
4    to ~~a first~~ the document, wherein the tag indicates an ~~operation~~ action to be
5    performed on a portion of the document and a receiving entity corresponding to
6    the action;
7    processing the tag; and
8    performing the ~~operation~~ action with respect to the corresponding
9    receiving entity on the document portion based on the tag.

1    2.    (Currently Amended) The method of claim 1, wherein the tag also
2    indicates ~~specifies one or more of:~~
3    ~~an action;~~
4    the portion of the document~~; and~~
5    ~~a receiving entity corresponding to the action~~.

1    3.    (Currently Amended) The method of claim 2,
2    wherein the action comprises one or more of:
3    a showing of, sharing of, copying of, request of comment
4    for, and a request of approval for the document portion with
5    respect to the receiving entity;

| | |
|---|---|
| 6 | wherein the document portion ~~may include~~ includes one or more of: a |
| 7 | paragraph, a section, ~~and/or~~ and a specific text location; and |
| 8 | wherein the receiving entity ~~can be~~ is identified by at least one of: |
| 9 | one or more user identifiers, |
| 10 | one or more group identifiers, |
| 11 | one or more email addresses, |
| 12 | one or more network addresses, and |
| 13 | one or more pathnames. |

| | |
|---|---|
| 1 | 4. (Currently Amended) The method of claim 1, wherein ~~allowing the user~~ providing the tool for the owner of the document to add the tag comprises |
| 2 | |
| 3 | allowing the user to insert the tag inline within the document. |

| | |
|---|---|
| 1 | 5. (Original) The method of claim 4, wherein allowing the user to |
| 2 | insert the tag in the document comprises: |
| 3 | providing the user with a visual representation of a collection of tags; and |
| 4 | allowing the user to select one or more tags from the collection of tags. |

| | |
|---|---|
| 1 | 6. (Original) The method of claim 1, |
| 2 | wherein the operation includes sending the document portion to a second |
| 3 | user; and |
| 4 | wherein the method further comprises: |
| 5 | receiving a second document or document portion in response to the |
| 6 | operation performed; and |
| 7 | modifying the first document based on the second document or document |
| 8 | portion. |

| | |
|---|---|
| 1 | 7. (Original) The method of claim 1, further comprising receiving a |
| 2 | user command which triggers the processing of the tag. |

3

1      8.      (Original) The method of claim 1, wherein the processing of the
2      tag is performed at pre-determined times.

1      9.      (Original) The method of claim 1, further comprising triggering
2      the processing of the tag based on one or more events.

1      10.      (Currently Amended) The method of claim 1, wherein performing
2      the ~~operation~~ action on the document portion comprises:
3      encrypting a copy of the document portion; and
4      sending the encrypted copy to the receiving entity.

1      11.      (Currently Amended) The method of claim 1, wherein performing
2      the ~~operation~~ action on the document portion comprises:
3      authenticating a copy of the document portion by signing the copy with a
4      digital signature; and
5      sending the authenticated copy to the receiving entity.

1      12.      (Currently Amended) The method of claim 1, wherein at least a
2      part of the tag is formulated in natural language or contains an abstract
3      specification which ~~can be~~ is used to identify at least one portion of the ~~first~~
4      document.

1      13.      (Currently Amended) A <u>non-transitory</u> computer-readable storage
2      medium storing instructions that when executed by a computer cause the
3      computer to perform a method for facilitating content dissemination, the method
4      comprising:
5      ~~allowing a user~~ providing a tool for an owner of a document to add a tag
6      to ~~a first~~ the document, wherein the tag indicates an ~~operation~~ action to be

4

7   performed on a portion of the document <u>and a receiving entity corresponding to</u>
8   <u>the action</u>;
9       processing the tag; and
10      performing the ~~operation~~ <u>action with respect to the corresponding</u>
11  <u>receiving entity</u> on the document portion based on the tag.

1       14.    (Currently Amended) The storage medium of claim 13, wherein
2   the tag <u>also indicates</u> ~~specifies one or more of:~~
3       ~~an action;~~
4       ~~the portion of the document; and~~
5       ~~a receiving entity corresponding to the action~~.

1       15.    (Currently Amended) The storage medium of claim 14,
2       wherein the action comprises one or more of:
3       a showing of, sharing of, copying of, request of comment
4   for, and a request of approval for the document portion with
5   respect to the receiving entity;
6       wherein the document portion ~~may include~~ <u>includes one or more of:</u> a
7   paragraph, a section, ~~and/or~~ <u>and</u> a specific text location; and
8       wherein the receiving entity ~~can be~~ <u>is</u> identified by at least one of:
9       one or more user identifiers,
10      one or more group identifiers,
11      one or more email addresses,
12      one or more network addresses, and
13      one or more pathnames.

1       16.    (Currently Amended) The storage medium of claim 13, wherein
2   ~~allowing the user~~ <u>providing the tool for the owner of the document</u> to add the tag
3   comprises allowing the user to insert the tag inline within the document.

5

1      17.    (Original) The storage medium of claim 16, wherein allowing the
2  user to insert the tag in the document comprises:
3      providing the user with a visual representation of a collection of tags; and
4      allowing the user to select one or more tags from the collection of tags.

1      18.    (Original) The storage medium of claim 13,
2      wherein the operation includes sending the document portion to a second
3  user; and
4      wherein the method further comprises:
5      receiving a second document or document portion in response to the
6  operation performed; and
7      modifying the first document based on the second document or document
8  portion.

1      19.    (Original) The storage medium of claim 13, further comprising
2  receiving a user command which triggers the processing of the tag.

1      20.    (Original) The storage medium of claim 13, wherein the
2  processing of the tag is performed at pre-determined times.

