# EXHIBIT J

| | | |
|---|---|---|
| Application Number | : 11/803,920 | Confirmation Number: 7378 |
| Applicant | : Diana K. Smetters et al. | |
| Filed | : 15 May 2007 | |
| T.C./A.U. | : 2177 | |
| Examiner | : Tapp, Amelia L. | |
| | | |
| Docket Number | : PARC-20061126-US-NP | |
| Customer No. | : 35699 | |

Amendment after Non Final Rejection
Via Electronic Filing

## AMENDMENT

Sir:

In response to the Office Action of **23 May 2014**, please amend the above-identified Application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 9 of this paper.

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1.  (Currently amended) A method for facilitating content dissemination, the method comprising:
    receiving a user input ~~providing a tool for an owner of a document to~~ comprising one or more tags to insert inline within a ~~tag inline within the~~ document, wherein a respective tag is at least partly formulated in natural language and indicates an action to be performed on a partial portion of the document and a receiving entity corresponding to the action;~~, wherein the tag indicates an action to be performed on a partial portion of the document and a receiving entity corresponding to the action;~~
    processing the one or more tags according to one or more rules to determine both the action to be performed on the partial portion of the document and the receiving entity; and
    disseminating the document portion indicated by the one or more tags[[tag]] to the corresponding receiving entity ~~such that~~ to facilitate performing the action specified in the one or more tags ~~tag is performed~~ on the document portion.

2.  (Previous presented) The method of claim 1, wherein the tag also indicates the portion of the document.

3.  (Previous presented) The method of claim 2,

2

HHL Amendment C PARC-20061126-US-NP (Non final OAR).doc

2          wherein the action comprises one or more of:
3                  a showing of, sharing of, copying of, request of comment for,
4              and a request of approval for the document portion with respect to the
5              receiving entity;
6          wherein the document portion includes one or more of: a paragraph, a
7  section, and a specific text location; and
8          wherein the receiving entity is identified by at least one of:
9              one or more user identifiers,
10             one or more group identifiers,
11             one or more email addresses,
12             one or more network addresses, and
13             one or more pathnames.

1      4.      (Cancelled).

1      5.      (Currently amended) The method of claim 1, wherein <u>receiving the</u>
2  <u>user input comprising one or more tags to insert inline within the document</u>
3  ~~providing the tool for the owner to insert the tag in the document~~ comprises:
4          providing the owner with a visual representation of a collection of tags;
5  and
6          allowing the owner to select one or more tags from the collection of tags.

1      6.      (Currently amended) The method of claim 1,
2          wherein the ~~operation~~ <u>action</u> includes sending the document portion to a
3  user of the document; and
4          wherein the method further comprises:
5              receiving another document portion in response to the ~~operation~~ <u>action</u>
6  performed; and

3

7  modifying the document based on the other received document portion.

1  7. (Original) The method of claim 1, further comprising receiving a
2 user command which triggers the processing of the tag.

1  8. (Currently amended) The method of claim 1, wherein the
2 processing of the <u>one or more</u> tags is performed at pre-determined times.

1  9. (Original) The method of claim 1, further comprising triggering the
2 processing of the tag based on one or more events.

1  10. (Previously presented) The method of claim 1, wherein
2 disseminating the document portion comprises:
3  encrypting a copy of the document portion; and
4  sending the encrypted copy to the receiving entity.

1  11. (Previously presented) The method of claim 1, wherein
2 disseminating the document portion comprises:
3  authenticating a copy of the document portion by signing the copy with a
4 digital signature; and
5  sending the authenticated copy to the receiving entity.

1  12. (Currently amended) The method of claim 1, wherein at least a part
2 of the tag ~~is formulated in natural language or~~ contains an abstract specification
3 which is used to identify at least one portion of the document.

1  13. (Currently amended) A non-transitory computer-readable storage
2 medium storing instructions that when executed by a computer cause the

4

3   computer to perform a method for facilitating content dissemination, the method
4   comprising:
5       <u>receiving a user input</u> ~~providing a tool for an owner of a document to~~
6   <u>comprising one or more tags to</u> insert <u>inline within a</u> ~~tag inline within the~~
7   document<u>, wherein a respective tag is at least partly formulated in natural</u>
8   <u>language and indicates an action to be performed on a partial portion of the</u>
9   <u>document and a receiving entity corresponding to the action;</u>~~, wherein the tag~~
10  ~~indicates an action to be performed on a partial portion of the document and a~~
11  ~~receiving entity corresponding to the action;~~
12       processing the <u>one or more</u> tags <u>according to one or more rules to</u>
13  <u>determine both the action to be performed on the partial portion of the document</u>
14  <u>and the receiving entity</u>; and
15       disseminating the document portion indicated by the <u>one or more</u>
16  <u>tags</u>[[tag]] to the corresponding receiving entity ~~such that~~ <u>to facilitate performing</u>
17  <u>the action specified in the</u> <u>one or more tags</u> ~~tag is performed~~ on the document
18  portion.

