# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>　　　　　　　Plaintiff.<br><br>　v.<br><br>TWITTER, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:20-cv-10754 AB(MRWx)<br><br>**[PROPOSED] ORDER DENYING TWITTER, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

　　　The Court, having considered Twitter, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), and Palo Alto Research Center Inc.'s response thereto, is of the opinion that the Motion should be denied. It is therefore:

　　　ORDERED that Defendant Twitter, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED.

DATED:_____

　　　　　　　　　　　　　　　　　　　　André Birotte Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge