# EXHIBIT 4

Response to Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| *In re* Application of<br>   Chi et al. | ) | Group Art Unit: 2162 |
| 5 | ) | |
| Serial No. 11/200,557 | ) | Examiner: |
| | ) |    Joshua Bullock |
| Filed:  August 9, 2005 | ) | |
| | ) | |
| 10   For:  Systems And Methods For Personalized | ) | |
|        Search | ) | |

## RESPONSE TO OFFICE ACTION

15   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

In response to the non-final Office Action mailed on October 5, 2007 for

the above-referenced patent application, please enter the following amendments

and remarks.

**Amendments to the Specification** begin on page 2 of this paper.

25   **Amendments to the Claims** are reflected in the listing of claims, which begins

on page 5 of this paper.

**Remarks** begin on page 11 of this paper.

- 1 -

Response to Office Action
Docket No. 20050533-US-NP

## Amendments to the Specification

On page 6, paragraph 0033, please replace the existing paragraph with the following substitute paragraph:

In step S4000, the proximal neighborhood is determined. The proximal neighborhood is based on a user history. The proximal neighborhood reflects linked but unseen documents that are within a threshold link distance of documents already accessed by the user. The links to documents already accessed by the user indicate that the documents are likely to be topically related to the interests of the user. The user history includes transactions related to having ~~world wide web~~ <u>World Wide Web</u> documents, accessing documents in a digital library, retrieving documents via ftp, http, or the like, retrieving documents through an internet portal and/or retrieving documents from any known or later developed source of historical user transactions. After the proximal neighborhood has been determined, control continues to step S5000.

On page 7, paragraph 0038, please replace the existing paragraph with the following substitute paragraph:

The crawling parameters are determined in step S4100. The crawling parameters include, but are not limited to: how the proximal documents are identified and how many links away a proximal document is from an accessed document. For example, in a breadth first search environment, a value of 2 provides a good link threshold distance. Thus, linked documents that are within 2 links of an accessed document are included within the proximal neighborhood. It will be apparent that other crawling parameters such as ~~the PageRank~~ <u>a</u> link ranking function, the backlink ranking function, breadth-first search and/or any known or later developed link ranking and/or ordering strategy may also be used in the practice of this invention.

- 2 -

On page 7, paragraph 0039, please replace the existing paragraph with the following substitute paragraph:

5

In some embodiments, a closed set of documents is defined. The documents in the closed set are linked or interconnected when the document is added to the set or collection. In still other exemplary embodiments, the interconnections between documents are not known. Thus, a crawler or other retrieval mechanism is used to determine the documents in the world-wide-web that are linked to the current document. The number of links to follow defines the proximal neighborhood. Moreover, different types of crawling algorithms, such as

10

breadth first search, ~~PageRank,~~ <u>link ranking,</u> backlink and various other graph search strategies may also be used to determine documents within the proximal neighborhood. After determining the crawling parameters, control continues to step S4200

On page 8, paragraph 0043, please replace the existing paragraph with the

15

following substitute paragraph:

Documents are added to the proximal neighborhood using the current document as the starting point in step S4500. Thus, if an open set of documents such as the ~~world-wide-web~~ <u>World Wide Web</u> is specified, an optional crawler is used to add linked but unseen documents based on the specified crawling

20

parameters. The crawling parameters include, but are not limited to: a threshold link distance, the type of link crawling strategy or the like. If a closed document set is specified, then the optional crawling is not required. The unseen linked documents within a threshold link distance of the current document are added to the set of documents in the proximal neighborhood. After the proximal

25

neighborhood has been determined, control continues to step S4600.

On page 19, paragraph 0086, please replace the existing paragraph with the following substitute paragraph:

The last row contains the values "9823",
"PROXY://SQUID1.YZA.ORG".  The history of the user access patterns within
the ~~world wide web~~ <u>World Wide Web</u> documents is stored within the SQUID1
web proxy server for organization "YZA". The web proxy user history

5    information is retrieved by the system for personalized search and used to create a
user profile.

