**EXHIBIT 6**

Response to Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of | ) |
|     Chi et al. | )  Group Art Unit: 2162 |
| | ) |
| Serial No. 11/200,557 | )  Examiner: |
| | )      Joshua Bullock |
| Filed:  August 9, 2005 | ) |
| | ) |
| For:  Systems And Methods For Personalized | ) |
|     Search | ) |

## RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

In response to the non-final Office Action mailed on April 1, 2009 for the above-referenced patent application, please enter the following amendments and remarks. Pursuant to 37 C.F.R. § 1.136(a), a petition for a one-month Extension of Time is included with this response.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2.

**Remarks** begin on page 8.

Response to Office Action
Docket No. 20050533-US-NP

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1  1.      (currently amended) A method for personalized search comprising
2  the steps of:
3          receiving a query from a user;
4          identifying the user;
5          retrieving a user history for the user comprising access patterns identifying
6  linked information elements <u>previously accessed by the user</u> within an
7  information repository;
8          identifying a user profile comprising keywords relevant to the access
9  patterns in the user history;
10         determining a proximal neighborhood using the ~~keywords~~ <u>user history</u> in
11  the user profile, wherein the proximal neighborhood comprises [[unseen]] <u>only</u>
12  linked information elements <u>previously unseen by the user that are</u> within a
13  threshold distance of the linked information elements in the user history; and
14         ~~searching~~ <u>applying the query to</u> the unseen linked information elements in
15  the proximal neighborhood ~~using the query~~ <u>and determining search results</u>
16  <u>comprising the unseen linked information elements that match the query.</u>

1  2.      (currently amended) The method of claim 1, wherein the proximal
2  neighborhood <u>further comprises the linked information elements and</u> is
3  determined by applying a crawling strategy.

1  3.      (previously presented) The method of claim 2, wherein the
2  crawling strategy comprises at least one of a link ranking function, a backlink
3  function, and a breadth first search.

Response to Office Action
Docket No. 20050533-US-NP

1    4.    (previously presented) The method of claim 2, wherein a threshold
2    link distance is set for the crawling strategy.

1    5.    (previously presented) The method of claim 1, wherein the user
2    history comprises at least one of a web access log, a library manager, a web proxy
3    server log, a browser history file, and a server access log.

1    6.    (previously presented) The method of claim 1, wherein the
2    information repository comprises at least one of a website, a document repository,
3    and a hard drive.

1    7.    (previously presented) The method of claim 6, wherein the
2    document repository comprises at least one of a digital library, a document
3    management system, and a server.

1    8.    (previously presented) The method of claim 1, wherein user
2    histories, user profiles, and proximal neighborhoods are determined for a first user
3    and at least one other user, and in which at least one of the user history, the user
4    profiles and the proximal neighborhoods form a combination.

1    9.    (previously presented) The method of claim 8, wherein the
2    combination comprises at least one of union, intersection, addition, and
3    subtraction.

1    10.    (previously presented) The method of claim 1, wherein a first user
2    history is associated with a first user and a second user history is associated with a
3    second user and the first user history is used by the second user.

1    11.    (previously presented) The method of claim 10, wherein a first
2    user proximal neighborhood is associated with the first user and a second user
3    proximal neighborhood is associated with the second user and the first user
4    proximal neighborhood is used by the second user.

- 3 -

Response to Office Action
Docket No. 20050533-US-NP

1    12.    (previously presented) The method of claim 10, wherein a first
2    user profile is associated with the first user and a second user profile is associated
3    with the second user and the first user profile is used by the second user.

1    13.    (previously presented) The method of claim 1, wherein the linked
2    information elements comprise at least one of audio, video, and textual
3    information.

1    14.    (previously presented) The method of claim 1, in which the linked
2    information elements comprise linked documents.

1    15.    (previously presented) The method of claim 1, wherein the
2    proximal neighborhood comprises at least one of audio, video, and textual
3    information.

1    16.    (previously presented) The method of claim 1, wherein the search
2    results are ordered based on the keywords relevant to the access patterns in the
3    user history.

1    17.    (previously presented) The method of claim 1, wherein the user
2    history is categorized.

1    18.    (previously presented) The method of claim 17, wherein the
2    categories comprise at least one of tasks, projects, and organizations.

