# EXHIBIT 9

| | | |
|---|---|---|
| Application Number | : 11/803,920 | Confirmation Number: 7378 |
| Applicant | : Diana K. Smetters et al. | |
| Filed | : 15 May 2007 | |
| T.C./A.U. | : 2176 | |
| Examiner | : Rutledge, Amelia L. | |

Docket Number     : PARC-20061126-US-NP
Customer No.      : 35699


Amendment after Final Rejection
Via Electronic Filing


**AMENDMENT**

Sir:

    In response to the Office Action of **31 August 2010**, please amend the above-identified Application as follows:


**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.


**Remarks/Arguments** begin on page 8 of this paper.

1

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1. (Currently amended) A method for facilitating content dissemination, the method comprising:

   providing a tool for an owner of a document to ~~add~~ insert a tag ~~to~~ inline within the document, wherein the tag indicates an action to be performed on a partial portion of the document and a receiving entity corresponding to the action;

   processing the tag; and

   disseminating the document portion indicated by the tag ~~performing the action with respect~~ to the corresponding receiving entity such that the action specified in ~~on the document portion based on~~ the tag is performed on the document portion.

2. (Previous presented) The method of claim 1, wherein the tag also indicates the portion of the document.

3. (Previous presented) The method of claim 2,

   wherein the action comprises one or more of:

   a showing of, sharing of, copying of, request of comment for, and a request of approval for the document portion with respect to the receiving entity;

   wherein the document portion includes one or more of: a paragraph, a section, and a specific text location; and

   wherein the receiving entity is identified by at least one of:

| | |
|---|---|
| 9 | one or more user identifiers, |
| 10 | one or more group identifiers, |
| 11 | one or more email addresses, |
| 12 | one or more network addresses, and |
| 13 | one or more pathnames. |

1    4.    (Cancelled).

1    5.    (Currently amended) The method of ~~claim 4~~ claim 1, wherein
2    ~~allowing the user~~providing the tool for the owner to insert the tag in the document
3    comprises:
4         providing the ~~user~~ owner with a visual representation of a collection of
5    tags; and
6         allowing the ~~user~~ owner to select one or more tags from the collection of
7    tags.

1    6.    (Currently amended) The method of claim 1,
2         wherein the operation includes sending the document portion to a ~~second~~
3    user of the document; and
4         wherein the method further comprises:
5         receiving ~~a second document or~~ another document portion in response to
6    the operation performed; and
7         modifying the ~~first~~ document based on the ~~second document or~~ other
8    received document portion.

1    7.    (Original) The method of claim 1, further comprising receiving a
2    user command which triggers the processing of the tag.

3

1    8.    (Original) The method of claim 1, wherein the processing of the
2    tag is performed at pre-determined times.

1    9.    (Original) The method of claim 1, further comprising triggering
2    the processing of the tag based on one or more events.

1    10.   (Currently amended) The method of claim 1, wherein ~~performing~~
2    ~~the action on~~disseminating the document portion comprises:
3         encrypting a copy of the document portion; and
4         sending the encrypted copy to the receiving entity.

1    11.   (Currently amended) The method of claim 1, wherein ~~performing~~
2    ~~the action on~~ disseminating the document portion comprises:
3         authenticating a copy of the document portion by signing the copy with a
4    digital signature; and
5         sending the authenticated copy to the receiving entity.

1    12.   (Previous presented) The method of claim 1, wherein at least a
2    part of the tag is formulated in natural language or contains an abstract
3    specification which is used to identify at least one portion of the document.

1    13.   (Currently amended) A non-transitory computer-readable storage
2    medium storing instructions that when executed by a computer cause the
3    computer to perform a method for facilitating content dissemination, the method
4    comprising:
5         providing a tool for an owner of a document to ~~add~~ insert a tag ~~to~~ <u>inline</u>
6    <u>within</u> the document, wherein the tag indicates an action to be performed on a
7    <u>partial</u> portion of the document and a receiving entity corresponding to the action;
8         processing the tag; and

4

9    disseminating the document portion indicated by the tag ~~performing the~~
10   ~~action with respect~~ to the corresponding receiving entity such that the action
11   specified in ~~on the document portion based on~~ the tag is performed on the
12   document portion.

1    14.    (Previous presented) The storage medium of claim 13, wherein the
2    tag also indicates
3        the portion of the document.

1    15.    (Previous presented) The storage medium of claim 14,
2        wherein the action comprises one or more of:
3            a showing of, sharing of, copying of, request of comment
4        for, and a request of approval for the document portion with
5        respect to the receiving entity;
6        wherein the document portion includes one or more of: a paragraph, a
7    section, and a specific text location; and
8        wherein the receiving entity is identified by at least one of:
9        one or more user identifiers,
10       one or more group identifiers,
11       one or more email addresses,
12       one or more network addresses, and
13       one or more pathnames.

1    16.    (Cancelled).

1    17.    (Currently amended) The storage medium of ~~claim 16~~ claim 13,
2    wherein ~~allowing the user~~ providing the tool for the owner to insert the tag in the
3    document comprises:

4       providing the ~~user~~ owner with a visual representation of a collection of
5  tags; and
6       allowing the ~~user~~ owner to select one or more tags from the collection of
7  tags.

1       18.    (Currently amended) The storage medium of claim 13,
2       wherein the operation includes sending the document portion to a ~~second~~
3  user of the document; and
4       wherein the method further comprises:
5       receiving ~~a second document or~~ another document portion in response to
6  the operation performed; and
7       modifying the ~~first~~ document based on the ~~second document or~~ other
8  received document portion.