1      21.    (Original) The storage medium of claim 13, further comprising
2  triggering the processing of the tag based on one or more events.

1      22.    (Currently Amended) The storage medium of claim 13, wherein
2  performing the ~~operation~~ <u>action</u> on the document portion comprises:
3      encrypting a copy of the document portion; and
4      sending the encrypted copy to the receiving entity.

6
JXC Amendment A PARC-20061126 (non-final OAR).doc

1     23.     (Currently Amended) The storage medium of claim 13, wherein
2  performing the ~~operation~~ action on the document portion comprises:
3     authenticating a copy of the document portion by signing the copy with a
4  digital signature; and
5     sending the authenticated copy to the receiving entity.

1     24.     (Currently Amended) The storage medium of claim 13, wherein at
2  least a part of the tag is formulated in natural language or contains an abstract
3  specification which ~~can be~~ is used to identify at least one portion of the ~~first~~
4  document.

1     25.     (Currently Amended) A computer system that facilitates content
2  dissemination, the computer system comprising:
3     a processor;
4     a memory;
5     a tagging mechanism ~~to allow a user~~ configured to provide a tool for an
6  owner of a document to add a tag to a first document, wherein the tag indicates an
7  ~~operation~~ action to be performed on a portion of the document and a receiving
8  entity corresponding to the action; and
9     a tag processing mechanism to process the tag and perform the ~~operation~~
10  action with respect to the corresponding receiving entity on the document portion
11  based on the tag.

## REMARKS

In the Official Action mailed on **25 March 2010** (hereinafter "Office Action"), Examiner reviewed claims 1-25.  Examiner rejected claims 1-4, 6-8, 10, 12-16, 18-20, 22 and 24-25 under 35 U.S.C. § 102(b) based on Moody et al. (U.S. Patent No. 5,890,177, hereinafter "Moody").  Examiner rejected claims 5, 9, 11, 17 and 21-23.  Examiner rejected claims 5, 9, 11, 17, 21 and 23 under 35 U.S.C. § 103(a) based on Moody, in view of Bhogal et al. (U.S. Pub. No. 2005/0033813, hereinafter "Bhogal").

### Examiner Interview

Applicant thanks Examiner for the telephone interview conducted on 21 April 2010.  Applicant proposed amendments to the claims and argued that the cited reference Moody does not disclose a tag that **indicates an action** to be performed on a portion of the document, and **indicates a receiving entity** corresponding to the action.  Examiner agrees that the proposed amendments overcome the cited reference.  Accordingly, Applicant has incorporated the proposed amendments into this response.

### Rejections under 35 U.S.C. § 102

Examiner rejected claims 1-4, 6-8, 10, 12-16, 18-20, 22 and 24-25 under 35 U.S.C. § 102(b) based on Moody.  Applicant respectfully disagrees with Examiner's rejection.  Moody does not disclose a tag that **indicates an action** to be performed on a portion of the document, and **indicates a receiving entity** corresponding to the action.

Specifically, embodiments of the present invention provide a system that facilitates content dissemination.  During operation, the system allows an owner of a document to add a tag to the document, such that the tag indicates an action

to be performed on a portion of the document, and indicates a receiving entity corresponding to the action (see instant application at pars. [0038] and [0042]). The system then processes the tag, and performs the action with respect to the receiving entity on the document portion based on the tag (see instant application at par. [0082]).

In the Office Action, Examiner rejected the independent claims and claim 2, averring that Moody discloses the above limitations, citing to col. 5 at line 48 – col. 6 at line 55, and FIG. 3 of Moody (see Office Action at pages 3 – 4). However, Applicant respectfully notes that the cited sections of Moody merely disclose:

> When reviewing the changes, the duplicated paragraphs allow the author to see the edits in the different versions of the edited paragraphs in context. Each paragraph has a special tag at the beginning of the paragraph with the editor's initials and a number indicating a paragraph set to which the paragraph belongs (see Moody at col. 5, lines 54 – 59).

Thus, Moody merely discloses that a tag indicates an author and paragraph for an edit **that has already been applied** to a document. Moreover, Applicant respectfully points out that Moody is merely concerned with a system that **retrieves and compares edited copies** of a document, and creates a single marked-up document that displays the edited sections (see Moody, abstract). However, Applicant finds no disclosure in Moody that discloses a tag which indicates an action to be performed on a portion of the document, and indicates a receiving entity corresponding to the action.

Accordingly, Applicant has amended claims 1, 13, and 25 to clarify that a tag that indicates an action to be performed on a portion of the document, and indicates a receiving entity corresponding to the action. These amendments find support in paragraphs [0038] and [0042] of the instant application. Also, Applicant has amended claims 2-4, 10-12, 14-16, and 22-24 to improve claim language consistency. No new matter has been added.

9

JXC Amendment A PARC-20061126 (non-final OAR).doc

Hence, Applicant respectfully submits that independent claims 1, 13, and 25 as presently amended are in condition for allowance.  Applicant also submits that claims 2-12, which depend upon claim 1, and claims 14-24, which depend upon claim 13, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

                                      Respectfully submitted,

By    /Ying Wang/_____
        Ying Wang
        Registration No. 63,786

By    /Shun Yao/_____
        Shun Yao
        Registration No. 59,242

Date: 17 June 2010

Ying Wang
Park, Vaughan & Fleming LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 204-4051
Fax: (530) 759-1665
Email: annie@parklegal.com

Shun Yao
Park, Vaughan & Fleming LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 759-1665
Email: shun@parklegal.com

JXC Amendment A PARC-20061126 (non-final OAR).doc