1      14.   (Previous presented) The storage medium of claim 13, wherein the
2  tag also indicates the portion of the document.

1      15.   (Previous presented) The storage medium of claim 14,
2   wherein the action comprises one or more of:
3      a showing of, sharing of, copying of, request of comment
4   for, and a request of approval for the document portion with
5   respect to the receiving entity;
6   wherein the document portion includes one or more of: a paragraph, a
7  section, and a specific text location; and
8      wherein the receiving entity is identified by at least one of:

5

9  one or more user identifiers,

10  one or more group identifiers,

11  one or more email addresses,

12  one or more network addresses, and

13  one or more pathnames.

1  16. (Cancelled).

1  17. (Currently amended) The storage medium of claim 13, wherein
2 <u>receiving the user input comprising one or more tags to insert inline within the</u>
3 <u>document</u><s>providing the tool for the owner to insert the tag in the document</s>
4 comprises:
5  providing the owner with a visual representation of a collection of tags;
6 and
7  allowing the owner to select one or more tags from the collection of tags.

1  18. (Currently amended) The storage medium of claim 13,
2  wherein the <s>operation</s> <u>action</u> includes sending the document portion to a
3 user of the document; and
4  wherein the method further comprises:
5  receiving another document portion in response to the <s>operation</s> <u>action</u>
6 performed; and
7  modifying the document based on the other received document portion.

1  19. (Original) The storage medium of claim 13, further comprising
2 receiving a user command which triggers the processing of the tag.

1      20.    (Currently amended) The storage medium of claim 13, wherein the
2  processing of the <u>one or more </u>tags is performed at pre-determined times.

1      21.    (Original) The storage medium of claim 13, further comprising
2  triggering the processing of the tag based on one or more events.

1      22.    (Previously presented) The storage medium of claim 13, wherein
2  disseminating the document portion comprises:
3      encrypting a copy of the document portion; and
4      sending the encrypted copy to the receiving entity.

1      23.    (Previously presented) The storage medium of claim 13, wherein
2  disseminating the document portion comprises:
3      authenticating a copy of the document portion by signing the copy with a
4  digital signature; and
5      sending the authenticated copy to the receiving entity.

1      24.    (Currently amended) The storage medium of claim 13, wherein at
2  least a part of the tag ~~is formulated in natural language or~~ contains an abstract
3  specification which is used to identify at least one portion of the document.

1      25.    (Currently amended) A computer system that facilitates content
2  dissemination, the computer system comprising:
3      a processor;
4      a memory;
5      a tagging mechanism configured to <u>receive a user input</u> ~~provide a tool for~~
6  ~~an owner of a document to~~ <u>comprising one or more tags to</u> insert <u>inline within a</u>
7  ~~tag inline within the~~ document<u>, wherein a respective tag is at least partly</u>

| | |
|---|---|
| 8 | formulated in natural language and indicates an action to be performed on a partial |
| 9 | portion of the document and a receiving entity corresponding to the action;~~,~~ |
| 10 | ~~wherein the tag indicates an action to be performed on a partial portion of the~~ |
| 11 | ~~document and a receiving entity corresponding to the action; and~~ |
| 12 | a tag processing mechanism to process the one or more tags according to |
| 13 | one or more rules to determine both the action to be performed on the partial |
| 14 | portion of the document and the receiving entity; and |
| 15 | disseminate the document portion indicated by the one or more tags[[tag]] |
| 16 | to the corresponding receiving entity ~~such that~~ to facilitate performing the action |
| 17 | specified in the one or more tags ~~tag is performed~~ on the document portion. |

# REMARKS

In the Official Action mailed on **23 May 2014** (hereinafter "Office Action"), Examiner reviewed claims 1-3, 5-15 and 17-25.  Examiner rejected claims 1-3, 5-15 and 17-25 under pre-AIA 35 U.S.C. § 103(a) as being unpatentable over Moody et al. (US Patent No. 5890177, hereinafter "Moody") in view of Peck et al., (US Patent No. 7111234, hereinafter "Peck") and further in view of Bhogal et al. (US Patent No. 7437421, hereinafter "Bhogal").

## Rejections under 35 U.S.C. § 103

Examiner rejected claims 1-3, 5-15 and 17-25 under 35 U.S.C.§ 103(a) as being unpatentable over Moody in view of Peck, and further in view of Bhogal. Applicant respectfully points out to Examiner that neither Moody, Peck, nor Bhogal discloses receiving a user input that includes one or more tags to insert inline within a document.  Each tag can be at least partly formulated in natural language, and indicates both an action to be performed on a partial portion of the document and a receiving entity corresponding to the action.