On page 21, paragraph 0099, please replace the existing paragraph with
the following substitute paragraph:

It will be apparent that in various other exemplary embodiments according

10    to this invention, the term linked documents includes, textual, audio, video
documents, objects and/or other statically or dynamically linked information
items. It should also be apparent that in other exemplary embodiments, the
personalized search may be combined with a conventional search in various ways.
For example, a personal search for a query may combine a search across the

15    ~~word-wide-web~~ <u>World Wide Web</u> with a search across one or more proximal
neighborhoods. Newly discovered results from the proximal neighborhoods may
be displayed within, or adjacent to non-proximal search results from the larger
non proximal collection of documents

- 4 -

## Amendments to the Claims

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims:

1       1.      (currently amended): A method for personalized search comprising
2   the steps of:

3       ~~determining~~ receiving a ~~query;~~ query from a user:

4       ~~determining a~~ identifying the user;

5       ~~determining~~ retrieving a user history ~~of~~ for the user comprising access

6   patterns ~~within an information repository of~~ identifying linked information

7   ~~elements;~~ elements within an information repository;

8       ~~determining~~ identifying a user profile ~~based on~~ comprising keywords

9   relevant to the access patterns in the user history;

10       determining a proximal neighborhood ~~based on~~ using the keywords in the

11   user profile comprising unseen linked information elements within a threshold

12   distance of the linked information elements in the user history; and

13       ~~determining personalized search results based on~~ applying the ~~query, the~~

14   ~~user profile and~~ query to the unseen linked information elements in the proximal

15   neighborhood.

1       2.      (currently amended): The method of claim 1, ~~in which~~ wherein the

2   proximal neighborhood is determined ~~based on~~ by applying a crawling

3   ~~parameters.~~ strategy.

1       3.      (currently amended): The method of claim 2, ~~in which~~ wherein the

2   ~~crawling parameters specifies a~~ crawling strategy [[from]] comprises at least one

3   ~~of: the PageRank function; the~~ of a link ranking function, a backlink ~~function;~~

4   function, and a breadth first search.

1    4.    (currently amended): The method of claim 2, ~~in which at least one~~

2    ~~of the crawling parameters is~~ wherein a threshold link ~~distance.~~ distance is set for

3    the crawling strategy.


1    5.    (currently amended): The method of claim 1, ~~in which~~ wherein the

2    user history ~~is from~~ comprises at least one [[of:]] of a web access [[log;]] log, a

3    library ~~manager;~~ manager, a web proxy server [[log;]] log, a browser history ~~file;~~

4    file, and a server access log.


1    6.    (currently amended): The method of claim 1, ~~in which~~ wherein the

2    information repository [[is]] comprises at least one [[of:]] of ~~the world-wide web~~ a

3    website, a document repository, and a hard drive.


1    7.    (currently amended): The method of claim 6, ~~in which~~ wherein the

2    document repository [[is]] comprises at least one [[of:]] of a digital library, a

3    document management system, and a server.


1    8.    (currently amended): The method of claim 1, ~~in which~~ wherein

2    user histories, user ~~profiles~~ profiles, and proximal neighborhoods are determined

3    for a first user and at least one other user, and in which at least one of the user

4    history, the user profiles and the proximal neighborhoods ~~are combined.~~ form a

5    combination.


1    9.    (currently amended): The method of claim 8, ~~in which~~ wherein the

2    combination [[is]] comprises at least one [[of:]] of union, intersection, addition,

3    and subtraction.


1    10.    (currently amended): The method of claim 1, ~~in which~~ wherein a

2    first user history is associated with a first user and a second user history is

3    associated with a second user and the first user history is used by the second user.