1    19.    (currently amended) A system for personalized search comprising:
2    a memory;
3    an input/output circuit that receives a user query from a user;
4    a processor that identifies the user;
5    a user history retrieval circuit that retrieves the user history for the user
6    comprising access patterns identifying linked information elements <u>previously</u>
7    <u>accessed by the user</u> within an information repository;

- 4 -

Response to Office Action
Docket No. 20050533-US-NP

8          a profile identification circuit that identifies a user profile comprising

9   keywords relevant to access patterns in the user history;

10          a proximal neighborhood determination circuit that determines a proximal

11   neighborhood using the ~~keywords~~ user history in the user profile, wherein the

12   proximal neighborhood comprises [[unseen]] only linked information elements

13   previously unseen by the user that are within a threshold distance of the linked

14   information elements in the user history; and

15          a search circuit ~~that searches~~ that applies the query to the unseen linked

16   information elements in the proximal neighborhood ~~using the query~~ and that

17   determines search results comprising the unseen linked information elements that

18   match the query.

1          20.     (currently amended) The system of claim 19, wherein the proximal

2   neighborhood further comprises the linked information elements and is

3   determined by applying a crawling strategy.

1          21.     (previously presented) The system of claim 20, wherein the

2   crawling strategy comprises at least one of a link ranking function, a backlink

3   function, and a breadth first search.

1          22.     (previously presented) The system of claim 20, wherein a threshold

2   link distance is set for the crawling strategy.

1          23.     (previously presented) The system of claim 19, wherein the user

2   history comprises at least one of a web access log, a library manager, a web proxy

3   server log, a browser history file, and a server access log.

1          24.     (previously presented) The system of claim 19, wherein the

2   information repository comprises at least one of a website, a document repository,

3   and a hard drive.

Response to Office Action
Docket No. 20050533-US-NP

1       25.     (previously presented) The system of claim 24, wherein the
2   document repository comprises at least one of a digital library, a document
3   management system, and a server.

1       26.     (previously presented) The system of claim 19, wherein user
2   histories, user profiles, and proximal neighborhoods are determined for a first user
3   and at least one other user, and in which at least one of the user history, the user
4   profiles and the proximal neighborhoods form a combination.

1       27.     (previously presented) The system of claim 26, wherein the
2   combination comprises at least one of union, intersection, addition, and
3   subtraction.

1       28.     (previously presented) The system of claim 19, wherein a first user
2   history is associated with a first user and a second user history is associated with a
3   second user and the first user history is used by the second user.

1       29.     (previously presented) The system of claim 28, wherein a first user
2   proximal neighborhood is associated with the first user and a second user
3   proximal neighborhood is associated with the second user and the first user
4   proximal neighborhood is used by the second user.

1       30.     (previously presented) The system of claim 28, wherein a first user
2   profile is associated with the first user and a second user profile is associated with
3   the second user and the first user profile is used by the second user.

1       31.     (previously presented) The system of claim 19, wherein the linked
2   information elements comprise at least one of audio, video, and textual
3   information.

1       32.     (previously presented) The system of claim 19, in which the linked
2   information elements comprise linked documents.

Response to Office Action
Docket No. 20050533-US-NP

1      33.      (previously presented) The system of claim 19, wherein the
2   proximal neighborhood comprises at least one of audio, video, and textual
3   information.

1      34.      (previously presented) The system of claim 19, wherein the search
2   results are ordered based on the user keywords relevant to the access patterns in
3   the user history.

1      35.      (previously presented) The system of claim 19, wherein the user
2   history is categorized.

1      36.      (previously presented) The system of claim 35, wherein the
2   categories comprise at least one of tasks, projects, and organizations.

1      37.      (canceled).

1      38.      (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-36 are pending and remain.  Claims 1, 2, 19, and 20 have been amended

### Rejections under 35 U.S.C. § 102(e) over Lawrence

5    Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as anticipated by U.S. Patent Application Publication No. 2005/0071328, to Lawrence.  Applicant traverses.

Independent Claims 1 and 19 have been amended.  Support for the claim amendments can be located in the specification in paragraph [0070] "identifying
10   linked information elements previously accessed by the user within an information repository" and "proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance;" and paragraph [0035] "applying the query to the unseen linked information elements in the proximal neighborhood and determining search
15   results comprising the unseen linked information elements that match the query." Thus, no new matter has been entered.

Claim 1 now recites determining a proximal neighborhood using the user history in the user profile, wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a
20   threshold distance of the linked information elements in the user history.  Claim 19 recites a proximal neighborhood determination circuit that determines a proximal neighborhood using the user history in the user profile, wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information
25   elements in the user history.