1       19.    (Original) The storage medium of claim 13, further comprising
2  receiving a user command which triggers the processing of the tag.

1       20.    (Original) The storage medium of claim 13, wherein the
2  processing of the tag is performed at pre-determined times.

1       21.    (Original) The storage medium of claim 13, further comprising
2  triggering the processing of the tag based on one or more events.

1       22.    (Currently amended) The storage medium of claim 13, wherein
2  ~~performing the action on~~disseminating the document portion comprises:
3       encrypting a copy of the document portion; and
4       sending the encrypted copy to the receiving entity.

6

1  23. (Currently amended) The storage medium of claim 13, wherein
2 ~~performing the action on~~<u>disseminating</u> the document portion comprises:
3  authenticating a copy of the document portion by signing the copy with a
4 digital signature; and
5  sending the authenticated copy to the receiving entity.

1  24. (Previous presented) The storage medium of claim 13, wherein at
2 least a part of the tag is formulated in natural language or contains an abstract
3 specification which is used to identify at least one portion of the document.

1  25. (Currently amended) A computer system that facilitates content
2 dissemination, the computer system comprising:
3  a processor;
4  a memory;
5  a tagging mechanism configured to provide a tool for an owner of a
6 document to ~~add~~ <u>insert</u> a tag ~~to~~ <u>inline within</u> the document, wherein the tag
7 indicates an action to be performed on a <u>partial</u> portion of the document and a
8 receiving entity corresponding to the action; and
9  a tag processing mechanism to process the tag and <u>disseminate the</u>
10 <u>document portion indicated by the tag</u> ~~perform the action with respect~~ to the
11 corresponding receiving entity <u>such that the action specified in</u> ~~on the document~~
12 ~~portion based on~~ the tag <u>is performed on the document portion</u>.

## REMARKS

In the Official Action mailed on **31 August 2010** (hereinafter "Office Action"), Examiner reviewed claims 1-25. Examiner rejected claims 1-25 under 35 U.S.C. § 103 based on Moody et al. (U.S. Patent No. 5,890,177, hereinafter "Moody"), in view Bhogal et al. (U.S. Pub. No. 2005/0033813, hereinafter "Bhogal").

### Interview Summary

Applicant thanks Examiner for the telephone interview conducted on 12 October 2010. Applicant proposed amendments to the claims and argued that the cited references Moody and Bhogal do not disclose inserting a tag inline within the document and disseminating the tagged document portion. Examiner suggests further clarifying that the document portion is indicated by the tag. Accordingly, Applicant has incorporated the proposed amendments and Examiner's suggestions into this response.

### Rejections under 35 U.S.C. § 103

Examiner rejected claims 1-25 under 35 U.S.C. § 103 based on Moody in view of Bhogal. Applicant respectfully disagrees with the rejections, because neither Moody nor Bhogal discloses inserting **a tag inline** within the document that indicates an action to be performed, and **disseminating the document portion indicated by the tag** to a receiving entity corresponding to perform the action.

Specifically, embodiments of the present invention provide a system that facilitates content dissemination. During operation, the system allows an owner of a document to insert a tag inline within the document, such that the tag indicates an action to be performed on a portion of the document and specifies a receiving entity corresponding to the action (see FIG. 2, paragraphs [0038] and

8

[0042] of the instant application). The system then processes the tag, and further disseminates the document portion to the receiving entity specified in the tag to perform the action indicated in the tag (see paragraph [0082] of the instant application).

In the Office Action, Examiner indicated, and Applicant agrees, that Moody does not disclose performing the action with respect to the corresponding receiving entity on the document portion based on the tag (see Office Action, page 3). However, Examiner cited column 12, line 12 to column 13, line 29 of Bhogal to reject the aforementioned feature (see Office Action, page 3). Nevertheless, the cited sections in Bhogal merely disclose using metadata to display revisions of the document, or specify administrators and collaborators of the entire document (see Bhogal FIG. 3 and paragraphs [0046]-[0049] and [0138]). Nowhere in Bhogal discloses disseminating the document portion indicated by the tag to a receiving entity corresponding to perform the action specified in the tag.

Accordingly, Applicant has amended claims 1, 13, and 25 to clarify that embodiments of the present invention involve disseminating the document portion indicated by the tag to a receiving entity corresponding to perform the action specified in the tag. These amendments find support in FIG.2 and paragraphs [0038], [0042], and [0082] of the instant application. Also, Applicant has amended claims 5-6, 10-11, 17-18, and 22-23 to improve clarity of the claim language. Applicant has cancelled claims 4 and 16 without prejudice. No new matter has been added.

Hence, Applicant respectfully submits that independent claims 1, 13, and 25 as presently amended are in condition for allowance. Applicant also submits that claims 2-12, which depend upon claim 1, and claims 14-24, which depend upon claim 13, are for the same reasons in condition for allowance and for reasons of the unique combinations recited in such claims.

## **CONCLUSION**

It is submitted that the application is presently in form for allowance. Such action is respectfully requested.

                                              Respectfully submitted,

By    /Ying Wang/_____
        Ying Wang
        Registration No. 63,786

By    /Shun Yao/_____
        Shun Yao
        Registration No. 59,242

Date: 26 October 2010

Ying Wang
Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 204-4051
Fax: (530) 759-1665
Email: annie@parklegal.com

Shun Yao
Park, Vaughan, Fleming & Dowler LLP
2820 Fifth Street
Davis, CA 95618-7759
Tel: (530) 759-1667
Fax: (530) 759-1665
Email: shun@parklegal.com