Specifically, embodiments of the present invention provide a system that facilitates content dissemination.  During operation, the system receives user input to  insert inline within a document one or more tags that are at least partly formulated in natural language and indicates both an action to be performed on a partial portion of the document and a receiving entity corresponding to the action. The system processes the one or more tags according to one or more rules to determine both the action to be performed on the partial portion of the document, and to determine the receiving entity.  The system then disseminates the document portion indicated by the one or more tags to the corresponding receiving entity to

facilitate performing the action specified in the one or more tags on the document portion.[1]

In the Office Action, Examiner states that Moody discloses "at least a part of the tag is formulated in natural language or contains an abstract specification which is used to identify at least one portion of a document," citing to column 5, lines 48 to column 6, line 55.[2] However, Applicant respectfully submits that Moody merely discloses assigning special tags to paragraphs of a document to associate editors with their edits in the document.

Specifically, Moody discloses that "each paragraph has a special tag at the beginning of the paragraph with the editor's initials and a number indicating a paragraph set to which the paragraph belongs. The special tag is 'owned' by one of the editors. The editor who 'owns' the special tag is determined by identifying the first revision insertion in the paragraph and assigning the editor who made the revision insertion the ownership of the special tag. If there are no revision insertions, then the paragraph is examined for the first revision deletion and the editor who made that revision deletion is assigned the ownership of the special tag. If there are no revision insertions or deletions, then an editor must have inserted an entirely new paragraph so the editor who is assigned the first character of the paragraph is also assigned the ownership of the special tag."[3]

Moody also discloses that "the special tags 'Original 1,' 'AB 1' and 'CD 1' are assigned as described above. The number '1' which is appended to each tag indicates that the three paragraphs are a set."[4]

Moody merely discusses using special tags to identify the editor of a copy of a document when there are multiple edited versions. Using special tags to identify authors of document edits and document versions is not the same as receiving user input to **insert inline within a document one or more tags that**

---

1 See instant application at least in pars. [0029]-[0033], [0041], [0045]-[0049], [0067]-[0075].
2 See Office Action at page 9-10.
3 See Moody at column 5, line 56 to column 6, line 3.
4 See Moody at column 6, line 14 to column 6, line 17.

**are at least partly formulated in natural language**. Moody does not go so far as to disclose that the special tag is written in a natural language, or that the editor may specify and insert the special tag. For example, Moody discloses the special tags "Original 1," "AB 1," and "CD 1." However, these special tags are not written in a natural language, and the editors do not themselves specify the tags and insert them into the document. Writing the tag in natural language facilitates ease of understanding for users. An example of a tag written in the natural language is presented in the instant application: "DENY BOB ALL PARAGRAPHS REFERRING TO PAYROLL"[5] The special tags of Moody are limited to special keywords and initials identifying editors, which are not written in a natural language. Therefore, Applicant respectfully submits that Moody does not disclose the features of amended claim 1. Peck and Bhogal also do not disclose the features of amended claim 1.

Accordingly, Applicant has amended claims 1, 13, and 25 to clarify that embodiments of the present invention involve receiving user input that includes one or more tags to insert inline within a document. Each tag can be at least partly formulated in natural language, and indicates both an action to be performed on a partial portion of the document and a receiving entity corresponding to the action. These amendments find support in paragraphs [0041], [0048], [0067], [0070], [0072] of the instant application. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 13, and 25 as presently amended are in condition for allowance. Applicant also submits that claims 2-12, which depend upon claim 1, and claims 14-24, which depend upon claim 13, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

---

5 See instant application at least in pars. [0070].

11

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

                                          Respectfully submitted,

                            By     /Jorge Campos/
                                        Jorge Campos
                                        Registration No. 62,872

Date:  22 August 2014

                            By     /HowardHLouie/
                                        Howard Louie
                                        Registration No. 60,820

Date:  22 August 2014

Jorge Campos
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (408) 402-8157
Fax: (530) 204-4064
Email: jorge@parklegal.com

Howard H. Louie
PARK, VAUGHAN, FLEMING, & DOWLER LLP
2800 Fifth Street, Suite 110
Davis, CA 95618-7759
Tel: (530) 746-7840
Fax: (530) 204-4064
Email: howard@parklegal.com

# AUTHORIZATION TO DEDUCT ANY UNDERPAYMENTS OR CREDIT ANY OVERPAYMENTS TO DEPOSIT ACCOUNT 24-0037

Please deduct any <u>underpayments,</u> credit any <u>overpayments</u>, and charge all required <u>extension of time fees</u> associated with attached filing to Deposit Account Number 24-0037.

Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1661
Fax: (530) 759-1665
Email: richard@parklegal.com

        Respectfully submitted,

By   /s/ A. Richard Park

        A. Richard Park
        Registration No. 41,241