1      11.     (currently amended): The method of claim 10, ~~in which~~ wherein a

2      first user proximal neighborhood is associated with [[a]] the first user and a

3      second user proximal neighborhood is associated with [[a]] the second user and

4      the first user proximal neighborhood is used by the second user.

1      12.     (currently amended): The method of claim 10, ~~in which~~ wherein a

2      first user profile is associated with [[a]] the first user and a second user profile is

3      associated with [[a]] the second user and the first user profile is used by the

4      second user.

1      13.     (currently amended): The method of claim 1, ~~in which~~ wherein the

2      linked information elements [[are]] ~~comprised of~~ comprise at least one [[of:]] of

3      audio, ~~video~~ video, and textual ~~information;~~ information.

1      14.     (currently amended): The method of claim 1, in which the linked

2      information elements [[are]] comprise linked documents.

1      15.     (currently amended): The method of claim 1, ~~are~~ wherein the

2      proximal neighborhood ~~comprised of~~ comprises at least one [[of:]] of audio, ~~video~~

3      video, and textual information.

1      16.     (currently amended): The method of claim 1, ~~in which~~ wherein the

2      search results are ordered based on the ~~user profile.~~ keywords relevant to the

3      access patterns in the user history.

1      17.     (currently amended): The method of claim 1, ~~in which~~ wherein the

2      user history is categorized.

1      18.     (currently amended): The method of claim 17, ~~in which~~ wherein

2      the categories ~~are based on~~ comprise at least one [[of:]] of tasks, projects, and

3      organizations.

1      19.     (currently amended): A system for personalized search comprising:

Response to Office Action
Docket No. 20050533-US-NP

2        a memory;

3        an input/output circuit that receives a user ~~query;~~ query from a user;

4        a processor that ~~determines a relevant~~ identifies the user;

5        a user history ~~determination~~ retrieval circuit that ~~determines~~ retrieves the

6  user history for the user comprising access patterns ~~within a repository of~~

7  identifying linked information ~~elements;~~ elements within an information

8  repository;

9        a profile ~~determination~~ identification circuit that ~~determines~~ identifies a

10  user profile ~~descriptive of the linked information elements~~ comprising keywords

11  relevant to access patterns in the user history;

12        a proximal neighborhood determination circuit that determines a proximal

13  neighborhood [[of]] using the keywords in the user profile comprising unseen

14  linked information elements ~~from the repository linked to user history information~~

15  ~~element~~ within ~~at least~~ a threshold distance ~~metric;~~ of the linked information

16  elements in the user history; and

17        a search circuit that ~~searches~~ applies the query to the unseen linked

18  information elements in the proximal neighborhood. ~~for the query; and~~

19        ~~a ranking circuit that ranks the search results based on the user profile.~~

1     20.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2  proximal neighborhood is determined ~~based on~~ by applying a crawling

3  ~~parameters.~~ strategy.

1     21.    (currently amended): The system of claim 20, ~~in which~~ wherein the

2  ~~crawling parameters specifies a~~ crawling strategy [[from]] comprises at least one

3  ~~of: the PageRank function; the~~ of a link ranking function, a backlink ~~function;~~

4  function, and a breadth first search.

1     22.    (currently amended): The system of claim 20, ~~in which at least one~~

2  ~~of the crawling parameters is~~ wherein a threshold link ~~distance.~~ distance is set for

3  the crawling strategy.

1      23.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2    user history ~~is from~~ comprises at least one [[of:]] of a web access [[log;]] log, a

3    library ~~manager;~~ manager, a web proxy server [[log;]] log, a browser history ~~file;~~

4    file, and a server access log.

1      24.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2    information repository [[is]] comprises at least one [[of:]] of ~~the world wide web~~ a

3    website, a document repository, and a hard drive.

1      25.    (currently amended): The system of claim 24, ~~in which~~ wherein the

2    document repository [[is]] comprises at least one [[of:]] of a digital library, a

3    document management system, and a server.