Lawrence is described in detail in the Response to Office Action filed on July 14, 2008, which is hereby incorporated by reference.  Lawrence further teaches creating a user profile, including a term-based profile, a category-based profile, and a link-based profile (paragraphs [0036]-[0039]).  The user profile is
30   generated from various sources of user information, such as a previous search

- 8 -

Response to Office Action
Docket No. 20050533-US-NP

query, links to or from documents identified by the previous search query, and information explicitly provided by the user (paragraph [0009]). Thus, Lawrence teaches generating user profiles based upon user information, rather than determining a proximal neighborhood of <u>only</u> linked information elements <u>not</u>

5    previously <u>seen</u> by a user.

Lawrence further teaches generating the link-based profile to identify links that are directly or indirectly related to a user's search preferences (paragraph [0039]). Each identified link is assigned a weight based on a relevance of the link to the user's search preferences (*Id*.). Thus, the links are selected based on

10   relations to the search preferences, but Lawrence fails to teach or suggest guidelines, such as user access or link distance, for identifying the related links. Therefore, Lawrence teaches identified direct and indirect links to a search preference, rather than identifying links to documents <u>not</u> previously <u>seen</u> by a user that are <u>within</u> a <u>threshold</u> distance of previously accessed documents.

15   Claim 1 further recites applying the query to the unseen linked information elements in the proximal neighborhood and determining search results comprising the unseen linked information elements that match the query. Claim 19 now recites a search circuit that applies the query to the unseen linked information elements in the proximal neighborhood and that determines search

20   results comprising the unseen linked information elements that match the query.

Lawrence fails to teach or suggest such limitations. Instead, Lawrence teaches applying a search query to a content server to identify matching documents as search results (paragraph [0073]). The content server stores general documents from various Websites that may be unrelated to previous activities of

25   the user (paragraph [0029]). Thus, the search query is applied to unrelated documents stored on a content server to identify search results, without any consideration of whether a document relates to a history of the user. Applying a search query to the generalized content server, rather than a specific set of documents based on a user history, including unseen documents, provides a user

30   with different results. The content server provides documents matching the search query, without discriminating between previously viewed and not viewed

Response to Office Action
Docket No. 20050533-US-NP

documents, that may be unrelated to a user history.  In contrast, only unseen
documents that are related to a user history are searched and provided as search
results, per Claims 1 and 19.  Therefore, Lawrence teaches applying a query to a
content server of unrelated documents, rather than to only those linked

5    information elements previously not seen by a user.

Accordingly, a *prima facie* case of anticipation has not been shown.
Claims 2-9 and 13-18 are dependent upon Claim 1 and are patentable for the
above-stated reasons, and as further distinguished by the limitations therein.
Claims 20-27 and 31-36 are dependent upon Claim 19 and are patentable for the

10   above-stated reasons, and as further distinguished by the limitations therein.
Withdrawal of the rejection is requested.

## Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Linden

Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being
obvious over Lawrence, in view of U.S. Patent Application Publication No.

15   2005/0102282, to Linden.  Applicant traverses.

Adding the teachings of Linden to the teachings of Lawrence introduces
further functionality.  However, as discussed above, Lawrence fails to anticipate
independent Claims 1 and 19, and the addition of Linden does no more to support
an obviousness rejection of the dependent claims.  Claims 10-12 are dependent

20   upon Claim 1 and are patentable for the above-stated reasons, and as further
distinguished by the limitations therein.  Claims 28-30 are dependent upon Claim
19 and are patentable for the above-stated reasons, and as further distinguished by
the limitations therein.  Withdrawal of the rejection is requested.

The prior art made of record and not relied upon has been reviewed by the

25   applicant and is considered to be no more pertinent than the prior art references
already applied.

Claims 1-36 are believed to be in condition for allowance.  Entry of the
foregoing amendments is requested.  Reconsideration of the claims and a Notice
of Allowance are earnestly solicited.  Please contact the undersigned at (206) 381-

30   3900 regarding any questions or concerns associated with the present matter.

- 10 -

Response to Office Action
Docket No. 20050533-US-NP


Respectfully submitted,

5    Dated:  July 31, 2009        By: _____
                                      Krista A. Wittman, Esq.
                                      Reg. No. 59,594


     Cascadia Intellectual Property
10   500 Union Street, Suite 1005      Telephone: (206) 381-3900
     Seattle, WA 98101                 Facsimile: (206) 381-3999

     OA3 Resp