1      26.    (currently amended): The system of claim 19, ~~in which~~ wherein

2    user histories, user ~~profiles~~ profiles, and proximal neighborhoods are determined

3    for a first user and at least one other user, and in which at least one of the user

4    history, the user profiles and the proximal neighborhoods ~~are combined.~~ form a

5    combination.

1      27.    (currently amended): The system of claim 26, ~~in which~~ wherein the

2    combination [[is]] comprises at least one [[of:]] of union, intersection, ~~addition~~

3    addition, and subtraction.

1      28.    (currently amended): The system of claim 19, ~~in which~~ wherein a

2    first user history is associated with a first user and a second user history is

3    associated with a second user and the first user history is used by the second user.

1      29.    (currently amended): The system of claim 28, ~~in which~~ wherein a

2    first user proximal neighborhood is associated with [[a]] the first user and a

3    second user proximal neighborhood is associated with [[a]] the second user and

4    the first user proximal neighborhood is used by the second user.

1    30.    (currently amended): The system of claim 28, ~~in which~~ wherein a

2    first user profile is associated with [[a]] the first user and a second user profile is

3    associated with [[a]] the second user and the first user profile is used by the

4    second user.


1    31.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2    linked information elements [[are]] ~~comprised of~~ comprise at least one [[of:]] of

3    audio, ~~video~~ video, and textual ~~information;~~ information.


1    32.    (currently amended): The system of claim 19, in which the linked

2    information elements [[are]] comprise linked documents.


1    33.    (currently amended): The system of claim [[19]] 19, ~~are~~ wherein

2    the proximal neighborhood ~~comprised of~~ comprises at least one [[of:]] of audio,

3    ~~video~~ video, and textual information.


1    34.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2    search results are ordered based on the user ~~user profile.~~ keywords relevant to the

3    access patterns in the user history.


1    35.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2    user history is categorized.


1    36.    (currently amended): The system of claim 35, ~~in which~~ wherein the

2    categories ~~are based on~~ comprise at least one [[of:]] of tasks, projects, and

3    organizations.


1    37.    (canceled).


1    38.    (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-38 are pending. Claims 1-36 have been amended and remain in the application. Claims 37 and 38 have been canceled. No new matter has been entered.

5    The specification stands objected for informalities. The specification has been amended. No new matter has been entered. Withdrawal of the objection is requested.

The specification stands objected for lack of antecedent basis. Claim 38 has been canceled. Withdrawal of the objection is requested.

10    Claims 6, 13, 15, 18, 24, 31, 33, and 36 stand objected for informalities. Claims 6, 13, 15, 18, 24, 31, 33, and 36 have been amended. Withdrawal of the objection is requested.

Claim 37 stands rejected under 35 U.S.C. § 101 as non-statutory. Claim 37 has been canceled. Withdrawal of the rejection is requested.

15    Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent Application Publication No. US 2005/0071328, to Lawrence. Applicant traverses.

A claim is anticipated under 35 U.S.C. § 102(e) only if each and every element as set forth in the claim is found, either expressly or inherently described, 20    in a single prior art reference. MPEP 2131. The Lawrence publication fails to teach or suggest each and every claim element and fails to anticipate Claims 1-9, 13-27, and 31-36.

Lawrence discloses a system and method for creating a user profile, which is used to order search results returned by a search engine (Abstract). The user 25    profile includes previous search queries, the user's activities, sampled content, category information, and the user's personal information (paragraphs [0031]-[0036]). A search query is received from the user, and a list of documents that match the search query is identified. Each document in the list is given a generic score based on a document page rank and the search query (paragraph [0073]). 30    The documents are then analyzed with respect to the user's profile to create a

profile score. A personalized rank based on the document's generic and profile scores is used to order the documents for presenting to the user (paragraph [0074]).

Lawrence teaches searching documents or an index of documents stored

5    on a content server that are unrelated to previous activities of the user (paragraphs [0029] and [0073]). By way of background, the subject invention queries documents placed into a proximal neighborhood (paragraph [0035]). A proximal neighborhood is a set of documents that have not been seen by the user, but are within a threshold link distance of previously accessed documents (paragraph

10    [0033]). Searching the proximal neighborhood allows the return of results which are likely closely and topically related to the interests of the user since the documents in the proximal neighborhood are linked to documents already accessed by the user (paragraphs [0033], [0035], and [0062]). Thus, Lawrence teaches searching *unrelated* documents located on a content server, rather than

15    searching a proximal neighborhood for the query, per Claims 1 and 19.

Accordingly, Claim 1 recites determining a proximal neighborhood using the keywords in the user profile comprising unseen linked information elements *within a threshold distance* of the linked information elements in the user history and applying the query to the unseen linked information elements in the proximal

20    neighborhood. Amended Claim 19 recites a proximal neighborhood determination circuit that determines a proximal neighborhood using the keywords in the user profile comprising unseen linked information elements *within a threshold distance* of the linked information elements in the user history and a search circuit that applies the query to the unseen linked information elements in the proximal

25    neighborhood. No new matter has been entered. Support for the amendments can be found in the specification, for example, in paragraphs [0025]-[0026], [0032]-[0033], and [0052]-[0057]. Such limitations are neither taught nor suggested by Lawrence.

Further, Lawrence teaches ordering search results in response to a user

30    query (paragraph [0028]). Documents that match the query are selected and

assigned a generic score based on the document's page rank and the search query (paragraph [0073]). The selected documents are each assigned a profile score based on a user profile (paragraph [0074]), which includes previous search queries, anchor text, general information, the user's activities, sampled content,

5     category information, and the user's personal information (paragraphs [0031]-[0036]). The documents are then ordered based on a function of the generic and profile scores (paragraph [0074]). Thus, Lawrence teaches identifying documents and ranking the documents based on a user profile, rather than applying a query to unseen linked information elements in a proximal neighborhood, per Claims 1 and

10    19.

Therefore, the Lawrence reference fails to teach or suggest all the claim limitations and does not anticipate Claims 1 and 19. Claims 2-9 and 13-18 are dependent upon Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 20-27 and 31-36 are

15    dependent upon Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of the rejection under 35 U.S.C. § 102(e) is respectfully requested.

Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being obvious over Lawrence and further in view of U.S. Patent Application Publication

20    No. 2005/0102282, to Linden. Applicant traverses.

Linden discloses a method for providing personalized search results (Abstract). Search results returned to a user are modified based on the user's previous search results, the user's previous viewed items, and items viewed by other users using similar search queries (paragraphs [0025], [0032], and [0038]).

25    Combining Lawrence and Linden further limits ordering of search results based on previous user activities and personal information, as taught by Lawrence, by introducing the use of other user's search activities in the ordering of search results, as taught by Linden.  Thus, further limiting Lawrence does not anticipate nor render obvious independent Claims 1 and 19, as discussed above, or the

30    claims depending therefrom.

- 13 -

Claims 10-12 are dependent on Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 28-30 are dependent on Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of rejection under

5     35 U.S.C. § 103(a) is respectfully requested.

The prior art made of record and not relied upon has been reviewed by the applicant and is considered to be no more pertinent than the prior art references already applied.

Claims 1-36 are believed to be in condition for allowance. Entry of the

10    foregoing amendments is requested. Reconsideration of claims and a Notice of Allowance are earnestly solicited. Please contact the undersigned at (206) 381-3900 regarding any questions or concerns associated with the present matter.

Respectfully submitted,

15

Dated:  February 5, 2008          By: _____
                                       Scott E. Smith, Esq.
                                       Reg. No. 61,721

20

Cascadia Intellectual Property
500 Union Street, Suite 1005            Telephone: (206) 381-3900
Seattle, WA 98101                       Facsimile: (206) 381-3999

25

OA Resp

- 14 -