# EXHIBIT B

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     Central District of California     on the following

☐ Trademarks or    ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-10754 | DATE FILED<br>11/25/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| **PLAINTIFF**<br><br>PALO ALTO RESEARCH CENTER INC. | | **DEFENDANT**<br><br>TWITTER, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | U.S. 8,489,599 | 7/16/2013 | Palo Alto Research Center Incorporated |
| 2 | U.S. 9,208,439 | 12/8/2015 | Palo Alto Research Center Incorporated |
| 3 | U.S. 8,966,362 | 2/24/2015 | Palo Alto Research Center Incorporated |
| 4 | U.S. 8,606,781 | 12/10/2013 | Palo Alto Research Center Incorporated |
| 5 | U.S. 7,043,475 | 5/9/2006 | Palo Alto Research Center Incorporated |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☑ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | U.S. 7,167,871 | 1/23/2007 | Palo Alto Research Center Incorporated |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 12/10/2013 | 8606781 | 20050533-US-NP | 4211 |

35700      7590      11/20/2013

CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 1566 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Ed Chi, Palo Alto, CA;
Fabio Gasparetti, Rome, ITALY;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or <u>Fax</u>**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

35700    7590    09/03/2013
CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| Blanka Rahman | (Depositor's name) |
| *Ben Rean* | (Signature) |
| November 6, 2013 | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

TITLE OF INVENTION: Systems and methods for personalized search

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1780 | $300 | $0 | $2080 | 12/03/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BULLOCK, JOSHUA | 2162 | 707-003000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☒ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Patrick J.S. Inouye
2 Krista A. Wittman
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Palo Alto Research Center Incorporated

(B) RESIDENCE: (CITY and STATE or COUNTRY)

Palo Alto, California

Please check the appropriate assignee category or categories (will not be printed on the patent):   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee

☒ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

PTOL-85 (Rev. 02/11)

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

<u>NOTE</u>: Absent a valid certification of Micro Entity Status (see form PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE</u>: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE</u>: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

| | | |
|---|---|---|
| Authorized Signature | Date | November 6, 2013 |
| Typed or printed name | Krista A. Wittman | Registration No. | 59,594 |

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Page 3 of 4

PTO/SB/47 (03-09)
Approved for use through 03/31/2012. OMB 0651-0016
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## "FEE ADDRESS" INDICATION FORM

| Address to:<br>**Mail Stop M Correspondence**<br>**Commissioner for Patents**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | - OR - | Fax to:<br>**571-273-6500** |

> **INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form. In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address). A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below:** If you have a Customer Number to represent the fee address. **When to check the second box below:** If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form. For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MEPEP) ' 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[X] Customer Number: **025453**

*OR*

[ ] The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER<br>(if known) | APPLICATION NUMBER |
|---|---|
| | 11/200,557 |

Completed by (check one):

[ ] Applicant/Inventor

[X] Attorney or Agent of Record  59594
  (Reg. No.)

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
  Statement under 37 CFR 3.73(b) is enclosed.
  (Form PTO/SB/96)

[ ] Assignee recorded at Reel _____ Frame _____

_____
Signature

Krista A. Wittman
Typed or printed name

(206) 381-3900
Requester's telephone number

November 6, 2013
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more that one signature is required, see below*.

[X] *Total of ___1___ forms are submitted.

This collection of information is required by 37 CFR 1.363. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) and application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending on the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Filer:** | Krista A. Wittman |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl Issue Fee | 1501 | 1 | 1780 | 1780 |
| Publ. Fee- Early, Voluntary, or Normal | 1504 | 1 | 300 | 300 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **2080** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17336711 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 06-NOV-2013 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 20:31:21 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 2080 |
| RAM confirmation Number | 9697 |
| Deposit Account | 240037 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

     Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

     Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | Issue_Fee.pdf | 138763<br>c52e9db6a29919990b5d11257d615a1315 4c95b3 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Transmittal Letter | Fee_Address.pdf | 90404<br>168224f52861b904c5b67145553dbf11906 4efe6 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 31518<br>45097088eda993a523247de63c22f6c9d46 b53f5 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 260685 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

35700          7590          09/03/2013

CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

DATE MAILED: 09/03/2013

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

TITLE OF INVENTION: Systems and methods for personalized search

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1780 | $300 | $0 | $2080 | 12/03/2013 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>
<div style="margin-left:40%">
Mail Stop ISSUE FEE<br>
Commissioner for Patents<br>
P.O. Box 1450<br>
Alexandria, Virginia 22313-1450<br>
<strong>or <u>Fax</u>  (571)-273-2885</strong>
</div>

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

35700          7590          09/03/2013
CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

TITLE OF INVENTION: Systems and methods for personalized search

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1780 | $300 | $0 | $2080 | 12/03/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BULLOCK, JOSHUA | 2162 | 707-003000 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

**4a.** The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

PTOL-85 (Rev. 02/11)

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

<u>NOTE:</u> Absent a valid certification of Micro Entity Status (see form PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE:</u> If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE:</u> Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Page 3 of 4



U<small>NITED</small> S<small>TATES</small> P<small>ATENT AND</small> T<small>RADEMARK</small> O<small>FFICE</small>

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700      7590      09/03/2013
CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

DATE MAILED: 09/03/2013

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 1562 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 1562 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 11/200,557 | Applicant(s) CHI ET AL. | |
|---|---|---|---|
| | Examiner JOSHUA BULLOCK | Art Unit 2162 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *Board decision on 06/18/2013*.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-36*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

      a) ☐ All    b) ☐ Some   *c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 10/16/2006

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☐ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

Joshua Bullock /Joshua  Bullock/
Primary Examiner, Art Unit 2162

Receipt date: 10/16/2006                                                    11200557 - GAU: 2162

PTO/SB/08A (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| | | Complete if Known |
|---|---|---|
| | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| | First Named Inventor | Ed CHI et al. |
| | Art Unit | 2161 |
| | Examiner Name | |
| | Attorney Docket Number | 20050533-US-NP-311311 |

| Sheet | 1 | of | 2 |
|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 2005071328 | 03-31-2005 | Lawrence, S. | |
| | | US- 6,473,752 | 10-29-2002 | Fleming III, H. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | EP 1 647 903 A1 | 04-19-2006 | Horvitz et al. | | |
| | | EP 1 462 952 A1 | 09-29-2004 | Exalead | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 08/29/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.B./

Receipt date: 10/16/2006                                                                11200557 - GAU: 2162

PTO/SB/08B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| | First Named Inventor | Ed CHI et al. |
| | Art Unit | 2161 |
| | Examiner Name | |
| Sheet 2 of 2 | Attorney Docket Number | 20050533-US-NP-311311 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | **European Patent Office Search Report**   August 01, 2006 | |
| | | YOUNG_WOO SEO et al., "Learning user's preferences by analyzing web-browsing behaviours" In Proceedings of the 4th Annual Conference on Autonomous Agents, v. conf 3, June 3, 2000, pp. 381-387, New York, NY, Association for Computing Machinery, | |
| | | HARMANDAS V et al., "Image retrieval by hypertext links", In Proceedings of the 20th Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, July 27-31, 1997, pp. 296-303, Philadelphia, PA, Association of Computing Machinery. | |
| | | SCHECTER S et al., "Using path profiles to predict HTTP requests", Computer Networks and ISDN Systems, vol. 30, no. 1-7, April 1998, pp. 457-467, North Holland Publishing. Amsterdam, NL. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 08/29/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional).  2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /J.B./

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | JOSHUA BULLOCK | 2162 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| | | 36 | |
| (Assistant Examiner) | (Date) | | |
| /JOSHUA BULLOCK/ Primary Examiner.Art Unit 2162 | 08/27/2013 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 3 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | JOSHUA BULLOCK | 2162 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | | NON-CLAIMED | | | | |
| 707 | 734 | G | 0 | 6 | F | 17 / 30 (2006.01.01) | | | | | | |
| **CROSS REFERENCE(S)** | | | | | | | | | | | | |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 36 | |
| /JOSHUA BULLOCK/ Primary Examiner.Art Unit 2162 | 08/27/2013 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 3 |

| *Issue Classification* | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | JOSHUA BULLOCK | 2162 |

| ☒ | Claims renumbered in the same order as presented by applicant | | ☐ | CPA | | ☐ | T.D. | | ☐ | R.1.47 |
|---|---|---|---|---|---|---|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 17 | | 33 | | | | | | | | | | |
| | 2 | | 18 | | 34 | | | | | | | | | | |
| | 3 | | 19 | | 35 | | | | | | | | | | |
| | 4 | | 20 | | 36 | | | | | | | | | | |
| | 5 | | 21 | | | | | | | | | | | | |
| | 6 | | 22 | | | | | | | | | | | | |
| | 7 | | 23 | | | | | | | | | | | | |
| | 8 | | 24 | | | | | | | | | | | | |
| | 9 | | 25 | | | | | | | | | | | | |
| | 10 | | 26 | | | | | | | | | | | | |
| | 11 | | 27 | | | | | | | | | | | | |
| | 12 | | 28 | | | | | | | | | | | | |
| | 13 | | 29 | | | | | | | | | | | | |
| | 14 | | 30 | | | | | | | | | | | | |
| | 15 | | 31 | | | | | | | | | | | | |
| | 16 | | 32 | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| | | 36 | |
| (Assistant Examiner) | (Date) | | |
| /JOSHUA BULLOCK/ Primary Examiner.Art Unit 2162 | 08/27/2013 | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner) | (Date) | 1 | 3 |

U.S. Patent and Trademark Office

Part of Paper No.

**EAST Search History**

**EAST Search History (Prior Art)**

< This search history is empty>

**EAST Search History (Interference)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|-------------|-----|-----------------|---------|-----------|
| L1 | 84 | 707/734.CCLS. | USPAT; UPAD | OR | OFF | 2013/08/27 13:33 |
| L2 | 240 | 707/732.CCLS. | USPAT; UPAD | OR | OFF | 2013/08/27 13:35 |
| L3 | 738 | ((personal$4 adj (search$3 or quer$4)) | USPAT; UPAD | OR | OFF | 2013/08/27 13:37 |
| L4 | 51 | (personal$4 adj (search$3 or quer$4)).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:37 |
| L5 | 20 | ((user adj histor$4) with (user adj profil$3)).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:38 |
| L6 | 13 | (proxim$3 near neighborhood).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:39 |
| L7 | 5019 | (link$3 adj (info or information or data)).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:40 |
| L8 | 0 | (element near2 unseen).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:40 |
| L9 | 1348 | (threshold near distance).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:41 |
| L10 | 6 | l7 and l9 | USPAT; UPAD | OR | OFF | 2013/08/27 13:41 |
| L11 | 19 | ((element or information or info or data) near2 unseen).clm. | USPAT; UPAD | OR | OFF | 2013/08/27 13:42 |

**8/27/2013 1:58:55 PM**
**H:\ Workspaces\ 11,200,557.wsp**

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | Bullock, Joshua | 2162 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | 11/17/2009 | 08/27/2013 | | | |
| | 1 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 2 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 3 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 4 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 5 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 6 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 7 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 8 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 9 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 10 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 11 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 12 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 13 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 14 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 15 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 16 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 17 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 18 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 19 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 20 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 21 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 22 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 23 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 24 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 25 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 26 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 27 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 28 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 29 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 30 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 31 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 32 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 33 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 34 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 35 | ✓ | ✓ | ✓ | ✓ | = | | | |
| | 36 | ✓ | ✓ | ✓ | ✓ | = | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☒ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | 11/17/2009 | 08/27/2013 | | | | |
| | 37 | ✓ | - | - | - | - | | | | |
| | 38 | ✓ | - | - | - | - | | | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 4211**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | 707 | 2162 | 20050533-US-NP |
| | RULE | | | |

**APPLICANTS**
  Ed Chi, Palo Alto, CA;
  Fabio Gasparetti, Rome, ITALY;

** **CONTINUING DATA** *************************
    This appln claims benefit of 60/676,462 04/29/2005

** **FOREIGN APPLICATIONS** *************************

** **IF REQUIRED, FOREIGN FILING LICENSE GRANTED** **
    08/29/2005

| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | | | | |
| Verified and Acknowledged  /JOSHUA BULLOCK/  Examiner's Signature  Initials | | CA | 14 | ~~38~~ 36 | ~~4~~ 2 |

**ADDRESS**

  CASCADIA INTELLECTUAL PROPERTY
  12360 Lake City Way NE, Ste 501
  SEATTLE, WA 98125
  UNITED STATES

**TITLE**

  Systems and methods for personalized search

| FILING FEE RECEIVED 2100 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Search Notes* ||| Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|---|
| | | | 11200557 | CHI ET AL. |
| | | | **Examiner** | **Art Unit** |
| | | | Bullock, Joshua | 2162 |

| CPC- SEARCHED |||
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| CPC COMBINATION SETS  - SEARCHED |||
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US CLASSIFICATION SEARCHED ||||
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

| SEARCH NOTES |||
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| | | |

| INTERFERENCE SEARCH ||||
|---|---|---|---|
| **US Class/ CPC Symbol** | **US Subclass / CPC Group** | **Date** | **Examiner** |
| 707 | 734 | 08/27/2013 | JB |

| | |
|---|---|
| | |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          06/18/2013
CASCADIA INTELLECTUAL PROPERTY
12360 Lake City Way NE, Ste 501
SEATTLE, WA 98125

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/18/2013 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

*Ex parte* ED CHI and FABIO GASPARETTI

_____

Appeal 2011-002831
Application 11/200,557
Technology Center 2100

_____

Before ALLEN R. MacDONALD, ROBERT E. NAPPI, and
PATRICK M. BOUCHER, *Administrative Patent Judges*.

MacDONALD, *Administrative Patent Judge*.

DECISION ON APPEAL

Appeal 2011-002831
Application 11/200,557

## STATEMENT OF CASE

### Introduction

Appellants appeal under 35 U.S.C. § 134(a) from a rejection of claims 1-36.  We have jurisdiction under 35 U.S.C. § 6(b).

### Exemplary Claim

Exemplary claim 1 under appeal reads as follows (emphasis added):

1. A method for personalized search comprising the steps of:

receiving a query from a user;

identifying the user;

retrieving a user history for the user comprising access patterns identifying linked information elements previously accessed by the user within an information repository;

identifying a user profile comprising keywords relevant to the access patterns in the user history;

determining a proximal neighborhood using the user history in the user profile, *wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history*; and

applying the query to the unseen linked information elements in the proximal neighborhood and determining search results comprising the unseen linked information elements that match the query.

### Rejections on Appeal

1.     The Examiner rejected claims 1-9, 13-27, and 31-36 as being unpatentable under 35 U.S.C. § 103(a) over the combination of Lawrence (US 2005/0071328 A1; Mar. 31, 2005) and Delgado (US 6,801,909 B2; Oct. 5, 2004).

Appeal 2011-002831
Application 11/200,557

2.      The Examiner rejected claims 10-12 and 28-30 as being
unpatentable under 35 U.S.C. § 103(a) over the combination of Lawrence,
Delgado, and Linden (US 2005/0102282 Al; May 12, 2005).

*Appellants' Contention*

Appellants contend that the Examiner erred in rejecting claims 1-36
under 35 U.S.C. § 103(a) because:

> Delgado fails to teach a proximal neighborhood that includes
> only linked information elements previously unseen by a user
> that are within a <u>threshold distance</u> of the linked information
> elements in a user history.

(App. Br. 7).

*Issue on Appeal*

Did the Examiner err in rejecting claims 1-36 as being obvious?

ANALYSIS

We agree with the Appellants' above contention.

CONCLUSIONS

(1)  Appellants have established that the Examiner erred in rejecting
claims 1-36 as being unpatentable under 35 U.S.C. § 103(a).

(2)  On this record, claims 1-36 have not been shown to be
unpatentable.

Appeal 2011-002831
Application 11/200,557

DECISION

The Examiner's rejections of claims 1-36 are reversed.

<u>REVERSED</u>

dw

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          12/09/2010

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/09/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)



United States Patent and Trademark Office

Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

Appeal No:     2011-002831
Application:   11/200,557
Appellant:     Ed Chi et al.

# Board of Patent Appeals and Interferences
## Docketing Notice

Application 11/200,557 was received from the Technology Center at the Board on December 06, 2010 and has been assigned Appeal No: 2011-002831.

In all future communications regarding this appeal, please include both the application number and the appeal number.

The mailing address for the Board is:

BOARD OF PATENT APPEALS AND INTERFERENCES
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VIRGINIA 22313-1450

The facsimile number of the Board is 571-273-0052. Because of the heightened security in the Washington D.C. area, facsimile communications are recommended. Telephone inquiries can be made by calling 571-272-9797 and referencing the appeal number listed above.

By order of the Board of Patent Appeals and Interferences.

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          12/01/2010
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/01/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)



UNITED STATES DEPARTMENT OF COMMERCE
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 11200557 | 8/9/2005 | CHI ET AL. | 20050533-US-NP |

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| JOSHUA BULLOCK |

| ART UNIT | PAPER |
|---|---|
| 2162 | 20101123 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

**Commissioner for Patents**

The reply brief filed October 27, 2010 has been entered and considered.  The application has been forwarded to the Board of Patent Appeals and Interferences for decision on the appeal.

/John  Breene/
Supervisory Patent Examiner, Art Unit 2162

Joshua Bullock /J. B./
Examiner, Art Unit 2162

PTO-90C (Rev.04-03)

Reply Brief
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*In re* Application of )
    Chi et al. ) Group Art Unit: 2162
     )
Serial No. 11/200,557 ) Examiner:
     )    Joshua Bullock
Filed: August 9, 2005 )
     )
For:  Systems And Methods For Personalized )
    Search )

### REPLY BRIEF

Board of Patent Appeals and Interferences
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

### BRIEF ON BEHALF OF CHI ET AL.:

        Appellant appeals from the Final Office action mailed on November 25
2009, in which currently pending Claims 1-36 stand finally rejected.  Appellant
filed a Notice of Appeal via the Electronic Filing System (EFS-Web) on March
25, 2010 and an Appeal Brief on June 14, 2010.  An Examiner's Answer was
mailed on August 27, 2010.  This Reply Brief is submitted in response to the
Examiner's Answer, pursuant to 37 C.F.R. § 41.41(a)(1).

Reply Brief
Docket No. 20050533-US-NP

**TABLE OF CONTENTS**

1.    STATUS OF CLAIMS ........................................................... 3

2.    RELATED APPEALS AND INTERFERENCES ...................................... 4

3.    GROUNDS FOR REJECTION TO BE REVIEWED ON APPEAL ........ 5

        A.   Issue I ...................................................................................... 5

        B.   Issue II ..................................................................................... 5

4.    CLARIFYING ARGUMENTS .................................................... 6

        A.   Issue I ...................................................................................... 6

               1.  Legal Basis ........................................................................ 6

               2.  U.S. Patent App. Pub. No. 2005/0071328 .............................. 7

               3.  U.S. Patent No. 6,801,909 ................................................. 7

               4.  Claims 1-9, 13-27, and 31-36 .......................................... 7

        B.   Issue II ..................................................................................... 9

               1.  Legal Basis ........................................................................ 9

               2.  U.S. Patent App. Pub. No. 2005/0102282 ............................ 10

               3.  Claims 10-12 and 28-30 ................................................... 10

5.    CLAIMS APPENDIX ........................................................... 12

6.    EVIDENCE APPENDIX ........................................................ 18

7.    RELATED PROCEEDINGS APPENDIX ..................................... 19

Reply Brief
Docket No. 20050533-US-NP

## 1.   STATUS OF CLAIMS

Finally rejected Claims 1-36 are pending and are the subject of this Reply
Brief.  The claims involved in this Reply Brief are included in the Claims
Appendix, Section 5.

Reply Brief
Docket No. 20050533-US-NP

## 2.     RELATED APPEALS AND INTERFERENCES

A Notice of Appeal was filed on March 25, 2010.  There are no appeals or interferences known to Appellant, Appellant's legal counsel, or assignee, which will directly affect or be directly affected by or have a bearing on the Board's decision in the pending appeal.

5

Reply Brief
Docket No. 20050533-US-NP

**3.     GROUNDS FOR REJECTION TO BE REVIEWED ON APPEAL**

 **A.     Issue I**

  Whether Claims 1-9, 13-27, and 31-36 properly stand rejected under 35 U.S.C. § 103(a) as obvious over U.S. Patent Application Publication No. 2005/0071328, to Lawrence, in view of U.S. Patent No. 6,801,909, to Delgado et al. ("Delgado").

 **B.     Issue II**

  Whether Claims 10-12 and 28-30 properly stand rejected under 35 U.S.C. § 103(a) as obvious over Lawrence and Delgado, in view of U.S. Patent Application Publication No. 2005/0102282, to Linden.

Reply Brief
Docket No. 20050533-US-NP

## 4.  CLARIFYING ARGUMENTS

This Reply Brief clarifies our remarks in rebuttal to the Examiner's Answer.

### A.  Issue I

5     The combination of Lawrence and Delgado fails to render Claims 1-9, 13-27, and 31-36 obvious under 35 U.S.C. § 103(a), and an obviousness rejection of the claims cannot stand.

### 1.  Legal Basis

The examiner bears the initial burden of factually supporting any *prima*
10   *facie* conclusion of obviousness, which includes a clear articulation of the reasons or rationale why the claimed invention would have been obvious.  MPEP 2142. Exemplary rationales to support a conclusion of obviousness are listed in MPEP 2143, although the list is not all-inclusive.

Claims 1-9, 13-27, and 31-36 appear to be rejected under the rationale of
15   outlining combining prior art elements according to known methods to yield predicable results, which includes 1) a finding that the prior art included each element claimed, although not necessarily in a single prior art reference, with the only difference between the claimed invention and the prior art being the lack of actual combination of the elements in a single prior art reference; 2) a finding that
20   one of ordinary skill in the art could have combined the elements as claimed by known methods, and that in combination, each element merely performs the same function as it does separately; 3) a finding that one of ordinary skill in the art would have recognized that the results of the combination were predictable; and 4) whatever additional findings based on the Graham factual inquiries may be
25   necessary, in view of the facts of the case under consideration, to explain a conclusion of obviousness.  MPEP 2143(A).  If any of the findings cannot be made, this rational cannot be used to support a conclusion that the claim would have been obvious.  *Id.*

- 6 -

Reply Brief
Docket No. 20050533-US-NP

## 2.  U.S. Patent App. Pub. No. 2005/0071328

Lawrence discloses a system and method for creating a user profile, which is used to order search results returned by a search engine (Lawrence, Abstract). The user profile includes previous search queries, the user's activities, sampled content, category information, and the user's personal information (Lawrence, paragraphs [0031]-[0036]).  A search query is received from the user, and a list of documents that match the search query is identified.  Each document in the list is given a generic score based on a document page rank and the search query (Lawrence, paragraph [0073]).  The documents are then analyzed with respect to the user's profile to create a profile score.  A personalized rank based on the document's generic and profile scores is used to order the documents for presenting to the user (Lawrence, paragraph [0074]).

## 3.  U.S. Patent No. 6,801,909

Delgado discloses obtaining user preferences and providing user recommendations for unseen physical and information goods and services (Delgado, Abstract; Col. 6, line 66-Col. 7, line 3).  A user enters search criteria input to identify important vacation features, which are stored in a mapping database as a user profile, and a request to receive recommendations (Delgado, Col. 7, lines 19-37; Col. 8, lines 22-27).  Content and context rules are applied to a result space of recommendations to generate a matching percentage for each vacation destination (Delgado, Col. 9, lines 56-Col. 10, line 5).  Items returned to the user are ranked according to relevance and a list of the ranked items is presented (Delgado, Col. 10, lines 29-35).

## 4.  Claims 1-9, 13-27, and 31-36

The Lawrence-Delgado combination fails to teach or suggest each and every limitation of the claims.  Claim 1 recites determining a proximal neighborhood using the user history in the user profile, wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in

- 7 -

Reply Brief
Docket No. 20050533-US-NP

the user history.  Claim 19 recites a proximal neighborhood determination circuit
that determines a proximal neighborhood using the user history in the user profile,
wherein the proximal neighborhood comprises only linked information elements
previously unseen by the user that are within a threshold distance of the linked
5    information elements in the user history.

The Examiner's Answer of August 27, 2010 states "Delgado introduces
and teaches (Column 6, lines 30-50) link structure of Web pages, wherein Web
pages are associated with each other based upon links from one Web page to
another.  Web pages which are associated via a linked structure constitute a
10   proximal neighborhood comprising only linked information elements within a
threshold distance, which is determined by a measure of the number of links."
Examiner's Answer, August 27, 2010, p. 16, paragraph 2.  Applicant disagrees.

The linked structure of Web pages in Delgado differs from a proximal
neighborhood as defined in Claims 1 and 19.  Delgado discloses, in Column 6,
15   lines 30-35, that the link structure of the Web can be used and modeled as a graph
(Col. 6, lines 30-35).  "A Web page is considered if important pages are linked to
it (Col. 6, lines 35-40)."  Also, "a Web page is considered an authority if it
contains large amounts of information about a given topic.  A Web page is
considered a hub if it includes a large number of links to Web pages having
20   information about the topic (Col. 6, lines 43-52)."  Applicant is unable to locate in
Delgado, Web pages associated via a linked structure *and* having *only* unseen
linked information elements *within a threshold distance* of the linked information
elements in a user history.  Specifically, Applicant cannot find any teaching or
suggestion in Delgado regarding identifying unseen physical and information
25   goods and services within the link structure of the Web and applying a threshold
to identify those unseen physical and information goods and services that are
within a threshold distance of physical and information goods and services in a
user history.  Therefore, Delgado fails to teach a proximal neighborhood.

Additionally, the Examiner's Reply states, on page 16, paragraph 2,
30   "Delgado goes further to teach (Column 6, lines 66, Column 7, lines 1-15) the
principle of linked information elements previously unseen by the user within a

- 8 -

Reply Brief
Docket No. 20050533-US-NP

threshold distance in the user history. However, Delgado merely discloses, in
Column 6, line 66-Column 7, line 15, unseen physical and information goods and
services, but fails to teach determining a proximal neighborhood with *only*
previously unseen information elements *within a threshold distance* of linked

5    information elements in a user history, as described above. Additionally,
Lawrence fails to remedy the shortcomings of Delgado, as described in the Office
Action of November 25, 2009 on page 4, paragraph 2, which is herein
incorporated by reference.

Thus, a "finding that the prior art included each element claimed" has not

10   been made, as required for *prima facie* obviousness. A similar conclusion would
adhere under the other exemplary rationales in the *KSR* Guidelines to fail to
demonstrate obviousness. MPEP 2143. Claims 2-9 and 13-18 are dependent on
Claim 1 and are patentable for the above-stated reasons, and as further
distinguished by the limitations recited therein. Claims 20-27 and 31-36 are

15   dependent on Claim 19 and are patentable for the above-stated reasons, and as
further distinguished by the limitations recited therein. Withdrawal of the
rejection is respectfully requested.

**B.    Issue II**

The combination of Lawrence, Delgado, and Linden fails to render Claims

20   10-12 and 28-30 obvious under 35 U.S.C. § 103(a), and an obviousness rejection
of the claims cannot stand.

**1.  Legal Basis**

The examiner bears the initial burden of factually supporting any *prima
facie* conclusion of obviousness, which includes a clear articulation of the reasons

25   or rationale why the claimed invention would have been obvious. MPEP 2142.
Exemplary rationales to support a conclusion of obviousness are listed in MPEP
2143, although the list is not all-inclusive. Claims 10-12 and 28-30 appear to be
rejected under the rationale of combining prior art elements according to known
methods to yield predicable results, which includes *inter alia* "a finding that the

30   prior art included each element claimed, although not necessarily in a single prior

Reply Brief
Docket No. 20050533-US-NP

art reference, with the only difference between the claimed invention and the prior art being the lack of actual combination of the elements in a single prior art reference." MPEP 2143(A). If any of the findings cannot be made, this rational cannot be used to support a conclusion that the claim would have been obvious.

5   *Id.*

### 2. U.S. Patent App. Pub. No. 2005/0102282

Linden discloses a method for providing personalized search results (Abstract). Search results returned to a user are modified based on the user's previous search results, the user's previous viewed items, and items viewed by

10   other users using similar search queries (paragraphs [0025], [0032], and [0038]).

### 3. Claims 10-12 and 28-30

Adding the teachings of Linden to the teachings of the Lawrence and Delgado references introduces further functionality. However, as discussed above, the Lawrence-Delgado combination fails to render Claims 1 and 19

15   obvious, and the addition of Linden does no more to support an obviousness rejection of Claims 10-12 and 28-30.

Accordingly, a *prima facie* case of obviousness has not been shown. Claims 10-12 are dependent on Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations recited therein. Claims 28-

20   30 are dependent on Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations recited therein. Withdrawal of the rejection is respectfully requested.

25

30

Reply Brief
Docket No. 20050533-US-NP

Reconsideration of the pending claims and a Notice of Allowance are respectfully solicited. Appellant's undersigned attorney can be reached at (206) 381-3900.

5

Dated: October 27, 2010                    By:   _____
                                                  Krista A. Wittman, Esq.
                                                  Reg. No. 59594

10     Cascadia Intellectual Property
       500 Union Street
       Suite 1005                                 Telephone: (206) 381-3900
       Seattle, WA 98101                          Facsimile: (206) 381-3999

15     Appeal Brief

- 11 -

Reply Brief
Docket No. 20050533-US-NP

### 5.     CLAIMS APPENDIX

1    1.     (previously presented) A method for personalized search
2    comprising the steps of:
3         receiving a query from a user;
4         identifying the user;
5         retrieving a user history for the user comprising access patterns identifying
6    linked information elements previously accessed by the user within an
7    information repository;
8         identifying a user profile comprising keywords relevant to the access
9    patterns in the user history;
10        determining a proximal neighborhood using the user history in the user
11   profile, wherein the proximal neighborhood comprises only linked information
12   elements previously unseen by the user that are within a threshold distance of the
13   linked information elements in the user history; and
14        applying the query to the unseen linked information elements in the
15   proximal neighborhood and determining search results comprising the unseen
16   linked information elements that match the query.

1    2.     (previously presented) The method of claim 1, wherein the
2    proximal neighborhood further comprises the linked information elements and is
3    determined by applying a crawling strategy.

1    3.     (previously presented) The method of claim 2, wherein the
2    crawling strategy comprises at least one of a link ranking function, a backlink
3    function, and a breadth first search.

1    4.     (previously presented) The method of claim 2, wherein a threshold
2    link distance is set for the crawling strategy.

1    5.     (previously presented) The method of claim 1, wherein the user
2    history comprises at least one of a web access log, a library manager, a web proxy
3    server log, a browser history file, and a server access log.

- 12 -

1      6.      (previously presented) The method of claim 1, wherein the
2  information repository comprises at least one of a website, a document repository,
3  and a hard drive.

1      7.      (previously presented) The method of claim 6, wherein the
2  document repository comprises at least one of a digital library, a document
3  management system, and a server.

1      8.      (previously presented) The method of claim 1, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1      9.      (previously presented) The method of claim 8, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1     10.     (previously presented) The method of claim 1, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1     11.     (previously presented) The method of claim 10, wherein a first
2  user proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1     12.     (previously presented) The method of claim 10, wherein a first
2  user profile is associated with the first user and a second user profile is associated
3  with the second user and the first user profile is used by the second user.

1     13.     (previously presented) The method of claim 1, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

Reply Brief
Docket No. 20050533-US-NP

1      14.      (previously presented) The method of claim 1, in which the linked
2   information elements comprise linked documents.

1      15.      (previously presented) The method of claim 1, wherein the
2   proximal neighborhood comprises at least one of audio, video, and textual
3   information.

1      16.      (previously presented) The method of claim 1, wherein the search
2   results are ordered based on the keywords relevant to the access patterns in the
3   user history.

1      17.      (previously presented) The method of claim 1, wherein the user
2   history is categorized.

1      18.      (previously presented) The method of claim 17, wherein the
2   categories comprise at least one of tasks, projects, and organizations.

1      19.      (previously presented) A system for personalized search
2   comprising:
3          a memory;
4          an input/output circuit that receives a user query from a user;
5          a processor that identifies the user;
6          a user history retrieval circuit that retrieves the user history for the user
7   comprising access patterns identifying linked information elements previously
8   accessed by the user within an information repository;
9          a profile identification circuit that identifies a user profile comprising
10   keywords relevant to access patterns in the user history;
11          a proximal neighborhood determination circuit that determines a proximal
12   neighborhood using the user history in the user profile, wherein the proximal
13   neighborhood comprises only linked information elements previously unseen by
14   the user that are within a threshold distance of the linked information elements in
15   the user history; and

- 14 -

16        a search circuit that applies the query to the unseen linked information

17    elements in the proximal neighborhood and that determines search results

18    comprising the unseen linked information elements that match the query.

1       20.    (previously presented) The system of claim 19, wherein the

2    proximal neighborhood further comprises the linked information elements and is

3    determined by applying a crawling strategy.

1       21.    (previously presented) The system of claim 20, wherein the

2    crawling strategy comprises at least one of a link ranking function, a backlink

3    function, and a breadth first search.

1       22.    (previously presented) The system of claim 20, wherein a threshold

2    link distance is set for the crawling strategy.

1       23.    (previously presented) The system of claim 19, wherein the user

2    history comprises at least one of a web access log, a library manager, a web proxy

3    server log, a browser history file, and a server access log.

1       24.    (previously presented) The system of claim 19, wherein the

2    information repository comprises at least one of a website, a document repository,

3    and a hard drive.

1       25.    (previously presented) The system of claim 24, wherein the

2    document repository comprises at least one of a digital library, a document

3    management system, and a server.

1       26.    (previously presented) The system of claim 19, wherein user

2    histories, user profiles, and proximal neighborhoods are determined for a first user

3    and at least one other user, and in which at least one of the user history, the user

4    profiles and the proximal neighborhoods form a combination.

Response to Office Action
Docket No. 20050533-US-NP

1     27.    (previously presented) The system of claim 26, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1     28.    (previously presented) The system of claim 19, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1     29.    (previously presented) The system of claim 28, wherein a first user
2  proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1     30.    (previously presented) The system of claim 28, wherein a first user
2  profile is associated with the first user and a second user profile is associated with
3  the second user and the first user profile is used by the second user.

1     31.    (previously presented) The system of claim 19, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1     32.    (previously presented) The system of claim 19, in which the linked
2  information elements comprise linked documents.

1     33.    (previously presented) The system of claim 19, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

1     34.    (previously presented) The system of claim 19, wherein the search
2  results are ordered based on the user keywords relevant to the access patterns in
3  the user history.

1     35.    (previously presented) The system of claim 19, wherein the user
2  history is categorized.

Response to Office Action
Docket No. 20050533-US-NP

1      36.    (previously presented) The system of claim 35, wherein the

2   categories comprise at least one of tasks, projects, and organizations.

1      37.    (canceled).

1      38.    (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## 6.   EVIDENCE APPENDIX

None.

Response to Office Action
Docket No. 20050533-US-NP

7.     **RELATED PROCEEDINGS APPENDIX**

None.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8717749 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 27-OCT-2010 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 21:54:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Reply Brief Filed | Reply_Brief.pdf | 543537 <br> 4373fbd93fb442d279e24e70711e8092b3f d8cd7 | no | 19 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 543537 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          08/27/2010

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/27/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

# BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

Application Number:  11/200,557
Filing Date: August 09, 2005
Appellant(s): CHI ET AL.

---

Krista A. Wittman, Esq. Reg. No. 59594
<u>For Appellant</u>

## EXAMINER'S ANSWER

This is in response to the appeal brief filed June 14, 2010 appealing from the Office action mailed November 25, 2009.

Application/Control Number: 11/200,557                                    Page 2
Art Unit: 2162

**(1) Real Party in Interest**

The examiner has no comment on the statement, or lack of statement, identifying by name the real party in interest in the brief.

**(2) Related Appeals and Interferences**

The examiner is not aware of any related appeals, interferences, or judicial proceedings which will directly affect or be directly affected by or have a bearing on the Board's decision in the pending appeal.

**(3) Status of Claims**

The following is a list of claims that are rejected and pending in the application:

Finally-rejected Claims 1-36 are pending.

**(4) Status of Amendments After Final**

The examiner has no comment on the appellant's statement of the status of amendments after final rejection contained in the brief.

**(5) Summary of Claimed Subject Matter**

The examiner has no comment on the summary of claimed subject matter contained in the brief.

**(6) Grounds of Rejection to be Reviewed on Appeal**

The examiner has no comment on the appellant's statement of the grounds of rejection to be reviewed on appeal.  Every ground of rejection set forth in the Office action from which the appeal is taken (as modified by any advisory actions) is being maintained by the examiner except for the grounds of rejection (if any) listed under the

Application/Control Number: 11/200,557

Page 3

Art Unit: 2162

subheading "WITHDRAWN REJECTIONS."  New grounds of rejection (if any) are

provided under the subheading "NEW GROUNDS OF REJECTION."

**(7) Claims Appendix**

The examiner has no comment on the copy of the appealed claims contained in

the Appendix to the appellant's brief.

**(8) Evidence Relied Upon**

| | | |
|---|---|---|
| 2005/0071328 A1 | LAWRENCE | 03-2005 |
| 6,801,909 B2 | DELGADO ET AL. | 10-2004 |
| 2005/0102282 A1 | LINDEN | 05-2005 |

**(9) Grounds of Rejection**

The following ground(s) of rejection are applicable to the appealed claims:

Claims 1-9, 13-27, & 31-36 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence, in view of Delgado et al. (US Patent No. 6,801,909 B2)

hereinafter referred to as Delgado.

Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence & Delgado, in view of Linden (US Pub. No. 2005/0102282 A1)

hereinafter referred to as Linden.

These rejections are set forth in the prior Office Action.

Application/Control Number: 11/200,557                                      Page 4
Art Unit: 2162

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-9, 13-27, & 31-36 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence, in view of Delgado et al. (US Patent No. 6,801,909 B2)

hereinafter referred to as Delgado.

In respect to Claim 1, Lawrence teaches:

- **a method for personalized search comprising the steps of: receiving a query from a user; identifying the user** (Lawrence teaches [0001] the method of customizing or "personalizing" searches based upon queries submitted by a user.)

- **retrieving a user history for the user comprising access patterns identifying linked information elements previously accessed by the user within an information repository** (Lawrence teaches [0009] "user history" from previous search queries, links to documents, and other information sources, wherein these sources are "information repositories".)

- **identifying a user profile comprising keywords relevant to the access patterns in the user history** (Lawrence teaches [0009] a user

Application/Control Number: 11/200,557                                          Page 5
Art Unit: 2162

profile comprised of multiple items that characterize a user's preference.)

- **determining a proximal neighborhood using the user history in the user profile** (Proximal neighborhoods have linked documents in the user's history.  Lawrence teaches [0009] links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.)

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user.  A proximal neighborhood consists of documents that may be of interest to a user.  Lawrence teaches [0041] search results that may be of interest to a user which are returned based upon a user profile, wherein the user profile is created based upon previously accessed documents [0037-0040], thereby constituting a proximal neighborhood.  Lawrence goes further to teach [0028, 0031, & 0034] that the user's query is executed on unseen linked information [0039] that may consist of documents of interest to a user.

Lawrence does not explicitly disclose:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within**

Application/Control Number: 11/200,557                                    Page 6
Art Unit: 2162

**a threshold distance of the linked information elements in the user history**

- **applying the query to the unseen linked information elements in the proximal neighborhood and determining search results comprising the unseen linked information elements that match the query**

However, Delgado teaches:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history** (Proximal neighborhoods have linked documents in the user's history.  Delgado teaches links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.  Delgado further teaches (column 4, lines 60-67, column 5, lines 1-9) unseen information in association with a user profile.)

- **applying the query to the unseen linked information elements in the proximal neighborhood and determining search results comprising the unseen linked information elements that match the query** (Delgado teaches (column 6, lines 66-67, column 7, lines 1-15) application of a query to unseen information for a particular user, wherein the unseen information is based upon a user profile.)

- It would have been obvious to one of ordinary skill in the art at the time of the invention to utilize the teachings of Delgado into the system of

Application/Control Number: 11/200,557                                    Page 7
Art Unit: 2162

Lawrence.  One of ordinary skill in the art would be motivated to allow a user to become aware of unseen goods or services that are of relevance to the goods or services to his or her preferences.

As per Claim 2, Lawrence teaches:

- **the proximal neighborhood further comprises the linked information elements and is determined by applying crawling strategy** (Crawling parameters are threshold link distances of documents in a user's history.  Lawrence teaches [0051] use of link distances to determine relevancy of documents in user history.)

As per Claim 3, Lawrence teaches:

- **the crawling strategy comprises at least one of a link ranking function, a backlink function, and a breadth first search** (Lawrence teaches [0003] the PageRank function to determine relevance of search results.)

As per Claim 4, Lawrence teaches:

- **wherein a threshold link distance is set for the crawling strategy** (Crawling parameters are threshold link distances of documents in a user's history.  Lawrence teaches [0051] use of link distances to determine relevancy of documents in user history.)

As per Claim 5, Lawrence teaches:

- **wherein the user history comprises at least one of a web access log, a library manager, a web proxy server log, a browser history**

Application/Control Number: 11/200,557                                Page 8
Art Unit: 2162

**file, and a server access log** (Lawrence teaches [0003] user history

from web pages, wherein this history is indicative of a browser history

file.)

As per Claim 6, Lawrence teaches:

- **wherein the information repository comprises at least one of a**

    **website, a document repository, and a hard drive** (Lawrence teaches

    [0009] information of documents identified, wherein this is indicative of a

    document repository.)

As per Claim 7, Lawrence teaches:

- **wherein the document repository comprises at least one of a digital**

    **library, a document management system, and a server** (Lawrence

    teaches [0012] a client-server environment, which is indicative of the

    document repository being present on a server.)

As per Claim 8, Lawrence teaches:

- **wherein user histories, user profiles, and proximal neighborhoods**

    **are determined for a first user and at least one other user, and in**

    **which at least one of the user history, the user profiles and the**

    **proximal neighborhoods form a combination** (Lawrence teaches

    [0077] combination of user profiles for multiple users.)

As per Claim 9, Lawrence teaches:

- **wherein the combination comprises at least one of union,**

    **intersection, addition, and subtraction** (Lawrence teaches [0077]

Application/Control Number: 11/200,557                                         Page 9
Art Unit: 2162

combination of user profiles for multiple users, wherein combination is indicative of addition.)

As per Claim 13, Lawrence teaches:

- **the linked information elements comprise of at least one of audio, video, and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

As per Claim 14, Lawrence teaches:

- **the linked information elements comprise linked documents** (Lawrence teaches [0051] linked information consists of linked documents.)

As per Claim 15, Lawrence teaches:

- **wherein the proximal neighborhood comprises at least one of audio, video, and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

As per Claim 16, Lawrence teaches:

- **wherein the search results are ordered based on keywords relevant to access patterns in the user history** (Lawrence teaches [0001] search results based on the user profile.)

Application/Control Number: 11/200,557                                    Page 10
Art Unit: 2162

As per Claim 17, Lawrence teaches:

- **the user history is categorized** (Lawrence teaches [0034]
  categorization of documents identified in the user's history.)

As per Claim 18, Lawrence teaches:

- **the categories comprise at least one of tasks, projects, and
  organizations** (Lawrence teaches [0048] that categorization can be of
  organizations, projects, or tasks.)

In respect to Claim 19, Lawrence teaches:

- **a system for personalized search comprising:  a memory; an
  input/output circuit that receives a user query from a user; a
  processor that identifies the user** (Lawrence teaches [0001, FIG. 1]
  the method of customizing or "personalizing" searches based upon
  queries submitted by a user.)

- **a user history retrieval circuit that retrieves the user history for the
  user comprising access patterns identifying linked information
  elements previously accessed by the user within an information
  repository** (Lawrence teaches [0009] "user history" from previous
  search queries, links to documents, and other information sources,
  wherein these sources are "information repositories".)

- **a profile identification circuit that identifies a user profile
  comprising keywords relevant to access patterns in the user**

Application/Control Number: 11/200,557                                      Page 11
Art Unit: 2162

> **history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)

- **a proximal neighborhood determination circuit that determines a proximal neighborhood using the user history in the user profile**

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user. A proximal neighborhood consists of documents that may be of interest to a user. Lawrence teaches [0041] search results that may be of interest to a user which are returned based upon a user profile, wherein the user profile is created based upon previously accessed documents [0037-0040], thereby constituting a proximal neighborhood. Lawrence goes further to teach [0028, 0031, & 0034] that the user's query is executed on unseen linked information [0039] that may consist of documents of interest to a user.

Lawrence does not explicitly disclose:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history**

- **a search circuit that applies the query to the unseen linked information elements in the proximal neighborhood and that**

**determines search results comprising the unseen linked information elements that match the query**

However, Delgado teaches:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history** (Proximal neighborhoods have linked documents in the user's history. Delgado teaches links to documents from previous user submissions, wherein these documents represent a proximal neighborhood. Delgado further teaches (column 4, lines 60-67, column 5, lines 1-9) unseen information in association with a user profile.)

- **a search circuit that applies the query to the unseen linked information elements in the proximal neighborhood and that determines search results comprising the unseen linked information elements that match the query** (Delgado teaches (column 6, lines 66-67, column 7, lines 1-15) application of a query to unseen information for a particular user, wherein the unseen information is based upon a user profile.)

- It would have been obvious to one of ordinary skill in the art at the time of the invention to utilize the teachings of Delgado into the system of Lawrence. One of ordinary skill in the art would be motivated to allow a

Application/Control Number: 11/200,557                                      Page 13
Art Unit: 2162

          user to become aware of unseen goods or services that are of relevance

          to the goods or services to his or her preferences.

     Claims 20-27 & 31-36 are the system claims corresponding to method claims 2-9

& 13-18 respectively thus are rejected based upon the same analysis noted in prior

claim rejections, further Lawrence teaches [0028] a system for personalization of a

search.

     Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence & Delgado, in view of Linden (US Pub. No. 2005/0102282 A1)

hereinafter referred to as Linden.

As per Claim 10, Lawrence & Delgado do not explicitly disclose:

-    **a first user history is associated with a first user and a second user
     history is associated with a second user and the first user history
     is used by the second user**

Linden teaches:

-    **a first user history is associated with a first user and a second user
     history is associated with a second user and the first user history
     is used by the second user** (Linden teaches [0038] using the history of
     other users to personalize search results of a first user.)

-    It would have been obvious to one of ordinary skill in the art at the time
     of the invention to utilize the teachings of Linden into the system of

Application/Control Number: 11/200,557                                          Page 14
Art Unit: 2162

Lawrence & Delgado.  One of ordinary skill in the art would be motivated

to allow a first user to utilize the history of a second user to emphasize

documents that otherwise would not be seen by the first user.  Further

this method provides finer granularity in personalizing search results, by

reordering individual documents rather than entire classes of documents

(Linden [0015 & 0018]).

As per Claim 11, Lawrence & Delgado do not explicitly disclose:

-   **a first user proximal neighborhood is associated with the first user
    and a second user proximal neighborhood is associated with the
    second user and the first user proximal neighborhood is used by
    the second user**

Linden teaches:

-   **a first user proximal neighborhood is associated with the first user
    and a second user proximal neighborhood is associated with the
    second user and the first user proximal neighborhood is used by
    the second user** (Proximal neighborhoods consist of documents in a
    user's search history.  Linden teaches [0038] using the proximal
    neighborhood or search history of other users to personalize search
    results of a first user.)

-   Therefore, the limitations of claim 11 are rejected in the analysis of claim
    10 above, and the claim is rejected on that basis.

Application/Control Number: 11/200,557                                    Page 15
Art Unit: 2162

As per Claim 12, Lawrence & Delgado do not explicitly disclose:

-    **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user**

Linden teaches:

-    **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user** (User profiles are developed by determination of prior search history of a user.  Linden teaches [0038] using the history or "user profile" of other users to personalize search results of a first user.)

-    Therefore, the limitations of claim 12 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.


Claims 28-30 are the system claims corresponding to method claims 10-12 respectively, thus are rejected based upon the same analysis noted in prior claim rejections, further Lawrence teaches [0028] a system for personalization of a search.


**(10) Response to Argument**

**I. Response to Appellant's argument regarding claims 1 & 19 that the prior art of record does not teach "the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold**

Application/Control Number: 11/200,557                                    Page 16
Art Unit: 2162

**distance of the linked information elements in the user history".**  The Examiner

respectfully disagrees.

      The terminology "threshold distance" as properly interpreted based on the instant

specification [0038] is defined as how many links away a document is away from an

accessed document.  All documents within an ascribed "threshold distance" therefore

would be in a "proximal neighborhood" or within a certain proximity of a corresponding

linked document.  Delgado introduces and teaches (column 6, lines 30-50) link structure

of Web pages, wherein Web pages are associated with each others based upon links

from one web page to another.  Web pages which are associated via linked structure

constitute a "proximal neighborhood" comprising only linked information elements within

a threshold distance, which is determined by a measure of the number of links.  Further,

Delgado introduces the concept of linked information elements previously "unseen" by

the user.  Delgado teaches (column 5, lines 30-46) linked information elements

previously unseen by the user.  FIG. 4 of Delgado illustrates a neighborhood of linked

users.  Based upon user behavior linked information elements unseen by the user are

rated.  These information elements are linked based upon the similarity (column 5, lines

43-44) of collaborating individuals.  Delgado goes further to teach (column 6, lines 66-

67, column 7, lines 1-15) the principle of linked information elements previously unseen

by the user within a threshold distance in the user history.

Application/Control Number: 11/200,557                                    Page 17
Art Unit: 2162

**II. Response to Appellant's argument regarding claims 1 & 19 that the prior art of record does not teach "applying the query to the unseen linked information elements in the proximal neighborhood".**  The Examiner respectfully disagrees.

As discussed previously in the response to arguments, Delgado teaches (column 5, lines 30-46, column 6, lines 66-67, column 7, lines 1-15) application for requesting of unseen linked information element in a proximal neighborhood.  Therefore, Examiner maintains his position with respect to the same.

### (11) Related Proceeding(s) Appendix

No decision rendered by a court or the Board is identified by the examiner in the Related Appeals and Interferences section of this examiner's answer.

For the above reasons, it is believed that the rejections should be sustained.

Respectfully submitted,
Joshua Bullock /J. B. /
Examiner, Art Unit 2162

Conferees:
/John  Breene/
Supervisory Patent Examiner, Art Unit 2162

/Tony  Mahmoudi/
Supervisory Patent Examiner, Art Unit 2169

Appeal Brief
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5

*In re* Application of
   Chi et al.

Serial No. 11/200,557

Filed: August 9, 2005

10

For:  Systems And Methods For Personalized
     Search

)
) Group Art Unit: 2162
)
) Examiner:
)   Joshua Bullock
)
)
)
)

### APPEAL BRIEF

15   Board of Patent Appeals and Interferences
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

20   <u>BRIEF ON BEHALF OF CHI ET AL.:</u>

      Appellant appeals from the Final Office action mailed on November 25

2009, in which currently pending Claims 1-36 stand finally rejected.  Appellant

filed a Notice of Appeal via the Electronic Filing System (EFS-Web) on March

25, 2010.  This Appeal Brief is being timely filed within one month of the mailing

25   date of the Notice of Panel Decision from Pre-Appeal Brief Review.

- 1 -

## TABLE OF CONTENTS

1.   REAL PARTY IN INTEREST ................................................................. 3

2.   RELATED APPEALS AND INTERFERENCES ................................... 3

3.   STATUS OF CLAIMS ........................................................................... 3

4.   STATUS OF AMENDMENTS ............................................................... 3

5.   SUMMARY OF CLAIMED SUBJECT MATTER ................................. 3

    A.   Independent Claim 1 ................................................................. 3

    B.   Independent Claim 19 ............................................................... 4

6.   GROUNDS OF REJECTION TO BE REVIEWED ON APPEAL ............ 4

    A.   Issue I ....................................................................................... 4

    B.   Issue II ...................................................................................... 5

7.   ARGUMENT ......................................................................................... 5

    A.   Issue I ....................................................................................... 5

        1.   Legal Basis ....................................................................... 5

        2.   U.S. Patent App. Pub. No. 2005/0071328 .............................. 6

        3.   U.S. Patent No. 6,801,909 ................................................. 6

        4.   Claims 1-9, 13-27, and 31-36 .............................................. 6

    B.   Issue II ...................................................................................... 8

        1.   Legal Basis ....................................................................... 9

        2.   U.S. Patent App. Pub. No. 2005/0102282 .............................. 9

        3.   Claims 10-12 and 28-30 .................................................... 9

8.   CONCLUSION ...................................................................................... 10

9.   CLAIMS APPENDIX ............................................................................ 11

10.  EVIDENCE APPENDIX ........................................................................ 17

11.  RELATED PROCEEDINGS APPENDIX ................................................ 18

1.     **REAL PARTY IN INTEREST**

The real party in interest is assignee Palo Alto Research Center
Incorporated, a Delaware Corporation, located at 3333 Coyote Hill Road, Palo
Alto, CA 94304.

5   2.     **RELATED APPEALS AND INTERFERENCES**

A Notice of Appeal was filed on March 25, 2010.  There are no appeals or
interferences known to Appellant, Appellant's legal counsel, or assignee, which
will directly affect or be directly affected by or have a bearing on the Board's
decision in the pending appeal.

10  3.     **STATUS OF CLAIMS**

Finally-rejected Claims 1-36 are pending and are the subject of this
appeal.  An Appendix setting forth the claims involved in the appeal is included
as Section 9 of this Appeal Brief.

4.     **STATUS OF AMENDMENTS**

15     No claim amendments have been filed subsequent to the Final Office
Action of November 25, 2009.

5.     **SUMMARY OF CLAIMED SUBJECT MATTER**

A.     **Independent Claim 1**

Claim 1 defines a method for personalized search.  A query is received
20   from a user and the user is identified (paragraph [0025]).  A user history is
retrieved for the user and includes access patterns identifying linked information
elements previously accessed by the user within an information repository
(paragraphs [0031] and [0068]).  A user profile that includes keywords relevant to
the access patterns in the user history is identified (paragraphs [0032] and [0069]).
25   A proximal neighborhood is determined using the user history in the user profile
(paragraph [0033]).  The proximal neighborhood includes only linked information
elements previously unseen by the user that are within a threshold distance of the

linked information elements in the user history (paragraphs [0033] and [0035]).
The query is applied to the unseen linked information elements in the proximal
neighborhood (paragraph [0035]). Search results that include the unseen linked
information elements that match the query are determined (*Id.*).

5      **B.   Independent Claim 19**

Claim 19 defines a system for personalized search. The system includes a
memory, an input/output circuit, a processor, a user history retrieval circuit, a
profile identification circuit, a proximal neighborhood determination circuit, and a
search circuit (paragraph [0058]). The input/output circuit receives a user query

10     from a user (paragraph [0059]). The processor identifies the user (*Id.*). The user
history retrieval circuit retrieves the user history for the user, which includes
access patterns identifying linked information elements previously accessed by
the user within an information repository (paragraphs [0031]; [0060]; and [0068]).
The profile identification circuit identifies a user profile having keywords that are

15     relevant to access patterns in the user history (paragraphs [0032]; [0063]; and
[0069]). The proximal neighborhood determination circuit determines a proximal
neighborhood using the user history in the user profile (paragraphs [0033] and
[0061]). The proximal neighborhood includes only linked information elements
previously unseen by the user that are within a threshold distance of the linked

20     information elements in the user history (paragraphs [0033] and [0035]). The
search circuit applies the query to the unseen linked information elements in the
proximal neighborhood and determines search results, including the unseen linked
information elements that match the query (paragraphs [0035] and [0062]).

**6.    GROUNDS OF REJECTION TO BE REVIEWED ON APPEAL**

25     **A.   Issue I**

Whether Claims 1-9, 13-27, and 31-36 properly stand rejected under 35
U.S.C. § 103(a) as obvious over U.S. Patent Application Publication No.
2005/0071328, to Lawrence, in view of U.S. Patent No. 6,801,909, to Delgado et
al. ("Delgado").

Appeal Brief
Docket No. 20050533-US-NP

### B.     Issue II

Whether Claims 10-12 and 28-30 properly stand rejected under 35 U.S.C.
§ 103(a) as obvious over Lawrence and Delgado, in view of U.S. Patent
Application Publication No. 2005/0102282, to Linden.

5   ## 7.     ARGUMENT

### A.     Issue I

The combination of Lawrence and Delgado fails to render Claims 1-9, 13-
27, and 31-36 obvious under 35 U.S.C. § 103(a), and an obviousness rejection of
the claims cannot stand.

10          ### 1. Legal Basis

The examiner bears the initial burden of factually supporting any *prima
facie* conclusion of obviousness, which includes a clear articulation of the reasons
or rationale why the claimed invention would have been obvious.  MPEP 2142.
Exemplary rationales to support a conclusion of obviousness are listed in MPEP
15   2143, although the list is not all-inclusive.

Claims 1-9, 13-27, and 31-36 appear to be rejected under the rationale of
outlining combining prior art elements according to known methods to yield
predicable results, which includes 1) a finding that the prior art included each ele-
ment claimed, although not necessarily in a single prior art reference, with the
20   only difference between the claimed invention and the prior art being the lack of
actual combination of the elements in a single prior art reference; 2) a finding that
one of ordinary skill in the art could have combined the elements as claimed by
known methods, and that in combination, each element merely performs the same
function as it does separately; 3) a finding that one of ordinary skill in the art
25   would have recognized that the results of the combination were predictable; and
4) whatever additional findings based on the Graham factual inquiries may be
necessary, in view of the facts of the case under consideration, to explain a
conclusion of obviousness.  MPEP 2143(A).  If any of the findings cannot be
made, this rational cannot be used to support a conclusion that the claim would

have been obvious. *Id.*

### 2.  U.S. Patent App. Pub. No. 2005/0071328

Lawrence discloses a system and method for creating a user profile, which is used to order search results returned by a search engine (Lawrence, Abstract).

5     The user profile includes previous search queries, the user's activities, sampled content, category information, and the user's personal information (Lawrence, paragraphs [0031]-[0036]).  A search query is received from the user, and a list of documents that match the search query is identified.  Each document in the list is given a generic score based on a document page rank and the search query

10    (Lawrence, paragraph [0073]).  The documents are then analyzed with respect to the user's profile to create a profile score.  A personalized rank based on the document's generic and profile scores is used to order the documents for presenting to the user (Lawrence, paragraph [0074]).

### 3.  U.S. Patent No. 6,801,909

15    Delgado discloses obtaining user preferences and providing user recommendations for unseen physical and information goods and services (Delgado, Abstract; Col. 6, line 66-Col. 7, line 3).  A user enters search criteria input to identify important vacation features, which are stored in a mapping database as a user profile, and a request to receive recommendations (Delgado,

20    Col. 7, lines 19-37; Col. 8, lines 22-27).  Content and context rules are applied to a result space of recommendations to generate a matching percentage for each vacation destination (Delgado, Col. 9, lines 56-Col. 10, line 5).  Items returned to the user are ranked according to relevance and a list of the ranked items is presented (Delgado, Col. 10, lines 29-35).

25    ### 4.  Claims 1-9, 13-27, and 31-36

The Lawrence-Delgado combination fails to teach or suggest each and every limitation of the claims.  Claim 1 recites determining a proximal neighborhood using the user history in the user profile, wherein the proximal neighborhood comprises only linked information elements previously unseen by

Appeal Brief
Docket No. 20050533-US-NP

the user that are within a threshold distance of the linked information elements in
the user history. Claim 19 recites a proximal neighborhood determination circuit
that determines a proximal neighborhood using the user history in the user profile,
wherein the proximal neighborhood comprises only linked information elements
5     previously unseen by the user that are within a threshold distance of the linked
information elements in the user history.

In contrast, Delgado teaches obtaining user preferences and providing
recommendations for unseen physical and information goods and services using
filters (Delgado, Col. 4, line 60-Col. 5, line 9; Col. 6, line 66-Col. 7, line 3). The
10    physical and information goods and services are considered "unseen" when the
user is unaware of the relevance of the goods or services (Delgado, Col. 7, lines 3-
13). In one example, a user profile and preferences are mapped into a domain
space (Delgado, Col. 8, lines 17-27). Visited attributes are represented by nodes
in the domain space (Delgado, Col. 8, lines 43-46), while unvisited attributes are
15    represented by further nodes (Delgado, Col. 8, line 65-Col. 9, line 5). However,
Applicant is unable to find in Delgado, criteria, such as a threshold distance,
which identifies specific unvisited attributes that satisfy the threshold distance
measured from the visited attributes. Thus, the domain mapping in Delgado
differs from the proximal neighborhood, per Claims 1 and 19. Therefore,
20    applying a query to each of the domain mapping and proximal neighborhood will
provide different search results. Accordingly, Delgado fails to teach a proximal
neighborhood that includes only linked information elements previously unseen
by a user that are within a <u>threshold distance</u> of the linked information elements in
a user history. Additionally, Lawrence fails to remedy the shortcomings of
25    Delgado, as discussed in the Office Action of November 25, 2009 on page 4,
paragraph 2, which is herein incorporated by reference.

Claim 1 further recites applying the query to the unseen linked
information elements in the proximal neighborhood and determining search
results comprising the unseen linked information elements that match the query.
30    Claim 19 further recites a search circuit that applies the query to the unseen linked
information elements in the proximal neighborhood and that determines search

results comprising the unseen linked information elements that match the query.

In contrast, Delgado teaches mapping a user history and user preferences into a domain space, as described above in further detail. The domain space includes visited and unvisited attributes. A user's interest in an unvisited attribute

5    is determined based on a similarity between other users by selecting the most popular visited attribute among attributes common to profiles of other users that are similar to the user (Delgado, Col. 9, lines 5-12). Domain-dependent content- and context-sensitive rules are applied to perform a direct feature-based similarity comparison between an enhanced query, which includes search criteria and the

10   domain space with the mapped user profile, and mapped representations of vacation destinations (Delgado, Col. 9, lines 56-67). Returned items are ranked according to a predicted relevance to a user, which is presented as a list to the user (Col. 10, lines 29-31). Subsequently, similarity weights between the other users are used to predict the user's interest in unvisited attributes (Delgado, Col. 10,

15   lines 35-38). Therefore, in Delgado, the mapped user profile and the mapped representations of vacation destinations are compared to identify relevant items that are provided to the user, while data from other users is utilized to predict the user's interest in unvisited attributes, rather than applying a query to unseen linked information elements in a proximal neighborhood, per Claims 1 and 19.

20   Thus, a "finding that the prior art included each element claimed" has not been made, as required for *prima facie* obviousness. A similar conclusion would adhere under the other exemplary rationales in the *KSR* Guidelines to fail to demonstrate obviousness. MPEP 2143. Claims 2-9 and 13-18 are dependent on Claim 1 and are patentable for the above-stated reasons, and as further

25   distinguished by the limitations recited therein. Claims 20-27 and 31-36 are dependent on Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations recited therein. Withdrawal of the rejection is respectfully requested.

**B.    Issue II**

30   The combination of Lawrence, Delgado, and Linden fails to render Claims

- 8 -

10-12 and 28-30 obvious under 35 U.S.C. § 103(a), and an obviousness rejection
of the claims cannot stand.

### 1. Legal Basis

The examiner bears the initial burden of factually supporting any *prima*
5    *facie* conclusion of obviousness, which includes a clear articulation of the reasons
or rationale why the claimed invention would have been obvious. MPEP 2142.
Exemplary rationales to support a conclusion of obviousness are listed in MPEP
2143, although the list is not all-inclusive. Claims 10-12 and 28-30 appear to be
rejected under the rationale of combining prior art elements according to known
10   methods to yield predicable results, which includes *inter alia* "a finding that the
prior art included each element claimed, although not necessarily in a single prior
art reference, with the only difference between the claimed invention and the prior
art being the lack of actual combination of the elements in a single prior art
reference." MPEP 2143(A). If any of the findings cannot be made, this rational
15   cannot be used to support a conclusion that the claim would have been obvious.
*Id.*

### 2. U.S. Patent App. Pub. No. 2005/0102282

Linden discloses a method for providing personalized search results
(Abstract). Search results returned to a user are modified based on the user's
20   previous search results, the user's previous viewed items, and items viewed by
other users using similar search queries (paragraphs [0025], [0032], and [0038]).

### 3. Claims 10-12 and 28-30

Adding the teachings of Linden to the teachings of the Lawrence and
Delgado references introduces further functionality. However, as discussed
25   above, the Lawrence-Delgado combination fails to render Claims 1 and 19
obvious, and the addition of Linden does no more to support an obviousness
rejection of Claims 10-12 and 28-30.

Accordingly, a *prima facie* case of obviousness has not been shown.
Claims 10-12 are dependent on Claim 1 and are patentable for the above-stated

reasons, and as further distinguished by the limitations recited therein.  Claims 28-30 are dependent on Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations recited therein.  Withdrawal of the rejection is respectfully requested.

5  **8.     CONCLUSION**

In closing, Applicant respectfully submits that the rejections under 35 U.S.C. § 103(a) cannot be sustained in view of the foregoing arguments and should be withdrawn.  Reconsideration of the pending claims and a Notice of Allowance are respectfully solicited.

10  Please contact the undersigned at (206) 381-3900 regarding any questions or concerns associated with the present matter.

15   Dated: June 14, 2010              By:  _____
                                            Krista A. Wittman, Esq.
                                            Reg. No. 59594

20   Cascadia Intellectual Property
     500 Union Street
     Suite 1005                             Telephone: (206) 381-3900
     Seattle, WA 98101                      Facsimile: (206) 381-3999

25   Appeal Brief

Appeal Brief
Docket No. 20050533-US-NP

## 9.    CLAIMS APPENDIX

1      1.      (previously presented) A method for personalized search
2   comprising the steps of:
3          receiving a query from a user;
4          identifying the user;
5          retrieving a user history for the user comprising access patterns identifying
6   linked information elements previously accessed by the user within an
7   information repository;
8          identifying a user profile comprising keywords relevant to the access
9   patterns in the user history;
10         determining a proximal neighborhood using the user history in the user
11  profile, wherein the proximal neighborhood comprises only linked information
12  elements previously unseen by the user that are within a threshold distance of the
13  linked information elements in the user history; and
14         applying the query to the unseen linked information elements in the
15  proximal neighborhood and determining search results comprising the unseen
16  linked information elements that match the query.

1      2.      (previously presented) The method of claim 1, wherein the
2   proximal neighborhood further comprises the linked information elements and is
3   determined by applying a crawling strategy.

1      3.      (previously presented) The method of claim 2, wherein the
2   crawling strategy comprises at least one of a link ranking function, a backlink
3   function, and a breadth first search.

1      4.      (previously presented) The method of claim 2, wherein a threshold
2   link distance is set for the crawling strategy.

1      5.      (previously presented) The method of claim 1, wherein the user
2   history comprises at least one of a web access log, a library manager, a web proxy
3   server log, a browser history file, and a server access log.

- 11 -

1      6.      (previously presented) The method of claim 1, wherein the
2  information repository comprises at least one of a website, a document repository,
3  and a hard drive.

1      7.      (previously presented) The method of claim 6, wherein the
2  document repository comprises at least one of a digital library, a document
3  management system, and a server.

1      8.      (previously presented) The method of claim 1, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1      9.      (previously presented) The method of claim 8, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      10.     (previously presented) The method of claim 1, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      11.     (previously presented) The method of claim 10, wherein a first
2  user proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1      12.     (previously presented) The method of claim 10, wherein a first
2  user profile is associated with the first user and a second user profile is associated
3  with the second user and the first user profile is used by the second user.

1      13.     (previously presented) The method of claim 1, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

- 12 -

1      14.    (previously presented) The method of claim 1, in which the linked
2    information elements comprise linked documents.

1      15.    (previously presented) The method of claim 1, wherein the
2    proximal neighborhood comprises at least one of audio, video, and textual
3    information.

1      16.    (previously presented) The method of claim 1, wherein the search
2    results are ordered based on the keywords relevant to the access patterns in the
3    user history.

1      17.    (previously presented) The method of claim 1, wherein the user
2    history is categorized.

1      18.    (previously presented) The method of claim 17, wherein the
2    categories comprise at least one of tasks, projects, and organizations.

1      19.    (previously presented) A system for personalized search
2    comprising:
3        a memory;
4        an input/output circuit that receives a user query from a user;
5        a processor that identifies the user;
6        a user history retrieval circuit that retrieves the user history for the user
7    comprising access patterns identifying linked information elements previously
8    accessed by the user within an information repository;
9        a profile identification circuit that identifies a user profile comprising
10    keywords relevant to access patterns in the user history;
11        a proximal neighborhood determination circuit that determines a proximal
12    neighborhood using the user history in the user profile, wherein the proximal
13    neighborhood comprises only linked information elements previously unseen by
14    the user that are within a threshold distance of the linked information elements in
15    the user history; and

16       a search circuit that applies the query to the unseen linked information

17    elements in the proximal neighborhood and that determines search results

18    comprising the unseen linked information elements that match the query.

1       20.    (previously presented) The system of claim 19, wherein the

2    proximal neighborhood further comprises the linked information elements and is

3    determined by applying a crawling strategy.

1       21.    (previously presented) The system of claim 20, wherein the

2    crawling strategy comprises at least one of a link ranking function, a backlink

3    function, and a breadth first search.

1       22.    (previously presented) The system of claim 20, wherein a threshold

2    link distance is set for the crawling strategy.

1       23.    (previously presented) The system of claim 19, wherein the user

2    history comprises at least one of a web access log, a library manager, a web proxy

3    server log, a browser history file, and a server access log.

1       24.    (previously presented) The system of claim 19, wherein the

2    information repository comprises at least one of a website, a document repository,

3    and a hard drive.

1       25.    (previously presented) The system of claim 24, wherein the

2    document repository comprises at least one of a digital library, a document

3    management system, and a server.

1       26.    (previously presented) The system of claim 19, wherein user

2    histories, user profiles, and proximal neighborhoods are determined for a first user

3    and at least one other user, and in which at least one of the user history, the user

4    profiles and the proximal neighborhoods form a combination.

1     27.    (previously presented) The system of claim 26, wherein the
2    combination comprises at least one of union, intersection, addition, and
3    subtraction.

1     28.    (previously presented) The system of claim 19, wherein a first user
2    history is associated with a first user and a second user history is associated with a
3    second user and the first user history is used by the second user.

1     29.    (previously presented) The system of claim 28, wherein a first user
2    proximal neighborhood is associated with the first user and a second user
3    proximal neighborhood is associated with the second user and the first user
4    proximal neighborhood is used by the second user.

1     30.    (previously presented) The system of claim 28, wherein a first user
2    profile is associated with the first user and a second user profile is associated with
3    the second user and the first user profile is used by the second user.

1     31.    (previously presented) The system of claim 19, wherein the linked
2    information elements comprise at least one of audio, video, and textual
3    information.

1     32.    (previously presented) The system of claim 19, in which the linked
2    information elements comprise linked documents.

1     33.    (previously presented) The system of claim 19, wherein the
2    proximal neighborhood comprises at least one of audio, video, and textual
3    information.

1     34.    (previously presented) The system of claim 19, wherein the search
2    results are ordered based on the user keywords relevant to the access patterns in
3    the user history.

1     35.    (previously presented) The system of claim 19, wherein the user
2    history is categorized.

Response to Office Action
Docket No. 20050533-US-NP

1       36.     (previously presented) The system of claim 35, wherein the

2   categories comprise at least one of tasks, projects, and organizations.

1       37.     (canceled).

1       38.     (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## 10.   EVIDENCE APPENDIX

None.

Response to Office Action
Docket No. 20050533-US-NP

## 11.    RELATED PROCEEDINGS APPENDIX

None.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Filer:** | Krista A. Wittman |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Filing a brief in support of an appeal | 1402 | 1 | 540 | 540 |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **540** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7811904 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 14-JUN-2010 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 22:36:09 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 540 |
| RAM confirmation Number | 6515 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Appeal Brief Filed | Appeal_Brief.pdf | 620360 | no | 18 |
| | | | 6d2137af64692620657f9dc50fe2c841a9648329 | | |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 29681 | no | 2 |
| | | | 62e858237b8f251fdf92790177b99f5ceb77de42 | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 650041 |
| --- | --- | --- |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700        7590        05/14/2010

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/14/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| [barcode] | 11/200,557 | CHI ET AL. |
| | JOHN BREENE | **Art Unit** 2162 |

| **Document Code - AP.PRE.DEC** | |
|---|---|

# Notice of Panel Decision from Pre-Appeal Brief Review

[barcode]

This is in response to the Pre-Appeal Brief Request for Review filed <u>3/25/2010</u>.

1. ☐ **Improper Request** – The Request is improper and a conference will not be held for the following reason(s):

    ☐ The Notice of Appeal has not been filed concurrent with the Pre-Appeal Brief Request.
    ☐ The request does not include reasons why a review is appropriate.
    ☐ A proposed amendment is included with the Pre-Appeal Brief request.
    ☐ Other:    .

The time period for filing a response continues to run from the receipt date of the Notice of Appeal or from the mail date of the last Office communication, if no Notice of Appeal has been received.

2. ☒ **Proceed to Board of Patent Appeals and Interferences** – A Pre-Appeal Brief conference has been held. The application remains under appeal because there is at least one actual issue for appeal. Applicant is required to submit an appeal brief in accordance with 37 CFR 41.37. The time period for filing an appeal brief will be reset to be one month from mailing this decision, or the balance of the two-month time period running from the receipt of the notice of appeal, whichever is greater. Further, the time period for filing of the appeal brief is extendible under 37 CFR 1.136 based upon the mail date of this decision or the receipt date of the notice of appeal, as applicable.

    ☒ The panel has determined the status of the claim(s) is as follows:
    Claim(s) allowed: _____.
    Claim(s) objected to: _____.
    Claim(s) rejected: <u>*1-36*</u>.
    Claim(s) withdrawn from consideration: _____.

3. ☐ **Allowable application** – A conference has been held. The rejection is withdrawn and a Notice of Allowance will be mailed. Prosecution on the merits remains closed.  No further action is required by applicant at this time.

4. ☐ **Reopen Prosecution** – A conference has been held. The rejection is withdrawn and a new Office action will be mailed.  No further action is required by applicant at this time.

All participants:

(1) */JOHN BREENE/ SPE AU 2162*.

(2) *Vince Boccio, Primary Examiner*.

(3)*Joshua Bullock, Examiner*.

(4)_____.

Doc Code: AP.PRE.REQ

PTO/SB/33 (07-05)
Approved for use through 08/31/2008. OMB 06551-00xx
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PRE-APPEAL BRIEF REQUEST FOR REVIEW | Docket Number (Optional) 20050533-US-NP |
|---|---|

| I hereby certify that this correspondence is being electronically filed or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to "Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)]<br><br>on ___March 25, 2010___<br><br>Signature _L. Liparteliani_<br><br>Typed or printed name___Lali Liparteliani___ | Application Number 11/200,557 | Filed August 9, 2005 |
|---|---|---|
| | First Named Inventor Chi et al. | |
| | Art Unit 2162 | Examiner Joshua Bullock |

Applicant requests review of the final rejection in the above-identified application. No amendments are being filed with this request.

This request is being filed with a notice of appeal.

The review is requested for the reason(s) stated on the attached sheet(s).
   Note: No more than five (5) pages may be provided.

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest.
   See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed.
   (Form PTO/SB/96)

☒ attorney or agent of record.
   Registration number ___59594___

☐ attorney or agent acting under 37 CFR 1.34.

   Registration number if acting under 37 CFR 1.34. _____

Signature

Krista A. Wittman
Typed or printed name

206-381-3900
Telephone number

March 25, 2010
Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

| ☒ *Total of    1    forms are submitted. |
|---|

This collection of information is required by 35 U.S.C. 132. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11, 1.14 and 41.6. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop AF, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Pre-Appeal Brief Request for Review
Docket No. 20050533-US-NP
Attorney Docket No. 022.0676.US.UTL

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of<br>Chi et al. | Group Art Unit: 2162 |
| Serial No. 11/200,557 | Examiner:<br>Joshua Bullock |
| Filed:  August 9, 2005 | |
| For:  Systems And Methods For Personalized<br>Search | |

## <u>PRE-APPEAL BRIEF REQUEST FOR REVIEW</u>

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Applicants request review of the Final Office action mailed on November 25, 2009 for the above-referenced patent application.  No amendments are being filed; however, a Notice of Appeal is included.  The review is requested based on (1) clear errors in the examiner's rejection <u>and</u> (2) the examiner's omission of one or more essential elements needed for a *prima facie* rejection.

Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 103(a) as obvious over U.S. Patent Application Publication No. 2005/0071328, to Lawrence, in view of U.S. Patent No. 6,801,909, to Delgado et al. ("Delgado"). Applicant traverses.

During prosecution, all words in a claim must be considered in judging the patentability of that claim against the prior art.  *See*, MPEP 2143.03 *citing, In re Wilson*, 424 F.2d 1382, 1385, 165 USPQ 494, 496 (CCPA 1997).  However, the Final Office Action of November 25, 2009 ("Final Office Action") provides no support that the phrase "threshold distance" was considered, as no discussion of the term is included in the action.  *See*, Final Office Action at page 4, last paragraph to page 5, first paragraph.

An Advisory Action, received in reply to a Response to Final Office

- 1 -

Action filed on January 25, 2010, provides that the teaching of a rating in Delgado is "representative of a threshold distance or level of relevance." Advisory Action, page 2, paragraph 3. However, Applicant cannot find support for the statement in the Final Office Action. Ascertaining the differences between the claimed

5   invention and the prior art requires interpreting the claim language using a broadest reasonable interpretation. MPEP 2111. However, the broadest reasonable interpretation of the claims must be consistent with the interpretation that those skilled in the art would reach. MPEP 2111 *citing, In re Cortright*, 165 F.3d 1353, 1359 (Fed. Cir. 1999). Under the broadest reasonable interpretation,

10   words of the claim must be given their plain meaning unless the plain meaning is inconsistent with the specification. MPEP 2111.01 *citing, In re Zletz*, 893 F.2d 319, 321 (Fed. Cir. 1989).

In the current case, one skilled in the art would find that the term "ranking," as used in Delgado differs from a "threshold distance," as used in

15   Claims 1 and 19. The term "rank" means a relative position or status in a group. American Heritage Dictionary 683 (3d ed. 1994). Meanwhile, the term "threshold" means the lowest level or intensity at which a stimulus can be perceived or can produce a given effect and the term "distance" means separation in space or time. American Heritage Dictionary 248, 840 (3d ed. 1994). Thus,

20   together, the phrase, a "threshold distance" means a level of intensity based on a separation.

Further, the term "rank" is consistently used in Delgado, while, the term "threshold" is consistently used in the specification. Delgado teaches collaborative filters, which are based on the impressions of others (Delgado, Col.

25   5, lines 31-33). The impressions are expressed through a rating schema to enable the prediction of a rating for an unseen item (Delgado, Col. 5, lines 33-36). Thus, the ratings are provided by multiple users since individuals tend to follow the advice of trusted people (Delgado, Col. 5, lines 43-44). In contrast, the threshold of Claims 1 and 19 is applied to linked information elements to generate a

30   proximal neighborhood of linked information elements. Therefore, the term

- 2 -

Pre-Appeal Brief Request for Review
Docket No. 20050533-US-NP
Attorney Docket No. 022.0676.US.UTL

"ranking" has been improperly interpreted and thus, a *prima facie* showing of obviousness cannot stand.

Further yet, "a finding that the prior art included each element claimed" has not been shown to support *prima facie* obviousness under MPEP 2143.

5    Applicant has presented evidence regarding the failure of the prior art, Lawrence and Delgado, to teach each element claimed, on page 9, lines 3-27 of a Response to Final Office Action filed on January 25, 2010, and on page 8, line 26 to page 9, line 14 of a Response to Office Action filed on July 31, 2009. Therefore, a finding that the prior art includes each element claimed cannot be made and a

10   *prima facie* rejection of the claims is inappropriate.

Claims 10-12 and 28-30 also stand rejected under 35 U.S.C. § 103(a) as obvious over Lawrence and Delgado, in view of U.S. Patent Application Publication No. 2005/0102282, to Linden. Applicant traverses.

Adding the teachings of Linden to the teachings of the Lawrence-Delgado

15   combination introduces further functionality. However, as discussed above, the Lawrence-Delgado combination fails to render obvious independent Claims 1 and 19, and the addition of Linden does no more to support an obviousness rejection of the dependent claims. Claims 10-12 are dependent upon Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the

20   limitations therein. Claims 28-30 are dependent upon Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. A finding that the prior art includes each element claimed cannot be made and a *prima facie* rejection of the claims based on a combination of Lawrence, Delgado, and Linden is inappropriate.

25   Accordingly, for the reasons set forth above, withdrawal of the rejection and a Notice of Allowance are earnestly solicited. Please contact the undersigned at (206) 381-3900 regarding any questions associated with the present matter.

Pre-Appeal Brief Request for Review
Docket No. 20050533-US-NP
Attorney Docket No. 022.0676.US.UTL

Respectfully submitted,

Dated:  March 25, 2010

5

By: _____
Krista A. Wittman, Esq.
Reg. No. 59,594

Cascadia Intellectual Property
500 Union Street, Ste 1005
10    Seattle, WA 98101

Telephone: (206) 381-3900
Facsimile: (206) 381-3999

Pre-Appeal Brief Request for Review

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Filer:** | Krista A. Wittman |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Notice of appeal | 1401 | 1 | 540 | 540 |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **540** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7289950 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 25-MAR-2010 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 20:42:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 540 |
| RAM confirmation Number | 9133 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Notice of Appeal Filed | NoticeOfAppeal.pdf | 63919 | no | 1 |
| | | | 7f37117eb3079ddf325db18d308d638472ce158a | | |

**Warnings:**

**Information:**

| 2 | Request to Withdraw Appeal by Appellant | PreAppealBriefRequest.pdf | 211962 | no | 5 |
| | | | cbef688aefef620ee397a66ad770af47acf68fbf | | |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 29570 | no | 2 |
| | | | 9a022082863024e36e0b6635bef36b4be4455de2 | | |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 305451 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/31 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NOTICE OF APPEAL FROM THE EXAMINER TO THE BOARD OF PATENT APPEALS AND INTERFERENCES | Docket Number (Optional) 20050533-US-NP |
|---|---|

| I hereby certify that this correspondence is being electronically filed or facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450" [37 CFR 1.8(a)] on ___March 25, 2010___ <br><br> Signature _L. Liparteliani_ <br><br> Typed or printed name__ Lali Liparteliani__ | In re Application of Chi et al. |
|---|---|

| | | | |
|---|---|---|---|
| | Application Number 11/200,557 | | Filed 08/09/2005 |
| | For   System And Method For Personalized Search | | |
| | Art Unit 2162 | | Examiner Joshua Bullock |

Applicant hereby **appeals** to the Board of Patent Appeals and Interferences from the last decision of the examiner.

The fee for this Notice of Appeal is (37 CFR 41.20(b)(1))          $ _540.00_

[ ] Applicant claims small entity status.  See 37 CFR 1.27.  Therefore, the fee shown above is reduced by half, and the resulting fee is:                                             $ _____

[ ] A check in the amount of the fee is enclosed.

[ ] Payment by credit card.  Form PTO-2038 is attached.

[ ] The Director has already been authorized to charge fees in this application to a Deposit Account. I have enclosed a duplicate copy of this sheet.

[X] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No. _24-0037_.

[ ] A petition for an extension of time under 37 CFR 1.136(a) (PTO/SB/22) is enclosed.

**WARNING:  Information on this form may become public.  Credit card information should not be included on this form.  Provide credit card information and authorization on PTO-2038.**

I am the

[ ] applicant/inventor.

[ ] assignee of record of the entire interest. See 37 CFR 3.71.  Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

[X] attorney or agent of record. Registration number _59594_

[ ] attorney or agent acting under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34. _____

_____
Signature

Krista A. Wittman
Typed or printed name

206-381-3900
Telephone number

March 25, 2010
Date

NOTE:  Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

| [X] *Total of    1    forms are submitted. |
|---|

This collection of information is required by 37 CFR 41.31.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11, 1.14 and 41.6.  This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box `450, Alexandria, VA  22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/22 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARMENT OF COMMERCE
Under the paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) <br> **FY 2009** <br> *(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)* | Docket Number (Optional) <br> 20050533-US-NP |
|---|---|
| Application Number  11/200,557 | Filed 08/09/2005 |

| For    Systems And Methods for Personalized Search |
|---|

| Art Unit  2162 | Examiner  Joshua Bullock |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| ☑ | One month (37 CFR 1.17(a)(1)) | $130 | $65 | $ 130 |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $490 | $245 | $ |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1110 | $555 | $ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $1730 | $865 | $ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $2350 | $1175 | $ |

☐  Applicant claims small entity status. See 37 CFR 1.27.

☐  A check in the amount of the fee is enclosed.

☐  Payment by credit card. Form PTO-2038 is attached.

☐  The Director has already been authorized to charge fees in this application to a Deposit Account.

☑  The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number  24-0037                  .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐  applicant/inventor.

☐  assignee of record of the entire interest. See 37 CFR 3.71.
   Statement under 37 CFR 3.73(b) is enclosed (Form PTO/SB/96).

☑  attorney or agent of record. Registration Number 59594

☐  attorney or agent under 37 CFR 1.34.
   Registration number if acting under 37 CFR 1.34 _____

| *Krista* (signature) | March 25, 2010 |
|---|---|
| Signature | Date |
| Krista A. Wittman | 206-381-3900 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☐  Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Filer:** | Krista A. Wittman |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 130 | 130 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **130** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7290111 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 25-MAR-2010 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 21:42:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | 9293 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Extension of Time | ExtofTime_Appeal.pdf | 661813<br>2202dfb014d8a8582264ddf724d2607e7f86e2db | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 29737<br>d2de1868332bc4d1e9e198681fbe952c217e3f30 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 691550 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          03/12/2010
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/12/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| ***Interview Summary*** | Application No. | Applicant(s) |
| | 11/200,557 | CHI ET AL. |
| | Examiner | Art Unit | |
| | JOSHUA BULLOCK | 2162 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *JOSHUA BULLOCK(examiner)*.                    (3)_____.

(2) *Krista Wittman (applicant's representative)*.          (4)_____.

Date of Interview: *10 March 2010*.

Type:   a)☒ Telephonic   b)☐ Video Conference
        c)☐ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
    If Yes, brief description: _____.

Claim(s) discussed: *1*.

Identification of prior art discussed: *Delgado et al. (US Patent No. 6,801,909 B2)*.

Agreement with respect to the claims f)☐ was reached.   g)☒ was not reached.   h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *See Continuation Sheet*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| | /John  Breene/
Supervisory Patent Examiner, Art Unit 2162 |

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication.  If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  The interview began with a general overview of the invention by Krista Wittman (applicant's representative).  The interview proceeded to follow the interview agenda (see attached).  Points of emphasis discussed were the proximal neighborhood and threshold distance as claimed.  Examiner suggested to applicant to amend claim language around the concepts of the claimed proximal neighborhood and threshold distance as consistent with the proposed amendment.  No agreement was reached with respect to allowability.

.

## Cascadia Intellectual Property®

500 Union Street, Suite 1005
Seattle, Washington 98101
Telephone: (206) 381-3900
Facsimile: (206) 381-3999

# Facsimile Transmittal

| **To:** | Examiner Joshua Bullock<br>Art Unit 2162 | **Fax:** | (571) 270-2395 |
| --- | --- | --- | --- |
| **From:** | Krista A. Wittman | **Date:** | February 20, 2010 |
| **Re:** | U.S. Patent Application<br>Serial No. 11/200,557 | **Pages:** | *13* (including cover sheet) |
| **CC:** | | | |

☐ Urgent          ☐ For Review          ☐ Please Comment     ☐ Please Reply          ☐ Please Recycle

**Notes:** Examiner Bullock,

Please find attached an Applicant Initiated Interview Request form and a draft response to Office action for discussion during the interview scheduled on Wednesday, February 24, 2010 at 2 p.m. EST. I look forward to speaking with you.

Thank you.

**Notice:** The information contained in this facsimile is privileged and confidential information protected by the attorney-client privilege and is intended only for the use of the above-named recipient. If you are not the intended recipient, or a person responsible for delivering this facsimile to the intended recipient, any distribution or copying is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile to the above-indicated address by mail.

PTOL-413A (09-08)
Approved for use through 10/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

# Applicant Initiated Interview Request Form

Application No.: 11/200,557 _____    First Named Applicant: Ed Chi _____

Examiner: Joshua Bullock _____    Art Unit: 2162 _____    Status of Application: Pending _____

**Tentative Participants:**

(1)  Krista A. Wittman (Attorney) _____    (2) _____

(3) _____    (4) _____

Proposed Date of Interview: February 24, 2010 _____    Proposed Time: __ 2 pm EST __ AM/PM

**Type of Interview Requested:**

(1)  [X] Telephonic    (2) [ ] Personal    (3) [ ] Video Conference

Exhibit To Be Shown or Demonstrated:    [ ] YES    [X] NO
If yes, provide brief description: _____

## Issues To Be Discussed

| Issues (Rej., Obj., etc) | Claims/ Fig. #s | Prior Art | Discussed | Agreed | Not Agreed |
|---|---|---|---|---|---|
| (1) 35 U.S.C. § 103(a) | 1-9, 13-27, 31-36 | U.S. Pat. Pub. No. 2005/0071328, to Lawrence in view of U.S. Patent No. 6,801,909, to Delgado et al. | [ ] | [ ] | [ ] |
| (2) 35 USC § 103(a) | 10-12, 28-30 | U.S. Pat. Pub. No. 2005/0071328, to Lawrence in view of U.S. Patent No. 6,801,909, to Delgado et al. in view of U.S. Pat Pub No. 2005/0102282, to Linden. | [ ] | [ ] | [ ] |
| (3) _____ | _____ | | [ ] | [ ] | [ ] |
| (4) _____ | _____ | | [ ] | [ ] | [ ] |

[ ] Continuation Sheet Attached

**Brief Description of Argument to be Presented:**
   Please see the attached draft response.

_____

_____

An interview was conduction on the above-identified application on _____ .
NOTE: This form should be completed by applicant and submitted to the examiner in advance of the interview
(see MPEP § 713.01).
This application will not be delayed from issue because of applicant's failure to submit a written record of this
interview. Therefore, applicant is advised to file a statement of the substance of this interview (37 CFR 1.133(b)) as
soon as possible.

| | |
|---|---|
| Applicant/Applicant's Representative Signature | Examiner/SPE Signature |
| Krista A. Wittman | |
| Typed/Printed Name of Applicant or Representative | |
| 59594 | |
| Registration Number, if applicable | |

This collection of information is required by 37 CFR 1.133. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.
Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the
completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for
reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT
SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of | ) |
| Chi et al. | )    Group Art Unit: 2162 |
| 5 | ) |
| Serial No. 11/200,557 | )    Examiner: |
| | )       Joshua Bullock |
| Filed:  August 9, 2005 | ) |
| | ) |
| 10   For:  Systems And Methods For Personalized | ) |
| Search | ) |

## RESPONSE TO FINAL OFFICE ACTION

15   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

      In response to the Final Office Action mailed on November 25, 2009 for
the above-referenced patent application, please enter the following amendments
and remarks.

      **Amendments to the Claims** are reflected in the listing of claims, which begins
25   on page 2.

      **Remarks** begin on page 8.

- 1 -

Response to Final Office Action
Docket No. 20050533-US-NP

## Amendments to the Claims

This listing of claims will replace all prior versions, and listings, of claims in the
application:

## Listing of Claims:

1   1.    (currently amended) A method for personalized search comprising
2   the steps of:
3        receiving a query from a user;
4        identifying the user;
5        retrieving a user history for the user comprising access patterns identifying
6   linked information elements previously accessed by the user within an
7   information repository;
8        identifying a user profile comprising keywords relevant to the access
9   patterns in the user history;
10       determining a proximal neighborhood using the user history in the user
11  profile, wherein the proximal neighborhood comprises only linked information
12  elements previously unseen by the user that are within a threshold distance of the
13  linked information elements in the user history and a size of the proximal
14  neighborhood is defined by the threshold distance, and the proximal
15  neighborhood is dynamically adjusted based on the user history; and
16       applying the query to the unseen linked information elements in the
17  proximal neighborhood and determining search results comprising the unseen
18  linked information elements that match the query.

1   2.    (previously presented) The method of claim 1, wherein the
2   proximal neighborhood further comprises the linked information elements and is
3   determined by applying a crawling strategy.

1   3.    (previously presented) The method of claim 2, wherein the
2   crawling strategy comprises at least one of a link ranking function, a backlink
3   function, and a breadth first search.

- 2 -

Response to Final Office Action
Docket No. 20050533-US-NP

1      4.     (previously presented) The method of claim 2, wherein a threshold
2  link distance is set for the crawling strategy.

1      5.     (previously presented) The method of claim 1, wherein the user
2  history comprises at least one of a web access log, a library manager, a web proxy
3  server log, a browser history file, and a server access log.

1      6.     (previously presented) The method of claim 1, wherein the
2  information repository comprises at least one of a website, a document repository,
3  and a hard drive.

1      7.     (previously presented) The method of claim 6, wherein the
2  document repository comprises at least one of a digital library, a document
3  management system, and a server.

1      8.     (previously presented) The method of claim 1, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1      9.     (previously presented) The method of claim 8, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      10.    (previously presented) The method of claim 1, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      11.    (previously presented) The method of claim 10, wherein a first
2  user proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

- 3 -

Response to Final Office Action
Docket No. 20050533-US-NP

1       12.     (previously presented) The method of claim 10, wherein a first
2     user profile is associated with the first user and a second user profile is associated
3     with the second user and the first user profile is used by the second user.

1       13.     (previously presented) The method of claim 1, wherein the linked
2     information elements comprise at least one of audio, video, and textual
3     information.

1       14.     (previously presented) The method of claim 1, in which the linked
2     information elements comprise linked documents.

1       15.     (previously presented) The method of claim 1, wherein the
2     proximal neighborhood comprises at least one of audio, video, and textual
3     information.

1       16.     (previously presented) The method of claim 1, wherein the search
2     results are ordered based on the keywords relevant to the access patterns in the
3     user history.

1       17.     (previously presented) The method of claim 1, wherein the user
2     history is categorized.

1       18.     (previously presented) The method of claim 17, wherein the
2     categories comprise at least one of tasks, projects, and organizations.

1       19.     (currently amended) A system for personalized search comprising:
2     a memory;
3     an input/output circuit that receives a user query from a user;
4     a processor that identifies the user;
5     a user history retrieval circuit that retrieves the user history for the user
6     comprising access patterns identifying linked information elements previously
7     accessed by the user within an information repository;

- 4 -

Response to Final Office Action
Docket No. 20050533-US-NP

8        a profile identification circuit that identifies a user profile comprising

9    keywords relevant to access patterns in the user history;

10       a proximal neighborhood determination circuit that determines a proximal

11   neighborhood using the user history in the user profile, wherein the proximal

12   neighborhood comprises only linked information elements previously unseen by

13   the user that are within a threshold distance of the linked information elements in

14   the user history and a size of the proximal neighborhood is defined by the

15   threshold distance, and the proximal neighborhood is dynamically adjusted based

16   on the user history; and

17       a search circuit that applies the query to the unseen linked information

18   elements in the proximal neighborhood and that determines search results

19   comprising the unseen linked information elements that match the query.

1        20.     (previously presented) The system of claim 19, wherein the

2    proximal neighborhood further comprises the linked information elements and is

3    determined by applying a crawling strategy.

1        21.     (previously presented) The system of claim 20, wherein the

2    crawling strategy comprises at least one of a link ranking function, a backlink

3    function, and a breadth first search.

1        22.     (previously presented) The system of claim 20, wherein a threshold

2    link distance is set for the crawling strategy.

1        23.     (previously presented) The system of claim 19, wherein the user

2    history comprises at least one of a web access log, a library manager, a web proxy

3    server log, a browser history file, and a server access log.

1        24.     (previously presented) The system of claim 19, wherein the

2    information repository comprises at least one of a website, a document repository,

3    and a hard drive.

- 5 -

Response to Office Action
Docket No. 20050533-US-NP

1      25.      (previously presented) The system of claim 24, wherein the
2   document repository comprises at least one of a digital library, a document
3   management system, and a server.

1      26.      (previously presented) The system of claim 19, wherein user
2   histories, user profiles, and proximal neighborhoods are determined for a first user
3   and at least one other user, and in which at least one of the user history, the user
4   profiles and the proximal neighborhoods form a combination.

1      27.      (previously presented) The system of claim 26, wherein the
2   combination comprises at least one of union, intersection, addition, and
3   subtraction.

1      28.      (previously presented) The system of claim 19, wherein a first user
2   history is associated with a first user and a second user history is associated with a
3   second user and the first user history is used by the second user.

1      29.      (previously presented) The system of claim 28, wherein a first user
2   proximal neighborhood is associated with the first user and a second user
3   proximal neighborhood is associated with the second user and the first user
4   proximal neighborhood is used by the second user.

1      30.      (previously presented) The system of claim 28, wherein a first user
2   profile is associated with the first user and a second user profile is associated with
3   the second user and the first user profile is used by the second user.

1      31.      (previously presented) The system of claim 19, wherein the linked
2   information elements comprise at least one of audio, video, and textual
3   information.

1      32.      (previously presented) The system of claim 19, in which the linked
2   information elements comprise linked documents.

1      33.      (previously presented) The system of claim 19, wherein the
2 proximal neighborhood comprises at least one of audio, video, and textual
3 information.

1      34.      (previously presented) The system of claim 19, wherein the search
2 results are ordered based on the user keywords relevant to the access patterns in
3 the user history.

1      35.      (previously presented) The system of claim 19, wherein the user
2 history is categorized.

1      36.      (previously presented) The system of claim 35, wherein the
2 categories comprise at least one of tasks, projects, and organizations.

1      37.      (canceled).

1      38.      (canceled).



Proposed Response (Interview)      - 7 -

Response to Final Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-36 are pending and remain.  Claims 1 and 19 have been
amended.

### Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Delgado

5        Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 103(a) as
being obvious over U.S. Patent Application Publication No. 2005/0071328, to
Lawrence, in view of U.S. Patent No. 6,801,909, to Delgado et al. ("Delgado").
Applicant traverses.

        The examiner bears the initial burden of factually supporting any *prima*
10  *facie* conclusion of obviousness, which includes a clear articulation of the reasons
or rationale why the claimed invention would have been obvious.  MPEP 2142.
Exemplary rationales to support a conclusion of obviousness are listed in MPEP
2143, although the list is not all-inclusive.

        Lawrence discloses a system and method for creating a user profile, which
15  is used to order search results returned by a search engine (Abstract).  The user
profile includes previous search queries, the user's activities, sampled content,
category information, and the user's personal information (paragraphs [0031]-
[0036]).  A search query is received from the user, and a list of documents that
match the search query is identified.  Each document in the list is given a generic
20  score based on a document page rank and the search query (paragraph [0073]).
The documents are then analyzed with respect to the user's profile to create a
profile score.  A personalized rank based on the document's generic and profile
scores is used to order the documents for presenting to the user (paragraph
[0074]).

25        Delgado discloses obtaining user preferences and providing user
recommendations for unseen physical and information goods and services
(Abstract; Col. 6, line 66-Col. 7, line 3).  A user enters search criteria input to
identify important vacation features, which are stored in a mapping database as a
user profile, and a request to receive recommendations (Col. 7, lines 19-37; Col.
30  8, lines 22-27).  Content and context rules are applied to a result space of

- 8 -

Response to Final Office Action
Docket No. 20050533-US-NP

recommendations to generate a matching percentage for each vacation destination
(Col. 9, lines 56-Col. 10, line 5). Items returned to the user are ranked according
to relevance and a list of the ranked items is presented (Col. 10, lines 29-35).

5      Claim 1 has been amended to recite determining a proximal neighborhood
using the user history in the user profile, wherein the proximal neighborhood
comprises only linked information elements previously unseen by the user that are
within a threshold distance of the linked information elements in the user history
and a size of the proximal neighborhood is defined by the threshold distance, and
the proximal neighborhood is dynamically adjusted based on the user history.

10     Claim 19 has been similarly amended to recite a proximal neighborhood
determination circuit that determines a proximal neighborhood using the user
history in the user profile, wherein the proximal neighborhood comprises only
linked information elements previously unseen by the user that are within a
threshold distance of the linked information elements in the user history and a size

15     of the proximal neighborhood is defined by the threshold distance, and the
proximal neighborhood is dynamically adjusted based on the user history.

       The Lawrence-Delgado combination fails to teach such limitations.
Instead, Delgado teaches receiving input search criteria from a user (Col. 7, lines
20-24). Filters are applied to obtain user preferences and provide user

20     recommendations for unseen physical and information goods and services (Col. 6,
line 66-Col. 7, line 3). The physical and information goods and services are
considered "unseen" when the user is unaware of the relevance of the goods or
services (Col. 7, lines 3-13). In contrast, "seen" goods and services include those
that a user has encountered (Col. 7, lines 3-7). Thus, in Delgado, the unseen

25     goods and services are merely unknown to the user and no further requirement,
such as a relationship between the unknown goods and services, and seen goods
and services are required. The results of conducting a search for unseen
documents versus applying a query to a proximal neighborhood of unseen linked
information elements that are within a threshold distance of linked information

30     elements provides different results. Therefore, Delgado fails to teach a proximal

- 9 -

Response to Final Office Action
Docket No. 20050533-US-NP

neighborhood with <u>linked</u> information elements previously unseen by the user that
are within a <u>threshold distance</u> of linked information elements in a user history.
Additionally, Lawrence fails to remedy the shortcomings of Delgado.

5    Further, the Lawrence-Delgado combination fails to teach a proximal
neighborhood that is dynamically adjusted based on a user history and that is
sized based on a threshold link distance. As discussed above, both Delgado and
Lawrence fail to teach a proximal neighborhood of unseen linked information
elements located within a threshold distance of linked information elements.
Therefore, the Lawrence-Delgado combination fails to teach dynamically
10   adjusting a proximal neighborhood and determining a size of the proximal
neighborhood based on a threshold distance.

Accordingly, a *prima facie* case of obviousness has not been shown with
respect to independent Claims 1 and 19. Claims 2-9 and 13-18 are dependent
upon Claim 1 and are patentable for the above-stated reasons, and as further
15   distinguished by the limitations therein. Claims 20-27 and 31-36 are dependent
upon Claim 19 and are patentable for the above-stated reasons, and as further
distinguished by the limitations therein. Withdrawal of the rejection is requested.

## Rejections under 35 U.S.C. § 103(a) over Lawrence and Delgado, in view of Linden

20   Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being
obvious over Lawrence and Delgado, in view of U.S. Patent Application
Publication No. 2005/0102282, to Linden. Applicant traverses.

Adding the teachings of Linden to the teachings of the Lawrence-Delgado
combination introduces further functionality. However, as discussed above, the
25   Lawrence-Delgado combination fails to anticipate independent Claims 1 and 19,
and the addition of Linden does no more to support an obviousness rejection of
the dependent claims. Claims 10-12 are dependent upon Claim 1 and are
patentable for the above-stated reasons, and as further distinguished by the
limitations therein. Claims 28-30 are dependent upon Claim 19 and are
30   patentable for the above-stated reasons, and as further distinguished by the

- 10 -

Response to Final Office Action
Docket No. 20050533-US-NP

limitations therein.  Withdrawal of the rejection is requested.

      The prior art made of record and not relied upon has been reviewed by the applicant and is considered to be no more pertinent than the prior art references already applied.

5       Claims 1-36 are believed to be in condition for allowance.  Entry of the foregoing amendments is requested.  Reconsideration of the claims, withdrawal of the finality of the Office Action, and a Notice of Allowance are earnestly solicited.  Please contact the undersigned at (206) 381-3900 regarding any questions or concerns associated with the present matter.

10

                                Respectfully submitted,



Dated:  February 22, 2010

15                               By: _____
                                  Krista A. Wittman, Esq.
                                  Reg. No. 59,594

Cascadia Intellectual Property
500 Union Street, Suite 1005
20   Seattle, WA 98101                  Telephone: (206) 381-3900
                                  Facsimile: (206) 381-3999

Final OA2 Resp

- 11 -

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          02/16/2010
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/16/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| ***Advisory Action*** *Before the Filing of an Appeal Brief* | Application No. | Applicant(s) |
|---|---|---|
| | 11/200,557 | CHI ET AL. |
| | Examiner | Art Unit | |
| | JOSHUA BULLOCK | 2162 | |

**--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

THE REPLY FILED <u>25 January 2010</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☒ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:

   a) ☐ The period for reply expires _____months from the mailing date of the final rejection.

   b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

      Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☐ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

   (a)☐ They raise new issues that would require further consideration and/or search (see NOTE below);

   (b)☐ They raise the issue of new matter (see NOTE below);

   (c)☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   (d)☐ They present additional claims without canceling a corresponding number of finally rejected claims.

      NOTE: _____. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☐ For purposes of appeal, the proposed amendment(s): a) ☐ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

   The status of the claim(s) is (or will be) as follows:

   Claim(s) allowed: _____.

   Claim(s) objected to: _____.

   Claim(s) rejected: _____.

   Claim(s) withdrawn from consideration: _____.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing a good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

11. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because:
   <u>See Continuation Sheet.</u>

12. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____

13. ☐ Other: _____.

/John Breene/
Supervisory Patent Examiner, Art Unit 2162

Continuation of 11. does NOT place the application in condition for allowance because:  With respect to applicant's argument in association with Claims 1 & 19, applicant appears to assert that the Lawrence-Delgado fails to teach "determining a proximal neighborhood using the user history in the user profile, wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history".  Examiner respectfully disagrees and maintains his position with respect to the same.

Lawrence teaches determination of a proximal neighborhood using the user history in the user profile.  Given the broadest reasonable interpretation, a proximal neighborhood consists of linked items in the user's history.  Lawrence teaches [0009] linked documents in a user's history consisting of links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.

Delgado teaches that the proximal neighborhood is comprised of only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history.  As stated previously, proximal neighborhoods have linked or related items derived from a user's history.  Delgado teaches (column 3, lines 65-67) formulation of related goods and services based upon a user's history, thereby creating a proximal neighborhood.  Delgado teaches (column 4, lines 60-67, column 5, lines 1-9) information which is linked via user recommendations which are previously unseen by the user.  Delgado further teaches (column 5, lines 31-46) that these recommendations are subjected to ratings, wherein these ratings are representative of a threshold distance or level of relevance.

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |
|---|---|
| *In re* Application of | ) |
| Chi et al. | ) Group Art Unit: 2162 |
| 5 | ) |
| Serial No. 11/200,557 | ) Examiner: |
| | ) Joshua Bullock |
| Filed: August 9, 2005 | ) |
| | ) |
| 10  For: Systems And Methods For Personalized | ) |
| Search | ) |

### RESPONSE TO FINAL OFFICE ACTION

15   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20
        In response to the Final Office Action mailed on November 25, 2009 for

the above-referenced patent application, please enter the following amendments

and remarks.  This response is being timely filed within two months of the

mailing date of the Final Office action.  Accordingly, the mailing of an Advisory

25   Action is required, pursuant to MPEP 706.07(f).

        **Amendments to the Claims** are reflected in the listing of claims, which begins

on page 2.

        **Remarks** begin on page 8.

- 1 -

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of<br>   Chi et al. | Group Art Unit: 2162 |
| 5 | |
| Serial No. 11/200,557 | Examiner:<br>   Joshua Bullock |
| Filed: August 9, 2005 | |
| 10  For: Systems And Methods For Personalized<br>     Search | |

### RESPONSE TO FINAL OFFICE ACTION

15  Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

     In response to the Final Office Action mailed on November 25, 2009 for the above-referenced patent application, please enter the following amendments and remarks. This response is being timely filed within two months of the mailing date of the Final Office action. Accordingly, the mailing of an Advisory

25  Action is required, pursuant to MPEP 706.07(f).

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2.

**Remarks** begin on page 8.

- 1 -

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the
application:

**Listing of Claims:**

1      1.      (previously presented) A method for personalized search
2    comprising the steps of:
3           receiving a query from a user;
4           identifying the user;
5           retrieving a user history for the user comprising access patterns identifying
6    linked information elements previously accessed by the user within an
7    information repository;
8           identifying a user profile comprising keywords relevant to the access
9    patterns in the user history;
10          determining a proximal neighborhood using the user history in the user
11   profile, wherein the proximal neighborhood comprises only linked information
12   elements previously unseen by the user that are within a threshold distance of the
13   linked information elements in the user history; and
14          applying the query to the unseen linked information elements in the
15   proximal neighborhood and determining search results comprising the unseen
16   linked information elements that match the query.

1      2.      (previously presented) The method of claim 1, wherein the
2    proximal neighborhood further comprises the linked information elements and is
3    determined by applying a crawling strategy.

1      3.      (previously presented) The method of claim 2, wherein the
2    crawling strategy comprises at least one of a link ranking function, a backlink
3    function, and a breadth first search.

- 2 -

Response to Final Office Action
Docket No. 20050533-US-NP

1     4.    (previously presented) The method of claim 2, wherein a threshold
2    link distance is set for the crawling strategy.

1     5.    (previously presented) The method of claim 1, wherein the user
2    history comprises at least one of a web access log, a library manager, a web proxy
3    server log, a browser history file, and a server access log.

1     6.    (previously presented) The method of claim 1, wherein the
2    information repository comprises at least one of a website, a document repository,
3    and a hard drive.

1     7.    (previously presented) The method of claim 6, wherein the
2    document repository comprises at least one of a digital library, a document
3    management system, and a server.

1     8.    (previously presented) The method of claim 1, wherein user
2    histories, user profiles, and proximal neighborhoods are determined for a first user
3    and at least one other user, and in which at least one of the user history, the user
4    profiles and the proximal neighborhoods form a combination.

1     9.    (previously presented) The method of claim 8, wherein the
2    combination comprises at least one of union, intersection, addition, and
3    subtraction.

1     10.    (previously presented) The method of claim 1, wherein a first user
2    history is associated with a first user and a second user history is associated with a
3    second user and the first user history is used by the second user.

1     11.    (previously presented) The method of claim 10, wherein a first
2    user proximal neighborhood is associated with the first user and a second user
3    proximal neighborhood is associated with the second user and the first user
4    proximal neighborhood is used by the second user.

1    12.    (previously presented) The method of claim 10, wherein a first
2  user profile is associated with the first user and a second user profile is associated
3  with the second user and the first user profile is used by the second user.

1    13.    (previously presented) The method of claim 1, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1    14.    (previously presented) The method of claim 1, in which the linked
2  information elements comprise linked documents.

1    15.    (previously presented) The method of claim 1, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

1    16.    (previously presented) The method of claim 1, wherein the search
2  results are ordered based on the keywords relevant to the access patterns in the
3  user history.

1    17.    (previously presented) The method of claim 1, wherein the user
2  history is categorized.

1    18.    (previously presented) The method of claim 17, wherein the
2  categories comprise at least one of tasks, projects, and organizations.

1    19.    (previously presented) A system for personalized search
2  comprising:
3      a memory;
4      an input/output circuit that receives a user query from a user;
5      a processor that identifies the user;
6      a user history retrieval circuit that retrieves the user history for the user
7  comprising access patterns identifying linked information elements previously
8  accessed by the user within an information repository;

- 4 -

9        a profile identification circuit that identifies a user profile comprising

10   keywords relevant to access patterns in the user history;

11        a proximal neighborhood determination circuit that determines a proximal

12   neighborhood using the user history in the user profile, wherein the proximal

13   neighborhood comprises only linked information elements previously unseen by

14   the user that are within a threshold distance of the linked information elements in

15   the user history; and

16        a search circuit that applies the query to the unseen linked information

17   elements in the proximal neighborhood and that determines search results

18   comprising the unseen linked information elements that match the query.

1      20.   (previously presented) The system of claim 19, wherein the

2   proximal neighborhood further comprises the linked information elements and is

3   determined by applying a crawling strategy.

1      21.   (previously presented) The system of claim 20, wherein the

2   crawling strategy comprises at least one of a link ranking function, a backlink

3   function, and a breadth first search.

1      22.   (previously presented) The system of claim 20, wherein a threshold

2   link distance is set for the crawling strategy.

1      23.   (previously presented) The system of claim 19, wherein the user

2   history comprises at least one of a web access log, a library manager, a web proxy

3   server log, a browser history file, and a server access log.

1      24.   (previously presented) The system of claim 19, wherein the

2   information repository comprises at least one of a website, a document repository,

3   and a hard drive.

1      25.   (previously presented) The system of claim 24, wherein the

2   document repository comprises at least one of a digital library, a document

3   management system, and a server.

Response to Office Action
Docket No. 20050533-US-NP

1    26.    (previously presented) The system of claim 19, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1    27.    (previously presented) The system of claim 26, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1    28.    (previously presented) The system of claim 19, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1    29.    (previously presented) The system of claim 28, wherein a first user
2  proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1    30.    (previously presented) The system of claim 28, wherein a first user
2  profile is associated with the first user and a second user profile is associated with
3  the second user and the first user profile is used by the second user.

1    31.    (previously presented) The system of claim 19, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1    32.    (previously presented) The system of claim 19, in which the linked
2  information elements comprise linked documents.

1    33.    (previously presented) The system of claim 19, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

1      34.    (previously presented) The system of claim 19, wherein the search
2  results are ordered based on the user keywords relevant to the access patterns in
3  the user history.

1      35.    (previously presented) The system of claim 19, wherein the user
2  history is categorized.

1      36.    (previously presented) The system of claim 35, wherein the
2  categories comprise at least one of tasks, projects, and organizations.

1      37.    (canceled).

1      38.    (canceled).

Response to Final Office Action
Docket No. 20050533-US-NP

## **REMARKS**

Claims 1-36 are pending and remain.

### **Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Delgado**

Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 103(a) as

5      being obvious over U.S. Patent Application Publication No. 2005/0071328, to

Lawrence, in view of U.S. Patent No. 6,801,909, to Delgado et al. ("Delgado").

Applicant traverses.

The examiner bears the initial burden of factually supporting any *prima*

*facie* conclusion of obviousness, which includes a clear articulation of the reasons

10    or rationale why the claimed invention would have been obvious.  MPEP 2142.

Exemplary rationales to support a conclusion of obviousness are listed in MPEP

2143, although the list is not all-inclusive.

Lawrence discloses a system and method for creating a user profile, which

is used to order search results returned by a search engine (Abstract).  The user

15    profile includes previous search queries, the user's activities, sampled content,

category information, and the user's personal information (paragraphs [0031]-

[0036]).  A search query is received from the user, and a list of documents that

match the search query is identified.  Each document in the list is given a generic

score based on a document page rank and the search query (paragraph [0073]).

20    The documents are then analyzed with respect to the user's profile to create a

profile score.  A personalized rank based on the document's generic and profile

scores is used to order the documents for presenting to the user (paragraph

[0074]).

Delgado discloses obtaining user preferences and providing user

25    recommendations for unseen physical and information goods and services

(Abstract; Col. 6, line 66-Col. 7, line 3).  A user enters search criteria input to

identify important vacation features, which are stored in a mapping database as a

user profile, and a request to receive recommendations (Col. 7, lines 19-37; Col.

8, lines 22-27).  Content and context rules are applied to a result space of

30    recommendations to generate a matching percentage for each vacation destination

- 8 -

Response to Final Office Action
Docket No. 20050533-US-NP

(Col. 9, lines 56-Col. 10, line 5). Items returned to the user are ranked according
to relevance and a list of the ranked items is presented (Col. 10, lines 29-35).

Claim 1 recites determining a proximal neighborhood using the user
history in the user profile, wherein the proximal neighborhood comprises only

5    linked information elements previously unseen by the user that are within a
threshold distance of the linked information elements in the user history. Claim
19 recites a proximal neighborhood determination circuit that determines a
proximal neighborhood using the user history in the user profile, wherein the
proximal neighborhood comprises only linked information elements previously

10   unseen by the user that are within a threshold distance of the linked information
elements in the user history.

The Lawrence-Delgado combination fails to teach such limitations.
Instead, Delgado teaches receiving input search criteria from a user (Col. 7, lines
20-24). Filters are applied to obtain user preferences and provide user

15   recommendations for unseen physical and information goods and services (Col. 6,
line 66-Col. 7, line 3). The physical and information goods and services are
considered "unseen" when the user is unaware of the relevance of the goods or
services (Col. 7, lines 3-13). Thus, in Delgado, the unseen goods and services are
merely unknown to the user and no further requirement, such as a relationship

20   between the unknown goods and services and previously accessed information are
required. The results of conducting a search for unseen documents versus
applying a query to a proximal neighborhood of unseen <u>linked</u> information
elements that are within a <u>threshold distance</u> of linked information elements
provides different results. Therefore, Delgado fails to teach a proximal

25   neighborhood with <u>linked</u> information elements previously unseen by the user that
are within a <u>threshold distance</u> of linked information elements in a user history.
Additionally, Lawrence fails to remedy the shortcomings of Delgado.

Accordingly, a *prima facie* case of obviousness has not been shown with
respect to independent Claims 1 and 19. Claims 2-9 and 13-18 are dependent

30   upon Claim 1 and are patentable for the above-stated reasons, and as further

- 9 -

Response to Final Office Action
Docket No. 20050533-US-NP

distinguished by the limitations therein.  Claims 20-27 and 31-36 are dependent
upon Claim 19 and are patentable for the above-stated reasons, and as further
distinguished by the limitations therein.  Withdrawal of the rejection is requested.

**Rejections under 35 U.S.C. § 103(a) over Lawrence and Delgado, in view of**

5    **Linden**

Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being
obvious over Lawrence and Delgado, in view of U.S. Patent Application
Publication No. 2005/0102282, to Linden.  Applicant traverses.

Adding the teachings of Linden to the teachings of the Lawrence-Delgado

10    combination introduces further functionality.  However, as discussed above, the
Lawrence-Delgado combination fails to anticipate independent Claims 1 and 19,
and the addition of Linden does no more to support an obviousness rejection of
the dependent claims.  Claims 10-12 are dependent upon Claim 1 and are
patentable for the above-stated reasons, and as further distinguished by the

15    limitations therein.  Claims 28-30 are dependent upon Claim 19 and are
patentable for the above-stated reasons, and as further distinguished by the
limitations therein.  Withdrawal of the rejection is requested.

The prior art made of record and not relied upon has been reviewed by the
applicant and is considered to be no more pertinent than the prior art references

20    already applied.

Claims 1-36 are believed to be in condition for allowance.  Entry of the
foregoing amendments is requested.  Reconsideration of the claims, withdrawal of
the finality of the Office Action, and a Notice of Allowance are earnestly
solicited.  Please contact the undersigned at (206) 381-3900 regarding any

25    questions or concerns associated with the present matter.

- 10 -

Response to Final Office Action
Docket No. 20050533-US-NP

Respectfully submitted,

Dated: January 25, 2010

5

By: _____
Krista A. Wittman, Esq.
Reg. No. 59,594

Cascadia Intellectual Property
500 Union Street, Suite 1005
10   Seattle, WA 98101

Telephone: (206) 381-3900
Facsimile: (206) 381-3999

Final OA2 Resp

- 11 -

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6877709 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 25-JAN-2010 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 19:23:30 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | FinalOAResp.pdf | 260776<br>b6f4ce846390ae7d127549f872bf479e806c2e7c | yes | 11 |

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment After Final | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 11 |

| Warnings: | |
|---|---|
| **Information:** | |
| **Total Files Size (in bytes):** | 260776 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

| Application or Docket Number | Filing Date |
|---|---|
| 11/200,557 | 08/09/2005 |

☐ To be Mailed

## APPLICATION AS FILED – PART I

SMALL ENTITY ☐   OR   OTHER THAN SMALL ENTITY

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |

* If the difference in column 1 is less than zero, enter "0" in column 2.

TOTAL / TOTAL

## APPLICATION AS AMENDED – PART II

OTHER THAN SMALL ENTITY   OR

### AMENDMENT (01/25/2010)

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 36 | Minus | ** 38 | = 0 | X $ = | | OR | X $52= | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 4 | = 0 | X $ = | | OR | X $220= | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |

TOTAL ADD'L FEE   OR   TOTAL ADD'L FEE   **0**

### AMENDMENT

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |

TOTAL ADD'L FEE   OR   TOTAL ADD'L FEE

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/VENESSA JONES/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

### UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          11/25/2009
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/25/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| | | |
|---|---|---|
| ***Office Action Summary*** | **Application No.** 11/200,557 | **Applicant(s)** CHI ET AL. |
| | **Examiner** JOSHUA BULLOCK | **Art Unit** 2162 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>31 July 2009</u>.

2a)☒ This action is **FINAL**.   2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-36</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-36</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 11/200,557                                                  Page 2
Art Unit: 2162

## DETAILED ACTION

1.      This action is in response to amendments, arguments, and remarks filed on July

31, 2009, in which claims 1-36 are presented for further examination.

2.      Claims 1-2 & 19-20 have been amended.

3.      Claims 37-38 have been cancelled.

4.      Claims 1-36 are pending.


### *Response to Arguments*

5.      Applicant's arguments with respect to claims 1-36 have been considered but are

moot in view of the new ground(s) of rejection.  See rejection below.


### *Claim Rejections - 35 USC § 103*

6.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

7.      Claims 1-9, 13-27, & 31-36 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence, in view of Delgado et al. (US Patent No. 6,801,909 B2)

hereinafter referred to as Delgado.

Application/Control Number: 11/200,557                                      Page 3
Art Unit: 2162

In respect to Claim 1, Lawrence teaches:

- **a method for personalized search comprising the steps of: receiving a query from a user; identifying the user** (Lawrence teaches [0001] the method of customizing or "personalizing" searches based upon queries submitted by a user.)

- **retrieving a user history for the user comprising access patterns identifying linked information elements previously accessed by the user within an information repository** (Lawrence teaches [0009] "user history" from previous search queries, links to documents, and other information sources, wherein these sources are "information repositories".)

- **identifying a user profile comprising keywords relevant to the access patterns in the user history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)

- **determining a proximal neighborhood using the user history in the user profile** (Proximal neighborhoods have linked documents in the user's history. Lawrence teaches [0009] links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.)

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked

Application/Control Number: 11/200,557                                    Page 4
Art Unit: 2162

> documents are not seen by a user until they are selected by the user.  A
>
> proximal neighborhood consists of documents that may be of interest to
>
> a user.  Lawrence teaches [0041] search results that may be of interest
>
> to a user which are returned based upon a user profile, wherein the user
>
> profile is created based upon previously accessed documents [0037-
>
> 0040], thereby constituting a proximal neighborhood.  Lawrence goes
>
> further to teach [0028, 0031, & 0034] that the user's query is executed
>
> on unseen linked information [0039] that may consist of documents of
>
> interest to a user.

Lawrence does not explicitly disclose:

- **wherein the proximal neighborhood comprises only linked
  information elements previously unseen by the user that are within
  a threshold distance of the linked information elements in the user
  history**

- **applying the query to the unseen linked information elements in the
  proximal neighborhood and determining search results comprising
  the unseen linked information elements that match the query**

However, Delgado teaches:

- **wherein the proximal neighborhood comprises only linked
  information elements previously unseen by the user that are within
  a threshold distance of the linked information elements in the user
  history** (Proximal neighborhoods have linked documents in the user's

Application/Control Number: 11/200,557                                          Page 5
Art Unit: 2162

history.  Delgado teaches links to documents from previous user

submissions, wherein these documents represent a proximal

neighborhood.  Delgado further teaches (column 4, lines 60-67, column

5, lines 1-9) unseen information in association with a user profile.)

-        **applying the query to the unseen linked information elements in the**

         **proximal neighborhood and determining search results comprising**

         **the unseen linked information elements that match the query**

         (Delgado teaches (column 6, lines 66-67, column 7, lines 1-15)

         application of a query to unseen information for a particular user,

         wherein the unseen information is based upon a user profile.)

-        It would have been obvious to one of ordinary skill in the art at the time

         of the invention to utilize the teachings of Delgado into the system of

         Lawrence.  One of ordinary skill in the art would be motivated to allow a

         user to become aware of unseen goods or services that are of relevance

         to the goods or services to his or her preferences.

As per Claim 2, Lawrence teaches:

-        **the proximal neighborhood further comprises the linked**

         **information elements and is determined by applying crawling**

         **strategy** (Crawling parameters are threshold link distances of

         documents in a user's history.  Lawrence teaches [0051] use of link

         distances to determine relevancy of documents in user history.)

Application/Control Number: 11/200,557                                    Page 6
Art Unit: 2162

As per Claim 3, Lawrence teaches:

- **the crawling strategy comprises at least one of a link ranking function, a backlink function, and a breadth first search** (Lawrence teaches [0003] the PageRank function to determine relevance of search results.)

As per Claim 4, Lawrence teaches:

- **wherein a threshold link distance is set for the crawling strategy** (Crawling parameters are threshold link distances of documents in a user's history.  Lawrence teaches [0051] use of link distances to determine relevancy of documents in user history.)

As per Claim 5, Lawrence teaches:

- **wherein the user history comprises at least one of a web access log, a library manager, a web proxy server log, a browser history file, and a server access log** (Lawrence teaches [0003] user history from web pages, wherein this history is indicative of a browser history file.)

As per Claim 6, Lawrence teaches:

- **wherein the information repository comprises at least one of a website, a document repository, and a hard drive** (Lawrence teaches [0009] information of documents identified, wherein this is indicative of a document repository.)

Application/Control Number: 11/200,557                                      Page 7
Art Unit: 2162

As per Claim 7, Lawrence teaches:

- **wherein the document repository comprises at least one of a digital library, a document management system, and a server** (Lawrence teaches [0012] a client-server environment, which is indicative of the document repository being present on a server.)

As per Claim 8, Lawrence teaches:

- **wherein user histories, user profiles, and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods form a combination** (Lawrence teaches [0077] combination of user profiles for multiple users.)

As per Claim 9, Lawrence teaches:

- **wherein the combination comprises at least one of union, intersection, addition, and subtraction** (Lawrence teaches [0077] combination of user profiles for multiple users, wherein combination is indicative of addition.)

As per Claim 13, Lawrence teaches:

- **the linked information elements comprise of at least one of audio, video, and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

Application/Control Number: 11/200,557                                              Page 8
Art Unit: 2162

As per Claim 14, Lawrence teaches:

- **the linked information elements comprise linked documents**
  (Lawrence teaches [0051] linked information consists of linked
  documents.)

As per Claim 15, Lawrence teaches:

- **wherein the proximal neighborhood comprises at least one of
  audio, video, and textual information** (Lawrence teaches [0051] linked
  information consists of documents, wherein documents are comprised of
  textual information.)

As per Claim 16, Lawrence teaches:

- **wherein the search results are ordered based on keywords relevant
  to access patterns in the user history** (Lawrence teaches [0001]
  search results based on the user profile.)

As per Claim 17, Lawrence teaches:

- **the user history is categorized** (Lawrence teaches [0034]
  categorization of documents identified in the user's history.)

As per Claim 18, Lawrence teaches:

- **the categories comprise at least one of tasks, projects, and
  organizations** (Lawrence teaches [0048] that categorization can be of
  organizations, projects, or tasks.)

Application/Control Number: 11/200,557                                   Page 9
Art Unit: 2162

In respect to Claim 19, Lawrence teaches:

- **a system for personalized search comprising:  a memory; an input/output circuit that receives a user query from a user; a processor that identifies the user** (Lawrence teaches [0001, FIG. 1] the method of customizing or "personalizing" searches based upon queries submitted by a user.)

- **a user history retrieval circuit that retrieves the user history for the user comprising access patterns identifying linked information elements previously accessed by the user within an information repository** (Lawrence teaches [0009] "user history" from previous search queries, links to documents, and other information sources, wherein these sources are "information repositories".)

- **a profile identification circuit that identifies a user profile comprising keywords relevant to access patterns in the user history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)

- **a proximal neighborhood determination circuit that determines a proximal neighborhood using the user history in the user profile**

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user.  A proximal neighborhood consists of documents that may be of interest to

Application/Control Number: 11/200,557                                    Page 10
Art Unit: 2162

a user.  Lawrence teaches [0041] search results that may be of interest to a user which are returned based upon a user profile, wherein the user profile is created based upon previously accessed documents [0037-0040], thereby constituting a proximal neighborhood.  Lawrence goes further to teach [0028, 0031, & 0034] that the user's query is executed on unseen linked information [0039] that may consist of documents of interest to a user.

Lawrence does not explicitly disclose:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history**

- **a search circuit that applies the query to the unseen linked information elements in the proximal neighborhood and that determines search results comprising the unseen linked information elements that match the query**

However, Delgado teaches:

- **wherein the proximal neighborhood comprises only linked information elements previously unseen by the user that are within a threshold distance of the linked information elements in the user history** (Proximal neighborhoods have linked documents in the user's history.  Delgado teaches links to documents from previous user

Application/Control Number: 11/200,557                                          Page 11
Art Unit: 2162

submissions, wherein these documents represent a proximal

neighborhood.  Delgado further teaches (column 4, lines 60-67, column

5, lines 1-9) unseen information in association with a user profile.)

-       **a search circuit that applies the query to the unseen linked**

**information elements in the proximal neighborhood and that**

**determines search results comprising the unseen linked**

**information elements that match the query** (Delgado teaches (column

6, lines 66-67, column 7, lines 1-15) application of a query to unseen

information for a particular user, wherein the unseen information is

based upon a user profile.)

-       It would have been obvious to one of ordinary skill in the art at the time

of the invention to utilize the teachings of Delgado into the system of

Lawrence.  One of ordinary skill in the art would be motivated to allow a

user to become aware of unseen goods or services that are of relevance

to the goods or services to his or her preferences.


Claims 20-27 & 31-36 are the system claims corresponding to method claims 2-9

& 13-18 respectively thus are rejected based upon the same analysis noted in prior

claim rejections, further Lawrence teaches [0028] a system for personalization of a

search.

Application/Control Number: 11/200,557                                        Page 12
Art Unit: 2162

8.      Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence & Delgado, in view of Linden (US Pub. No. 2005/0102282 A1)

hereinafter referred to as Linden.

As per Claim 10, Lawrence & Delgado do not explicitly disclose:

-       **a first user history is associated with a first user and a second user
        history is associated with a second user and the first user history
        is used by the second user**

Linden teaches:

-       **a first user history is associated with a first user and a second user
        history is associated with a second user and the first user history
        is used by the second user** (Linden teaches [0038] using the history of
        other users to personalize search results of a first user.)

-       It would have been obvious to one of ordinary skill in the art at the time
        of the invention to utilize the teachings of Linden into the system of
        Lawrence & Delgado.  One of ordinary skill in the art would be motivated
        to allow a first user to utilize the history of a second user to emphasize
        documents that otherwise would not be seen by the first user.  Further
        this method provides finer granularity in personalizing search results, by
        reordering individual documents rather than entire classes of documents
        (Linden [0015 & 0018]).

Application/Control Number: 11/200,557                                    Page 13
Art Unit: 2162

As per Claim 11, Lawrence & Delgado do not explicitly disclose:

-   **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user**

Linden teaches:

-   **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user** (Proximal neighborhoods consist of documents in a user's search history.  Linden teaches [0038] using the proximal neighborhood or search history of other users to personalize search results of a first user.)

-   Therefore, the limitations of claim 11 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.

As per Claim 12, Lawrence & Delgado do not explicitly disclose:

-   **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user**

Linden teaches:

-   **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user**

Application/Control Number: 11/200,557                                    Page 14
Art Unit: 2162

             **profile is used by the second user** (User profiles are developed by
             determination of prior search history of a user.  Linden teaches [0038]
             using the history or "user profile" of other users to personalize search
             results of a first user.)

-       Therefore, the limitations of claim 12 are rejected in the analysis of claim
             10 above, and the claim is rejected on that basis.

Claims 28-30 are the system claims corresponding to method claims 10-12
respectively, thus are rejected based upon the same analysis noted in prior claim
rejections, further Lawrence teaches [0028] a system for personalization of a search.

### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in
this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP
§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37
CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE
MONTHS from the mailing date of this action.  In the event a first reply is filed within
TWO MONTHS of the mailing date of this final action and the advisory action is not
mailed until after the end of the THREE-MONTH shortened statutory period, then the
shortened statutory period will expire on the date the advisory action is mailed, and any
extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

Application/Control Number: 11/200,557                                    Page 15
Art Unit: 2162

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

### *Contact Information*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JOSHUA BULLOCK whose telephone number is

(571)270-1395.  The examiner can normally be reached on 7:30am-5pm EST M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, John Breene can be reached on 571-272-4107.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Joshua Bullock /J. B. /                          /Shahid Al Alam/
Examiner, Art Unit 2162                          Primary Examiner, Art Unit 2162
11/17/2009

| *Notice of References Cited* | | Application/Control No.<br>11/200,557 | Applicant(s)/Patent Under Reexamination<br>CHI ET AL. | |
|---|---|---|---|---|
| | | Examiner<br>JOSHUA BULLOCK | Art Unit<br>2162 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,801,909 B2 | 10-2004 | Delgado et al. | 707/4 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼

Sign in

Google scholar    fabio gasparetti                    [ Search ]    Advanced Scholar Search
                                                                    Scholar Preferences

**Scholar** | Articles and patents |  | anytime |  | include citations |          Results **1 - 10** of about 54. **(0.02 sec)**

### Personalized search on the world wide web - ◦psu.edu [PDF]
A Micarelli, F **Gasparetti**, F Sciarrone, S … - Lecture Notes in Computer Science, 2007 - Springer
Abstract. With the exponential growth of the available information on the World
Wide Web, a traditional search engine, even if based on sophisticated document
indexing algorithms, has difficulty meeting efficiency and effectiveness **...**
Cited by 35 - Related articles - BL Direct - All 11 versions

### Adaptive focused crawling - ◦warwick.ac.uk [PDF]
A Micarelli, F **Gasparetti** - Lecture Notes in Computer Science, 2007 - Springer
Abstract. The large amount of available information on the Web makes it hard for
users to locate resources about particular topics of interest. Traditional
search tools, eg, search engines, do not always successfully cope with this **...**
Cited by 8 - Related articles - BL Direct - All 5 versions

### Exploiting web browsing histories to identify user needs - ◦psu.edu [PDF]
F **Gasparetti**, A Micarelli - Proceedings of the 12th international conference on …, 2007 - portal.acm.org
ABSTRACT Browsing activities are an important source of information to build
profiles of the user interests and personalize the human- computer interaction
during information seeking tasks. Vis- ited pages are easily collectible, **...**
Cited by 6 - Related articles - All 9 versions

### [PDF] ◦Swarm intelligence: Agents for adaptive web search
F **Gasparetti**, A Micarelli - ECAI, 2004 - Citeseer
Search engines are the most conventional search tools Web users usu- ally
exploit to fulfil their information needs. Information Retrieval (IR) techniques
are employed to retrieve interesting documents from large file collections **...**
Cited by 5 - Related articles - View as HTML - BL Direct - All 2 versions

### Adaptive web search based on a colony of cooperative distributed agents - ◦psu.edu [PDF]
F **Gasparetti**, A Micarelli - Lecture notes in computer science, 2003 - Springer
The Web search of interesting information is a hard target, because it presents
peculiar features, in fact the Web is huge, complex and highly dynamic. Fur-
thermore, due to mirroring and aliasing, the resources can occur many **...**
Cited by 5 - Related articles - BL Direct - All 8 versions

### [PDF] ◦User profile generation based on a memory retrieval theory
F **Gasparetti**, A Micarelli - Proc. 1st International Workshop on Web …, 2005 - Citeseer
**... Fabio Gasparetti** Universit`a degli Studi Roma Tre Via della Vasca Navale,
79 I - 00146 Roma, Italy Email: gaspare@dia.uniroma3.it **...**
Cited by 5 - Related articles - View as HTML - All 2 versions

fabio gasparetti - Google Scholar

## Personalized search based on a memory retrieval theory

F Gasparetti, A Micarelli - worldscinet.com

Personalization is the ability to retrieve information content related to users' profile and facilitate their information-seeking activities. Several environments, such as the Web, take advantage of personalization techniques ...

Cited by 3 - Related articles - BL Direct - All 2 versions

## Discovery of related documents based on a proximal neighborhood measure

EDH CHI, F Gasparetti, 2006 - freepatentsonline.com

Techniques are presented to provide personalized search results to a user. A user history optionally classified into projects or tasks is determined. A profile for the user is determined by identifying keywords, concepts or ...

All 2 versions

## [PDF] *Holmes: A Prototype For The Targeted Research Of Information About Hi-Tech Companies

... Capuano, M Gaeta, F Gasparetti, A Micarelli, R ..., 2002 - Citeseer

HOLMES: A PROTOTYPE FOR THE TARGETED RESEARCH OF INFORMATION ABOUT HI-TECH COMPANIES ... Nicola Capuano 1,2 , Matteo Gaeta 1,2 , **Fabio Gasparetti** 1,3 , Alessandro Micarelli 1,3 ... 1 CRMPA Centro di Ricerca in Matematica Pura ...

Related articles - View as HTML - All 4 versions

## [CITATION] DRAFT ONLY

A Micarelli, F Gasparetti, F Sciarrone, S ...

Related articles - All 2 versions

Goooooogle ▶

Result Page: 1 2 3 4 5 6 **Next**

---

| fabio gasparetti | | Search |

---

Go to Google Home - About Google - About Google Scholar

©2009 Google

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 707 | 3 | 11/17/2009 | JB |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Updated search (EAST/GOOGLE SCHOLAR). | 11/17/2009 | JB |
| Updated inventor/assignee search (EAST/GOOGLE SCHOLAR). | 11/17/2009 | JB |
| NPL search (GOOGLE SCHOLAR). | 11/17/2009 | JB |
| Consulted with mentor (Yicun Wu). | 11/17/2009 | JB |
| Requested and received PLUS search. | 11/17/2009 | JB |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ***Index of Claims*** | **Application/Control No.** 11200557 | | **Applicant(s)/Patent Under Reexamination** CHI ET AL. | | | |
| | **Examiner** Bullock, Joshua | | **Art Unit** 2162 | | | |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | 11/17/2009 | | | | |
| | 1 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 2 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 3 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 4 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 5 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 6 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 7 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 8 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 9 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 10 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 11 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 12 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 13 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 14 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 15 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 16 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 17 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 18 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 19 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 20 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 21 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 22 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 23 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 24 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 25 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 26 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 27 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 28 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 29 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 30 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 31 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 32 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 33 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 34 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 35 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 36 | ✓ | ✓ | ✓ | ✓ | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

| ☐ **Claims renumbered in the same order as presented by applicant** | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | 11/17/2009 | | | | | |
| | 37 | ✓ | - | - | - | | | | | |
| | 38 | ✓ | - | - | - | | | | | |

EAST Search History

**EAST Search History**

EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1 | "20060248059".pn. | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S2 | 1 | "20050071328".pn. | US-PGPUB | OR | ON | 2007/09/26 17:56 |
| S3 | 1 | "6473752".pn. | USPAT | OR | ON | 2007/09/26 17:56 |
| S4 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |
| S5 | 61410 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |
| S6 | 250 | S4 and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S7 | 22962 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S8 | 155 | S6 and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:51 |
| S9 | 548 | google$.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |

| S10 | 1 | S8 and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S11 | 356015 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S12 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S13 | 61533 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S14 | 250 | S12 and S13 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S15 | 23016 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S16 | 155 | S14 and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S17 | 136 | S11 and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:56 |
| S18 | 84 | S17 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:57 |

| S19 | 5678 | (chi-ed$.in. or gasparetti-fabio$. in. or palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 15:27 |
| S20 | 2 | proxim$3 adj match$3 adj scor $3 | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S21 | 3 | proxim$3 adj match$3 adj scor $3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:35 |
| S22 | 3656 | (breadth adj first) or (backlink or back adj link) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| S23 | 1 | S22 and S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| S24 | 607 | S22 and "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| S25 | 2 | "6285999".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| S26 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S27 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |

| S28 | 315 | S26 and S27 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
|---|---|---|---|---|---|---|
| S29 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S30 | 188 | S28 and S29 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S31 | 379949 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S32 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S33 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S34 | 315 | S32 and S33 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S35 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S36 | 188 | S34 and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |

| S37 | 167 | S31 and S36 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
|-----|-----|-------------|-------|-----|-----|-----------|
| S38 | 89 | S37 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S39 | 11 | (chi-ed$.in. or gasparetti-fabio$.in.) and (palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:51 |
| S40 | 11718 | 707/3.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:33 |
| S41 | 701 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:34 |
| S42 | 156 | S40 and S41 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:34 |
| S43 | 31460 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:35 |
| S44 | 78 | S42 and S43 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:35 |
| S45 | 18 | unseen adj information | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:26 |

| S46 | 95296 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:27 |
| S47 | 2 | S46 and S45 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:27 |
| S48 | 314 | unseen with information | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:28 |
| S49 | 53 | S48 and S46 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:28 |
| S50 | 35442 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:28 |
| S51 | 11 | S49 and S50 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/11/17 17:28 |

**EAST Search History (Interference)**

< This search history is empty>

**11/17/2009 8:00:46 PM**
**C:\ Documents and Settings\ JBullock\ My Documents\ EAST\ Workspaces\ 11,200,557.wsp**

Web Images Videos Maps News Shopping Gmail more ▾

Sign in

# Google scholar

ed chi user profile personalized search palo alto | Search |

Advanced Scholar Search
Scholar Preferences

**Scholar** | Articles and patents | | anytime | | include citations | Results **1 - 10** of about **472**. **(0.12 sec)**

---

Using information scent to model **user** information needs and actions and the Web- ·psu.edu [PDF]
EH Chi, P Pirolli, K Chen, J Pitkow - Proceedings of the SIGCHI conference on Human ..., 2001 - portal.acm.org
**...** Cs.umn.edu **Education** 4,928 54,070 Collaborative Filtering **...** 1 **CHI** 2001 **...** keyword summaries
with respect to their ability to communicate the content of **user** paths. **...**
Cited by 226 - Related articles - BL Direct - All 20 versions

---

Separating the swarm: categorization methods for **user** sessions on the web- ·jheer.net [PDF]
J Heer, EH **Chi** - Proceedings of the SIGCHI conference on Human ..., 2002 - portal.acm.org
**...** Jeffrey Heer, **Ed** H. **Chi** Xerox **Palo Alto ...** and understanding the reason for **user** visits
could enable site owners to tailor their site better to these **user** needs. **...**
Cited by 45 - Related articles - BL Direct - All 17 versions

---

LumberJack: Intelligent discovery and analysis of web **user** traffic composition- ·psu.edu [PDF]
EH **Chi**, A Rosien, J Heer - Lecture notes in computer science, 2003 - Springer
**...** **User** Traffic Composition **Ed** H. **Chi**, Adam Rosien, and Jeffrey Heer **...** 5. Build **User Profiles**
6. Cluster **Profiles** Fig. **...** Page 4. 4 EH **Chi**, A. Rosien, and J. Heer **...**
Cited by 32 - Related articles - BL Direct - All 21 versions

---

ScentHighlights: highlighting conceptually-related sentences during reading- ·psu.edu [PDF]
EH **Chi**, L Hong, M Gumbrecht, SK Card - ... of the 10th international conference on Intelligent **user** ..., 2005 - portal.
acm.org
**...** **Ed** H. **Chi**, Lichan Hong **...** Figure 1 below shows an example of the sentence and keyword
highlights made by our system with the **user profile** interest of "Marburg **...**
Cited by 11 - Related articles - All 10 versions

---

Activity-based serendipitous recommendations with the Magitti mobile leisure guide- ·izix.com [PDF]
V Bellotti, EH **Chi**, J Fang, T King, MW ..., 2008 - portal.acm.org
**...** Victoria Bellotti, Bo Begole, **Ed** H. **Chi**, Nicolas Ducheneaut, Ji **... CHI** 2008 Proceedings ·
On the Move **...** item's content to a **profile** of the **user's** previously viewed **...**
Cited by 22 - Related articles - All 10 versions

---

[PDF] ·Transient **user** profiling
EH **Chi** - Proc. of the Workshop on **User** Profiling (CHI2004) - Citeseer
**...** In Proc. ACM-SIGKDD Work- shop on Web Mining for Usage Patterns and **User Profiles**
(WebKDD 2002). **...** Edmonton, Canada. [2] **Ed** H. **Chi**, Adam Rosien, Gesara **...**
Cited by 6 - Related articles - View as HTML - All 4 versions

## Aspects of augmented social cognition: Social information foraging and social **search** - psu.edu [PDF]

EH Chi, P Pirolli, SK Lam - Lecture Notes in Computer Science, 2007 - Springer

**...** 66 EH **Chi**, P. Pirolli, and SK Lam **...** The **user profiles** "ed", "fabio", and "gbuser6"
(highlighted in **... Ed** and Fabio's **profiles** only overlapped with **...**

Cited by 5 - Related articles - BL Direct - All 4 versions

## Discovery of related documents based on a proximal neighborhood measure

EDH CHI, F Gasparetti, 2006 - freepatentsonline.com

**...** Inventors: **Chi**, **Ed** H. (143 Greenmeadow Way, **Palo ...** 1. A method for **personalized search**
comprising the **...** information elements; determining a **user profile** based on **...**

All 2 versions

## [PDF] *LATEST: A System for Active Learning About Emerging Science and Technology

P Pirolli, E Chi, L Hong - parc.com

**... Ed Chi Palo Alto Research** Center, Inc **...** technology areas will be useful in higher
**education** and throughout **...** These expert and **user profiles** will then be fed into a **...**

Related articles - View as HTML

## Systems and methods for **personalized search**

E Chi, F Gasparetti - US Patent App. 11/200,557, 2005 - Google Patents

**...** FOR **PERSONALIZED SEARCH** (75) Inventors: **Ed Chi**, **Palo Alto**, CA (US **...** A **user** history
optionally classified into projects or **...** A **profile** for the **user** is determined by **...**

All 2 versions



Result Page:   1  2  3  4  5  6  7  8  9  10   **Next**

---

| | ed chi user profile personalized sear| Search |

---

Go to Google Home - About Google - About Google Scholar

©2009 Google

Response to Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of | ) |
| Chi et al. | ) Group Art Unit: 2162 |
| | ) |
| Serial No. 11/200,557 | ) Examiner: |
| | ) Joshua Bullock |
| Filed: August 9, 2005 | ) |
| | ) |
| For: Systems And Methods For Personalized | ) |
| Search | ) |

## RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

In response to the non-final Office Action mailed on April 1, 2009 for the above-referenced patent application, please enter the following amendments and remarks. Pursuant to 37 C.F.R. § 1.136(a), a petition for a one-month Extension of Time is included with this response.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2.

**Remarks** begin on page 8.

- 1 -

Response to Office Action
Docket No. 20050533-US-NP

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the
application:

**Listing of Claims:**

1      1.      (currently amended) A method for personalized search comprising
2    the steps of:
3          receiving a query from a user;
4          identifying the user;
5          retrieving a user history for the user comprising access patterns identifying
6    linked information elements previously accessed by the user within an
7    information repository;
8          identifying a user profile comprising keywords relevant to the access
9    patterns in the user history;
10         determining a proximal neighborhood using the ~~keywords~~ user history in
11   the user profile, wherein the proximal neighborhood comprises [[unseen]] only
12   linked information elements previously unseen by the user that are within a
13   threshold distance of the linked information elements in the user history; and
14         ~~searching~~ applying the query to the unseen linked information elements in
15   the proximal neighborhood ~~using the query~~ and determining search results
16   comprising the unseen linked information elements that match the query.

1      2.      (currently amended) The method of claim 1, wherein the proximal
2    neighborhood further comprises the linked information elements and is
3    determined by applying a crawling strategy.

1      3.      (previously presented) The method of claim 2, wherein the
2    crawling strategy comprises at least one of a link ranking function, a backlink
3    function, and a breadth first search.

- 2 -

1    4.    (previously presented) The method of claim 2, wherein a threshold
2    link distance is set for the crawling strategy.

1    5.    (previously presented) The method of claim 1, wherein the user
2    history comprises at least one of a web access log, a library manager, a web proxy
3    server log, a browser history file, and a server access log.

1    6.    (previously presented) The method of claim 1, wherein the
2    information repository comprises at least one of a website, a document repository,
3    and a hard drive.

1    7.    (previously presented) The method of claim 6, wherein the
2    document repository comprises at least one of a digital library, a document
3    management system, and a server.

1    8.    (previously presented) The method of claim 1, wherein user
2    histories, user profiles, and proximal neighborhoods are determined for a first user
3    and at least one other user, and in which at least one of the user history, the user
4    profiles and the proximal neighborhoods form a combination.

1    9.    (previously presented) The method of claim 8, wherein the
2    combination comprises at least one of union, intersection, addition, and
3    subtraction.

1    10.    (previously presented) The method of claim 1, wherein a first user
2    history is associated with a first user and a second user history is associated with a
3    second user and the first user history is used by the second user.

1    11.    (previously presented) The method of claim 10, wherein a first
2    user proximal neighborhood is associated with the first user and a second user
3    proximal neighborhood is associated with the second user and the first user
4    proximal neighborhood is used by the second user.

1    12.    (previously presented) The method of claim 10, wherein a first
2    user profile is associated with the first user and a second user profile is associated
3    with the second user and the first user profile is used by the second user.

1    13.    (previously presented) The method of claim 1, wherein the linked
2    information elements comprise at least one of audio, video, and textual
3    information.

1    14.    (previously presented) The method of claim 1, in which the linked
2    information elements comprise linked documents.

1    15.    (previously presented) The method of claim 1, wherein the
2    proximal neighborhood comprises at least one of audio, video, and textual
3    information.

1    16.    (previously presented) The method of claim 1, wherein the search
2    results are ordered based on the keywords relevant to the access patterns in the
3    user history.

1    17.    (previously presented) The method of claim 1, wherein the user
2    history is categorized.

1    18.    (previously presented) The method of claim 17, wherein the
2    categories comprise at least one of tasks, projects, and organizations.

1    19.    (currently amended) A system for personalized search comprising:
2        a memory;
3        an input/output circuit that receives a user query from a user;
4        a processor that identifies the user;
5        a user history retrieval circuit that retrieves the user history for the user
6    comprising access patterns identifying linked information elements previously
7    accessed by the user within an information repository;

- 4 -

8          a profile identification circuit that identifies a user profile comprising

9    keywords relevant to access patterns in the user history;

10         a proximal neighborhood determination circuit that determines a proximal

11   neighborhood using the ~~keywords~~ user history in the user profile, wherein the

12   proximal neighborhood comprises [[unseen]] only linked information elements

13   previously unseen by the user that are within a threshold distance of the linked

14   information elements in the user history; and

15         a search circuit ~~that searches~~ that applies the query to the unseen linked

16   information elements in the proximal neighborhood ~~using the query~~ and that

17   determines search results comprising the unseen linked information elements that

18   match the query.

1          20.    (currently amended) The system of claim 19, wherein the proximal

2    neighborhood further comprises the linked information elements and is

3    determined by applying a crawling strategy.

1          21.    (previously presented) The system of claim 20, wherein the

2    crawling strategy comprises at least one of a link ranking function, a backlink

3    function, and a breadth first search.

1          22.    (previously presented) The system of claim 20, wherein a threshold

2    link distance is set for the crawling strategy.

1          23.    (previously presented) The system of claim 19, wherein the user

2    history comprises at least one of a web access log, a library manager, a web proxy

3    server log, a browser history file, and a server access log.

1          24.    (previously presented) The system of claim 19, wherein the

2    information repository comprises at least one of a website, a document repository,

3    and a hard drive.

Response to Office Action
Docket No. 20050533-US-NP

1      25.    (previously presented) The system of claim 24, wherein the
2  document repository comprises at least one of a digital library, a document
3  management system, and a server.

1      26.    (previously presented) The system of claim 19, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1      27.    (previously presented) The system of claim 26, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      28.    (previously presented) The system of claim 19, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      29.    (previously presented) The system of claim 28, wherein a first user
2  proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1      30.    (previously presented) The system of claim 28, wherein a first user
2  profile is associated with the first user and a second user profile is associated with
3  the second user and the first user profile is used by the second user.

1      31.    (previously presented) The system of claim 19, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1      32.    (previously presented) The system of claim 19, in which the linked
2  information elements comprise linked documents.

Response to Office Action
Docket No. 20050533-US-NP

1      33.    (previously presented) The system of claim 19, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

1      34.    (previously presented) The system of claim 19, wherein the search
2  results are ordered based on the user keywords relevant to the access patterns in
3  the user history.

1      35.    (previously presented) The system of claim 19, wherein the user
2  history is categorized.

1      36.    (previously presented) The system of claim 35, wherein the
2  categories comprise at least one of tasks, projects, and organizations.

1      37.    (canceled).

1      38.    (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-36 are pending and remain.  Claims 1, 2, 19, and 20 have been
amended

### Rejections under 35 U.S.C. § 102(e) over Lawrence

5      Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as
anticipated by U.S. Patent Application Publication No. 2005/0071328, to
Lawrence.  Applicant traverses.

Independent Claims 1 and 19 have been amended.  Support for the claim
amendments can be located in the specification in paragraph [0070] "identifying
10   linked information elements previously accessed by the user within an
information repository" and "proximal neighborhood comprises only linked
information elements previously unseen by the user that are within a threshold
distance;" and paragraph [0035] "applying the query to the unseen linked
information elements in the proximal neighborhood and determining search
15   results comprising the unseen linked information elements that match the query."
Thus, no new matter has been entered.

Claim 1 now recites determining a proximal neighborhood using the user
history in the user profile, wherein the proximal neighborhood comprises only
linked information elements previously unseen by the user that are within a
20   threshold distance of the linked information elements in the user history.  Claim
19 recites a proximal neighborhood determination circuit that determines a
proximal neighborhood using the user history in the user profile, wherein the
proximal neighborhood comprises only linked information elements previously
unseen by the user that are within a threshold distance of the linked information
25   elements in the user history.

Lawrence is described in detail in the Response to Office Action filed on
July 14, 2008, which is hereby incorporated by reference.  Lawrence further
teaches creating a user profile, including a term-based profile, a category-based
profile, and a link-based profile (paragraphs [0036]-[0039]).  The user profile is
30   generated from various sources of user information, such as a previous search

- 8 -

Response to Office Action
Docket No. 20050533-US-NP

query, links to or from documents identified by the previous search query, and
information explicitly provided by the user (paragraph [0009]). Thus, Lawrence
teaches generating user profiles based upon user information, rather than
determining a proximal neighborhood of <u>only</u> linked information elements <u>not</u>
5   previously <u>seen</u> by a user.

        Lawrence further teaches generating the link-based profile to identify links
that are directly or indirectly related to a user's search preferences (paragraph
[0039]). Each identified link is assigned a weight based on a relevance of the link
to the user's search preferences (*Id*.). Thus, the links are selected based on
10   relations to the search preferences, but Lawrence fails to teach or suggest
guidelines, such as user access or link distance, for identifying the related links.
Therefore, Lawrence teaches identified direct and indirect links to a search
preference, rather than identifying links to documents <u>not</u> previously <u>seen</u> by a
user that are <u>within</u> a <u>threshold</u> distance of previously accessed documents.

15          Claim 1 further recites applying the query to the unseen linked
information elements in the proximal neighborhood and determining search
results comprising the unseen linked information elements that match the query.
Claim 19 now recites a search circuit that applies the query to the unseen linked
information elements in the proximal neighborhood and that determines search
20   results comprising the unseen linked information elements that match the query.

        Lawrence fails to teach or suggest such limitations. Instead, Lawrence
teaches applying a search query to a content server to identify matching
documents as search results (paragraph [0073]). The content server stores general
documents from various Websites that may be unrelated to previous activities of
25   the user (paragraph [0029]). Thus, the search query is applied to unrelated
documents stored on a content server to identify search results, without any
consideration of whether a document relates to a history of the user. Applying a
search query to the generalized content server, rather than a specific set of
documents based on a user history, including unseen documents, provides a user
30   with different results. The content server provides documents matching the
search query, without discriminating between previously viewed and not viewed

- 9 -

Response to Office Action
Docket No. 20050533-US-NP

documents, that may be unrelated to a user history.  In contrast, only unseen
documents that are related to a user history are searched and provided as search
results, per Claims 1 and 19.  Therefore, Lawrence teaches applying a query to a
content server of unrelated documents, rather than to <u>only those</u> linked
5   information elements previously not seen by a user.

Accordingly, a *prima facie* case of anticipation has not been shown.
Claims 2-9 and 13-18 are dependent upon Claim 1 and are patentable for the
above-stated reasons, and as further distinguished by the limitations therein.
Claims 20-27 and 31-36 are dependent upon Claim 19 and are patentable for the
10  above-stated reasons, and as further distinguished by the limitations therein.
Withdrawal of the rejection is requested.

## Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Linden

Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being
obvious over Lawrence, in view of U.S. Patent Application Publication No.
15  2005/0102282, to Linden.  Applicant traverses.

Adding the teachings of Linden to the teachings of Lawrence introduces
further functionality.  However, as discussed above, Lawrence fails to anticipate
independent Claims 1 and 19, and the addition of Linden does no more to support
an obviousness rejection of the dependent claims.  Claims 10-12 are dependent
20  upon Claim 1 and are patentable for the above-stated reasons, and as further
distinguished by the limitations therein.  Claims 28-30 are dependent upon Claim
19 and are patentable for the above-stated reasons, and as further distinguished by
the limitations therein.  Withdrawal of the rejection is requested.

The prior art made of record and not relied upon has been reviewed by the
25  applicant and is considered to be no more pertinent than the prior art references
already applied.

Claims 1-36 are believed to be in condition for allowance.  Entry of the
foregoing amendments is requested.  Reconsideration of the claims and a Notice
of Allowance are earnestly solicited.  Please contact the undersigned at (206) 381-
30  3900 regarding any questions or concerns associated with the present matter.

- 10 -

Response to Office Action
Docket No. 20050533-US-NP


Respectfully submitted,


5    Dated:  July 31, 2009          By:  _____

Krista A. Wittman, Esq.
Reg. No. 59,594


Cascadia Intellectual Property
10   500 Union Street, Suite 1005         Telephone: (206) 381-3900
Seattle, WA 98101                         Facsimile: (206) 381-3999

OA3 Resp


- 11 -

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Filer:** | Krista A. Wittman |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 130 | 130 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **130** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5812227 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Krista A. Wittman |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 31-JUL-2009 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 19:25:24 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $130 |
| RAM confirmation Number | 4904 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Extension of Time | ExtOfTime.pdf | 60623<br><br>f6ef840d8ef9dfb86fa67e1ff9a38c6955ae63642 | no | 1 |

**Warnings:**

**Information:**

| 2 | | OAResp3.pdf | 414851<br><br>d06487eef0abb8d76ba878fe03580f93a2f62d29 | yes | 11 |

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 11 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 29738<br><br>bb0c06cae927998ba3bdd4566061a272f1445531 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 505212 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/22 (01-09)
Approved for use through 02/28/2009. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) FY 2009 *(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)* | Docket Number (Optional) 20050533-US-NP |
|---|---|
| Application Number **11/200,557** | Filed **August 9, 2005** |

| For **Systems And Methods For Personalized Search** |
|---|

| Art Unit **2162** | Examiner **Joshua Bullock** |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| [X] | One month (37 CFR 1.17(a)(1)) | $ 130 | $ 65 | $ 130 |
| [ ] | Two months (37 CFR 1.17(a)(2)) | $ 490 | $ 245 | $ |
| [ ] | Three months (37 CFR 1.17(a)(3)) | $ 1,110 | $ 555 | $ |
| [ ] | Four months (37 CFR 1.17(a)(4) | $ 1,730 | $ 865 | $ |
| [ ] | Five months (37 CFR 1.17(a)(5)) | $ 2,350 | $ 1,175 | $ |

[ ] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check in the amount of the fee is enclosed.

[X] Payment by credit card. Form PTO-2038 is attached.

[ ] The Director has already been authorized to charge fees in this application to a Deposit Account.

[ ] The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number   503031   .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

[ ] applicant/inventor.

[ ] assignee of record of the entire interest. See 37 CFR 3.71. Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

[ ] attorney or agent of record. Registration Number _____

[X] attorney or agent under 37 CFR 1.34. Registration number if acting under 37 CFR 1.34   59,594   .

| _Signature_ | July 31, 2009 _Date_ |
|---|---|
| Krista A. Wittman _Typed or printed name_ | (206) 381-3900 _Telephone Number_ |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

[X] Total of _1_ _____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/200,557 | Filing Date 08/09/2005 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 07/31/2009 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 36 | Minus ** 38 | = 0 | X $ = | | OR | X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus ***4 | = 0 | X $ = | | OR | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/KIM WATSON SAUNDERS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          07/07/2009

CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/07/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| ***Interview Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 11/200,557 | CHI ET AL. |
| | **Examiner** | **Art Unit** | |
| | JOSHUA BULLOCK | 2162 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *JOSHUA BULLOCK (examiner).*                    (3)*Krista A. Wittman (applicant's representative).*

(2) *Yicun Wu (primary examiner).*                    (4)_____.

    Date of Interview: *29 June 2009*.

    Type:  a)☒ Telephonic  b)☐ Video Conference
          c)☐ Personal [copy given to:  1)☐ applicant  2)☐ applicant's representative]

    Exhibit shown or demonstration conducted:  d)☐ Yes  e)☒ No.
        If Yes, brief description: _____.

    Claim(s) discussed: *1*.

    Identification of prior art discussed: *Lawrence (US Pub. No. 2005/0071328 A1)*.

    Agreement with respect to the claims f)☐ was reached.  g)☒ was not reached.  h)☐ N/A.

    Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *A general overview of the invention was given by the applicant's representative.  A discussion regarding claim 1 ensued.  Possible amendments to claim 1 were introduced by applicant (see attached). Applicant was advised to clarify proximal neighborhood and unseen linked information elements in the claim language.  No agreement was reached with respect to allowability*.

    (A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /Jean B. Fleurantin/ | |
|---|---|
| Primary Examiner, Art Unit 2162 | |

## Cascadia Intellectual Property®

500 Union Street, Suite 1005
Seattle, Washington 98101
Telephone: (206) 381-3900
Facsimile: (206) 381-3999

# Facsimile Transmittal

| | | | |
|---|---|---|---|
| **To:** | Examiner Joshua Bullock<br>Art Unit 2162 | **Fax:** | (571) 270-2395 |
| **From:** | Krista A. Wittman | **Date:** | June 9, 2009 |
| **Re:** | U.S. Patent Application<br>Serial No. 11/200,557 | **Pages:** | 12  (including cover sheet) |
| **CC:** | | | |

☐ Urgent        ☐ For Review        ☐ Please Comment        ☐ Please Reply        ☐ Please Recycle

**Notes:** Examiner Bullock,

Please find attached the following documents.  I look forward to speaking with you.  Thank you.

- Applicant Initiated Interview Request Form
- Draft Office Action Response

06/09/2009  19:46      2063813999           CASCADIA IP                          PAGE  02

PTOL-413A (09-08)
Approved for use through 10/31/2008. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Applicant Initiated Interview Request Form

Application No.: 11/200.557                    First Named Applicant: Ed Chi

Examiner: Joshua Bullock        Art Unit: 2162        Status of Application: Pending

**Tentative Participants:**
(1) Krista A. Wittman (Attorney)            (2) Joshua Bullock (Examiner)
(3) _____            (4) _____

Proposed Date of Interview: _____    Proposed Time: _____ AM/PM

**Type of Interview Requested:**
(1) [X] Telephonic      (2) [ ] Personal      (3) [ ] Video Conference

Exhibit To Be Shown or Demonstrated:          [ ] YES      [X] NO
If yes, provide brief description: _____

## Issues To Be Discussed

| Issues (Rej., Obj., etc) | Claims/ Fig. #s | Prior Art U.S. Patent Publication No. | Discussed | Agreed | Not Agreed |
|---|---|---|---|---|---|
| (1) 35 USC § 102(e) | 1-9, 13-27, 31-36 | 2005/0071328, to Lawrenc | [ ] | [ ] | [ ] |
| (2) _____ | _____ | _____ | [ ] | [ ] | [ ] |
| (3) _____ | _____ | _____ | [ ] | [ ] | [ ] |
| (4) _____ | _____ | _____ | [ ] | [ ] | [ ] |

[ ] Continuation Sheet Attached

**Brief Description of Argument to be Presented:**
Please see the attached draft response.

_____

An interview was conduction on the above-identified application on _____ .
NOTE: This form should be completed by applicant and submitted to the examiner in advance of the interview
(see MPEP § 713.01).
This application will not be delayed from issue because of applicant's failure to submit a written record of this
interview. Therefore, applicant is advised to file a statement of the substance of this interview (37 CFR 1.133(b)) as
soon as possible.

Applicant/Applicant's Representative Signature          Examiner/SPE Signature
Krista A. Wittman
Typed/Printed Name of Applicant or Representative
59594
Registration Number, if applicable

This collection of information is required by 37 CFR 1.133. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.
Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the
completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for
reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT
SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Response to Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| *In re* Application of<br>   Chi et al. | )<br>)<br>) |
| Serial No. 11/200,557 | )<br>) |
| Filed: August 9, 2005 | )<br>)<br>) |
| For: Systems And Methods For Personalized<br>    Search | )<br>) |

Group Art Unit: 2162

Examiner:
   Joshua Bullock

### RESPONSE TO OFFICE ACTION

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

In response to the non-final Office Action mailed on April 1, 2009 for the above-referenced patent application, please enter the following amendments and remarks.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2.

**Remarks** begin on page 8.

- 1 -

Response to Office Action
Docket No. 20050533-US-NP

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the
application:

**Listing of Claims:**

1       1.      (currently amended) A method for personalized search comprising
2   the steps of:
3           receiving a query from a user;
4           identifying the user;
5           retrieving a user history for the user comprising access patterns identifying
6   linked information elements within an information repository;
7           identifying a user profile comprising keywords relevant to the access
8   patterns in the user history;
9           determining a proximal neighborhood using the keywords in the user
10  profile, wherein the proximal neighborhood comprises unseen linked information
11  elements within a threshold distance of the linked information elements in the
12  user history; and
13          ~~searching~~ applying the query to the unseen linked information elements in
14  the proximal neighborhood ~~using the query~~ and determining search results
15  comprising the unseen linked information elements that match the query.

1       2.      (previously presented) The method of claim 1, wherein the
2   proximal neighborhood is determined by applying a crawling strategy.

1       3.      (previously presented) The method of claim 2, wherein the
2   crawling strategy comprises at least one of a link ranking function, a backlink
3   function, and a breadth first search.

1       4.      (previously presented) The method of claim 2, wherein a threshold
2   link distance is set for the crawling strategy.

- 2 -

Response to Office Action
Docket No. 20050533-US-NP

1       5.    (previously presented) The method of claim 1, wherein the user
2  history comprises at least one of a web access log, a library manager, a web proxy
3  server log, a browser history file, and a server access log.

1       6.    (previously presented) The method of claim 1, wherein the
2  information repository comprises at least one of a website, a document repository,
3  and a hard drive.

1       7.    (previously presented) The method of claim 6, wherein the
2  document repository comprises at least one of a digital library, a document
3  management system, and a server.

1       8.    (previously presented) The method of claim 1, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1       9.    (previously presented) The method of claim 8, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      10.    (previously presented) The method of claim 1, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      11.    (previously presented) The method of claim 10, wherein a first
2  user proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1      12.    (previously presented) The method of claim 10, wherein a first
2  user profile is associated with the first user and a second user profile is associated
3  with the second user and the first user profile is used by the second user.

- 3 -

Response to Office Action
Docket No. 20050533-US-NP

1       13.    (previously presented) The method of claim 1, wherein the linked

2  information elements comprise at least one of audio, video, and textual

3  information.

1       14.    (previously presented) The method of claim 1, in which the linked

2  information elements comprise linked documents.

1       15.    (previously presented) The method of claim 1, wherein the

2  proximal neighborhood comprises at least one of audio, video, and textual

3  information.

1       16.    (previously presented) The method of claim 1, wherein the search

2  results are ordered based on the keywords relevant to the access patterns in the

3  user history.

1       17.    (previously presented) The method of claim 1, wherein the user

2  history is categorized.

1       18.    (previously presented) The method of claim 17, wherein the

2  categories comprise at least one of tasks, projects, and organizations.

1       19.    (currently amended) A system for personalized search comprising:

2      a memory;

3      an input/output circuit that receives a user query from a user;

4      a processor that identifies the user;

5      a user history retrieval circuit that retrieves the user history for the user

6  comprising access patterns identifying linked information elements within an

7  information repository;

8      a profile identification circuit that identifies a user profile comprising

9  keywords relevant to access patterns in the user history;

10     a proximal neighborhood determination circuit that determines a proximal

11  neighborhood using the keywords in the user profile, wherein the proximal

- 4 -

12  neighborhood comprises unseen linked information elements within a threshold

13  distance of the linked information elements in the user history; and

14      a search circuit ~~that searches~~ that applies the query to the unseen linked

15  information elements in the proximal neighborhood ~~using the query~~ and that

16  determines search results comprising the unseen linked information elements that

17  match the query.

1      20.    (previously presented) The system of claim 19, wherein the

2  proximal neighborhood is determined by applying a crawling strategy.

1      21.    (previously presented) The system of claim 20, wherein the

2  crawling strategy comprises at least one of a link ranking function, a backlink

3  function, and a breadth first search.

1      22.    (previously presented) The system of claim 20, wherein a threshold

2  link distance is set for the crawling strategy.

1      23.    (previously presented) The system of claim 19, wherein the user

2  history comprises at least one of a web access log, a library manager, a web proxy

3  server log, a browser history file, and a server access log.

1      24.    (previously presented) The system of claim 19, wherein the

2  information repository comprises at least one of a website, a document repository,

3  and a hard drive.

1      25.    (previously presented) The system of claim 24, wherein the

2  document repository comprises at least one of a digital library, a document

3  management system, and a server.

1      26.    (previously presented) The system of claim 19, wherein user

2  histories, user profiles, and proximal neighborhoods are determined for a first user

3  and at least one other user, and in which at least one of the user history, the user

4  profiles and the proximal neighborhoods form a combination.

- 5 -

1      27.    (previously presented) The system of claim 26, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      28.    (previously presented) The system of claim 19, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      29.    (previously presented) The system of claim 28, wherein a first user
2  proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1      30.    (previously presented) The system of claim 28, wherein a first user
2  profile is associated with the first user and a second user profile is associated with
3  the second user and the first user profile is used by the second user.

1      31.    (previously presented) The system of claim 19, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1      32.    (previously presented) The system of claim 19, in which the linked
2  information elements comprise linked documents.

1      33.    (previously presented) The system of claim 19, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

1      34.    (previously presented) The system of claim 19, wherein the search
2  results are ordered based on the user keywords relevant to the access patterns in
3  the user history.

1      35.    (previously presented) The system of claim 19, wherein the user
2  history is categorized.

OA3 Resp                                    - 6 -

Response to Office Action
Docket No. 20050533-US-NP

1          36.      (previously presented) The system of claim 35, wherein the

2       categories comprise at least one of tasks, projects, and organizations.

1          37.      (canceled).

1          38.      (canceled).

PAGE 9/12 * RCVD AT 6/9/2009 9:49:50 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/0 * DNIS:2702395 * CSID:2063813999 * DURATION (mm-ss):03-12

Response to Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-36 are pending and remain. Claims 1 and 19 have been
amended.

## Rejections under 35 U.S.C. § 102(e) over Lawrence

5         Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as
anticipated by U.S. Patent Application Publication No. US 2005/0071328, to
Lawrence. Applicant traverses.

Lawrence teaches ranking search results based on a user profile
(paragraphs [0031]-[0036]). A search query is received from the user and a list of
10   documents that match the search query is identified (paragraph [0073]). Each
document in the list of search results is given a generic score based on a document
page rank (*Id.*). The search result documents are then analyzed with respect to the
user profile to create a profile score (paragraph [0074]). Together, the generic
score and the profile score are used to generate a personalized score, which is
15   used to order the documents for presenting to the user (*Id.*).

Claim 1 has been amended to recite applying the query to the unseen
linked information elements in the proximal neighborhood and determining
search results comprising the unseen linked information elements that match the
query. Claim 19 now recites a search circuit that applies the query to the unseen
20   linked information elements in the proximal neighborhood and that determines
search results comprising the unseen linked information elements that match the
query. Support for the claim amendments can be located in the specification in
paragraph [0035]. Thus, no new matter has been entered.

In contrast, Lawrence teaches applying a search query to a content server
25   to identify matching documents as search results (paragraph [0073]). The content
server stores general documents from various Websites that may be unrelated to
previous activities of the user (paragraph [0029]). Thus, the search query is
applied to unrelated documents stored on a content server to identify search
results, without any consideration of whether a document relates to a history of
30   the user. Applying a search query to the generalized content server, rather than a

- 8 -

Response to Office Action
Docket No. 20050533-US-NP

specific set of documents based on a user history, including unseen documents, provides a user with different results. The content server provides documents matching the search query, without discriminating between previously viewed and unseen documents, that may be unrelated to a user history. In contrast, only

5   unseen documents that are related to a user history are provided as search results, per Claims 1 and 19. Therefore, Lawrence teaches applying a query to a content server of unrelated documents, rather than to unseen linked information elements in a proximal neighborhood determined from a user history.

Accordingly, a *prima facie* case of anticipation has not been shown.

10   Claims 2-9 and 13-18 are dependent upon Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 20-27 and 31-36 are dependent upon Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of the rejection is requested.

15   **Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Linden**

Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being obvious over Lawrence, in view of U.S. Patent Application Publication No. 2005/0102282, to Linden. Applicant traverses.

Adding the teachings of Linden to the teachings of Lawrence introduces

20   further functionality. However, as discussed above, Lawrence fails to anticipate independent Claims 1 and 19, and the addition of Linden does no more to support an obviousness rejection of the dependent claims. Claims 10-12 are dependent upon Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 28-30 are dependent upon Claim

25   19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of the rejection is requested.

The prior art made of record and not relied upon has been reviewed by the applicant and is considered to be no more pertinent than the prior art references already applied.

- 9 -

Response to Office Action
Docket No. 20050533-US-NP

Claims 1-36 are believed to be in condition for allowance. Entry of the
foregoing amendments is requested. Reconsideration of the claims and a Notice
of Allowance are earnestly solicited. Please contact the undersigned at (206) 381-
3900 regarding any questions or concerns associated with the present matter.

5

Respectfully submitted,

Dated: June 9, 2009                    By: _____

10                                          Krista A. Wittman, Esq.
                                            Reg. No. 59,594

Cascadia Intellectual Property
500 Union Street, Suite 1005           Telephone: (206) 381-3900
15  Seattle, WA 98101                  Facsimile: (206) 381-3999

    OA3 Resp

- 10 -

U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          04/01/2009
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/01/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 11/200,557 | CHI ET AL. |
| ***Office Action Summary*** | **Examiner** | **Art Unit** | |
| | JOSHUA BULLOCK | 2162 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

    A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *14 August 2008*.

2a)☐ This action is **FINAL**.      2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-36* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-36* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 11/200,557                                   Page 2
Art Unit: 2162

## DETAILED ACTION

### *Continued Examination Under 37 CFR 1.114*

1.      A request for continued examination under 37 CFR 1.114, including the fee set

forth in 37 CFR 1.17(e), was filed in this application after final rejection.  Since this

application is eligible for continued examination under 37 CFR 1.114, and the fee set

forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action

has been withdrawn pursuant to 37 CFR 1.114.  Applicant's submission filed on August

14, 2008 has been entered.

2.      This action is in response to amendments, arguments, and remarks filed on

August 14, 2008, in which claims 1-36 are presented for further examination.

3.      Claims 1 & 19 have been amended.

4.      Claims 37-38 have been cancelled.

5.      Claims 1-36 are pending.


### *Response to Arguments*

6.      Applicant's arguments filed August 14, 2008 have been fully considered but they

are not persuasive.  See Examiner's response below.

7.      With respect to amended claims 1 & 19, applicant appears to assert that

Lawrence does not teach "searching the unseen linked information elements in the

proximal neighborhood using the query".  Examiner respectfully disagrees.  A proximal

neighborhood consists of documents that may be of interest to a user.  Lawrence

teaches [0041] search results that may be of interest to a user which are returned based

Application/Control Number: 11/200,557                                    Page 3
Art Unit: 2162

upon a user profile, wherein the user profile is created based upon previously accessed documents [0037-0040], thereby constituting a proximal neighborhood.  Lawrence goes further to teach [0028, 0031, & 0034] that the user's query is executed on unseen linked information [0039] that may consist of documents of interest to a user.

8.      In response to applicant's argument that there is no suggestion to combine the references, the examiner recognizes that obviousness can only be established by combining or modifying the teachings of the prior art to produce the claimed invention where there is some teaching, suggestion, or motivation to do so found either in the references themselves or in the knowledge generally available to one of ordinary skill in the art.  See *In re Fine*, 837 F.2d 1071, 5 USPQ2d 1596 (Fed. Cir. 1988) and *In re Jones*, 958 F.2d 347, 21 USPQ2d 1941 (Fed. Cir. 1992).  In this case, it would have been obvious to one of ordinary skill in the art at the time of the invention to utilize the teachings of Linden into the system of Lawrence.  One of ordinary skill in the art would be motivated to allow a first user to utilize the history of a second user to emphasize documents that otherwise would not be seen by the first user.  Further this method provides finer granularity in personalizing search results, by reordering individual documents rather than entire classes of documents (Linden [0015 & 0018]).


Hence, Applicant's arguments do not distinguish the claimed invention over the prior art of record.

In light of the forgoing arguments, the 35 U.S.C. 102 & 103 rejections are hereby sustained.

Application/Control Number: 11/200,557                                      Page 4
Art Unit: 2162

## *Claim Rejections - 35 USC § 102*

9.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

10.     Claims 1-9, 13-27, & 31-36 are rejected under 35 U.S.C. 102(e) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence.

In respect to Claim 1, Lawrence teaches:

-       **a method for personalized search comprising the steps of:**
        **receiving a query from a user; identifying the user** (Lawrence
        teaches [0001] the method of customizing or "personalizing" searches
        based upon queries submitted by a user.)

-       **retrieving a user history for the user comprising access patterns**
        **identifying linked information elements within an information**
        **repository** (Lawrence teaches [0009] "user history" from previous
        search queries, links to documents, and other information sources,
        wherein these sources are "information repositories".)

Application/Control Number: 11/200,557                                      Page 5
Art Unit: 2162

- **identifying a user profile comprising keywords relevant to the access patterns in the user history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)

- **determining a proximal neighborhood using the keywords in the user profile, wherein the proximal neighborhood comprises unseen linked information elements within a threshold distance of the linked information elements in the user history** (Proximal neighborhoods have linked documents in the user's history.  Lawrence teaches [0009] links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.)

- **searching the unseen linked information elements in the proximal neighborhood using the query** (Lawrence teaches [0001] generation of results for customized or "personalized" searches.)

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user.  A proximal neighborhood consists of documents that may be of interest to a user.  Lawrence teaches [0041] search results that may be of interest to a user which are returned based upon a user profile, wherein the user profile is created based upon previously accessed documents [0037-0040], thereby constituting a proximal neighborhood.  Lawrence goes

Application/Control Number: 11/200,557                                    Page 6
Art Unit: 2162

further to teach [0028, 0031, & 0034] that the user's query is executed

on unseen linked information [0039] that may consist of documents of

interest to a user.

As per Claim 2, Lawrence teaches:

-        **the proximal neighborhood is determined by applying crawling**

**strategy** (Crawling parameters are threshold link distances of

documents in a user's history.  Lawrence teaches [0051] use of link

distances to determine relevancy of documents in user history.)

As per Claim 3, Lawrence teaches:

-        **the crawling strategy comprises at least one of a link ranking**

**function, a backlink function, and a breadth first search** (Lawrence

teaches [0003] the PageRank function to determine relevance of search

results.)

As per Claim 4, Lawrence teaches:

-        **wherein a threshold link distance is set for the crawling strategy**

(Crawling parameters are threshold link distances of documents in a

user's history.  Lawrence teaches [0051] use of link distances to

determine relevancy of documents in user history.)

As per Claim 5, Lawrence teaches:

-        **wherein the user history comprises at least one of a web access**

**log, a library manager, a web proxy server log, a browser history**

**file, and a server access log** (Lawrence teaches [0003] user history

Application/Control Number: 11/200,557                                        Page 7
Art Unit: 2162

> from web pages, wherein this history is indicative of a browser history
>
> file.)

As per Claim 6, Lawrence teaches:

- **wherein the information repository comprises at least one of a website, a document repository, and a hard drive** (Lawrence teaches [0009] information of documents identified, wherein this is indicative of a document repository.)

As per Claim 7, Lawrence teaches:

- **wherein the document repository comprises at least one of a digital library, a document management system, and a server** (Lawrence teaches [0012] a client-server environment, which is indicative of the document repository being present on a server.)

As per Claim 8, Lawrence teaches:

- **wherein user histories, user profiles, and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods form a combination** (Lawrence teaches [0077] combination of user profiles for multiple users.)

As per Claim 9, Lawrence teaches:

- **wherein the combination comprises at least one of union, intersection, addition, and subtraction** (Lawrence teaches [0077]

Application/Control Number: 11/200,557                                            Page 8
Art Unit: 2162

combination of user profiles for multiple users, wherein combination is

indicative of addition.)

As per Claim 13, Lawrence teaches:

- **the linked information elements comprise of at least one of audio,**

**video, and textual information** (Lawrence teaches [0051] linked

information consists of documents, wherein documents are comprised of

textual information.)

As per Claim 14, Lawrence teaches:

- **the linked information elements comprise linked documents**

(Lawrence teaches [0051] linked information consists of linked

documents.)

As per Claim 15, Lawrence teaches:

- **wherein the proximal neighborhood comprises at least one of**

**audio, video, and textual information** (Lawrence teaches [0051] linked

information consists of documents, wherein documents are comprised of

textual information.)

As per Claim 16, Lawrence teaches:

- **wherein the search results are ordered based on keywords relevant**

**to access patterns in the user history** (Lawrence teaches [0001]

search results based on the user profile.)

Application/Control Number: 11/200,557                                    Page 9
Art Unit: 2162

As per Claim 17, Lawrence teaches:

- **the user history is categorized** (Lawrence teaches [0034]

  categorization of documents identified in the user's history.)

As per Claim 18, Lawrence teaches:

- **the categories comprise at least one of tasks, projects, and**

  **organizations** (Lawrence teaches [0048] that categorization can be of

  organizations, projects, or tasks.)

In respect to Claim 19, Lawrence teaches:

- **a system for personalized search comprising: a memory; an**

  **input/output circuit that receives a user query from a user; a**

  **processor that identifies the user** (Lawrence teaches [0001, FIG. 1]

  the method of customizing or "personalizing" searches based upon

  queries submitted by a user.)

- **a user history retrieval circuit that retrieves the user history for the**

  **user comprising access patterns identifying linked information**

  **elements within an information repository** (Lawrence teaches [0009]

  "user history" from previous search queries, links to documents, and

  other information sources, wherein these sources are "information

  repositories".)

- **a profile identification circuit that identifies a user profile**

  **comprising keywords relevant to access patterns in the user**

Application/Control Number: 11/200,557                                          Page 10
Art Unit: 2162

> **history** (Lawrence teaches [0009] a user profile comprised of multiple
> items that characterize a user's preference.)
>
> - **a proximal neighborhood determination circuit that determines a**
>   **proximal neighborhood using the keywords in the user profile,**
>   **wherein the proximal neighborhood comprises unseen linked**
>   **information elements within a threshold distance of the linked**
>   **information elements in the user history** (Proximal neighborhoods
>   have linked documents in the user's history.  Lawrence teaches [0009]
>   links to documents from previous user submissions, wherein these
>   documents represent a proximal neighborhood.) (Crawling parameters
>   are threshold link distances of documents in a user's history.  Lawrence
>   teaches [0051] use of link distances to determine relevancy of
>   documents in user history.)
>
> - **a search circuit that searches the unseen linked information**
>   **elements in the proximal neighborhood using the query** (Lawrence
>   teaches [0001] generation of results for customized or "personalized"
>   searches.) (Lawrence teaches [0010] ordering documents according to
>   personalized ranks.)
>
> - Lawrence teaches [0031-0032] links within a group of linked documents
>   which are in association with a user query, wherein these linked
>   documents are not seen by a user until they are selected by the user.  A
>   proximal neighborhood consists of documents that may be of interest to

Application/Control Number: 11/200,557                                        Page 11
Art Unit: 2162

a user.  Lawrence teaches [0041] search results that may be of interest

to a user which are returned based upon a user profile, wherein the user

profile is created based upon previously accessed documents [0037-

0040], thereby constituting a proximal neighborhood.  Lawrence goes

further to teach [0028, 0031, & 0034] that the user's query is executed

on unseen linked information [0039] that may consist of documents of

interest to a user.

Claims 20-27 & 31-36 are the system claims corresponding to method claims 2-9 & 13-

18 respectively thus are rejected based upon the same analysis noted in prior claim

rejections, further Lawrence teaches [0028] a system for personalization of a search.

Application/Control Number: 11/200,557                                    Page 12
Art Unit: 2162

## *Claim Rejections - 35 USC § 103*

11.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

12.     Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence (US Publication No. 2005/0071328 A1), and further in view of Linden

(US Publication No. 2005/0102282 A1), hereinafter referred to as Linden.

As per Claim 10, Lawrence does not explicitly disclose:

-       **a first user history is associated with a first user and a second user**

        **history is associated with a second user and the first user history**

        **is used by the second user**

Linden teaches:

-       **a first user history is associated with a first user and a second user**

        **history is associated with a second user and the first user history**

        **is used by the second user** (Linden teaches [0038] using the history of

        other users to personalize search results of a first user.)

-       It would have been obvious to one of ordinary skill in the art at the time

        of the invention to utilize the teachings of Linden into the system of

        Lawrence.  One of ordinary skill in the art would be motivated to allow a

        first user to utilize the history of a second user to emphasize documents

        that otherwise would not be seen by the first user.  Further this method

Application/Control Number: 11/200,557                                    Page 13
Art Unit: 2162

> provides finer granularity in personalizing search results, by reordering individual documents rather than entire classes of documents (Linden [0015 & 0018]).

As per Claim 11, Lawrence does not explicitly disclose:

- **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user**

Linden teaches:

- **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user** (Proximal neighborhoods consist of documents in a user's search history.  Linden teaches [0038] using the proximal neighborhood or search history of other users to personalize search results of a first user.)

- Therefore, the limitations of claim 11 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.

As per Claim 12, Lawrence does not explicitly disclose:

- **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user**

Application/Control Number: 11/200,557                                    Page 14
Art Unit: 2162

Linden teaches:

- **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user** (User profiles are developed by determination of prior search history of a user.  Linden teaches [0038] using the history or "user profile" of other users to personalize search results of a first user.)

- Therefore, the limitations of claim 12 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.


Claims 28-30 are the system claims corresponding to method claims 10-12 respectively, thus are rejected based upon the same analysis noted in prior claim rejections, further Lawrence teaches [0028] a system for personalization of a search.

Application/Control Number: 11/200,557                                      Page 15
Art Unit: 2162

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to JOSHUA BULLOCK whose telephone number is (571)270-1395. The examiner can normally be reached on 7:30am-5pm EST M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, John Breene can be reached on 571-272-4107. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Joshua Bullock /J. B. /
Examiner, Art Unit 2162
03/20/2009

/John Breene/
Supervisory Patent Examiner, Art Unit 2162

Google Scholar BETA

Web   Images   Video   News   Maps   **more »**

fabio gasparetti user profile          [ Search ]

Advanced Scholar Search
Scholar Preferences
Scholar Help

**Scholar**   All articles - <u>Recent articles</u>   Results **1 - 10** of about **16** for **fabio gasparetti** <u>user</u> <u>profile</u>. **(0.09** seconds)

Personalized search on the world wide web- *fit.edu [PDF]
A Micarelli, F **Gasparetti**, F Sciarrone, S Gauch - Lecture Notes in Computer Science, 2007 - Springer
**...** Alessandro Micarelli 1 , **Fabio Gasparetti** 1 , Filippo Sciarrone 1 , and Susan Gauch **...**
Personalization process where the **user profile** occurs during the retrieval **...**
Cited by 25 - Related articles - Web Search - BL Direct - All 5 versions

[PDF] *<u>**User profile** generation based on a memory retrieval theory</u>
F **Gasparetti**, A Micarelli - ... Systems and Intelligent User Interfaces (WPRSIUI'05), 2005 - dia.uniroma3.it
**USER PROFILE** GENERATION BASED ON A MEMORY RETRIEVAL THEORY **Fabio Gasparetti**
Universit`a degli Studi Roma Tre Via della Vasca Navale, 79 I - 00146 Roma, Italy **...**
Cited by 5 - Related articles - View as HTML - Web Search - All 4 versions

Exploiting web browsing histories to identify **user** needs- *uniroma3.it [PDF]
F **Gasparetti**, A Micarelli - ... of the 12th international conference on Intelligent **user** ..., 2007 - portal.acm.org
**...** **Fabio Gasparetti** Roma Tre University Via della Vasca Navale, 79 00146 Rome **...** are an
important source of information to build **profiles** of the **user** interests and **...**
Cited by 3 - Related articles - Web Search - All 7 versions

Adaptive focused crawling
A Micarelli, F **Gasparetti** - Lecture Notes in Computer Science, 2007 - Springer
**...** Alessandro Micarelli and **Fabio Gasparetti** **...** The query can be considered the
**user**'s textual descrip- tion of the particular information request. **...**
Cited by 5 - Related articles - Web Search - BL Direct - All 3 versions

[PDF] *<u>Personalized search based on a memory retrieval theory</u>
F **Gasparetti**, A Micarelli - International Journal of Pattern Recognition and Artificial ..., 2007 - dia.uniroma3.it
**...** ws-ijprai 2 **Fabio Gasparetti** and Alessandro Micarelli techniques for **user** modeling
can be partitioned by the type of input used to build the **profile**. **...**
Cited by 1 - Related articles - Web Search - BL Direct - All 2 versions

[PDF] *<u>HOLMES: A Prototype for the Targeted Research of Information about Hi-Tech Companies</u>
N Capuano, M Gaeta, F **Gasparetti**, A Micarelli - Computational Intelligence, 2002 - citeseerx.ist.psu.edu
**...** Nicola Capuano 1,2 , Matteo Gaeta 1,2 , **Fabio Gasparetti** 1,3 , Alessandro **...** used to
obtain the similarity among document to analyse and **user profile**, the cosine **...**
Related articles - View as HTML - Web Search - All 8 versions

Intelligent Search on the Internet
A Micarelli, F **Gasparetti**, C Biancalana - Lecture Notes in Computer Science, 2006 - Springer
**...** Alessandro Micarelli, **Fabio Gasparetti**, and Claudio Biancalana **...** uses that feedback
to update the **user** model. **...** 254 A. Micarelli, F. **Gasparetti**, and C. Biancalana **...**
Related articles - Web Search - BL Direct

Discovery of related documents based on a proximal neighborhood measure

EH Chi, F Gasparetti - EP Patent 1,717,720, 2006 - freepatentsonline.com

**...** H. (143 Greenmeadow Way, Palo Alto, CA 94306, US) **Gasparetti**, **Fabio** (Via delle **...**
repository of linked information elements; determining a **user profile** based on **...**

Web Search - All 3 versions

Systems and methods for personalized search

E Chi, F Gasparetti - US Patent App. 11/200,557, 2005 - Google Patents

**...** Ed Chi, Palo Alto, CA (US); **Fabio Gasparetti**, Rome (IT **...** A **user** history optionally
classified into projects or tasks is **...** A **profile** for the **user** is determined by **...**

Web Search - All 2 versions

DRAFT ONLY

A Micarelli, F Gasparetti, F Sciarrone, S Gauch - dia.uniroma3.it

**...** Search on the World Wide Web DRAFT ONLY Alessandro Micarelli1, **Fabio** Gasparetti1,
Filippo **...** Query J _r_ Search Engine f Results J IT ( Query J l **User Profile** J h **...**

Related articles - Web Search - All 2 versions

Key authors:  **A Micarelli** - **F Gasparetti** - **F Sciarrone** - **S Gauch** - **E Chi**

Google ▶

Result Page:     1 2     **Next**

fabio gasparetti user profile     [ Search ]

Google Home - About Google - About Google Scholar

©2009 Google

| *Index of Claims* | Application/Control No.          | Applicant(s)/Patent Under Reexamination |
|                   | 11200557                          | CHI ET AL.                              |
|                   | Examiner                          | Art Unit                                |
|                   | Bullock, Joshua                   | 2162                                    |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|----------|---|-----------|---|-------------|---|--------|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant      ☐ CPA      ☐ T.D.      ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|-------|--------|------------|------------|------------|--|--|--|--|--|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | | | | | |
| | 1 | ✓ | ✓ | ✓ | | | | | |
| | 2 | ✓ | ✓ | ✓ | | | | | |
| | 3 | ✓ | ✓ | ✓ | | | | | |
| | 4 | ✓ | ✓ | ✓ | | | | | |
| | 5 | ✓ | ✓ | ✓ | | | | | |
| | 6 | ✓ | ✓ | ✓ | | | | | |
| | 7 | ✓ | ✓ | ✓ | | | | | |
| | 8 | ✓ | ✓ | ✓ | | | | | |
| | 9 | ✓ | ✓ | ✓ | | | | | |
| | 10 | ✓ | ✓ | ✓ | | | | | |
| | 11 | ✓ | ✓ | ✓ | | | | | |
| | 12 | ✓ | ✓ | ✓ | | | | | |
| | 13 | ✓ | ✓ | ✓ | | | | | |
| | 14 | ✓ | ✓ | ✓ | | | | | |
| | 15 | ✓ | ✓ | ✓ | | | | | |
| | 16 | ✓ | ✓ | ✓ | | | | | |
| | 17 | ✓ | ✓ | ✓ | | | | | |
| | 18 | ✓ | ✓ | ✓ | | | | | |
| | 19 | ✓ | ✓ | ✓ | | | | | |
| | 20 | ✓ | ✓ | ✓ | | | | | |
| | 21 | ✓ | ✓ | ✓ | | | | | |
| | 22 | ✓ | ✓ | ✓ | | | | | |
| | 23 | ✓ | ✓ | ✓ | | | | | |
| | 24 | ✓ | ✓ | ✓ | | | | | |
| | 25 | ✓ | ✓ | ✓ | | | | | |
| | 26 | ✓ | ✓ | ✓ | | | | | |
| | 27 | ✓ | ✓ | ✓ | | | | | |
| | 28 | ✓ | ✓ | ✓ | | | | | |
| | 29 | ✓ | ✓ | ✓ | | | | | |
| | 30 | ✓ | ✓ | ✓ | | | | | |
| | 31 | ✓ | ✓ | ✓ | | | | | |
| | 32 | ✓ | ✓ | ✓ | | | | | |
| | 33 | ✓ | ✓ | ✓ | | | | | |
| | 34 | ✓ | ✓ | ✓ | | | | | |
| | 35 | ✓ | ✓ | ✓ | | | | | |
| | 36 | ✓ | ✓ | ✓ | | | | | |

Part of Paper No. : 20090320

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**     ☐ CPA     ☐ T.D.     ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | 03/20/2009 | | | | | | |
| | 37 | ✓ | - | - | | | | | | |
| | 38 | ✓ | - | - | | | | | | |

**Google** Scholar BETA

<u>Web</u>  <u>Images</u>  <u>Video</u>  <u>News</u>  <u>Maps</u>  <u>**more »**</u>

[ ed chi user profile personalized search ]  [ Search ]

Advanced Scholar Search
Scholar Preferences
Scholar Help

**Scholar** All articles - <u>Recent articles</u>  Results **1 - 10** of about **5,210** for <u>ed</u> <u>chi</u> <u>user</u> <u>profile</u> <u>personalized</u> <u>search</u>. **(0.09** seconds)

<u>Separating the swarm: categorization methods for **user** sessions on the web</u>
J Heer, EH **Chi** - Proceedings of the SIGCHI conference on Human factors in ..., 2002 - portal.acm.org
**...** Jeffrey Heer, **Ed** H. **Chi** Xerox Palo Alto **...** and understanding the reason for **user** visits
could enable site owners to tailor their site better to these **user** needs. **...**
Cited by 40 - Related articles - Web Search - BL Direct - All 6 versions

<u>ScentHighlights: highlighting conceptually-related sentences during reading</u> - ◦umn.edu [PDF]
EH **Chi**, L Hong, M Gumbrecht, SK Card - ... of the 10th international conference on Intelligent **user** ..., 2005 - portal.acm.org
**...** **Ed** H. **Chi**, Lichan Hong **...** Figure 1 below shows an example of the sentence and keyword
highlights made by our system with the **user profile** interest of "Marburg **...**
Cited by 10 - Related articles - Web Search - All 8 versions

<u>**User** profiles for **personalized** information access</u> - ◦fit.edu [PDF]
S Gauch, M Speretta, A Chandramouli, A Micarelli - Lecture Notes in Computer Science, 2007 - Springer
**...** of some the issues and approaches to **personalized** rating and **...** **User profiles** may include
demographic information, eg, name, age, country, **education** level, etc **...**
Cited by 35 - Related articles - Web Search - BL Direct - All 4 versions

[PDF] ◦<u>Transient **user** profiling</u>
EH **Chi** - Proceedings of the Workshop on **User** Profiling (CHI2004), 2004 - citeseerx.ist.psu.edu
**...** In Proc. ACM-SIGKDD Work- shop on Web Mining for Usage Patterns and **User Profiles**
(WebKDD 2002). **...** Edmonton, Canada. [2] **Ed** H. **Chi**, Adam Rosien, Gesara **...**
Cited by 6 - Related articles - View as HTML - Web Search - All 4 versions

[PDF] ◦<u>Ontology-Based **User** Profiles for **Search** and Browsing</u>
S Gauch, J Chaffee, A Pretschner - Web Intelligence and Agent Systems, 2003 - hagrid.icesi.edu.co
**...** file itself against queried concept reference of weight concept **ed** personaliz of **...**
engines do not receive enough detail about the **user**'s **...** Although the **profiles** **...**
Cited by 19 - Related articles - View as HTML - Web Search - All 9 versions

<u>A **personalized** television listings service</u> - ◦psu.edu [PDF]
B Smyth, P Cotter - Communications of the ACM, 2000 - portal.acm.org
**...** DB Leake, **ed**. MIT Press, Cambridge, Mass., 1996; 125–136. **...** User Modeling and
**User**-Adapted Information 3, 1 (1993 **...** on Human Factors in Computing Systems (**CHI** '95 **...**
Cited by 132 - Related articles - Web Search - All 6 versions

<u>**Personalized search** on the world wide web</u> - ◦fit.edu [PDF]
A Micarelli, F Gasparetti, F Sciarrone, S Gauch - Lecture Notes in Computer Science, 2007 - Springer
**...** address, phone number, age, sex, **education**; or geographic **...** Labs released an enhanced
version of **Personalized Search** that builds the **user profile** by means **...**
Cited by 25 - Related articles - Web Search - BL Direct - All 5 versions

<u>Category ranking for **personalized search**</u>
C Makris, Y Panagis, E Sakkopoulos, A Tsakalidis - Data & Knowledge Engineering, 2007 - Elsevier
**...** Their technique obtains information about **user search** history by constructing a
Rocchio-based **user** **profile**. **...** produce general ODP-based **profile** and combine **...**
Cited by 11 - Related articles - Web Search - All 2 versions

Using information scent to model **user** information needs and actions and the Web- •pitkow.com [PDF]

EH **Chi**, P Pirolli, K Chen, J Pitkow - Proceedings of the SIGCHI conference on Human factors in ..., 2001 - portal.acm.org

**...** **Ed** H. **Chi**, Peter Pirolli, Kim Chen * , James Pitkow Xerox **...** **CHI** 2001 • 31 MARCH – 5

APRIL **...** concentrated on combining linkage information with **user** queries in **...**

Cited by 194 - Related articles - Web Search - BL Direct - All 21 versions

---

An adaptive **user** interface based on **personalized** learning

J Liu, CK Wong, KK Hui - IEEE Intelligent Systems, 2003 - ieeexplore.ieee.org

**...** Computing Systems: Celebrating Human Performance (**CHI** 94), ACM **...** 9. H. Lieberman, **ed.**,

Your Wish Is **...** Instead of building a **personalized user profile** before **user** **...**

Cited by 37 - Related articles - Web Search - BL Direct - All 9 versions

Key authors: - **E Chi** - **S Gauch** - **B Smyth** - **J Heer** - **A Micarelli**

Goooooooooogle ▶

Result Page:   1  2  3  4  5  6  7  8  9  10   **Next**

---

[ ed chi user profile personalized sea ]  [ Search ]

---

Google Home - About Google - About Google Scholar

©2009 Google

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | Bullock, Joshua | 2162 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 707 | 3 | 03/20/2009 | JB |

| SEARCH NOTES | | |
|---|---|---|
| Search Notes | Date | Examiner |
| Updated search (EAST/GOOGLE SCHOLAR). | 03/20/2009 | JB |
| Updated inventor/assignee search (EAST/GOOGLE SCHOLAR). | 03/20/2009 | JB |
| NPL search (GOOGLE SCHOLAR). | 03/20/2009 | JB |
| Consulted with mentor (Yicun Wu). | 03/20/2009 | JB |
| Requested and received PLUS search. | 03/20/2009 | JB |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L1 | 11718 | 707/3.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:33 |
| L2 | 701 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:34 |
| L3 | 156 | l1 and L2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:34 |
| L4 | 31460 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:35 |
| L5 | 78 | l3 and L4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2009/03/20 10:35 |
| S1 | 1 | "20060248059".pn. | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S2 | 1 | "20050071328".pn. | US-PGPUB | OR | ON | 2007/09/26 17:56 |
| S3 | 1 | "6473752".pn. | USPAT | OR | ON | 2007/09/26 17:56 |
| S4 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |
| S5 | 61410 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |

| S6 | 250 | S4 and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
|----|-----|-----------|----------------------------------------------------------|----|----|------------------|
| S7 | 22962 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S8 | 155 | S6 and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:51 |
| S9 | 548 | google$.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S10 | 1 | S8 and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S11 | 356015 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S12 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S13 | 61533 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S14 | 250 | S12 and S13 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |

| S15 | 23016 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S16 | 155 | S14 and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S17 | 136 | S11 and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:56 |
| S18 | 84 | S17 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:57 |
| S19 | 5678 | (chi-ed$.in. or gasparetti-fabio$.in. or palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 15:27 |
| S20 | 2 | proxim$3 adj match$3 adj scor$3 | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S21 | 3 | proxim$3 adj match$3 adj scor$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:35 |
| S22 | 3656 | (breadth adj first) or (backlink or back adj link) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| S23 | 1 | S22 and S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |

| S24 | 607 | S22 and "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| S25 | 2 | "6285999".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| S26 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S27 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S28 | 315 | S26 and S27 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S29 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S30 | 188 | S28 and S29 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S31 | 379949 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S32 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |

| S33 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S34 | 315 | S32 and S33 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S35 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S36 | 188 | S34 and S35 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S37 | 167 | S31 and S36 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S38 | 89 | S37 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| S39 | 11 | (chi-ed$.in. or gasparetti-fabio$.in.) and (palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:51 |

3/20/2009 10:40:19 AM
C:\ Documents and Settings\ JBullock\ My Documents\ EAST\ Workspaces\ 11,200,557.wsp

file:///C/Documents%20and%20Settings/JBullock/My%20...557/EASTSearchHistory.11200557_AccessibleVersion.htm (5 of 5)3/20/2009 10:40:24 AM

PTO/SB/30EFS (05/07)
Approved for use through 11/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
## (Submitted Only via EFS-Web)

| Application Number | 11200557 | Filing Date | 2005-08-09 | Docket Number (if applicable) | 20050533-US-NP | Art Unit | 2162 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Ed Chi | | | Examiner Name | Joshua Bullock | | |

This is a **Request for Continued Examination (RCE)** under 37 CFR 1.114 of the above-identified application.
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application.  The Instruction Sheet for this form is located at WWW.USPTO.GOV

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

[X] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    [X] Other   Response to Final Office Action filed on July 14, 2008

[ ] Enclosed

    [ ] Amendment/Reply

    [ ] Information Disclosure Statement (IDS)

    [ ] Affidavit(s)/ Declaration(s)

    [ ] Other

### MISCELLANEOUS

[ ] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a  period of months _____
(Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

[ ] Other

### FEES

**The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
[X] The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No    240037

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

[X] Patent Practitioner Signature

[ ] Applicant Signature

PTO/SB/30EFS (05/07)
Approved for use through 11/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | | |
|---|---|---|---|
| Signature | /SCOTT E. SMITH/ | Date (YYYY-MM-DD) | 2008-08-14 |
| Name | Scott E. Smith | Registration Number | 61721 |

This collection of information is required by 37 CFR 1.114.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| First Named Inventor/Applicant Name: | Ed Chi |
| **Filer:** | Scott E. Smith |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility        Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for continued examination | 1801 | 1 | 810 | 810 |
| **Total in USD ($)** | | | | **810** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3784036 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Scott E. Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 14-AUG-2008 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 18:25:52 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $810 |
| RAM confirmation Number | 3276 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Request for Continued Examination (RCE) | RCE.pdf | 717198<br>ce73b795bbd8fc50a92861dc0c23f3d8faf79021 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8153<br>570f0a0c9c784505fe36205c32cf12c6047eebea | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Total Files Size (in bytes):** | | 725351 |

---

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>11/200,557 | Filing Date<br>08/09/2005 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | colspan | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 08/14/2008 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 36 | Minus | ** 38 | = 0 | X $ = | | X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 4 | = 0 | X $ = | | X $210= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/DEBRA R. WYATT/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*Entered /s/ JB/*
*8-14-08*
*Dwyatt*
*8-22-08*

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |  |
|---|---|---|
| *In re* Application of | ) |  |
| Chi et al. | ) | Group Art Unit: 2162 |
| 5 | ) |  |
| Serial No. 11/200,557 | ) | Examiner: |
|  | ) | Joshua Bullock |
| Filed:  August 9, 2005 | ) |  |
|  | ) |  |
| 10    For:  Systems And Methods For Personalized | ) |  |
| Search | ) |  |

### RESPONSE TO FINAL OFFICE ACTION

15    Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

      In response to the final Office Action mailed on May 14, 2008 for the

above-referenced patent application, please enter the following amendments and

remarks.  This response is being timely filed within two months of the mailing

date of the Final Office action.  Accordingly, the mailing of an Advisory Action is

25    required, pursuant to MPEP 706.07(f).

**Amendments to the Claims** are reflected in the listing of claims, which begins

on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

~~DO NOT ENTER. /JB/~~

- 1 -

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*In re* Application of                    )
   Chi et al.                         )    Group Art Unit: 2162
5                                          )
Serial No. 11/200,557                      )    Examiner:
                                           )        Joshua Bullock
Filed: August 9, 2005                      )
                                           )
10  For: Systems And Methods For Personalized   )
   Search                             )

## RESPONSE TO FINAL OFFICE ACTION

15  Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:
20

    In response to the final Office Action mailed on May 14, 2008 for the

above-referenced patent application, please enter the following amendments and

remarks. This response is being timely filed within two months of the mailing

date of the Final Office action. Accordingly, the mailing of an Advisory Action is

25  required, pursuant to MPEP 706.07(f).

**Amendments to the Claims** are reflected in the listing of claims, which begins

on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

DO NOT ENTER: /JB/

- 1 -

U NITED  S TATES  P ATENT AND  T RADEMARK  O FFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          07/25/2008
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/25/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| ***Advisory Action*** ***Before the Filing of an Appeal Brief*** | Application No. *11/200,557* | Applicant(s) CHI ET AL. | |
|---|---|---|---|
| | Examiner JOSHUA BULLOCK | Art Unit 2162 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>14 July 2008</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

1. ☒ The reply was filed after a final rejection, but prior to or on the same day as filing a Notice of Appeal. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114. The reply must be filed within one of the following time periods:

   a) ☐ The period for reply expires _____ months from the mailing date of the final rejection.

   b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action, or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

      Examiner Note: If box 1 is checked, check either box (a) or (b). ONLY CHECK BOX (b) WHEN THE FIRST REPLY WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☒ The proposed amendment(s) filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

   (a) ☒ They raise new issues that would require further consideration and/or search (see NOTE below);

   (b) ☐ They raise the issue of new matter (see NOTE below);

   (c) ☒ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   (d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.

      NOTE: *See Continuation Sheet*. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): a) ☒ will not be entered, or b) ☐ will be entered and an explanation of how the new or amended claims would be rejected is provided below or appended.

   The status of the claim(s) is (or will be) as follows:

   Claim(s) allowed: _____.

   Claim(s) objected to: _____.

   Claim(s) rejected: *1-36*.

   Claim(s) withdrawn from consideration: _____.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

9. ☐ The affidavit or other evidence filed after the date of filing a Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing a good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

10. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

11. ☐ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: _____.

12. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____.

13. ☐ Other: _____.

/John Breene/
Supervisory Patent Examiner, Art Unit 2162

/Y. W./
Primary Examiner, Art Unit 2165

**Continuation Sheet (PTO-303)**                                           **Application No. 11/200,557**

 Continuation of 3. NOTE:  More specifically the limitations of claim 1, reciting, "determining a proximal neighborhood using the keywords in the user profile, wherein the proximal neighborhood comprises unseen linked information elements within a threshold distance of the linked information elements in the user history; and searching the unseen linked information elements in the proximal neighborhood using the query", raise new issues that would require further consideration and/or search.

Response to Final Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |  |
|---|---|---|
| *In re* Application of | ) | |
| Chi et al. | ) | Group Art Unit: 2162 |
| 5 | ) | |
| Serial No. 11/200,557 | ) | Examiner: |
| | ) | Joshua Bullock |
| Filed: August 9, 2005 | ) | |
| | ) | |
| 10 For: Systems And Methods For Personalized | ) | |
| Search | ) | |

## RESPONSE TO FINAL OFFICE ACTION

15   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

In response to the final Office Action mailed on May 14, 2008 for the above-referenced patent application, please enter the following amendments and remarks. This response is being timely filed within two months of the mailing date of the Final Office action. Accordingly, the mailing of an Advisory Action is

25   required, pursuant to MPEP 706.07(f).

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

- 1 -

Response to Final Office Action
Docket No. 20050533-US-NP

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the
application:

**Listing of Claims:**

1     1.    (currently amended) A method for personalized search comprising
2    the steps of:
3       receiving a query from a user;
4       identifying the user;
5       retrieving a user history for the user comprising access patterns identifying
6    linked information elements within an information repository;
7        identifying a user profile comprising keywords relevant to the access
8    patterns in the user history;
9        determining a proximal neighborhood using the keywords in the user
10   ~~profile comprising~~ profile, wherein the proximal neighborhood comprises unseen
11   linked information elements within a threshold distance of the linked information
12   elements in the user history; and
13      ~~applying the query to~~ searching the unseen linked information elements in
14   the proximal ~~neighborhood.~~ neighborhood using the query.

1     2.    (previously presented) The method of claim 1, wherein the
2    proximal neighborhood is determined by applying a crawling strategy.

1     3.    (previously presented) The method of claim 2, wherein the
2    crawling strategy comprises at least one of a link ranking function, a backlink
3    function, and a breadth first search.

1     4.    (previously presented) The method of claim 2, wherein a threshold
2    link distance is set for the crawling strategy.

Response to Final Office Action
Docket No. 20050533-US-NP

5.      (previously presented) The method of claim 1, wherein the user history comprises at least one of a web access log, a library manager, a web proxy server log, a browser history file, and a server access log.

6.      (previously presented) The method of claim 1, wherein the information repository comprises at least one of a website, a document repository, and a hard drive.

7.      (previously presented) The method of claim 6, wherein the document repository comprises at least one of a digital library, a document management system, and a server.

8.      (previously presented) The method of claim 1, wherein user histories, user profiles, and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods form a combination.

9.      (previously presented) The method of claim 8, wherein the combination comprises at least one of union, intersection, addition, and subtraction.

10.     (previously presented) The method of claim 1, wherein a first user history is associated with a first user and a second user history is associated with a second user and the first user history is used by the second user.

11.     (previously presented) The method of claim 10, wherein a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user.

- 3 -

1       12.    (previously presented) The method of claim 10, wherein a first
2   user profile is associated with the first user and a second user profile is associated
3   with the second user and the first user profile is used by the second user.

1       13.    (previously presented) The method of claim 1, wherein the linked
2   information elements comprise at least one of audio, video, and textual
3   information.

1       14.    (previously presented) The method of claim 1, in which the linked
2   information elements comprise linked documents.

1       15.    (previously presented) The method of claim 1, wherein the
2   proximal neighborhood comprises at least one of audio, video, and textual
3   information.

1       16.    (previously presented) The method of claim 1, wherein the search
2   results are ordered based on the keywords relevant to the access patterns in the
3   user history.

1       17.    (previously presented) The method of claim 1, wherein the user
2   history is categorized.

1       18.    (previously presented) The method of claim 17, wherein the
2   categories comprise at least one of tasks, projects, and organizations.

1       19.    (currently amended) A system for personalized search comprising:
2       a memory;
3       an input/output circuit that receives a user query from a user;
4       a processor that identifies the user;
5       a user history retrieval circuit that retrieves the user history for the user
6   comprising access patterns identifying linked information elements within an
7   information repository;

Response to Final Office Action
Docket No. 20050533-US-NP

8        a profile identification circuit that identifies a user profile comprising

9   keywords relevant to access patterns in the user history;

10        a proximal neighborhood determination circuit that determines a proximal

11   neighborhood using the keywords in the user ~~profile comprising~~ profile, wherein

12   the proximal neighborhood comprises unseen linked information elements within

13   a threshold distance of the linked information elements in the user history; and

14        a search circuit that ~~applies the query to~~ searches the unseen linked

15   information elements in the proximal ~~neighborhood.~~ neighborhood using the

16   query.

1       20.    (previously presented) The system of claim 19, wherein the

2   proximal neighborhood is determined by applying a crawling strategy.

1       21.    (previously presented) The system of claim 20, wherein the

2   crawling strategy comprises at least one of a link ranking function, a backlink

3   function, and a breadth first search.

1       22.    (previously presented) The system of claim 20, wherein a threshold

2   link distance is set for the crawling strategy.

1       23.    (previously presented) The system of claim 19, wherein the user

2   history comprises at least one of a web access log, a library manager, a web proxy

3   server log, a browser history file, and a server access log.

1       24.    (previously presented) The system of claim 19, wherein the

2   information repository comprises at least one of a website, a document repository,

3   and a hard drive.

1       25.    (previously presented) The system of claim 24, wherein the

2   document repository comprises at least one of a digital library, a document

3   management system, and a server.

Response to Final Office Action
Docket No. 20050533-US-NP

1      26.    (previously presented) The system of claim 19, wherein user
2  histories, user profiles, and proximal neighborhoods are determined for a first user
3  and at least one other user, and in which at least one of the user history, the user
4  profiles and the proximal neighborhoods form a combination.

1      27.    (previously presented) The system of claim 26, wherein the
2  combination comprises at least one of union, intersection, addition, and
3  subtraction.

1      28.    (previously presented) The system of claim 19, wherein a first user
2  history is associated with a first user and a second user history is associated with a
3  second user and the first user history is used by the second user.

1      29.    (previously presented) The system of claim 28, wherein a first user
2  proximal neighborhood is associated with the first user and a second user
3  proximal neighborhood is associated with the second user and the first user
4  proximal neighborhood is used by the second user.

1      30.    (previously presented) The system of claim 28, wherein a first user
2  profile is associated with the first user and a second user profile is associated with
3  the second user and the first user profile is used by the second user.

1      31.    (previously presented) The system of claim 19, wherein the linked
2  information elements comprise at least one of audio, video, and textual
3  information.

1      32.    (previously presented) The system of claim 19, in which the linked
2  information elements comprise linked documents.

1      33.    (previously presented) The system of claim 19, wherein the
2  proximal neighborhood comprises at least one of audio, video, and textual
3  information.

Response to Final Office Action
Docket No. 20050533-US-NP

1       34.     (previously presented) The system of claim 19, wherein the search
2  results are ordered based on the user keywords relevant to the access patterns in
3  the user history.

1       35.     (previously presented) The system of claim 19, wherein the user
2  history is categorized.

1       36.     (previously presented) The system of claim 35, wherein the
2  categories comprise at least one of tasks, projects, and organizations.

1       37.     (canceled).

1       38.     (canceled).

Response to Final Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-36 are pending.  Claims 1 and 19 have been amended and remain in the application.  Claims 37 and 38 have been canceled.  No new matter has been entered.

5          Claims 1 and 19 stand subject to objection for informalities.  Claims 1 and 19 have been amended.  No new matter has been entered.  Support for the amendments can be found in the specification, for example, in paragraph [0035]. Withdrawal of the objection is requested.

### Rejections under 35 U.S.C. § 102(e) over Lawrence

10          Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent Application Publication No. US 2005/0071328, to Lawrence.  Applicant traverses.

A claim is anticipated under 35 U.S.C. § 102(e) only if each and every element as set forth in the claim is found, either expressly or inherently described,
15  in a single prior art reference.  MPEP 2131.  The Lawrence publication fails to teach or suggest each and every claim element and fails to anticipate Claims 1-9, 13-27, and 31-36.

Lawrence discloses a system and method for creating a user profile, which is used to order search results returned by a search engine (Abstract).  The user
20  profile includes previous search queries, the user's activities, sampled content, category information, and the user's personal information (paragraphs [0031]-[0036]).  A search query is received from the user, and a list of documents that match the search query is identified.  Each document in the list is given a generic score based on a document page rank and the search query (paragraph [0073]).
25  The documents are then analyzed with respect to the user's profile to create a profile score.  A personalized rank based on the document's generic and profile scores is used to order the documents for presenting to the user (paragraph [0074]).

- 8 -

Response to Final Office Action
Docket No. 20050533-US-NP

Claims 1 and 19 have been amended.  Claim 1 now recites searching the unseen linked information elements in the proximal-neighborhood using the query.  Amended Claim 19 now recites a search circuit that searches the unseen linked information elements in the proximal neighborhood using the query.  No

5     new matter has been entered. Support for the amendments can be found in the specification, for example, in paragraph [0035].  Such limitations are neither taught nor suggested by Lawrence.

The claim amendments should not necessitate a new ground of rejection based on prior art not of record, as each of the limitations in the claim

10    amendments were already considered and examined in the first Office action. *See* MPEP 706.07(a) ("A second or any subsequent action on the merits in any application or patent involved in reexamination proceedings <u>should not be made final</u> if it includes a rejection, on prior art not of record, of any claim amended to include limitations which should reasonably have been expected to be claimed"

15    (emphasis added)).

In contrast, Lawrence teaches ordering search results in response to a user query (paragraph [0028]).  In one version, the user's search query is submitted to a content server and the resulting documents are assigned a generic score (paragraph [0073]). The documents are also assigned a profile score based on a

20    user profile (paragraph [0074]), which includes previous search queries, anchor text, general information, the user's activities, sampled content, category information, and the user's personal information (paragraphs [0031]-[0036]). The documents are then ordered based on a personalized score that is a function of the generic and profile scores (paragraph [0074]).  Alternatively, the search query is

25    adjusted by the user profile so that the content server will return selected documents that have already been ordered (paragraph [0076]).  In either case, the search query is carried out on the entire corpus of unrelated documents stored on a content server and the results are then reordered based on the user profile, rather than searching the unseen linked information elements in the proximal

30    neighborhood using the query, per Claims 1 and 19.  Thus, Lawrence teaches

- 9 -

Response to Final Office Action
Docket No. 20050533-US-NP

searching documents or an index of documents stored on a content server that are
themselves unrelated to previous activities of the user (paragraphs [0029] and
[0073]).  The user profile, including any linked documents, is used to weigh
search results for ordering and is not used as a substrate of the search.

5          Therefore, Lawrence fails to teach or suggest all the claim limitations and
does not anticipate Claims 1 and 19.  Claims 2-9 and 13-18 are dependent upon
Claim 1 and are patentable for the above-stated reasons, and as further
distinguished by the limitations therein.  Claims 20-27 and 31-36 are dependent
upon Claim 19 and are patentable for the above-stated reasons, and as further
10        distinguished by the limitations therein.  Withdrawal of the rejection under 35
U.S.C. § 102(e) is respectfully requested.

**Rejections under 35 U.S.C. § 103(a) over Lawrence, in view of Linden**

          Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being
obvious over Lawrence and further in view of U.S. Patent Application Publication
15        No. 2005/0102282, to Linden.  Applicant traverses.

          The examiner bears the initial burden of factually supporting any *prima
facie* conclusion of obviousness, which includes a clear articulation of the reasons
or rationale why the claimed invention would have been obvious.  MPEP 2142.
Exemplary rationales to support a conclusion of obviousness are listed in MPEP
20        2143, although the list is not all-inclusive.

          Claims 10-12 and 28-30 appear to be rejected under the rationale outlining
combining prior art elements according to known methods to yield predicable
results, which includes *inter alia* "a finding that the prior art included each
element claimed, although not necessarily in a single prior art reference, with the
25        only difference between the claimed invention and the prior art being the lack of
actual combination of the elements in a single prior art reference."  MPEP
2143(A).  If any of the findings cannot be made, this rationale cannot be used to
support a conclusion that the claim would have been obvious.  *Id.*

          Linden discloses a method for providing personalized search results

- 10 -

Response to Final Office Action
Docket No. 20050533-US-NP

(Abstract). Search results returned to a user are modified based on the user's
previous search results, the user's previous viewed items, and items viewed by
other users using similar search queries (paragraphs [0025], [0032], and [0038]).
Combining Lawrence and Linden further limits ordering of search results based

5      on previous user activities and personal information, as taught by Lawrence, by
introducing the use of other user's search activities in the ordering of search
results, as taught by Linden.  Thus, further limiting Lawrence does not anticipate
nor render obvious independent Claims 1 and 19, as discussed above, or the
claims depending therefrom.

10          Accordingly, a *prima facie* case of obviousness has not been shown with
respect to independent Claims 1 and 19.  A similar conclusion would adhere
under the other exemplary rationales in the *KSR* Guidelines to fail to demonstrate
obviousness.  MPEP 2143.  Claims 10-12 are dependent on Claim 1 and are
patentable for the above-stated reasons, and as further distinguished by the

15     limitations therein.  Claims 28-30 are dependent on Claim 19 and are patentable
for the above-stated reasons, and as further distinguished by the limitations
therein.  Withdrawal of rejection under 35 U.S.C. § 103(a) is respectfully
requested.

            The prior art made of record and not relied upon has been reviewed by the

20     applicant and is considered to be no more pertinent than the prior art references
already applied.

            Claims 1-36 are believed to be in condition for allowance.  Entry of the
foregoing amendments is requested.  Reconsideration of claims and a Notice of
Allowance are earnestly solicited.  Please contact the undersigned at (206) 381-

25     3900 regarding any questions or concerns associated with the present matter.

Response to Final Office Action
Docket No. 20050533-US-NP

Respectfully submitted,

Dated:  July 14, 2008                    By: _____

5                                             Scott E. Smith, Esq.
                                              Reg. No. 61,721

     Cascadia Intellectual Property
     500 Union Street, Suite 1005          Telephone: (206) 381-3900
10   Seattle, WA 98101                     Facsimile: (206) 381-3999

     Final OA Resp

                                   - 12 -

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3614387 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Scott E. Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 14-JUL-2008 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 19:13:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | RespFinalOA.pdf | 428298 <br> 2d0007576609a10c9eb528fd7584bfe8 b6574dbd | yes | 12 |

**Multipart  Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment After Final | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 12 |

| Warnings: |
|---|

| Information: |
|---|

| Total Files Size (in bytes): | 428298 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/200,557 | Filing Date 08/09/2005 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | (Column 1) | (Column 2) | | | | |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | | | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | (Column 1) | (Column 2) | (Column 3) | | | | |
| AMENDMENT | 07/14/2008 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 36 | Minus ** 38 | = 0 | X $ = | | OR X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus ***4 | = 0 | X $ = | | OR X $210= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/PAMELA YOUNG/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP | 4211 |

35700          7590          05/14/2008
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 05/14/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Office Action Summary*** | 11/200,557 | CHI ET AL. | |
| | Examiner | Art Unit | |
| | JOSHUA BULLOCK | 2162 | |

| -- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address --* |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on <u>05 February 2008</u>.

2a)☒ This action is **FINAL**.       2b)☐ This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  Claim(s) <u>1-36</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  Claim(s) <u>1-36</u> is/are rejected.

7)☐  Claim(s) _____ is/are objected to.

8)☐  Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

    1.☐ Certified copies of the priority documents have been received.

    2.☐ Certified copies of the priority documents have been received in Application No. _____.

    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 11/200,557                                          Page 2
Art Unit: 2166

## DETAILED ACTION

1.      This action is in response to amendments, arguments, and remarks filed on

February 05, 2008, in which claims 1-36 are presented for further examination.

2.      Claims 1-36 have been amended.

3.      Claims 37-38 have been cancelled.

4.      Claims 1-36 are pending.

### *Claim Objections*

5.      Claims 1 & 19 are objected to because of the following informalities:  Claims 1 &

19 recited the limitation "determining a proximal neighborhood using the

keywords in the user profile comprising unseen linked information elements

within a threshold distance of the linked information elements in the user history".

It is unclear as to whether the "proximal neighborhood" comprises unseen linked

information or whether the "user profile" comprises unseen linked information.

For purposes of examination the claim will be interpreted as a "proximal

neighborhood" which comprises unseen linked information.  Appropriate

correction is required.

Application/Control Number: 11/200,557                                                    Page 3
Art Unit: 2166

*Response to Arguments*

6.      Applicant's arguments filed February 05, 2008 have been fully considered but they are not persuasive. See Examiner's response below.

7.      With respect to amended claims 1 & 19, applicant appears to assert that Lawrence does not teach or suggest "applying the query to the unseen linked information elements in the proximal neighborhood".  Examiner respectfully disagrees.  Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user.

8.      With respect to amended claims 1 & 19, applicant appears to assert that Lawrence does not teach or suggest "searching a proximal neighborhood for the query".  Examiner would like to point out to applicant that the limitations of claims 1 & 19 do not include the aforementioned recitation.


Hence, Applicant's arguments do not distinguish the claimed invention over the prior art of record.

In light of the forgoing arguments, the 35 U.S.C. 102 & 103 rejections are hereby sustained.

Application/Control Number: 11/200,557                                    Page 4

Art Unit: 2166

### *Claim Rejections - 35 USC § 102*

9.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

10.     Claims 1-9, 13-27, & 31-36 are rejected under 35 U.S.C. 102(e) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence.

In respect to Claim 1, Lawrence teaches:

-       **a method for personalized search comprising the steps of:**

        **receiving a query from a user; identifying the user** (Lawrence

        teaches [0001] the method of customizing or "personalizing" searches

        based upon queries submitted by a user.)

-       **retrieving a user history for the user comprising access patterns**

        **identifying linked information elements within an information**

        **repository** (Lawrence teaches [0009] "user history" from previous

        search queries, links to documents, and other information sources,

        wherein these sources are "information repositories".)

-       **identifying a user profile comprising keywords relevant to the**

        **access patterns in the user history** (Lawrence teaches [0009] a user

Application/Control Number: 11/200,557                                        Page 5
Art Unit: 2166

profile comprised of multiple items that characterize a user's

preference.)

-     **determining a proximal neighborhood using the keywords in the
      user profile comprising unseen linked information elements within
      a threshold distance of the linked information elements in the user
      history** (Proximal neighborhoods are linked documents in the user's

      history.  Lawrence teaches [0009] links to documents from previous user

      submissions, wherein these documents represent a proximal

      neighborhood.)

-     **applying the query to the unseen linked information elements in the
      proximal neighborhood** (Lawrence teaches [0001] generation of

      results for customized or "personalized" searches.)

-     Lawrence teaches [0031-0032] links within a group of linked documents

      which are in association with a user query, wherein these linked

      documents are not seen by a user until they are selected by the user.

As per Claim 2, Lawrence teaches:

-     **the proximal neighborhood is determined by applying crawling
      strategy** (Crawling parameters are threshold link distances of

      documents in a user's history.  Lawrence teaches [0051] use of link

      distances to determine relevancy of documents in user history.)

Application/Control Number: 11/200,557                                      Page 6
Art Unit: 2166

As per Claim 3, Lawrence teaches:

- **the crawling strategy comprises at least one of a link ranking function, a backlink function, and a breadth first search** (Lawrence teaches [0003] the PageRank function to determine relevance of search results.)

As per Claim 4, Lawrence teaches:

- **wherein a threshold link distance is set for the crawling strategy** (Crawling parameters are threshold link distances of documents in a user's history.  Lawrence teaches [0051] use of link distances to determine relevancy of documents in user history.)

As per Claim 5, Lawrence teaches:

- **wherein the user history comprises at least one of a web access log, a library manager, a web proxy server log, a browser history file, and a server access log** (Lawrence teaches [0003] user history from web pages, wherein this history is indicative of a browser history file.)

As per Claim 6, Lawrence teaches:

- **wherein the information repository comprises at least one of a website, a document repository, and a hard drive** (Lawrence teaches [0009] information of documents identified, wherein this is indicative of a document repository.)

Application/Control Number: 11/200,557                                    Page 7
Art Unit: 2166

As per Claim 7, Lawrence teaches:

-   **wherein the document repository comprises at least one of a digital library, a document management system, and a server** (Lawrence teaches [0012] a client-server environment, which is indicative of the document repository being present on a server.)

As per Claim 8, Lawrence teaches:

-   **wherein user histories, user profiles, and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods form a combination** (Lawrence teaches [0077] combination of user profiles for multiple users.)

As per Claim 9, Lawrence teaches:

-   **wherein the combination comprises at least one of union, intersection, addition, and subtraction** (Lawrence teaches [0077] combination of user profiles for multiple users, wherein combination is indicative of addition.)

As per Claim 13, Lawrence teaches:

-   **the linked information elements comprise of at least one of audio, video, and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

Application/Control Number: 11/200,557                                      Page 8
Art Unit: 2166

As per Claim 14, Lawrence teaches:

- **the linked information elements comprise linked documents**
  (Lawrence teaches [0051] linked information consists of linked
  documents.)

As per Claim 15, Lawrence teaches:

- **wherein the proximal neighborhood comprises at least one of
  audio, video, and textual information** (Lawrence teaches [0051] linked
  information consists of documents, wherein documents are comprised of
  textual information.)

As per Claim 16, Lawrence teaches:

- **wherein the search results are ordered based on keywords relevant
  to access patterns in the user history** (Lawrence teaches [0001]
  search results based on the user profile.)

As per Claim 17, Lawrence teaches:

- **the user history is categorized** (Lawrence teaches [0034]
  categorization of documents identified in the user's history.)

As per Claim 18, Lawrence teaches:

- **the categories comprise at least one of tasks, projects, and
  organizations** (Lawrence teaches [0048] that categorization can be of
  organizations, projects, or tasks.)

Application/Control Number: 11/200,557                                        Page 9
Art Unit: 2166

In respect to Claim 19, Lawrence teaches:

- **a system for personalized search comprising: a memory; an input/output circuit that receives a user query from a user; a processor that identifies the user** (Lawrence teaches [0001, FIG. 1] the method of customizing or "personalizing" searches based upon queries submitted by a user.)

- **a user history retrieval circuit that retrieves the user history for the user comprising access patterns identifying linked information elements within an information repository** (Lawrence teaches [0009] "user history" from previous search queries, links to documents, and other information sources, wherein these sources are "information repositories".)

- **a profile identification circuit that identifies a user profile comprising keywords relevant to access patterns in the user history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)

- **a proximal neighborhood determination circuit that determines a proximal neighborhood using the keywords in the user profile comprising unseen linked information elements within a threshold distance of the linked information elements in the user history** (Proximal neighborhoods are linked documents in the user's history. Lawrence teaches [0009] links to documents from previous user

Application/Control Number: 11/200,557                                    Page 10
Art Unit: 2166

> submissions, wherein these documents represent a proximal neighborhood.) (Crawling parameters are threshold link distances of documents in a user's history.  Lawrence teaches [0051] use of link distances to determine relevancy of documents in user history.)

- **a search circuit that applies the query to the unseen linked information elements in the proximal neighborhood** (Lawrence teaches [0001] generation of results for customized or "personalized" searches.) (Lawrence teaches [0010] ordering documents according to personalized ranks.)

- Lawrence teaches [0031-0032] links within a group of linked documents which are in association with a user query, wherein these linked documents are not seen by a user until they are selected by the user.

Claims 20-27 & 31-36 are the system claims corresponding to method claims 2-9 & 13-18 respectively thus are rejected based upon the same analysis noted in prior claim rejections, further Lawrence teaches [0028] a system for personalization of a search.

Application/Control Number: 11/200,557                                              Page 11
Art Unit: 2166

### *Claim Rejections - 35 USC § 103*

11.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

12.    Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence (US Publication No. 2005/0071328 A1), and further in view of

Linden (US Publication No. 2005/0102282 A1), hereinafter referred to as Linden.

As per Claim 10, Lawrence does not explicitly disclose:

-       **a first user history is associated with a first user and a second user**

        **history is associated with a second user and the first user history**

        **is used by the second user**

Linden teaches:

-       **a first user history is associated with a first user and a second user**

        **history is associated with a second user and the first user history**

        **is used by the second user** (Linden teaches [0038] using the history of

        other users to personalize search results of a first user.)

-       It would have been obvious to one of ordinary skill in the art at the time

        of the invention to utilize the teachings of Linden into the system of

        Lawrence.  One of ordinary skill in the art would be motivated to allow a

        first user to utilize the history of a second user to emphasize documents

        that otherwise would not be seen by the first user.  Further this method

Application/Control Number: 11/200,557                                      Page 12
Art Unit: 2166

provides finer granularity in personalizing search results, by reordering individual documents rather than entire classes of documents (Linden [0015 & 0018]).

As per Claim 11, Lawrence does not explicitly disclose:

- **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user**

Linden teaches:

- **a first user proximal neighborhood is associated with the first user and a second user proximal neighborhood is associated with the second user and the first user proximal neighborhood is used by the second user** (Proximal neighborhoods consist of documents in a user's search history.  Linden teaches [0038] using the proximal neighborhood or search history of other users to personalize search results of a first user.)

- Therefore, the limitations of claim 11 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.

As per Claim 12, Lawrence does not explicitly disclose:

- **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user**

Application/Control Number: 11/200,557                                      Page 13
Art Unit: 2166

Linden teaches:

-       **a first user profile is associated with the first user and a second user profile is associated with the second user and the first user profile is used by the second user** (User profiles are developed by determination of prior search history of a user.  Linden teaches [0038] using the history or "user profile" of other users to personalize search results of a first user.)

-       Therefore, the limitations of claim 12 are rejected in the analysis of claim 10 above, and the claim is rejected on that basis.

Claims 28-30 are the system claims corresponding to method claims 10-12 respectively, thus are rejected based upon the same analysis noted in prior claim rejections, further Lawrence teaches [0028] a system for personalization of a search.

13.     **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be

Application/Control Number: 11/200,557                                    Page 14
Art Unit: 2166

calculated from the mailing date of the advisory action.  In no event, however, will

the statutory period for reply expire later than SIX MONTHS from the mailing

date of this final action.

Application/Control Number: 11/200,557                                    Page 15
Art Unit: 2166

### *Conclusion*

14.    Any inquiry concerning this communication or earlier communications from the

examiner should be directed to JOSHUA BULLOCK whose telephone number is

(571)270-1395.  The examiner can normally be reached on 7:30am-5pm EST M-

F.  If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, John Breene can be reached on 571-272-4107.  The fax

phone number for the organization where this application or proceeding is

assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR

only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-

9199 (IN USA OR CANADA) or 571-272-1000.


/J. B. /
Examiner, Art Unit 2162
05/09/2008
/Joon H. Hwang/
for John Breene, SPE of Art Unit 2162

EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L2 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L3 | 315 | L1 and L2 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L4 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L5 | 188 | L3 and L4 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L6 | 379949 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L7 | 534 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L8 | 70240 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |

| L9 | 315 | L7 and L8 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
|---|---|---|---|---|---|---|
| L10 | 26253 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L11 | 188 | L9 and L10 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L12 | 167 | L6 and L11 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L13 | 89 | L12 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:50 |
| L14 | 11 | (chi-ed$.in. or gasparetti-fabio$.in.) and (palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2008/05/09 15:51 |
| S1 | 1 | "20060248059".pn. | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S2 | 1 | "20050071328".pn. | US-PGPUB | OR | ON | 2007/09/26 17:56 |
| S3 | 1 | "6473752".pn. | USPAT | OR | ON | 2007/09/26 17:56 |
| S4 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |
| S5 | 61410 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |

| S6 | 250 | S4 and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S7 | 22962 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S8 | 155 | S6 and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:51 |
| S9 | 548 | google$.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S10 | 1 | S8 and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S11 | 356015 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S12 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S13 | 61533 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S14 | 250 | S12 and S13 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |

| S15 | 23016 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S16 | 155 | S14 and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S17 | 136 | S11 and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:56 |
| S18 | 84 | S17 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:57 |
| S19 | 5678 | (chi-ed$.in. or gasparetti-fabio$. in. or palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 15:27 |
| S20 | 2 | proxim$3 adj match$3 adj scor $3 | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S21 | 3 | proxim$3 adj match$3 adj scor $3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:35 |
| S22 | 3656 | (breadth adj first) or (backlink or back adj link) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| S23 | 1 | S22 and S21 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |

| S24 | 607 | S22 and "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
|-----|-----|---------------------|------------------------------------------------------------|----|----|-------------------|
| S25 | 2   | "6285999".pn.       | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |

5/9/2008 3:55:44 PM
C:\ Documents and Settings\ JBullock\ My Documents\ EAST\ Workspaces\ 11,200,557.wsp

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | | | | | | | |
| | 1 | ✓ | ✓ | | | | | | | |
| | 2 | ✓ | ✓ | | | | | | | |
| | 3 | ✓ | ✓ | | | | | | | |
| | 4 | ✓ | ✓ | | | | | | | |
| | 5 | ✓ | ✓ | | | | | | | |
| | 6 | ✓ | ✓ | | | | | | | |
| | 7 | ✓ | ✓ | | | | | | | |
| | 8 | ✓ | ✓ | | | | | | | |
| | 9 | ✓ | ✓ | | | | | | | |
| | 10 | ✓ | ✓ | | | | | | | |
| | 11 | ✓ | ✓ | | | | | | | |
| | 12 | ✓ | ✓ | | | | | | | |
| | 13 | ✓ | ✓ | | | | | | | |
| | 14 | ✓ | ✓ | | | | | | | |
| | 15 | ✓ | ✓ | | | | | | | |
| | 16 | ✓ | ✓ | | | | | | | |
| | 17 | ✓ | ✓ | | | | | | | |
| | 18 | ✓ | ✓ | | | | | | | |
| | 19 | ✓ | ✓ | | | | | | | |
| | 20 | ✓ | ✓ | | | | | | | |
| | 21 | ✓ | ✓ | | | | | | | |
| | 22 | ✓ | ✓ | | | | | | | |
| | 23 | ✓ | ✓ | | | | | | | |
| | 24 | ✓ | ✓ | | | | | | | |
| | 25 | ✓ | ✓ | | | | | | | |
| | 26 | ✓ | ✓ | | | | | | | |
| | 27 | ✓ | ✓ | | | | | | | |
| | 28 | ✓ | ✓ | | | | | | | |
| | 29 | ✓ | ✓ | | | | | | | |
| | 30 | ✓ | ✓ | | | | | | | |
| | 31 | ✓ | ✓ | | | | | | | |
| | 32 | ✓ | ✓ | | | | | | | |
| | 33 | ✓ | ✓ | | | | | | | |
| | 34 | ✓ | ✓ | | | | | | | |
| | 35 | ✓ | ✓ | | | | | | | |
| | 36 | ✓ | ✓ | | | | | | | |

| *Index of Claims* | Application/Control No.<br><br>11200557 | Applicant(s)/Patent Under Reexamination<br><br>CHI ET AL. |
|---|---|---|
| | Examiner<br><br>Bullock, Joshua | Art Unit<br><br>2162 |

| | | | |
|---|---|---|---|
| ✓ | **Rejected** | - | **Cancelled** |
| = | **Allowed** | ÷ | **Restricted** |

| | | | |
|---|---|---|---|
| N | **Non-Elected** | A | **Appeal** |
| I | **Interference** | O | **Objected** |

| ☐ **Claims renumbered in the same order as presented by applicant** | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 | | | | |

| CLAIM | | DATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | 05/09/2008 | | | | | | | | |
| | 37 | ✓ | - | | | | | | | | |
| | 38 | ✓ | - | | | | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | **Examiner** | **Art Unit** |
| | Bullock, Joshua | 2162 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Updated search (EAST/GOOGLE SCHOLAR). | 05/09/2008 | JB |
| Updated inventor/assignee search (EAST/GOOGLE SCHOLAR). | 05/09/2008 | JB |
| NPL search (GOOGLE SCHOLAR). | 05/09/2008 | JB |
| Consulted with mentor (Joon Hwang). | 05/09/2008 | JB |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

Google Scholar BETA

Web   Images   Video   News   Maps   more »

ed chi "personalized search"        [ Search ]

Advanced Scholar Search
Scholar Preferences
Scholar Help

**Scholar** All articles - Recent articles   Results **1** - **10** of about **139** for ed chi "personalized search". (0.10 seconds)

[CITATION] **Personalized Search** on the World Wide Web
A Micarelli, F Gasparetti, F Sciarrone, S Gauch - The Adaptive Web: Methods and Strategies of Web …
Cited by 10 - Related Articles - Web Search - BL Direct

A **personalized search** engine based on web-snippet hierarchical clustering - all 10 versions »
P Ferragina, A Gulli - WWW, 2005 - doi.wiley.com
... DOI: 10.1002/spe.829 A **personalized search** engine based on Web-snippet ... Pract. Exper.
(in press) DOI: 10.1002/spe Page 3. SNAKET: A **PERSONALIZED SEARCH** ENGINE ...
Cited by 63 - Related Articles - Web Search - BL Direct

[PDF] Towards Pedagogy-Oriented Paper Recommendations and Adaptive Annotations for a Web-Based Learning
… - all 2 versions »
TY Tang, G McCalla - Knowledge Representation and Automated Reasoning for E- … - ftphost.uni-koblenz.de
... **Personalized Search**. ... 12: 1-35. 2001. [Woodruff et al., 2000] Allison Woodruff,
Rich Gossweiler, James Pitkow, **Ed Chi** and Stuart K. Card. ...
Cited by 5 - Related Articles - View as HTML - Web Search

Siteseer: personalized navigation for the Web
J Rucker, MJ Polanco - Communications of the ACM, 1997 - portal.acm.org
Google, Inc. (search), Subscribe (Full Service), Register (Limited Service,
Free), Login. Search: The ACM Digital Library The Guide. ...
Cited by 3 - Web Search

[CITATION] Improve Web Search Accuracy Using Personalized Prole
X Meng, Z Chen
Cited by 1 - Related Articles - Web Search

Discovery of related documents based on a proximal neighborhood measure - all 3 versions »
EH Chi, F Gasparetti - EP Patent 1,717,720, 2006 - freepatentsonline.com
... Inventors: **Chi**, **Ed** H. (143 Greenmeadow Way, Palo Alto, CA 94306, US) Gasparetti ... Claims:
1. A method for **personalized search** comprising the steps of: determining ...
Cached - Web Search

Aspects of Augmented Social Cognition: Social Information Foraging and Social Search - all 2 versions »
EH Chi, P Pirolli, SK Lam - LECTURE NOTES IN COMPUTER SCIENCE, 2007 - Springer
... 66 EH **Chi**, P. Pirolli, and SK Lam ... **Ed** and Fabio's profiles only overlapped with ... foraging
agents that build upon **personalized search** technology developed ...
Related Articles - Web Search - BL Direct

[PDF] Augmented Social Cognition
EH Chi, P Pirolli, B Suh, A Kittur, B Pendleton, T … - www-users.cs.umn.edu
... **Ed** H. **Chi**, Peter Pirolli ... in the development of, for example, information visualizations,
information foraging theory, **personalized search**, and information ...

Related Articles - View as HTML - Web Search

## Citation-Based Methods for **Personalized Search** in Digital Libraries

T Van, M Beigbeder - LECTURE NOTES IN COMPUTER SCIENCE, 2007 - Springer
**...** Tan, B., Zhai, C.: Implicit user modeling for **personalized search**. **...** In: Mar- shakova,
I. (**ed**.) Nauchno-Tekhnicheskaya **...** In: **CHI** 1997: Proceedings of the SIGCHI **...**

Related Articles - Web Search - BL Direct

## Capturing User Interests by Both Exploitation and Exploration

KC Sia, S Zhu, Y **Chi**, K Hino, BL Tseng - LECTURE NOTES IN COMPUTER SCIENCE, 2007 - Springer
**...** F., Cho, J.: Automatic identification of user interest for **personalized search**. **...**
(**ed**.) Progress in Statistics, vol **...** Sia, KC, Zhu, S., **Chi**, Y., Hino, K., Tseng, BL **...**

Related Articles - Web Search - BL Direct

**Key authors:** <u>G Salton</u> - <u>P Ferragina</u> - <u>W Frakes</u> - <u>T Joachims</u> - <u>A Gulli</u>



Result Page:   1 <u>2</u> <u>3</u> <u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>   **<u>Next</u>**

| ed chi "personalized search" | Search |
| --- | --- |

<u>Google Home</u> - <u>About Google</u> - <u>About Google Scholar</u>

©2008 Google



Web   Images   Video   News   Maps   **more »**

gasparetti fabio                                    [ Search ]

Advanced Scholar Search
Scholar Preferences
Scholar Help

**Scholar**   All articles - <u>Recent articles</u>          Results **1** - **10** of about **59** for **gasparetti fabio**. (0.06 seconds)

[CITATION] Personalized Search on the World Wide Web
A Micarelli, F **Gasparetti**, F Sciarrone, S Gauch - The Adaptive Web: Methods and Strategies of Web …
Cited by 10 - Related Articles - Web Search - BL Direct

<u>Adaptive Web Search Based on a Colony of Cooperative Distributed Agents</u> - all 6 versions »
F **Gasparetti**, A Micarelli - Cooperative Information Agents VII - Springer
The Web search of interesting information is a hard target, because it presents
peculiar features, in fact the Web is huge, complex and highly dynamic. Fur-
thermore, due to mirroring and aliasing, the resources can occur many …
Cited by 5 - Related Articles - Web Search - BL Direct

[PDF] <u>User profile generation based on a memory retrieval theory</u> - all 3 versions »
F **Gasparetti**, A Micarelli - Proc. 1st International Workshop on Web Personalization, …, 2005 - citeseer.comp.
nus.edu.sg
Page 1. USER PROFILE GENERATION BASED ON A MEMORY RETRIEVAL THEORY **Fabio
Gasparetti** Universit`a degli Studi Roma Tre Via della Vasca Navale, 79
I - 00146 Roma, Italy Email: gaspare@dia.uniroma3.it …
Cited by 4 - Related Articles - View as HTML - Web Search

[PDF] <u>Swarm Intelligence: Agents for Adaptive Web Search</u> - all 2 versions »
F **Gasparetti**, A Micarelli - Proceedings of the 16th European Conference on Artificial …, 2004 - dia.uniroma3.it
Search engines are the most conventional search tools Web users usu- ally
exploit to fulfil their information needs. Information Retrieval (IR) techniques
are employed to retrieve interesting documents from large file collections …
Cited by 3 - Related Articles - View as HTML - Web Search - BL Direct

[CITATION] Adaptive focused crawling
A Micarelli, F **Gasparetti** - The Adaptive Web: Methods and Strategies of Web …
Cited by 2 - Related Articles - Web Search - BL Direct

<u>Holmes: a prototype for the targeted search of information about hi-tech companies</u> - all 3 versions »
N Capuano, M Gaeta, F **Gasparetti**, A Micarelli - Second international workshop on Intelligent systems design
…, 2002 - portal.acm.org
A system prototype for intelligent agents is presented. The system, called
Holmes, is specialized in adaptive information filtering and searching of
interesting information on the Web. It allows for the execution of searches …
Related Articles - Web Search

<u>PERSONALIZED SEARCH BASED ON A MEMORY RETRIEVAL THEORY</u>
F **Gasparetti**, A Micarelli - International Journal of Pattern Recognition and Artificial …, 2007 - csa.com

PERSONALIZED SEARCH BASED ON A MEMORY RETRIEVAL THEORY. **Fabio Gasparetti**, Alessandro Micarelli International Journal of Pattern Recognition and Artificial Intelligence 21:22, 207-224, 3/2007. Personalization ...
Web Search - BL Direct

## Exploiting web browsing histories to identify user needs - all 2 versions »
F Gasparetti, A Micarelli - Proceedings of the 12th international conference on ..., 2007 - portal.acm.org
ABSTRACT Browsing activities are an important source of information to build profiles of the user interests and personalize the human- computer interaction during information seeking tasks. Vis- ited pages are easily collectible, ...
Related Articles - Web Search

## Intelligent Search on the Internet
A Micarelli, F Gasparetti, C Biancalana - LECTURE NOTES IN COMPUTER SCIENCE, 2006 - Springer
Abstract. The Web has grown from a simple hypertext system for re- search labs to an ubiquitous information system including virtually all human knowledge, eg, movies, images, music, documents, etc. The tra- ditional browsing activity ...
Related Articles - Web Search - BL Direct

## Discovery of related documents based on a proximal neighborhood measure - all 3 versions »
EH Chi, F Gasparetti - EP Patent 1,717,720, 2006 - freepatentsonline.com
Techniques are presented to provide personalized search results to a user. A user history optionally classified into projects or tasks is determined. A profile for the user is determined by identifying keywords, concepts or ...
Cached - Web Search

Key authors:  **F Gasparetti** - **A Micarelli** - **F Sciarrone** - **S Gauch** - **N Capuano**



Result Page:     1  2  3  4  5  6     **Next**

gasparetti fabio        [ Search ]

Google Home - About Google - About Google Scholar

©2008 Google

Request to Accept Petition for Extension of Time
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s):  Chi et al. | |
| Application No.:  11/200,557 | Group Art Unit:  2162 |
| Filed:  August 9, 2005 | Examiner: Joshua Bullock |
| Title:  Systems And Methods For Personalized Search | |
| Attorney Docket No.:  20050533-US-NP | |

## REQUEST TO ACCEPT PETITION FOR EXTENSION OF TIME

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

     Confirming our phone conversation today, please accept a Petition for Extension of Time Under 37 C.F.R. § 1.136(a) ("Petition") for the above-identified U.S. patent application. The Petition was inadvertently omitted at the time of EFS-Web filing of a Response to Office action dated October 5, 2007.

     Please contact the undersigned at (206) 381-3900 regarding any questions or concerns associated with the present matter.

Respectfully submitted,

Dated:  February 6, 2008                    By: _____

Scott E. Smith, Esq.
Reg. No. 61,721

Cascadia Intellectual Property
500 Union Street, Suite 1005
Seattle, WA 98101

Telephone: (206) 381-3900
Facsimile: (206) 381-3999

Rqst to Accept Ext of Time

PTO/SB/22 (12-04)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) FY 2005 *(Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).)* | Docket Number (Optional) **20050533-US-NP** |
|---|---|
| Application Number **11/200,557** | Filed **08/09/05** |

For **Systems And Methods For Personalized Search**

| Art Unit **2162** | Examiner **Joshua Bullock** |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee |  |
|---|---|---|---|---|
| X | One month (37 CFR 1.17(a)(1)) | $ 120 | $ 60 | $ 120.00 |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $ 450 | $ 225 | $_____ |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $ 1,020 | $ 510 | $_____ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $ 1,590 | $ 795 | $_____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $ 2,160 | $ 1,080 | $_____ |

☐ Applicant claims small entity status. See 37 CFR 1.27.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

X The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number  24-0037  . I have enclosed a duplicate copy of this sheet.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant/inventor.

☐ assignee of record of the entire interest. See 37 CFR 3.71.
   Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96).

X attorney or agent of record. Registration Number  61721

☐ attorney or agent under 37 CFR 1.34.
   Registration number if acting under 37 CFR 1.34 _____.

| _Scott G. S_ (signature) | February 5, 2008 |
|---|---|
| Signature | Date |
| Scott E. Smith | 206-381-3900 |
| Typed or printed name | Telephone Number |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

X Total of ____1____ forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Electronic Acknowledgement Receipt

| EFS ID: | 2824021 |
|---|---|
| Application Number: | 11200557 |
| International Application Number: | |
| Confirmation Number: | 4211 |
| Title of Invention: | Systems and methods for personalized search |
| First Named Inventor/Applicant Name: | Ed  Chi |
| Customer Number: | 35700 |
| Filer: | Scott E. Smith |
| Filer Authorized By: | |
| Attorney Docket Number: | 20050533-US-NP |
| Receipt Date: | 06-FEB-2008 |
| Filing Date: | 09-AUG-2005 |
| Time Stamp: | 17:31:13 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | RqstAcceptExtTime.pdf | 31085<br>fe162f622db3198a93cab85ce492edefd76c7d37 | no | 1 |

| Warnings: |
|---|
| Information: |

| 2 | Extension of Time | ExtTime.pdf | 60963 | no | 1 |
| | | | 4638b1acb4fd53a992494bd2402b9275f38e57c5 | | |

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 92048 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Response to Office Action
Docket No. 20050533-US-NP

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

|  |  |  |
|---|---|---|
| *In re* Application of | ) | |
| Chi et al. | ) | Group Art Unit: 2162 |
| | ) | |
| Serial No. 11/200,557 | ) | Examiner: |
| | ) | Joshua Bullock |
| Filed:  August 9, 2005 | ) | |
| | ) | |
| For:  Systems And Methods For Personalized | ) | |
| Search | ) | |

5

10

## <u>RESPONSE TO OFFICE ACTION</u>

15   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Examiner Bullock:

20

In response to the non-final Office Action mailed on October 5, 2007 for

the above-referenced patent application, please enter the following amendments

and remarks.

**Amendments to the Specification** begin on page 2 of this paper.

25   **Amendments to the Claims** are reflected in the listing of claims, which begins

on page 5 of this paper.

**Remarks** begin on page 11 of this paper.

- 1 -

Response to Office Action
Docket No. 20050533-US-NP

**Amendments to the Specification**

On page 6, paragraph 0033, please replace the existing paragraph with the
following substitute paragraph:

In step S4000, the proximal neighborhood is determined.  The proximal
5   neighborhood is based on a user history.  The proximal neighborhood reflects
linked but unseen documents that are within a threshold link distance of
documents already accessed by the user.  The links to documents already accessed
by the user indicate that the documents are likely to be topically related to the
interests of the user.  The user history includes transactions related to having
10   ~~world wide web~~ World Wide Web documents, accessing documents in a digital
library, retrieving documents via ftp, http, or the like, retrieving documents
through an internet portal and/or retrieving documents from any known or later
developed source of historical user transactions.  After the proximal neighborhood
has been determined, control continues to step S5000.

15   On page 7, paragraph 0038, please replace the existing paragraph with the
following substitute paragraph:

The crawling parameters are determined in step S4100. The crawling
parameters include, but are not limited to: how the proximal documents are
identified and how many links away a proximal document is from an accessed
20   document. For example, in a breadth first search environment, a value of 2
provides a good link threshold distance. Thus, linked documents that are within 2
links of an accessed document are included within the proximal neighborhood. It
will be apparent that other crawling parameters such as ~~the PageRank~~ a link
ranking function, the backlink ranking function, breadth-first search and/or any
25   known or later developed link ranking and/or ordering strategy may also be used
in the practice of this invention.

- 2 -

Response to Office Action
Docket No. 20050533-US-NP

On page 7, paragraph 0039, please replace the existing paragraph with the
following substitute paragraph:

In some embodiments, a closed set of documents is defined. The
documents in the closed set are linked or interconnected when the document is
5      added to the set or collection. In still other exemplary embodiments, the
interconnections between documents are not known. Thus, a crawler or other
retrieval mechanism is used to determine the documents in the world-wide-web
that are linked to the current document. The number of links to follow defines the
proximal neighborhood. Moreover, different types of crawling algorithms, such as
10     breadth first search, ~~PageRank,~~ link ranking, backlink and various other graph
search strategies may also be used to determine documents within the proximal
neighborhood. After determining the crawling parameters, control continues to
step S4200

On page 8, paragraph 0043, please replace the existing paragraph with the
15     following substitute paragraph:

Documents are added to the proximal neighborhood using the current
document as the starting point in step S4500.  Thus, if an open set of documents
such as the ~~world-wide-web~~ World Wide Web is specified, an optional crawler is
used to add linked but unseen documents based on the specified crawling
20     parameters.  The crawling parameters include, but are not limited to: a threshold
link distance, the type of link crawling strategy or the like.  If a closed document
set is specified, then the optional crawling is not required.  The unseen linked
documents within a threshold link distance of the current document are added to
the set of documents in the proximal neighborhood.  After the proximal
25     neighborhood has been determined, control continues to step S4600.

On page 19, paragraph 0086, please replace the existing paragraph with the
following substitute paragraph:

- 3 -

Response to Office Action
Docket No. 20050533-US-NP

The last row contains the values "9823",
"PROXY://SQUID1.YZA.ORG".  The history of the user access patterns within
the ~~world wide web~~ World Wide Web documents is stored within the SQUID1
web proxy server for organization "YZA". The web proxy user history
5   information is retrieved by the system for personalized search and used to create a
user profile.

On page 21, paragraph 0099, please replace the existing paragraph with
the following substitute paragraph:

It will be apparent that in various other exemplary embodiments according
10  to this invention, the term linked documents includes, textual, audio, video
documents, objects and/or other statically or dynamically linked information
items. It should also be apparent that in other exemplary embodiments, the
personalized search may be combined with a conventional search in various ways.
For example, a personal search for a query may combine a search across the
15  ~~word wide web~~ World Wide Web with a search across one or more proximal
neighborhoods. Newly discovered results from the proximal neighborhoods may
be displayed within, or adjacent to non-proximal search results from the larger
non proximal collection of documents

- 4 -

## Amendments to the Claims

This listing of claims will replace all prior versions, and listings, of claims in the
application:

## Listing of Claims:

1       1.     (currently amended): A method for personalized search comprising
2   the steps of:
3       ~~determining~~ receiving a ~~query;~~ query from a user;
4       ~~determining a~~ identifying the user;
5       ~~determining~~ retrieving a user history ~~of~~ for the user comprising access
6   patterns ~~within an information repository of~~ identifying linked information
7   ~~elements;~~ elements within an information repository;
8       ~~determining~~ identifying a user profile ~~based on~~ comprising keywords
9   relevant to the access patterns in the user history;
10       determining a proximal neighborhood ~~based on~~ using the keywords in the
11   user profile comprising unseen linked information elements within a threshold
12   distance of the linked information elements in the user history; and
13       ~~determining personalized search results based on~~ applying the ~~query, the~~
14   ~~user profile and~~ query to the unseen linked information elements in the proximal
15   neighborhood.

1       2.     (currently amended): The method of claim 1, ~~in which~~ wherein the
2   proximal neighborhood is determined ~~based on~~ by applying a crawling
3   ~~parameters.~~ strategy.

1       3.     (currently amended): The method of claim 2, ~~in which~~ wherein the
2   ~~crawling parameters specifies a~~ crawling strategy [[from]] comprises at least one
3   ~~of: the PageRank function; the~~ of a link ranking function, a backlink ~~function;~~
4   function, and a breadth first search.

Response to Office Action
Docket No. 20050533-US-NP

1      4.    (currently amended): The method of claim 2, ~~in which at least one~~
2  ~~of the crawling parameters is~~ <u>wherein</u> a threshold link ~~distance.~~ <u>distance is set for</u>
3  <u>the crawling strategy.</u>

1      5.    (currently amended): The method of claim 1, ~~in which~~ <u>wherein</u> the
2  user history ~~is from~~ <u>comprises</u> at least one [[of:]] <u>of</u> a web access [[log;]] <u>log,</u> a
3  library ~~manager;~~ <u>manager,</u> a web proxy server [[log;]] <u>log,</u> a browser history ~~file;~~
4  <u>file,</u> and a server access log.

1      6.    (currently amended): The method of claim 1, ~~in which~~ <u>wherein</u> the
2  information repository [[is]] <u>comprises</u> at least one [[of:]] <u>of</u> ~~the world wide web~~ <u>a</u>
3  <u>website,</u> a document repository<u>,</u> and a hard drive.

1      7.    (currently amended): The method of claim 6, ~~in which~~ <u>wherein</u> the
2  document repository [[is]] <u>comprises</u> at least one [[of:]] <u>of</u> a digital library, <u>a</u>
3  document management system, and a server.

1      8.    (currently amended): The method of claim 1, ~~in which~~ <u>wherein</u>
2  user histories, user ~~profiles~~ <u>profiles,</u> and proximal neighborhoods are determined
3  for a first user and at least one other user, and in which at least one of the user
4  history, the user profiles and the proximal neighborhoods ~~are combined.~~ <u>form a</u>
5  <u>combination.</u>

1      9.    (currently amended): The method of claim 8, ~~in which~~ <u>wherein</u> the
2  combination [[is]] <u>comprises</u> at least one [[of:]] <u>of</u> union, intersection, addition<u>,</u>
3  and subtraction.

1      10.    (currently amended): The method of claim 1, ~~in which~~ <u>wherein</u> a
2  first user history is associated with a first user and a second user history is
3  associated with a second user and the first user history is used by the second user.

1        11.    (currently amended): The method of claim 10, ~~in which~~ wherein a

2    first user proximal neighborhood is associated with [[a]] the first user and a

3    second user proximal neighborhood is associated with [[a]] the second user and

4    the first user proximal neighborhood is used by the second user.

1        12.    (currently amended): The method of claim 10, ~~in which~~ wherein a

2    first user profile is associated with [[a]] the first user and a second user profile is

3    associated with [[a]] the second user and the first user profile is used by the

4    second user.

1        13.    (currently amended): The method of claim 1, ~~in which~~ wherein the

2    linked information elements [[are]] ~~comprised of~~ comprise at least one [[of:]] of

3    audio, ~~video~~ video, and textual ~~information;~~ information.

1        14.    (currently amended): The method of claim 1, in which the linked

2    information elements [[are]] comprise linked documents.

1        15.    (currently amended): The method of claim 1, ~~are~~ wherein the

2    proximal neighborhood ~~comprised of~~ comprises at least one [[of:]] of audio, ~~video~~

3    video, and textual information.

1        16.    (currently amended): The method of claim 1, ~~in which~~ wherein the

2    search results are ordered based on the ~~user profile.~~ keywords relevant to the

3    access patterns in the user history.

1        17.    (currently amended): The method of claim 1, ~~in which~~ wherein the

2    user history is categorized.

1        18.    (currently amended): The method of claim 17, ~~in which~~ wherein

2    the categories ~~are based on~~ comprise at least one [[of:]] of tasks, projects, and

3    organizations.

1        19.    (currently amended): A system for personalized search comprising:

2      a memory;

3      an input/output circuit that receives a user ~~query;~~ query from a user;

4      a processor that ~~determines a relevant~~ identifies the user;

5      a user history ~~determination~~ retrieval circuit that ~~determines~~ retrieves the

6 user history for the user comprising access patterns ~~within a repository of~~

7 identifying linked information ~~elements;~~ elements within an information

8 repository;

9      a profile ~~determination~~ identification circuit that ~~determines~~ identifies a

10 user profile ~~descriptive of the linked information elements~~ comprising keywords

11 relevant to access patterns in the user history;

12      a proximal neighborhood determination circuit that determines a proximal

13 neighborhood [[of]] using the keywords in the user profile comprising unseen

14 linked information elements ~~from the repository linked to user history information~~

15 ~~element~~ within ~~at least~~ a threshold distance ~~metric;~~ of the linked information

16 elements in the user history; and

17      a search circuit that ~~searches~~ applies the query to the unseen linked

18 information elements in the proximal neighborhood. ~~for the query; and~~

19      ~~a ranking circuit that ranks the search results based on the user profile.~~

1      20.    (currently amended): The system of claim 19, ~~in which~~ wherein the

2 proximal neighborhood is determined ~~based on~~ by applying a crawling

3 ~~parameters.~~ strategy.

1      21.    (currently amended): The system of claim 20, ~~in which~~ wherein the

2 ~~crawling parameters specifies a~~ crawling strategy [[from]] comprises at least one

3 ~~of: the PageRank function; the~~ of a link ranking function, a backlink ~~function;~~

4 function, and a breadth first search.

1      22.    (currently amended): The system of claim 20, ~~in which at least one~~

2 ~~of the crawling parameters is~~ wherein a threshold link ~~distance.~~ distance is set for

3 the crawling strategy.

23. (currently amended): The system of claim 19, ~~in which~~ wherein the user history ~~is from~~ comprises at least one [[of:]] of a web access [[log;]] log, a library ~~manager;~~ manager, a web proxy server [[log;]] log, a browser history ~~file;~~ file, and a server access log.

24. (currently amended): The system of claim 19, ~~in which~~ wherein the information repository [[is]] comprises at least one [[of:]] of ~~the world wide web~~ a website, a document repository, and a hard drive.

25. (currently amended): The system of claim 24, ~~in which~~ wherein the document repository [[is]] comprises at least one [[of:]] of a digital library, a document management system, and a server.

26. (currently amended): The system of claim 19, ~~in which~~ wherein user histories, user ~~profiles~~ profiles, and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods ~~are combined.~~ form a combination.

27. (currently amended): The system of claim 26, ~~in which~~ wherein the combination [[is]] comprises at least one [[of:]] of union, intersection, ~~addition~~ addition, and subtraction.

28. (currently amended): The system of claim 19, ~~in which~~ wherein a first user history is associated with a first user and a second user history is associated with a second user and the first user history is used by the second user.

29. (currently amended): The system of claim 28, ~~in which~~ wherein a first user proximal neighborhood is associated with [[a]] the first user and a second user proximal neighborhood is associated with [[a]] the second user and the first user proximal neighborhood is used by the second user.

1       30.    (currently amended): The system of claim 28, ~~in which~~ wherein a
2    first user profile is associated with [[a]] the first user and a second user profile is
3    associated with [[a]] the second user and the first user profile is used by the
4    second user.

1       31.    (currently amended): The system of claim 19, ~~in which~~ wherein the
2    linked information elements [[are]] ~~comprised of~~ comprise at least one [[of:]] of
3    audio, ~~video~~ video, and textual ~~information;~~ information.

1       32.    (currently amended): The system of claim 19, in which the linked
2    information elements [[are]] comprise linked documents.

1       33.    (currently amended): The system of claim [[19]] 19, ~~are~~ wherein
2    the proximal neighborhood ~~comprised of~~ comprises at least one [[of:]] of audio,
3    ~~video~~ video, and textual information.

1       34.    (currently amended): The system of claim 19, ~~in which~~ wherein the
2    search results are ordered based on the user ~~user profile.~~ keywords relevant to the
3    access patterns in the user history.

1       35.    (currently amended): The system of claim 19, ~~in which~~ wherein the
2    user history is categorized.

1       36.    (currently amended): The system of claim 35, ~~in which~~ wherein the
2    categories ~~are based on~~ comprise at least one [[of:]] of tasks, projects, and
3    organizations.

1       37.    (canceled).

1       38.    (canceled).

Response to Office Action
Docket No. 20050533-US-NP

## REMARKS

Claims 1-38 are pending. Claims 1-36 have been amended and remain in the application. Claims 37 and 38 have been canceled. No new matter has been entered.

5       The specification stands objected for informalities. The specification has been amended. No new matter has been entered. Withdrawal of the objection is requested.

The specification stands objected for lack of antecedent basis. Claim 38 has been canceled. Withdrawal of the objection is requested.

10       Claims 6, 13, 15, 18, 24, 31, 33, and 36 stand objected for informalities. Claims 6, 13, 15, 18, 24, 31, 33, and 36 have been amended. Withdrawal of the objection is requested.

Claim 37 stands rejected under 35 U.S.C. § 101 as non-statutory. Claim 37 has been canceled. Withdrawal of the rejection is requested.

15       Claims 1-9, 13-27, and 31-36 stand rejected under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent Application Publication No. US 2005/0071328, to Lawrence. Applicant traverses.

A claim is anticipated under 35 U.S.C. § 102(e) only if each and every element as set forth in the claim is found, either expressly or inherently described,

20       in a single prior art reference. MPEP 2131. The Lawrence publication fails to teach or suggest each and every claim element and fails to anticipate Claims 1-9, 13-27, and 31-36.

Lawrence discloses a system and method for creating a user profile, which is used to order search results returned by a search engine (Abstract). The user

25       profile includes previous search queries, the user's activities, sampled content, category information, and the user's personal information (paragraphs [0031]-[0036]). A search query is received from the user, and a list of documents that match the search query is identified. Each document in the list is given a generic score based on a document page rank and the search query (paragraph [0073]).

30       The documents are then analyzed with respect to the user's profile to create a

- 11 -

Response to Office Action
Docket No. 20050533-US-NP

profile score. A personalized rank based on the document's generic and profile
scores is used to order the documents for presenting to the user (paragraph
[0074]).

      Lawrence teaches searching documents or an index of documents stored

5    on a content server that are unrelated to previous activities of the user (paragraphs
[0029] and [0073]). By way of background, the subject invention queries
documents placed into a proximal neighborhood (paragraph [0035]). A proximal
neighborhood is a set of documents that have not been seen by the user, but are
within a threshold link distance of previously accessed documents (paragraph

10   [0033]). Searching the proximal neighborhood allows the return of results which
are likely closely and topically related to the interests of the user since the
documents in the proximal neighborhood are linked to documents already
accessed by the user (paragraphs [0033], [0035], and [0062]). Thus, Lawrence
teaches searching *unrelated* documents located on a content server, rather than

15   searching a proximal neighborhood for the query, per Claims 1 and 19.

      Accordingly, Claim 1 recites determining a proximal neighborhood using
the keywords in the user profile comprising unseen linked information elements
*within a threshold distance* of the linked information elements in the user history
and applying the query to the unseen linked information elements in the proximal

20   neighborhood. Amended Claim 19 recites a proximal neighborhood determination
circuit that determines a proximal neighborhood using the keywords in the user
profile comprising unseen linked information elements *within a threshold
distance* of the linked information elements in the user history and a search circuit
that applies the query to the unseen linked information elements in the proximal

25   neighborhood. No new matter has been entered. Support for the amendments can
be found in the specification, for example, in paragraphs [0025]-[0026], [0032]-
[0033], and [0052]-[0057]. Such limitations are neither taught nor suggested by
Lawrence.

      Further, Lawrence teaches ordering search results in response to a user

30   query (paragraph [0028]). Documents that match the query are selected and

Response to Office Action
Docket No. 20050533-US-NP

assigned a generic score based on the document's page rank and the search query (paragraph [0073]). The selected documents are each assigned a profile score based on a user profile (paragraph [0074]), which includes previous search queries, anchor text, general information, the user's activities, sampled content,

5    category information, and the user's personal information (paragraphs [0031]-[0036]). The documents are then ordered based on a function of the generic and profile scores (paragraph [0074]). Thus, Lawrence teaches identifying documents and ranking the documents based on a user profile, rather than applying a query to unseen linked information elements in a proximal neighborhood, per Claims 1 and

10   19.

       Therefore, the Lawrence reference fails to teach or suggest all the claim limitations and does not anticipate Claims 1 and 19. Claims 2-9 and 13-18 are dependent upon Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 20-27 and 31-36 are

15   dependent upon Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of the rejection under 35 U.S.C. § 102(e) is respectfully requested.

       Claims 10-12 and 28-30 stand rejected under 35 U.S.C. § 103(a) as being obvious over Lawrence and further in view of U.S. Patent Application Publication

20   No. 2005/0102282, to Linden. Applicant traverses.

       Linden discloses a method for providing personalized search results (Abstract). Search results returned to a user are modified based on the user's previous search results, the user's previous viewed items, and items viewed by other users using similar search queries (paragraphs [0025], [0032], and [0038]).

25   Combining Lawrence and Linden further limits ordering of search results based on previous user activities and personal information, as taught by Lawrence, by introducing the use of other user's search activities in the ordering of search results, as taught by Linden.  Thus, further limiting Lawrence does not anticipate nor render obvious independent Claims 1 and 19, as discussed above, or the

30   claims depending therefrom.

- 13 -

Response to Office Action
Docket No. 20050533-US-NP

Claims 10-12 are dependent on Claim 1 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Claims 28-30 are dependent on Claim 19 and are patentable for the above-stated reasons, and as further distinguished by the limitations therein. Withdrawal of rejection under

5    35 U.S.C. § 103(a) is respectfully requested.

The prior art made of record and not relied upon has been reviewed by the applicant and is considered to be no more pertinent than the prior art references already applied.

Claims 1-36 are believed to be in condition for allowance. Entry of the

10    foregoing amendments is requested. Reconsideration of claims and a Notice of Allowance are earnestly solicited. Please contact the undersigned at (206) 381-3900 regarding any questions or concerns associated with the present matter.

Respectfully submitted,

15

Dated:  February 5, 2008        By: _Scott E. S_____

Scott E. Smith, Esq.
Reg. No. 61,721

20

Cascadia Intellectual Property
500 Union Street, Suite 1005        Telephone: (206) 381-3900
Seattle, WA 98101        Facsimile: (206) 381-3999

25

OA Resp

- 14 -

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11200557 |
| **Filing Date:** | 09-Aug-2005 |
| **Title of Invention:** | Systems and methods for personalized search |
| First Named Inventor/Applicant Name: | Ed Chi |
| **Filer:** | Scott E. Smith |
| **Attorney Docket Number:** | 20050533-US-NP |

Filed as Large Entity

## Utility    Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 1251 | 1 | 120 | 120 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **120** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2819107 |
| **Application Number:** | 11200557 |
| **International Application Number:** | |
| **Confirmation Number:** | 4211 |
| **Title of Invention:** | Systems and methods for personalized search |
| **First Named Inventor/Applicant Name:** | Ed  Chi |
| **Customer Number:** | 35700 |
| **Filer:** | Scott E. Smith |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 20050533-US-NP |
| **Receipt Date:** | 05-FEB-2008 |
| **Filing Date:** | 09-AUG-2005 |
| **Time Stamp:** | 19:51:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 120 |
| RAM confirmation Number | 3845 |
| Deposit Account | 240037 |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Amendment - After Non-Final Rejection | OAResp.pdf | 576243 | no | 14 |
| | | | 2b0788cee932233339dfb290a1db66a41cad8e2d | | |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8132 | no | 2 |
| | | | 9a2ee53a84758d7ed60169189f8bd9c6e306a505 | | |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 584375 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

| Application or Docket Number | Filing Date | |
|---|---|---|
| 11/200,557 | 08/09/2005 | ☐ To be Mailed |

## APPLICATION AS FILED – PART I

SMALL ENTITY ☐   OR   OTHER THAN SMALL ENTITY

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

OTHER THAN

SMALL ENTITY   OR   SMALL ENTITY

### AMENDMENT

| 02/05/2008 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * 36 | Minus | ** 38 | = 0 | X $ = | | OR | X $50= | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 4 | = 0 | X $ = | | OR | X $210= | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | **0** |

### AMENDMENT

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | OR | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | OR | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/LASHONNAH R. TYSON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP-311311 | 4211 |

35700          7590          10/05/2007
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

| EXAMINER |
|---|
| BULLOCK, JOSHUA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2162 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/05/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| | 11/200,557 | CHI ET AL. |
| **Office Action Summary** | Examiner | Art Unit |
| | Joshua Bullock | 2162 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>09 August 2005</u>.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-38* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-38* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on <u>09 August 2005</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
Paper No(s)/Mail Date *See Continuation Sheet*.

4)☐ Interview Summary (PTO-413)
Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

**Continuation Sheet (PTOL-326)**                                    **Application No.  11/200,557**

Continuation of Attachment(s) 3). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :08/09/2005, 10/16/2006, 04/09/2007.

Application/Control Number: 11/200,557                                    Page 2
Art Unit: 2162

## DETAILED ACTION

1.      Claims 1-38 are pending.


### *Information Disclosure Statement*

2.      The information disclosure statements (IDS) submitted on August 09, 2005,

October 16, 2006, & April 09, 2007, is in compliance with the provisions of 37 CFR 1.97.

Accordingly, the examiner is considering the information disclosure statement.


### *Specification*

3.      The disclosure is objected to because of the following informalities:  World Wide

Web should be capitalized throughout the specification (see 0035 & 0088).

Appropriate correction is required.

4.      The use of the trademark PageRank has been noted in this application.  It should

be capitalized wherever it appears and be accompanied by the generic terminology.

        Although the use of trademarks is permissible in patent applications, the

proprietary nature of the marks should be respected and every effort made to prevent

their use in any manner, which might adversely affect their validity as trademarks.

5.      The specification is objected to as failing to provide proper antecedent basis for

the claimed subject matter.  See 37 CFR 1.75(d)(1) and MPEP § 608.01(o).  Correction

of the following is required:  "Computer readable storage medium" is not recited in the

specification.

Application/Control Number: 11/200,557                                    Page 3
Art Unit: 2162

6.      The lengthy specification has not been checked to the extent necessary to

determine the presence of all possible minor errors.  Applicant's cooperation is

requested in correcting any errors of which applicant may become aware in the

specification.


*Claim Objections*

7.      Claims 6, 13, 15, 18, 24, 31, 33, & 36 are objected to because of the following

informalities:

A.      As per claims 6 & 24, "world wide web" should be capitalized.

B.      As per claims 13 & 31, the end of the sentence should be punctuated with a

period rather than a semicolon.

C.      As per claims 15 & 33; it is unclear as to what component of the method claims

are "comprised of at least one of:  audio, video and textual information", for purposes of

examination it will be assumed that these claims are intended to recite, "linked

information elements are comprised of at least one of:  audio, video and textual

information".

D.      As per claims 18 & 36, claims should be corrected grammatically to read "or

organizations".

8.      The use of the trademark PageRank has been noted in claims 3 & 21.  It should

be capitalized wherever it appears and be accompanied by the generic terminology.

Application/Control Number: 11/200,557                                    Page 4
Art Unit: 2162

Although the use of trademarks is permissible in patent applications, the

proprietary nature of the marks should be respected and every effort made to prevent

their use in any manner, which might adversely affect their validity as trademarks.

Appropriate correction is required.

### Claim Rejections - 35 USC § 101

9.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of
> matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the
> conditions and requirements of this title.

Claim 37 is rejected under 35 U.S.C. 101 because the claimed invention is directed to

non-statutory subject matter.

Claim 37 fails to place the invention squarely within one statutory class of invention.  A

carrier wave is a type of signal.  As such, the claim is drawn to a form of energy.

Energy is not one of the four categories of invention and therefore this claim(s) is/are

not statutory.  Energy is not a series of steps or acts and thus is not a process.  Energy

is not a physical article or object and as such is not a machine or manufacture.  Energy

is not a combination of substances and therefor not a composition of matter.

### Claim Rejections - 35 USC § 102

10.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by
> another filed in the United States before the invention by the applicant for patent or (2) a patent

Application/Control Number: 11/200,557                                    Page 5
Art Unit: 2162

> granted on an application for patent by another filed in the United States before the invention by the
> applicant for patent, except that an international application filed under the treaty defined in section
> 351(a) shall have the effects for purposes of this subsection of an application filed in the United States
> only if the international application designated the United States and was published under Article 21(2)
> of such treaty in the English language.

11.    Claims 1-9, 13-27, & 31-38 are rejected under 35 U.S.C. 102(e) as being

unpatentable over Lawrence (US Publication No. 2005/0071328 A1), hereinafter

referred to as Lawrence.

In respect to Claim 1, Lawrence teaches:

- **a method for personalized search comprising the steps of:**
  **determining a query; determining a user** (Lawrence teaches [0001]
  the method of customizing or "personalizing" searches based upon
  queries submitted by a user.)

- **determining a user history of access patterns within an information**
  **repository of linked information elements** (Lawrence teaches [0009]
  "user history" from previous search queries, links to documents, and
  other information sources, wherein these sources are "information
  repositories".)

- **determining a user profile based on the user history** (Lawrence
  teaches [0009] a user profile comprised of multiple items that
  characterize a user's preference.)

- **determining a proximal neighborhood based on the user history**
  (Proximal neighborhoods are linked documents in the user's history.
  Lawrence teaches [0009] links to documents from previous user

Application/Control Number: 11/200,557                                          Page 6
Art Unit: 2162

submissions, wherein these documents represent a proximal

neighborhood.)

- **determining personalized search results based on the query, the
user profile and the proximal neighborhood** (Lawrence teaches

[0001] generation of results for customized or "personalized" searches.)

As per Claim 2, Lawrence teaches:

- **the proximal neighborhood is determined based on crawling
parameters** (Crawling parameters are threshold link distances of

documents in a user's history.  Lawrence teaches [0051] use of link

distances to determine relevancy of documents in user history.)

As per Claim 3, Lawrence teaches:

- **the crawling parameters specifies a crawling strategy from at least
one of:  the PageRank function; the backlink function; and breadth

first search** (Lawrence teaches [0003] the PageRank function to

determine relevance of search results.)

As per Claim 4, Lawrence teaches:

- **at least one of the crawling parameters is a threshold link distance**

(Crawling parameters are threshold link distances of documents in a

user's history.  Lawrence teaches [0051] use of link distances to

determine relevancy of documents in user history.)

As per Claim 5, Lawrence teaches:

Application/Control Number: 11/200,557                                      Page 7

Art Unit: 2162

- **the user history is from at least one of: a web access log; a library
  manager; a web proxy server log; a browser history file; and a
  server access log** (Lawrence teaches [0003] user history from web
  pages, wherein this history is indicative of a browser history file.)

As per Claim 6, Lawrence teaches:

- **the information repository is at least one of:  the World Wide Web,
  a document repository and a hard drive** (Lawrence teaches [0009]
  information of documents identified, wherein this is indicative of a
  document repository.)

As per Claim 7, Lawrence teaches:

- **the document repository is at least one of:  a digital library,
  document management system, and a server** (Lawrence teaches
  [0012] a client-server environment, which is indicative of the document
  repository being present on a server.)

As per Claim 8, Lawrence teaches:

- **user histories, user profiles and proximal neighborhoods are
  determined for a first user and at least one other user, and in which
  at least one of the user history, the user profiles and the proximal
  neighborhoods are combined** (Lawrence teaches [0077] combination
  of user profiles for multiple users.)

As per Claim 9, Lawrence teaches:

Application/Control Number: 11/200,557                                             Page 8
Art Unit: 2162

- **the combination is at least one of:  union, intersection, addition and subtraction** (Lawrence teaches [0077] combination of user profiles for multiple users, wherein combination is indicative of addition.)

As per Claim 13, Lawrence teaches:

- **the linked information elements are comprised of at least one of: audio, video and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

As per Claim 14, Lawrence teaches:

- **the linked information elements are linked documents** (Lawrence teaches [0051] linked information consists of linked documents.)

As per Claim 15, Lawrence teaches:

- **comprised of at least one of: audio, video and textual information** (Lawrence teaches [0051] linked information consists of documents, wherein documents are comprised of textual information.)

As per Claim 16, Lawrence teaches:

- **the search results are ordered based on the user profile** (Lawrence teaches [0001] search results based on the user profile.)

As per Claim 17, Lawrence teaches:

- **the user history is categorized** (Lawrence teaches [0034] categorization of documents identified in the user's history.)

As per Claim 18, Lawrence teaches:

Application/Control Number: 11/200,557                                      Page 9
Art Unit: 2162

- **the categories are based on at least one of: tasks, projects,
   organizations** (Lawrence teaches [0048] that categorization can be of
   organizations, projects, or tasks.)

In respect to Claim 19, Lawrence teaches:

- **a system for personalized search comprising:  a memory; an
   input/output circuit that receives a user query; a processor that
   determines a relevant user** (Lawrence teaches [0001, FIG. 1] the
   method of customizing or "personalizing" searches based upon queries
   submitted by a user.)

- **a user history determination circuit that determines the user
   history within a repository of linked information elements**
   (Lawrence teaches [0009] "user history" from previous search queries,
   links to documents, and other information sources, wherein these
   sources are "information repositories".)

- **a profile determination circuit that determines a user profile
   descriptive of the linked information elements in the user history**
   (Lawrence teaches [0009] a user profile comprised of multiple items that
   characterize a user's preference.)

- **a proximal neighborhood determination circuit that determines a
   proximal neighborhood of unseen information elements from the
   repository linked to user history information element within at least
   a threshold distance metric** (Proximal neighborhoods are linked

Application/Control Number: 11/200,557                                    Page 10
Art Unit: 2162

> documents in the user's history.  Lawrence teaches [0009] links to
>
> documents from previous user submissions, wherein these documents
>
> represent a proximal neighborhood.) (Crawling parameters are threshold
>
> link distances of documents in a user's history.  Lawrence teaches
>
> [0051] use of link distances to determine relevancy of documents in user
>
> history.)

- **a search circuit that searches the information elements in the**
  **proximal neighborhood for the query; and a ranking circuit that**
  **ranks the search results based on the user profile** (Lawrence
  teaches [0001] generation of results for customized or "personalized"
  searches.) (Lawrence teaches [0010] ordering documents according to
  personalized ranks.)

Claims 20-27 & 31-36 are the system claims corresponding to method claims 2-9 & 13-
18 respectively, thus are rejected based upon the same analysis noted in prior claim
rejections.

In respect to Claim 37, Lawrence teaches:

- **a carrier wave encoded to transmit a control program, useable to**
  **program a computer to provide personalized search, to a device for**
  **executing the program, the control program comprising:**
  **instructions for determining a query; instructions for determining a**

Application/Control Number: 11/200,557                                        Page 11
Art Unit: 2162

> **user** (Lawrence teaches [0001, FIG. 1] the method of customizing or "personalizing" searches based upon queries submitted by a user.)
>
> - **instructions for determining a user history of access patterns within an information repository of linked information elements** (Lawrence teaches [0009] "user history" from previous search queries, links to documents, and other information sources, wherein these sources are "information repositories".)
>
> - **instructions for determining a user profile based on the user history** (Lawrence teaches [0009] a user profile comprised of multiple items that characterize a user's preference.)
>
> - **instructions for determining a proximal neighborhood based on the user history** (Proximal neighborhoods are linked documents in the user's history. Lawrence teaches [0009] links to documents from previous user submissions, wherein these documents represent a proximal neighborhood.)
>
> - **instructions for determining personalized search results based on the query, the user profile and the proximal neighborhood** (Lawrence teaches [0001] generation of results for customized or "personalized" searches.)

In respect to Claim 38, Lawrence teaches:

> - **a computer readable storage medium comprising computer readable program code embodied on the computer readable**

Application/Control Number: 11/200,557                                    Page 12
Art Unit: 2162

**storage medium, the computer readable program code useable to**

**program a computer to provide personalized search comprising the**

**steps of: determining a query; determining a user** (Lawrence

teaches [0001, FIG. 1] the method of customizing or "personalizing"

searches based upon queries submitted by a user.)

-      **determining a user history of access patterns within an information**

**repository of linked information elements** (Lawrence teaches [0009]

"user history" from previous search queries, links to documents, and

other information sources, wherein these sources are "information

repositories".)

-      **determining a user profile based on the user history** (Lawrence

teaches [0009] a user profile comprised of multiple items that

characterize a user's preference.)

-      **determining a proximal neighborhood based on the user history**

(Proximal neighborhoods are linked documents in the user's history.

Lawrence teaches [0009] links to documents from previous user

submissions, wherein these documents represent a proximal

neighborhood.)

-      **determining personalized search results based on the query, the**

**user profile and the proximal neighborhood** (Lawrence teaches

[0001] generation of results for customized or "personalized" searches.)

Application/Control Number: 11/200,557                                    Page 13
Art Unit: 2162

### *Claim Rejections - 35 USC § 103*

12.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

13.    Claims 10-12 & 28-30 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Lawrence (US Publication No. 2005/0071328 A1), and further in view of Linden

(US Publication No. 2005/0102282 A1), hereinafter referred to as Linden.

As per Claim 10, Lawrence does not explicitly disclose:

-    **a first user history is associated with a first user and a second user**

     **history is associated with a second user and the first user history**

     **is used by the second user**

Linden teaches:

-    **a first user history is associated with a first user and a second user**

     **history is associated with a second user and the first user history**

     **is used by the second user** (Linden teaches [0038] using the history of

     other users to personalize search results of a first user.)

-    It would have been obvious to one of ordinary skill in the art at the time

     of the invention to utilize the teachings of Linden into the system of

     Lawrence.  One of ordinary skill in the art would be motivated to allow a

     first user to utilize the history of a second user to emphasize documents

     that otherwise would not be seen by the first user.  Further this method

Application/Control Number: 11/200,557                                    Page 14
Art Unit: 2162

provides finer granularity in personalizing search results, by reordering

individual documents rather than entire classes of documents (Linden

[0015 & 0018]).

As per Claim 11, Lawrence does not explicitly disclose:

- **a first user proximal neighborhood is associated with a first user**
  **and a second user proximal neighborhood is associated with a**
  **second user and the first user proximal neighborhood is used by**
  **the second user**

Linden teaches:

- **a first user proximal neighborhood is associated with a first user**
  **and a second user proximal neighborhood is associated with a**
  **second user and the first user proximal neighborhood is used by**
  **the second user** (Proximal neighborhoods consist of documents in a

  user's search history.  Linden teaches [0038] using the proximal

  neighborhood or search history of other users to personalize search

  results of a first user.)

- It would have been obvious to one of ordinary skill in the art at the time

  of the invention to utilize the teachings of Linden into the system of

  Lawrence.  One of ordinary skill in the art would be motivated to allow a

  first user to utilize the history of a second user to emphasize documents

  that otherwise would not be seen by the first user.  Further this method

  provides finer granularity in personalizing search results, by reordering

Application/Control Number: 11/200,557                                      Page 15
Art Unit: 2162

individual documents rather than entire classes of documents (Linden
[0015 & 0018]).

As per Claim 12, Lawrence does not explicitly disclose:

- **a first user profile is associated with a first user and a second user
  profile is associated with a second user and the first user profile is
  used by the second user**

Linden teaches:

- **a first user profile is associated with a first user and a second user
  profile is associated with a second user and the first user profile is
  used by the second user** (User profiles are developed by
  determination of prior search history of a user.  Linden teaches [0038]
  using the history or "user profile" of other users to personalize search
  results of a first user.)

- It would have been obvious to one of ordinary skill in the art at the time
  of the invention to utilize the teachings of Linden into the system of
  Lawrence.  One of ordinary skill in the art would be motivated to allow a
  first user to utilize the history of a second user to emphasize documents
  that otherwise would not be seen by the first user.  Further this method
  provides finer granularity in personalizing search results, by reordering
  individual documents rather than entire classes of documents (Linden
  [0015 & 0018]).

Application/Control Number: 11/200,557                                          Page 16

Art Unit: 2162

Claims 28-30 are the system claims corresponding to method claims 10-12 respectively,

thus are rejected based upon the same analysis noted in prior claim rejections.

Application/Control Number: 11/200,557                                    Page 17
Art Unit: 2162

## *Conclusion*

14.     Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Joshua Bullock whose telephone number is 571-270-

1395.  The examiner can normally be reached on 7:30am-5pm EST M-F.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, John Breene can be reached on 571-272-4107.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Joshua Bullock
Patent Examiner
A.U. 2162
09/27/2007

JOHN BREENE
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

PTO/SB/08B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | ~~NEW US APPLICATION~~ 11/200,557 |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | ~~NOT YET ASSIGNED~~ 2162 |
| Examiner Name | ~~NOT YET ASSIGNED~~ Joshua Bullock |
| Attorney Docket Number | 2005053-US-NP-311311 |

| Sheet | 1 | of | 1 |
|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /JB/ | | CHAKRABARTI, S et al., "Distributed Hypertext Resource Discovery Through Exampes", in Proceedings of the 25th VLDB Conference, Edinburgh, Scotland, 1999. | |
| /JB/ | | DUMAIS, S. et al., "Stuff I've Seen: A System for Perosnal Information Retrieval and Re-Use", SIGIR '03 July 28 - August 1, 2003, Toronto, Canada. | |
| /JB/ | | CUTTING, D., "Free Search", downloaded from http://nutch.sourceforge.net/blog/cutting.html, on April 27, 2005. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 09/27/2007 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08A (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 11/200,557 |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | ~~2161~~ 2162 |
| Examiner Name | Joshua Bullock |
| Attorney Docket Number | 20050533-US-NP-311311 |

Sheet 1 of 2

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /JB/ | | US- 2005071328 | 03-31-2005 | Lawrence, S. | |
| /JB/ | | US- 6,473,752 | 10-29-2002 | Fleming III, H. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /JB/ | | EP 1 647 903 A1 | 04-19-2006 | Horvitz et al. | | |
| /JB/ | | EP 1 462 952 A1 | 09-29-2004 | Exalead | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 09/27/2007 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.
*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| | First Named Inventor | Ed CHI et al. |
| | Art Unit | ~~2161~~ 2162 |
| | Examiner Name | Joshua Bullock |
| Sheet 2 of 2 | Attorney Docket Number | 20050533-US-NP-311311 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^2$ |
|---|---|---|---|
| /JB/ | | **European Patent Office Search Report** | |
| /JB/ | | YOUNG_WOO SEO et al., "Learning user's preferences by analyzing web-browsing behaviours" In Proceedings of the 4th Annual Conference on Autonomous Agents, v. conf 3, June 3, 2000, pp. 381-387, New York, NY, Association for Computing Machinery. | |
| /JB/ | | HARMANDAS V et al., "Image retrieval by hypertext links", In Proceedings of the 20th Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, July 27-31, 1997, pp. 296-303, Philadelphia, PA, Association of Computing Machinery. | |
| /JB/ | | SCHECTER S et al., "Using path profiles to predict HTTP requests", Computer Networks and ISDN Systems, vol. 30, no. 1-7, April 1998, pp. 457-467, North Holland Publishing. Amsterdam, NL. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 09/27/2007 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, Washington, DC 20231.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

OIPE
APR 0 9 2007
PATENT & TRADEMARK OFFICE

PTO/SB/08B (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| | First Named Inventor | Ed CHI et al. |
| | Art Unit | ~~2165~~ 2162 |
| | Examiner Name | ~~JEFFREY A GAFFIN~~ Joshua Bullock |
| Sheet | 1 | of | 1 | Attorney Docket Number | 2005053-US-NP-311311 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^2$ |
|---|---|---|---|
| /JB/ | | CHO, J., et al., "Efficient Crawling Through URL Ordering", Computer Networks and ISDN Systems, 30(1-7):161-172, 1998. | |
| /JB/ | | CHAKRABARTI, S., et al. "Focused Crawling: a new approach to topic-specific Web resource discovery", Computer Networks, Vol. 31, No. 11-16, 1999, p. 1623-1640, Reed Elsevier, Netherlands. | |
| /JB/ | | RUSSELL, D., et al., "The Cost Structure of Sensemaking", Proceedings of the SIGCHI conference on Human factors in computing systems, Netherlands, April 24-29, 1993, p. 269 - 276, ACM Press, New York, NY. | |
| /JB/ | | SUGIYAMA, K., et al., "Adapative Web Search Based on User Profile Constructed Without Any Effort From Users", in Proceedings of the WWW 2004, May 17-22, 2004, ACM, New York, NY. | |
| /JB/ | | TEEVAN, J. et al., "Personalizing Search via Automated Analysis of Interests and Activities", Proceedings of the 28th annual international ACM SIGIR conference on Research and development in information retrieval, Salvador Brazil, 2005, p. 449-456, ACM Press, New York, NY. | |
| /JB/ | | PITKOW, J., et al., "Personalized Search", Communications of the ACM, Vol. 45, No. 9, 2002, ACM Press, New York, NY. | |
| /JB/ | | AGGARWAL, C., "Collaborative Crawling: Mining User Experiences for Topical Resource Discovery", iProceedings of the eighth ACM SIGKDD international conference on Knowledge discovery and data mining, Edmonton, Alberta, 2002, p. 423-428, ACM Press, New York, NY. | |
| /JB/ | | DAVISON, B., "Topical Locality in the Web", in Proceedings of the 23rd annual international ACM SIGIR conference on Research and development in information retrieval, Athens, Greece, July 24-28, 2000, p. 272-279, ACM Press, New York, NY. | |
| | | | |
| | | | |

| Examiner Signature | /Joshua Bullock/ | Date Considered | 09/27/2007 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

| *Notice of References Cited* | | Application/Control No. 11/200,557 | | Applicant(s)/Patent Under Reexamination CHI ET AL. | |
| --- | --- | --- | --- | --- | --- |
| | | Examiner Joshua Bullock | | Art Unit 2162 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
| --- | --- | --- | --- | --- | --- |
| * | A | US-6,285,999 B1 | 09-2001 | Page, Lawrence | 707/5 |
| * | B | US-6,687,696 B2 | 02-2004 | Hofmann et al. | 707/6 |
| * | C | US-2005/0071328 A1 | 03-2005 | Lawrence, Stephen R. | 707/003 |
| * | D | US-2005/0102282 A1 | 05-2005 | Linden, Greg | 707/003 |
| * | E | US-2005/0216434 A1 | 09-2005 | Haveliwala et al. | 707/001 |
| * | F | US-2005/0278317 A1 | 12-2005 | Gross et al. | 707/003 |
| * | G | US-2006/0074883 A1 | 04-2006 | Teevan et al. | 707/003 |
| * | H | US-2006/0112079 A1 | 05-2006 | Holt et al. | 707/003 |
| * | I | US-2006/0129533 A1 | 06-2006 | Purvis, Lisa S. | 707/003 |
| * | J | US-2006/0155751 A1 | 07-2006 | Geshwind et al. | 707/102 |
| * | K | US-2006/0200556 A1 | 09-2006 | Brave et al. | 709/224 |
| * | L | US-2006/0242135 A1 | 10-2006 | Weare, Christopher B. | 707/004 |
| * | M | US-7,257,577 B2 | 08-2007 | Fagin et al. | 707/7 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
| --- | --- | --- | --- | --- | --- | --- |
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
| --- | --- | --- |
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| | | | |
|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No.<br><br>11/200,557 | Applicant(s)/Patent Under Reexamination<br>CHI ET AL. | |
| | Examiner<br><br>Joshua Bullock | Art Unit<br><br>2162 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,260,573 B1 | 08-2007 | Jeh et al. | 707/7 |
| * | B | US-7,260,573 A1 | 08-2007 | Jeh et al. | 707/7 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 4211**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/200,557 | 08/09/2005 **RULE** | 707 | 2162 | 20050533-US-NP-311311 |

**APPLICANTS**
 Ed Chi, Palo Alto, CA;
 Fabio Gasparetti, Rome, ITALY;

** CONTINUING DATA *************************
 This appln claims benefit of 60/676,462 04/29/2005

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
 08/29/2005

| Foreign Priority claimed ☐ Yes ☑ No <br> 35 USC 119(a-d) conditions met ☐ Yes ☑ No <br> Verified and Acknowledged ___ Examiner's Signature ___ Initials ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| | CA | 14 | 38 | 4 |

**ADDRESS**

 CASCADIA INTELLECTUAL PROPERTY
 500 UNION STREET
 SUITE 1005
 SEATTLE, WA 98101
 UNITED STATES

**TITLE**
 Systems and methods for personalized search

| FILING FEE RECEIVED 2100 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | Bullock, Joshua | 2162 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |
| | 21 | ✓ | | | | | | | |
| | 22 | ✓ | | | | | | | |
| | 23 | ✓ | | | | | | | |
| | 24 | ✓ | | | | | | | |
| | 25 | ✓ | | | | | | | |
| | 26 | ✓ | | | | | | | |
| | 27 | ✓ | | | | | | | |
| | 28 | ✓ | | | | | | | |
| | 29 | ✓ | | | | | | | |
| | 30 | ✓ | | | | | | | |
| | 31 | ✓ | | | | | | | |
| | 32 | ✓ | | | | | | | |
| | 33 | ✓ | | | | | | | |
| | 34 | ✓ | | | | | | | |
| | 35 | ✓ | | | | | | | |
| | 36 | ✓ | | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | Bullock, Joshua | 2162 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 09/27/2007 | | | | | | | | |
| | 37 | ✓ | | | | | | | | |
| | 38 | ✓ | | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No. : 20070927

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11200557 | CHI ET AL. |
| | Examiner | Art Unit |
| | Bullock, Joshua | 2162 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| Search Notes | Date | Examiner |
| Requested and received PLUS search. | 09/27/2007 | JB |
| Conducted inventor/assignee search. (PALM, EAST) | 09/27/2007 | JB |
| Checked for double patenting. | 09/27/2007 | JB |
| Consulted with mentor (Joon Hwang). | 09/27/2007 | JB |
| Searched class 707 with text. | 09/27/2007 | JB |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 2 | proxim$3 adj match$3 adj scor$3 | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| L3 | 3 | proxim$3 adj match$3 adj scor$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:35 |
| L4 | 3656 | (breadth adj first) or (backlink or back adj link) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| L5 | 1 | l4 and l3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:36 |
| L6 | 607 | l4 and "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| L7 | 2 | "6285999".pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/10/01 08:42 |
| S1 | 1 | "20060248059".pn. | US-PGPUB | OR | ON | 2007/10/01 07:54 |
| S2 | 1 | "20050071328".pn. | US-PGPUB | OR | ON | 2007/09/26 17:56 |
| S3 | 1 | "6473752".pn. | USPAT | OR | ON | 2007/09/26 17:56 |
| S4 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |

# EAST Search History

| S5 | 61410 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:14 |
|---|---|---|---|---|---|---|
| S6 | 250 | S4 and S5 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S7 | 22962 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:15 |
| S8 | 155 | S6 and S7 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:51 |
| S9 | 548 | google$.as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S10 | 1 | S8 and S9 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/26 18:16 |
| S11 | 356015 | (rank$3 or scor$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |

# EAST Search History

| S12 | 452 | personal$5 adj search | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
|-----|-----|-----------------------|----------------------------------------------------------|-----|-----|-------------------|
| S13 | 61533 | "707".clas. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S14 | 250 | S12 and S13 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S15 | 23016 | user adj (profile or history) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S16 | 155 | S14 and S15 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:54 |
| S17 | 136 | S11 and S16 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:56 |
| S18 | 84 | S17 and (@ad<="20050429" or @pd<="20050429" or @prad<="20050429" or @rlad<="20050429") | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 10:57 |

# EAST Search History

| S19 | 5678 | (chi-ed$.in. or gasparetti-fabio$.in. or palo$.as.) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | ON | 2007/09/27 15:27 |
|-----|------|---|---|----|----|---|

PLUS Search Results for S/N 11200557, Searched Mon Sep 10 09:07:59 EDT 2007
The Patent Linguistics Utility System (PLUS) is a USPTO automated search system
for U.S. Patents from 1971 to the present PLUS is a query-by-example search system which
produces a list of patents that are most closely related linguistically to the application
searched. This search was prepared by the staff of the Scientific and Technical Information
Center, SIRA.

20070038634 83          6448043 50
20020143630 70
20060282409 63
6006197 62
6466975 62
20020169669 62
6105019 59
6292830 59
6920505 58
20020078230 58
5835905 55
5870737 55
5895470 55
5943670 55
6003027 55
6038566 55
6122647 55
6167409 55
6169992 55
6192380 55
6240423 55
6240424 55
6253188 55
6418448 55
6434556 55
20020105533 55
20070027839 55
6112240 54
5590175 54
5913160 54
20030164827 54
20070061300 53
20050033641 53
5809502 51
5832497 51
6067543 51
6073130 51
6125361 51
6173279 51
6240448 51
6470269 51
6674993 51
7162493 51
20020065857 51
20030014415 51
20050010860 51
20060167857 51
6403337 50
6424358 50



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS.
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP-311311 |

**CONFIRMATION NO. 4211**

52725
CHRISTIAN AUSTIN-HOLLANDS ESQ.
P.O. BOX 170325
SAN FRANCISCO, CA 94117

*OC000000025050396*

Date Mailed: 07/27/2007

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/24/2007.

- The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199
OFFICE COPY



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP-311311 |

**CONFIRMATION NO. 4211**

35700
CASCADIA INTELLECTUAL PROPERTY
500 UNION STREET
SUITE 1005
SEATTLE, WA 98101

*OC000000025050415*

Date Mailed: 07/27/2007

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/24/2007.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199
OFFICE COPY

07/24/2007  17:14     2063813999                    PATRICK JS INOUYE PS                    PAGE  01

## Cascadia Intellectual Property

500 Union Street, Ste 1005
Seattle, Washington 98101
Telephone: (206) 381-3900
Facsimile: (206) 381-3999

RECEIVED
CENTRAL FAX CENTER

JUL 2 4 2007

# Facsimile Transmittal

| To: | Examiner Jeffrey A. Gaffin | Fax: | (571) 273-8300 |
| Art Unit 2165 | | |

| From: | Patrick J.S. Inouye | Date: | July 24, 2007 |

| Re: | U.S. Patent Application Serial No. 11/200,557 | Pages: | _4_ (Including cover sheet) |

CC:

□ Urgent      □ For Review      □ Please Comment      □ Please Reply      □ Please Recycle

**Notes:** Regarding the above-identified U.S. Patent Application, please find attached hereto:

- USPTO Transmittal Form
- Revocation of Power of Attorney
- Statement Under 37 C.F.R. 3.73(b)

**Notice:** The information contained in this facsimile is privileged and confidential information protected by the attorney-client privilege and is intended only for the use of the above-named recipient. If you are not the intended recipient, or a person responsible for delivering this facsimile to the intended recipient, any distribution or copying is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile to the above-indicated address by mail.

07/24/2007  17:14     2063813999                    PATRICK JS INOUYE PS                    PAGE  02

PTO/SB/21 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paper Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **TRANSMITTAL FORM** | Application Number: 11/200,557 |
| | Filing Date: August 9, 2005 |
| | First Named Inventor: Ed Chi |
| (to be used for all correspondence after initial filing) | Art Unit: 2165 |
| | Examiner Name: Jeffrey A. Gaffin |
| Total Number of Pages in This Submission | Attorney Docket Number: 20050533-US-NP |

RECEIVED
CENTRAL FAX CENTER
JUL 24 2007

## ENCLOSURES  *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment / Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [x] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

Remarks

- [ ] After Allowance communication to (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):

Statement Under 37 CFR 3.73(b)

Facsimile Cover Sheet

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | | |
|---|---|---|---|
| Firm Name | Cascadia Intellectual Property | | |
| Signature | *[signature]* | | |
| Printed name | Patrick J.S. Inouye | | |
| Date | July 24, 2007 | Reg. No. | 40297 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| | | | |
|---|---|---|---|
| Signature | *Natalia Li-Chapman* | | |
| Typed or printed name | Natalia Li-Chapman | Date | July 24, 2007 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

07/24/2007  17:14    2063813999    PATRICK JS INOUYE PS    PAGE  03

PTO/SB/82 (01-06)
Approved for use through 12/31/2008. OMB 0651-0035
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **REVOCATION OF POWER OF ATTORNEY WITH NEW POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS** | Application Number: 11/200,557 |
| | Filing Date: August 9, 2005 |
| | First Named Inventor: Ed Chi |
| | Art Unit: 2165 |
| | Examiner Name: Jeffrey A. Gaffin |
| | Attorney Docket Number: 20050533-US-NP |

RECEIVED CENTRAL FAX CENTER

JUL 2 4 2007

I hereby revoke all previous powers of attorney given in the above-identified application.

[ ] A Power of Attorney is submitted herewith.

*OR*

[X] I hereby appoint the practitioners associated with the Customer Number:      **35700**

[X] Please change the correspondence address for the above-identified application to:

[X] The address associated with Customer Number:      **35700**

*OR*

| Firm or Individual Name | [ ] |
|---|---|
| Address | |
| City | | State | | Zip | |
| Country | |
| Telephone | | Email | |

I am the:

[ ] Applicant/Inventor.

[X] Assignee of record of the entire interest. See 37 CFR 3.71.
  Statement under 37 CFR 3.73(b) is enclosed. *(Form PTO/SB/96)*

**SIGNATURE of Applicant or Assignee of Record**

| | |
|---|---|
| Signature | *Nola Mae McBain* |
| Name | Nola Mae McBain |
| Date | 7/18/2007 | Telephone | 650-812-4264 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[ ] *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.36. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

07/24/2007   17:14        2063813999        PATRICK JS INOUYE PS        PAGE   04

PTO/SB/96 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

RECEIVED
CENTRAL FAX CENTER

JUL 2 4 2007

Applicant/Patent Owner: Palo Alto Research Center Incorporated

Application No./Patent No.: 11/200,557        Filed/Issue Date: 08/09/2005

Entitled: Systems And Methods For Personalized Search

Palo Alto Research Center Incorporated,        a    Corporation
(Name of Assignee)                                   (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest
       (The extent (by percentage) of its ownership interest is _____%)

in the patent application/patent identified above by virtue of either:

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded
       in the United States Patent and Trademark Office at Reel _016881____, Frame _0254_____, or for which a copy
       thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   2. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   3. From: _____  To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee
    was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.
    [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment
    Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP
    302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____          7/19/2007
Signature                                   Date

Nola Mae McBain                             650-812-4264
Printed or Typed Name                       Telephone Number

Associate General Patent Counsel
Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the
USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to
complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any
comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer,
U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED
FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

JFW

OIPE UPSTO
APR 0 9 2007
PATENT & TRADEMARK OFFICE

PTO/SB/21 (02-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 11/200,557 |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | 2165 |
| Examiner Name | JEFFREY A GAFFIN |
| Attorney Docket Number | 2005053-US-NP-311311 |

Total Number of Pages in This Submission   449 195

## ENCLOSURES   *(Check all that apply)*

☐ Fee Transmittal Form

   ☐ Fee Attached

☐ Amendment/Reply

   ☐ After Final

   ☐ Affidavits/declaration(s)

☐ Extension of Time Request

☐ Express Abandonment Request

☑ Information Disclosure Statement

☐ Certified Copy of Priority Document(s)

☐ Response to Missing Parts/ Incomplete Application

   ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

☐ Drawing(s)

☐ Licensing-related Papers

☐ Petition

☐ Petition to Convert to a Provisional Application

☐ Power of Attorney, Revocation Change of Correspondence Address

☐ Terminal Disclaimer

☐ Request for Refund

☐ CD, Number of CD(s) _____

**Remarks**
1 Information Disclosure Statement;
1 substitute PTO-1449;
8 non-Patent References; and
1 postcard receipt.

☐ After Allowance communication to Technology Center (TC)

☐ Appeal Communication to Board of Appeals and Interferences

☐ Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**

☐ Proprietary Information

☐ Status Letter

☑ Other Enclosure(s) (please Identify below):

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Christian Austin-Hollands |
|---|---|
| Signature | *[signature]* |
| Date | April 6, 2007 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Christian Austin-Hollands | | |
|---|---|---|---|
| Signature | *[signature]* | Date | April 6, 2007 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

APR 0 9 2007

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| Appl. No. | : | 11/200,557 |
|---|---|---|
| Applicants | : | Ed CHI et al. |
| Filed | : | August 9, 2005 |
| TC/A.U. | : | 2165 |
| Examiner | : | Jeffrey A. GAFFIN |
| Docket No. | : | 20050533-US-NP-311311 |
| Customer No. | : | 52725 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**INFORMATION DISCLOSURE STATEMENT**

Sir:

Pursuant to 37 C.F.R. 1.56, the attention of the Patent and Trademark Office is hereby directed to the reference(s) and information listed on the attached PTO-1449 Form. One legible copy of each is attached to the PTO-1449 Form, except for U.S. Patents, or published or FW (Image File Wrapper) available applications. It is respectfully submitted that the references and information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

☒      1.      This Information Disclosure Statement is being filed (a) within three months of the U.S. filing date of the above application (which is not a CPA),

Application No. 11/200,557
Filed: August 9, 2005

Docket No. 20050533-US-NP-311311

OR (b) before the mailing date of a first Office Action on the merits.  No certification or fee is required.

Respectfully submitted,

Christian Austin-Hollands
Registration No. 46,527

Date:  April 6, 2007

**CHRISTIAN AUSTIN-HOLLANDS**
**P.O. Box 170325**
**San Francisco, CA 94117**
**Telephone: (415) 762.9543**

DEPOSIT ACCOUNT USE
AUTHORIZATION
Please grant any extension
necessary for entry;
charge any fee due to
Deposit Account No. 24-0037

PTO/SB/08B (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 11/200,557 |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | 2165 |
| Examiner Name | JEFFREY A GAFFIN |
| Attorney Docket Number | 2005053-US-NP-311311 |

| Sheet | 1 | of | 1 | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | $T^2$ |
|---|---|---|---|
| | | CHO, J., et al., "Efficient Crawling Through URL Ordering", Computer Networks and ISDN Systems, 30(1-7):161-172, 1998. | |
| | | CHAKRABARTI, S., et al. "Focused Crawling: a new approach to topic-specific Web resource discovery", Computer Networks, Vol. 31, No. 11-16, 1999, p. 1623-1640, Reed Elsevier, Netherlands. | |
| | | RUSSELL, D., et al., "The Cost Structure of Sensemaking", Proceedings of the SIGCHI conference on Human factors in computing systems, Netherlands, April 24-29, 1993, p. 269 - 276, ACM Press, New York, NY. | |
| | | SUGIYAMA, K., et al., "Adapative Web Search Based on User Profile Constructed Without Any Effort From Users", in Proceedings of the WWW 2004, May 17-22, 2004, ACM, New York, NY. | |
| | | TEEVAN, J. et al., "Personalizing Search via Automated Analysis of Interests and Activities", Proceedings of the 28th annual international ACM SIGIR conference on Research and development in information retrieval, Salvador Brazil, 2005, p. 449-456, ACM Press, New York, NY. | |
| | | PITKOW, J., et al., "Personalized Search", Communications of the ACM, Vol. 45, No. 9, 2002, ACM Press, New York, NY. | |
| | | AGGARWAL, C., "Collaborative Crawling: Mining User Experiences for Topical Resource Discovery", iProceedings of the eighth ACM SIGKDD international conference on Knowledge discovery and data mining, Edmonton, Alberta, 2002, p. 423-428, ACM Press, New York, NY. | |
| | | DAVISON, B., "Topical Locality in the Web", in Proceedings of the 23rd annual international ACM SIGIR conference on Research and development in information retrieval, Athens, Greece, July 24-28, 2000, p. 272-279, ACM Press, New York, NY. | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 11/200,557 | 08/09/2005 | Ed Chi | 20050533-US-NP-311311 |

**CONFIRMATION NO. 4211**

52725
CHRISTIAN AUSTIN-HOLLANDS ESQ.
P.O. BOX 170325
SAN FRANCISCO, CA94117

**Title:** Systems and methods for personalized search

**Publication No.** US-2006-0248059-A1
**Publication Date:** 11/02/2006

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 703-305-3028.

_____

Pre-Grant Publication Division, 703-605-4283

PTO/SB/21 (02-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| | |
|---|---|
| **TRANSMITTAL FORM** | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| *(to be used for all correspondence after initial filing)* | First Named Inventor | Ed CHI et al. |
| | Art Unit | 2161 |
| | Examiner Name | |
| Total Number of Pages in This Submission: 9+refs | Attorney Docket Number | 2005053-US-NP-311311 |

## ENCLOSURES    *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Response to Missing Parts/ Incomplete Application
  - [ ] Response to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)

- [ ] After Allowance communication to Technology Center (TC)
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please Identify below):

**Remarks**
1 Information Disclosure Statement;
1 substitute PTO-1449;
2 Patent References;
3 non-Patent References
1 EPO Search Report; and
1 postcard receipt.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | Christian Austin-Hollands |
|---|---|
| Signature | *[signature]* |
| Date | October 10, 2006 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | Christian Austin-Hollands | | |
|---|---|---|---|
| Signature | *[signature]* | Date | October 10, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

OIPE
OCT 16 2006
PATENT & TRADEMARK OFFICE

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Appl. No. | : | 11/200,557 |
| Applicants | : | Ed CHI et al. |
| Filed | : | August 9, 2005 |
| TC/A.U. | : | 2161 |
| Examiner | : | |
| Docket No. | : | 20050533-US-NP-311311 |
| Customer No. | : | 52725 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**INFORMATION DISCLOSURE STATEMENT**

Sir:

Pursuant to 37 C.F.R. 1.56, the attention of the Patent and Trademark Office is hereby directed to the reference(s) and information listed on the attached PTO-1449 Form. One legible copy of each is attached to the PTO-1449 Form, except for U.S. Patents, or published or FW (Image File Wrapper) available applications. It is respectfully submitted that the references and information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

☒   1.   This Information Disclosure Statement is being filed (a) within three months of the U.S. filing date of the above application (which is not a CPA),

Application No. 11/200,557                              Docket No. 20050533-US-NP-311311
Filed: August 9, 2005

OR (b) before the mailing date of a first Office Action on the merits.  No certification or fee is required.

Respectfully submitted,

Christian Austin-Hollands
Registration No. 46,527

Date:  October 10, 2006

**CHRISTIAN AUSTIN-HOLLANDS**
**P.O. Box 170325**
**San Francisco, CA 94117**
**Telephone: (415) 762.9543**

| DEPOSIT ACCOUNT USE |
| --- |
| AUTHORIZATION |
| Please grant any extension |
| necessary for entry; |
| charge any fee due to |
| Deposit Account No. 24-0037 |

PTO/SB/08A (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
*(Use as many sheets as necessary)*

| | **Complete if Known** |
|---|---|
| Application Number | 11/200,557 |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | 2161 |
| Examiner Name | |
| Attorney Docket Number | 20050533-US-NP-311311 |

Sheet 1 of 2

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | US- 2005071328 | 03-31-2005 | Lawrence, S. | |
| | | US- 6,473,752 | 10-29-2002 | Fleming III, H. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | EP 1 647 903 A1 | 04-19-2006 | Horvitz et al. | | |
| | | EP 1 462 952 A1 | 09-29-2004 | Exalead | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, Washington, DC 20231.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 11/200,557 |
| | Filing Date | August 9, 2005 |
| | First Named Inventor | Ed CHI et al. |
| | Art Unit | 2161 |
| | Examiner Name | |
| Sheet 2 of 2 | Attorney Docket Number | 20050533-US-NP-311311 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | **European Patent Office Search Report** | |
| | | YOUNG_WOO SEO et al., "Learning user's preferences by analyzing web-browsing behaviours" In Proceedings of the 4th Annual Conference on Autonomous Agents, v. conf 3, June 3, 2000, pp. 381-387, New York, NY, Association for Computing Machinery, | |
| | | HARMANDAS V et al., "Image retrieval by hypertext links", In Proceedings of the 20th Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, July 27-31, 1997, pp. 296-303, Philadelphia, PA, Association of Computing Machinery. | |
| | | SCHECTER S et al., "Using path profiles to predict HTTP requests", Computer Networks and ISDN Systems, vol. 30, no. 1-7, April 1998, pp. 457-467, North Holland Publishing. Amsterdam, NL. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, Washington, DC 20231.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

EP 42010 (4)



(19)    Europäisches Patentamt
         European Patent Office
         Office européen des brevets

(11)    **EP 1 647 903 A1**

(12)                          **EUROPEAN PATENT APPLICATION**

(43) Date of publication:
     **19.04.2006  Bulletin 2006/16**

(51) Int Cl.:
     *G06F 17/30* (2006.01)

(21) Application number: 05108702.1

(22) Date of filing: **21.09.2005**

(84) Designated Contracting States:
     **AT BE BG CH CY CZ DE DK EE ES FI FR GB GR
     HU IE IS IT LI LT LU LV MC NL PL PT RO SE SI
     SK TR**
     Designated Extension States:
     **AL BA HR MK YU**

(30) Priority: **05.10.2004 US 958560**

(71) Applicant: **Microsoft Corporation
     Redmond WA 98052 (US)**

(72) Inventors:
     • **Horvitz, Eric J.
       Redmond,WA 98052 (US)**
     • **Teevan, Jaime Brooks
       Redmond, WA 98052 (US)**
     • **Dumais, Susan T.
       Redmond, WA 98052 (US)**

(74) Representative: **Grünecker, Kinkeldey,
     Stockmair & Schwanhäusser
     Anwaltssozietät
     Maximilianstrasse 58
     80538 München (DE)**

(54)    **Systems and methods for providing personalisation by means of search query and result
         refinement**

(57)    The present invention relates to systems and methods that employ user models to personalize generalized queries and/or search results according to information that is relevant to respective user characteristics. A system is provided that facilitates generating personalized searches of information. The system includes a user model to determine characteristics of a user. The user model may be assembled automatically via an analysis of a user's content, activities, and overall context. A personalization component automatically modifies queries and/or search results in view of the user model in order to personalize information searches for the user. A user interface receives the queries and displays the search results from one or more local and/or remote search engines, wherein the interface can be adjusted in a range from more personalized searches to more generalized searches.



FIG. 1

EP 1 647 903 A1

BEST AVAILABLE COPY

**EP 1 647 903 A1**

**Description**

TECHNICAL FIELD

5   **[0001]**   The present invention relates generally to computer systems and more particularly, the present invention relates to automatically refining and focusing search queries and/or results in accordance with a personalized user model.

BACKGROUND OF THE INVENTION

10   **[0002]**   Given the vast popularity of the World Wide Web and the Internet, users can acquire information relating to almost any topic from a large quantity of information sources. In order to find information, users generally apply various search engines to the task of information retrieval. Search engines allow users to find Web pages containing information or other material on the Internet that contain specific words or phrases. For instance, if they want to find information about George Washington, the first president of the United States, they can type in "George Washington first president",
15   click on a search button, and the search engine will return a list of Web pages that contain information about this famous president. If a more generalized search were conducted however, such as merely typing in the term "Washington," many more results would be returned such as relating to geographic regions or institutions associated with the same name.
   **[0003]**   There are many search engines on the Web. For instance, AllTheWeb, AskJeeves, Google, HotBot, Lycos, MSN Search, Teoma, Yahoo are just a few of many examples. Most of these engines provide at least two modes of
20   searching for information such as via their own catalog of sites that are organized by topic for users to browse through, or by performing a keyword search that is entered via a user interface portal at the browser. In general, a keyword search will find, to the best of a computer's ability, all the Web sites that have any information in them related to any key words and phrases that are specified. A search engine site will have a box for users to enter keywords into and a button to press to start the search. Many search engines have tips about how to use keywords to search effectively. The tips are
25   usually provided to help users more narrowly define search terms in order that extraneous or unrelated information is not returned to clutter the information retrieval process. Thus, manual narrowing of terms saves users a lot of time by helping to mitigate receiving several thousand sites to sort through when looking for specific information.
   **[0004]**   One problem with all searching techniques is the requirement of manual focusing or narrowing of search terms in order to generate desired results in a short amount of time. Another problem is that search engines operate the same
30   for all users regardless of different user needs and circumstances. Thus, if two users enter the same search query they get the same results, regardless of their interests, previous search history, computing context, or environmental context (e.g., location, machine being used, time of day, day of week). Unfortunately, modern searching processes are designed for receiving explicit commands with respect to searches rather than considering these other personalized factors that could offer insight into the user's actual or desired information retrieval goals.

35   SUMMARY OF THE INVENTION

   **[0005]**   The following presents a simplified summary of the invention in order to provide a basic understanding of some aspects of the invention. This summary is not an extensive overview of the invention. It is not intended to identify key/
40   critical elements of the invention or to delineate the scope of the invention. Its sole purpose is to present some concepts of the invention in a simplified form as a prelude to the more detailed description that is presented later.
   **[0006]**   The present invention relates to systems and methods that enhance information retrieval methods by employing user models that facilitate personalizing information searches to a user's characteristics by considering how the information pertains or is most relevant to respective users. The models can be combined with traditional search algorithms
45   to modify search queries and/or modify search results in order to automatically focus information retrieval methods to items or results that are more likely to be relevant to the user in view of the user's personal characteristics. Various techniques are provided for personalizing searches via the model by considering such aspects as the user's content (e.g., information stored on the user's computer), interests, expertise, and the specific context in which their information need (e.g., search query, computing events) arises to improve the user's search experience. This improvement can be
50   observed by providing users with more focused or filtered searches for items of interest, removing unrelated items, and/or re-ranking returned search results in terms of personalized preferences of the user.
   **[0007]**   The user models can be derived from a plurality of sources including rich indexes that consider past user events, previous client interactions, search or history logs, user profiles, demographic data, and/or based upon similarities to other users (e.g., collaborative filtering). Also, other techniques such as machine learning can be applied to monitor
55   user behavior over time to determine and/or refine the user models. The models can be combined with offline or online search methods (or combinations thereof) to modify search results to produce information retrieval outcomes that are most likely to be of interest to the respective user. Thus, the user models are employed to differentiate personalized searches from generalized searches in an automatic and efficient manner.

2

**EP 1 647 903 A1**

**[0008]**   In one specific example, a generalized search may include the term "weather." Since the model can determine that the user is from a particular city (e.g., from an e-mail account, saved documents listing the user's address, or by explicit or implicit specification of location), a personalized search can be automatically created (e.g., via automatic query and/or results modification) that returns weather related information relating to the user's current city. In a mobile situation, the context for the search may be different and thus the query and or results can be modified accordingly (e.g., search conducted from user's mobile computer with current context detected as being out of town from recent airline reservation or from a recent Instant Message with a friend). User interfaces can be provided that return personalized results and enable tuning of the personalized search algorithms from more generalized searching across a spectrum toward more personalized searching.

**[0009]**   To the accomplishment of the foregoing and related ends, certain illustrative aspects of the invention are described herein in connection with the following description and the annexed drawings. These aspects are indicative of various ways in which the invention may be practiced, all of which are intended to be covered by the present invention. Other advantages and novel features of the invention may become apparent from the following detailed description of the invention when considered in conjunction with the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

**[0010]**   Fig. 1 is a schematic block diagram illustrating an information retrieval architecture in accordance with an aspect of the present invention.

**[0011]**   Fig. 2 is a block diagram illustrating a user model in accordance with an aspect of the present invention.

**[0012]**   Fig. 3 is a flow diagram illustrating an information retrieval process in accordance with an aspect of the present invention.

**[0013]**   Fig. 4-9 illustrate example user interfaces in accordance with an aspect of the present invention.

**[0014]**   Figs. 10-13 illustrate an example personalization algorithm in accordance with an aspect of the present invention.

**[0015]**   Fig. 14 is a schematic block diagram illustrating a suitable operating environment in accordance with an aspect of the present invention.

**[0016]**   Fig. 15 is a schematic block diagram of a sample-computing environment with which the present invention can interact.

DETAILED DESCRIPTION OF THE INVENTION

**[0017]**   The present invention relates to systems and methods that employ user models to personalize generalized queries and/or search results according to information that is relevant to a respective user. In one aspect, a system is provided that facilitates generating personalized searches of information. The system includes a user model to determine characteristics of a user. A personalization component automatically modifies queries and/or search results in view of the user model in order to personalize information searches for the user. A user interface component receives the queries and displays the search results from one or more local and/or remote search engines, wherein the interface can be adjusted in a range from more personalized searches to more generalized searches.

**[0018]**   As used in this application, the terms "component," "service," "model," and "system" are intended to refer to a computer-related entity, either hardware, a combination of hardware and software, software, or software in execution. For example, a component may be, but is not limited to being, a process running on a processor, a processor, an object, an executable, a thread of execution, a program, and/or a computer. By way of illustration, both an application running on a server and the server can be a component. One or more components may reside within a process and/or thread of execution and a component may be localized on one computer and/or distributed between two or more computers. As used herein, the term "inference" refers generally to the process of reasoning about or inferring states of the system, environment, and/or user from a set of observations as captured via events and/or data. Inference can be employed to identify a specific context or action, or can generate a probability distribution over states, for example.

**[0019]**   Referring initially to Fig. 1, a system 100 illustrates an information retrieval architecture in accordance with an aspect of the present invention. The system 100 depicts a general diagram for personalizing search results. A personalization component 110 includes a user model 120 as well as processing components (e.g., retrieval algorithms modified in accordance with the user model) for using the model to influence search results by modifying a query 130 and/or modifying results 140 returned from a search. A user interface 150 generates the query 130 and receives modified or personalized results based upon a query modification 170 and/or results modification 160 provided by the personalization component 110. As utilized herein, the term "query modification" refers to both an alteration with respect to terms in the query 130 and alterations in an algorithm that matches the query 130 to documents in order to obtain the personalized results 140. Modified queries and/or results 140 are returned from one or more local and/or remote search engines 180. A global database 190 of user statistics may be maintained to facilitate updates to the user model 120.

**[0020]**   Generally, there are at least two approaches to adapting search results based on the user model 120. In one

3

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

aspect, query modification processes an initial input query and modifies or regenerates the query (via user model) to yield personalized results. Relevance feedback described below is a two-cycle variation of this process, wherein a query generates results that leads to a modified query (using explicit or implicit judgments about the initial results set) which yields personalized results that are personalized to a short-term model based on the query and result set. Longer-term
5  user models can also be used in the context of relevance feedback. Further, as discussed above, query modifications also refer to alterations made in algorithm(s) employed to match the query to documents. In another aspect, results modification take a user's input as-is to generate a query to yield results which are then modified (via user model) to generate personalized results. It is noted that modification of results usually includes some form of re-ranking and/or selection from a larger set of alternatives. Modification of results can also include various types of agglomeration and
10  summarization of all or a subset of results.

[0021]  Methods for modifying results include statistical similarity match (in which users interests and content are represented as vectors and matched to items), and category matching (in which the users' interests and content are represented and matched to items using a smaller set of descriptors). The above processes of query modification or results modification can be combined, either independently, or in an integrated process where dependencies are intro-
15  duced among the two processes and leveraged. To illustrate personalized searching, the following examples are provided.

[0022]  In one example, a searcher is located in Seattle. A search for traffic information returns information regarding Seattle traffic, rather than traffic in general. Or, a search for pizza returns only pizza restaurants in the appropriate zip codes relating to the user.

[0023]  In another example, a searcher has previously searched for the term Porsche. A search for Jaguar returns
20  results related to the car meaning of Jaguar as opposed to an animal or computer game or watch; other results may also be returned but preference is given to those relating to the car meaning.

[0024]  In another case, a searcher looks for "Bush" and most results are about the president. However, this person has previously read papers by Vannevar Bush and corresponded by email with Susan Bush, thus results matching those items are given higher priority. As can be appreciated, searches can be modified in a plurality of different manners given
25  data stored and processed by the user model 120 which is described in more detail below with respect to Fig. 2.

[0025]  Referring to Fig. 2, a user model 200 is illustrated in accordance with an aspect of the present invention. The user model 200 is employed to differentiate personalized searches from generalized searches. One aspect in successful personalization is to build a model of the user that accurately reflects their interests and is easy to maintain and adapt to changes regarding long-term and short-term interests. The user model can be obtained from a variety of sources,
30  including but not limited to:

    1) From a rich history of computing context at 210 which can be obtained from local, mobile, or remote sources (*e.g.*, applications open, content of those applications, and detailed history of such interactions including locations).
35     2) From a rich index of content previously encountered at 220 (*e.g.*, documents, web pages, email, Instant Messages, notes, calendar appointments, and so forth).
    3) From monitoring client interactions at 230 including recent or frequent contacts, topics of interest derived from keywords, relationships in an organizational chart, appointments, and so forth.
    4) From a history or log of previous web pages or local/remote data sites visited including a history of previous search queries at 240.
40     5) From profile of user interests at 250 which can be specified explicitly or implicitly derived via background monitoring.
    6) From demographic information at 260 (*e.g.*, location, gender, age, background, job category, and so forth).

[0026]  From the above examples, it can be appreciated that the user model 200 can be based on many different sources of information. For instance, the model 200 can be sourced from a history or log of locations visited by a user
45  over time, as monitored by devices such as the Global Positioning System (GPS). When monitoring with a GPS, raw spatial information can be converted into textual city names, and zip codes. The raw spatial information can be converted into textual city names, and zip codes for positions a user has paused or dwelled or incurred a loss of GPS signal, for example. The locations that the user has paused or dwelled or incurred a loss of GPS signal can identified and converted via a database of businesses and points of interest into textual labels. Other factors include logging the time of day or
50  day of week to determine locations and points of interest.

[0027]  In other aspects of the subject invention, components can be provided to manipulate parameters for controlling how a user's corpus of information, appointments, views of documents or files, activities, or locations can be grouped into subsets or weighted differentially in matching procedures for personalization based on type, age, or other combinations. For example, a retrieval algorithm could be limited to those aspects of the user's corpus that pertain to the query
55  (*e.g.*, documents that contain the query term). Similarly, email may be analyzed from the previous 1 month, whereas web accesses from the previous 3 days, and the user's content created within the last year. It may be desirable that GPS location information is used from only today or other time period. The parameters can be manipulated automatically to create subsets (*e.g.*, via an optimization process that varies parameters and tests response from user or system) or

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

users can vary one or more of these parameters via a user interface, wherein such settings can be a function of the nature of the query, the time of day, day of week, or other contextual or activity-based observations.

[0028]   Models can be derived for individuals or groups of individuals at 270 such as via collaborative filtering (described below) techniques that develop profiles by the analysis of similarities among individuals or groups of individuals. Similarity computations can be based on the content and/or usage of items. It is noted that modeling infrastructure and associated processing can reside on client, multiple clients, one or more servers, or combinations of servers and clients.

[0029]   At 280, machine learning techniques can be applied to learn user characteristics and interests over time. The learning models can include substantially any type of system such as statistical/mathematical models and processes for modeling users and determining preferences and interests including the use of Bayesian learning, which can generate Bayesian dependency models, such as Bayesian networks, naive Bayesian classifiers, and/or other statistical classification methodology, including Support Vector Machines (SVMs), for example. Other types of models or systems can include neural networks and Hidden Markov Models, for example. Although elaborate reasoning models can be employed in accordance with the present invention, it is to be appreciated that other approaches can also utilized. For example, rather than a more thorough probabilistic approach, deterministic assumptions can also be employed (e.g., no recent searching for X amount of time of a particular web site may imply by rule that user is no longer interested in the respective information). Thus, in addition to reasoning under uncertainty, logical decisions can also be made regarding the status, location, context, interests, focus, and so forth of the users.

[0030]   The learning models can be trained from a user event data store (not shown) that collects or aggregates data from a plurality of different data sources. Such sources can include various data acquisition components that record or log user event data (e.g., cell phone, acoustical activity recorded by microphone, Global Positioning System (GPS), electronic calendar, vision monitoring equipment, desktop activity, web site interaction and so forth). It is noted that the system 100 can be implemented in substantially any manner that supports personalized query and results processing. For example, the system could be implemented as a server, a server farm, within client application(s), or more generalized to include a web service(s) or other automated application(s) that interact with search functions such as the user interface 150 and search engines 180.

[0031]   Before proceeding, collaborative filter techniques applied at 270 of the user model 200 are described in more detail. These techniques can include employment of collaborative filters to analyze data and determine profiles for the user. Collaborative filtering systems generally use a centralized database about user preferences to predict additional topics users may desire. In accordance with the present invention, collaborative filtering is applied with the user model 200 to process previous user activities from a group of users that may indicate preferences for a given user that predict likely or possible profiles for new users of a system. Several algorithms including techniques based on correlation coefficients, vector-based similarity calculations, and statistical Bayesian methods can be employed.

[0032]   Fig. 3 illustrates an information retrieval methodology 300 in accordance the present invention. While, for purposes of simplicity of explanation, the methodology is shown and described as a series of acts, it is to be understood and appreciated that the present invention is not limited by the order of acts, as some acts may, in accordance with the present invention, occur in different orders and/or concurrently with other acts from that shown and described herein. For example, those skilled in the art will understand and appreciate that a methodology could alternatively be represented as a series of interrelated states or events, such as in a state diagram. Moreover, not all illustrated acts may be required to implement a methodology in accordance with the present invention.

[0033]   Explicit or implicitly harvested information about a user's interests can be employed in a variety of ways, and in a query-specific manner, wherein numerous classes of algorithms can be applied. Many of the algorithms consider a user's personal content and/or activities and/or query and/or results returned from a search engine, at hand and consider measures or proxies for measures of the statistical relationships between the such content and global content.

[0034]   The process 300 depicts two basic paths that can be taken, however, as noted above a combination of query-based modifications or results-based modifications can be applied for personalizing retrieved information. At 310, one or more user models are determined as previously described above with respect to Fig. 2. At 320, a user query is modified in view of the model determined at 310. This can include automatically refining or narrowing the query to terms that are related to interests of the user as determined by the model. At 330, a search is performed by the modified query by submitting the modified query to one or more search engines, wherein results from the modified query are returned at 340.

[0035]   In the other branch of the process 300, a search is performed by submitting a user's query to one or more search engines at 350. The returned results are then modified at 360 in view of the user model. This can include filtering or reordering results based upon the likelihood that some results are more in line with the user's preferences for desired search information. At 370, the modified results are presented to the user via a user interface display.

[0036]   The following discussion describes one particular example of a Personalized Search system that has been prototyped. Then user model can include an index of all the items a user has previously seen, including email, documents, web pages, calendar appointments, notes, calendar appointments, instant messages, blogs, and so forth. Items are tagged with metadata (e.g., time of access/creation/modification, type of item, author of item, etc.), which can be used to selectively include/exclude items for developing the user model. In this case, the user model resides on a client

5

**EP 1 647 903 A1**

machine, wherein the user model is accessed from data storage within the client machine upon utilization of a search engine.

[0037]   Since the user model typically runs on the client's machine, unless the client machine has a local index of the corpora being searched over, corpus-wide term statistics for re-ranking can be difficult or slow to compute. For this reason, in the following example, the corpus statistics are approximated by using the result set.

[0038]   A Query is directed to a Search Engine (internet or intranet) and Results are returned. The results are modified via the User Model. Modification also occurs on client machine. For each result, compute the similarity of the item with the user's index to identify results that are of more interest to the user. There are several ways to perform such matching such as:

$$\text{Personalized similarity equation } psim = \sum_{i \in terms\_of\_int\,erest} (tf_i \quad /\, df_i) \cdot pdf_i$$

[0039]   Personalized similarity is summed over all terms of interest. For each term, the similarity of the result is related to how often the term appears in the result ($tf_i$), inversely related to the number of documents in the corpora being searched in which the term appears ($df_i$), and related to how many documents the term occurs in the user's index ($pdf_i$). Terms of interest can include, terms in the title of the result, terms in the result summary, terms in an extended result summary, terms in the full web page, or some subset of these terms. The number of documents in the corpora in which the term occurs can be approximated using the number of documents in the result set in which the term occurs, where documents are represented by the full text of the document or the result set snippet describing the document.

[0040]   One implementation identifies terms within a window of two words from each query term in the title or result summary. Generally, all items in the index regardless of type or time are used to compute a personalized similarity measure for each result. The standard similarity of each item is then combined with the personalized similarity for each item. One implementation employs a linear combination of the rank of the item in the original results list with a normalized version of the psim score of each item. Other implementations include combining ranks from the original and personalized lists, or scores from the original and personalized lists.

[0041]   Referring now to Figs. 4-9, example user interfaces for personalized searches are illustrated in accordance with an aspect of the present invention. It is noted that the respective interfaces depicted can be provided in various other different settings and context. As an example, the applications and/or models discussed herein can be associated with a desktop development tool, mail application, calendar application, and/or web browser, for example although other type applications can be utilized. These applications can be associated with a Graphical User Interface (GUI), wherein the GUI provides a display having one or more display objects (not shown) including such aspects as configurable icons, buttons, sliders, input boxes, selection options, menus, tabs and so forth having multiple configurable dimensions, shapes, colors, text, data and sounds to facilitate operations with the applications and/or models. In addition, the GUI and/or models can also include a plurality of other inputs or controls for adjusting and configuring one or more aspects of the present invention and as will be described in more detail below. This can include receiving user commands from a mouse, keyboard, speech input, web site, remote web service, and/or other device such as a camera or video input to affect or modify operations of the GUI and/or models described herein.

[0042]   Fig. 4 illustrates an interface 400 for presenting personalized results. In this example, the query is "Bush." Standard search results are shown on the left side at 410, and the personalized results shown on the right side at 400. A slider 430 is used to control a function that combines the standard and personal results, ranging from no personalization to full personalization.

[0043]   Fig. 5 shows an interface 500 in which results of personal interest are further highlighted by increasing their point size in proportion to their psim score; color or other presentation cues could be used as well. Further, terms that contribute substantial weight to the psim score could be highlighted within the individual result summaries. The left at 510 shows standard results ordering with size augmentation. The interface at 500 shows a personalized combination again augmented with increased font size for items of personal interest.

[0044]   Fig. 6 illustrates the process of providing personalized queries at an interface 600. In this case, the top N results are considered that have been returned from a query at 610. Similarity is computed at 620 in accordance with the user model and the returned results. At 630, personalized and standard results are combined and these results are reordered at 640 where they are displayed as personalized results at 600.

[0045]   Figs. 7-9 illustrate the effects of the personalization control described above. With respect to Fig. 7, an interface 700 is tuned via a personalization control 710 where the search term "Eton" is employed. A top result for Eton College is ranked as 1/100 at 720. The personalization control 710 is moved to the right and some personalized results appear in the list. The result which appears in position 32 in the standard results list is now shown in position 4. At Fig. 8, a personalization control 810 is moved slightly to the right indicating more personalization for the search. In this case, a

6

EP 1 647 903 A1

top ranking relating to Eton School is generated, wherein Eton School is associated with a personal relative of the user. In this case. the previous rank from Fig. 7 was 32 out of 100. At Fig. 9, the personalization slider is moved to the far right at 910 providing a more personalized ranking of results relating to an Eaton School Uniform posting on the current date.

**[0046]** Figs. 10-13 illustrate an example process that can be employed to personalize queries and/or results in accordance with an aspect of the present invention. Fig. 10 shows axes at reference numerals 1000-1020 that depict standard information retrieval dimensions involving a query, a user generating the query, and documents received from such query. In accordance with the present invention, a fourth or personalized dimension 1030 is considered which is based upon a user model to additionally refine, focus, or modify queries and/or results according to personal characteristics or interests of the user.

**[0047]** Such personalized information can be sampled from metadata relating to a plurality of personal information that may be available to a user such as how recently a document has been created, viewed or modified, time stamp information, information that has been stored or previously seen, applications used, logs of web site activities (*e.g.*, sites or topics of interest), context information such as location information or recent activity, e-mail activity, calendar activity, personal interactions such as through electronic communications, demographic information, profile information, similarly situated user information and so forth. These characteristics can be sampled and derived from the user models previously described.

**[0048]** Proceeding to Fig. 11, a Venn diagram 1100 illustrates intersections of search items that are derived from a standard relevance feedback model. An outer circle 1110 depicts $N$ which represents the total number of documents that can be searched. An inner circle $n_i$ represents the number of documents having the terms of a given search. An inner circle R represents documents that are related to relevance feedback determinations, wherein the subsection or overlap between $n_i$ and $R$ represent documents $r_i$ having characteristics of the desired search and are considered relevant by the algorithm. Generally, $R$ is determined from users providing judgments of varying degrees of relevance (*e.g.*, user assigning scores). According to the present invention, $R$ is determined automatically by analyzing the user model previously described to determine relevant areas of interest to the user. Instead of representing the entire document space, both $N$ and $R$ can also represent a subset of the document space (*e.g.*, the subset of documents that are relevant to the query, as indicated by the presence of the query terms). Additionally, the corpus statistics, $N$ and $n_i$ can be approximated using the result set, with $N$ being the number of documents in the result set, and $n_i$ being the number of documents having the terms of a given search, with documents represented by the full text of the document or the result set snippet describing the document.

**[0049]** The following equations illustrate a Scoring function that assigns a score to a given document based upon the sum of some subset of the document's terms, where term $i$'s frequency ($tf_i$) in the document is multiplied by a determined weight ($w_i$) indicating the term's rarity. The scoring function can then be employed to personalize results. In this case, a BM25 relevance feedback model was employed but it is to be appreciated that substantially any information retrieval algorithm can be adapted for personalized queries and/or results modifications in accordance with the present invention.

$$\text{Score} = \sum tf_i * w_i$$

$$w_i = log\ \frac{(r_i+0.5)(N-n_i-R+r_i+0.5)}{(n_i-r_i+0.5)(R-r_i+0.5)}$$

**[0050]** Proceeding to Fig. 12, personalized relevant document information ($R$) is shown as separate from the collection information ($N$) in the Venn diagram 1200. In this case, terms $N'$ and $n_i'$ are introduced to facilitate the separation, wherein $N' = N + R$ and $n_i' = n_i + r_i'$ and $w_i$ is computed as:

$$w_i = log\ \frac{(r_i+0.5)(N'-n_i'-R+r_i+0.5)}{(n_i'-r_i+0.5)(R-r_i+0.5)}$$

**[0051]** Fig. 13 shows the personalized cluster of data separated at 1300, wherein both personalized items and items matching the search topic are illustrated at 1310. For instance, the circle 1320 could include all documents existing on the web, the documents represented at 1320 could include documents relating to personal data (*e.g.*, documents related to a derived interest in automobiles from the user model), and items at 1310 are those personal documents relating to the search term. As can be appreciated, queries and results can be modified with a plurality of terms or conditions depending on the model and the query of interest.

**[0052]** With reference to Fig.14, an exemplary environment 1410 for implementing various aspects of the invention

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

includes a computer 1412. The computer 1412 includes a processing unit 1414, a system memory 1416, and a system bus 1418. The system bus 1418 couples system components including, but not limited to, the system memory 1416 to the processing unit 1414. The processing unit 1414 can be any of various available processors. Dual microprocessors and other multiprocessor architectures also can be employed as the processing unit 1414.

5    [0053]   The system bus 1418 can be any of several types of bus structure(s) including the memory bus or memory controller, a peripheral bus or external bus, and/or a local bus using any variety of available bus architectures including, but not limited to, 11-bit bus, Industrial Standard Architecture (ISA), Micro-Channel Architecture (MSA), Extended ISA (EISA), Intelligent Drive Electronics (IDE), VESA Local Bus (VLB), Peripheral Component Interconnect (PCI), Universal Serial Bus (USB), Advanced Graphics Port (AGP), Personal Computer Memory Card International Association bus (PCMCIA), and Small Computer Systems Interface (SCSI).

10   [0054]   The system memory 1416 includes volatile memory 1420 and nonvolatile memory 1422. The basic input/output system (BIOS), containing the basic routines to transfer information between elements within the computer 1412, such as during start-up, is stored in nonvolatile memory 1422. By way of illustration, and not limitation, nonvolatile memory 1422 can include read only memory (ROM), programmable ROM (PROM), electrically programmable ROM (EPROM),
15   electrically erasable ROM (EEPROM), or flash memory. Volatile memory 1420 includes random access memory (RAM), which acts as external cache memory. By way of illustration and not limitation, RAM is available in many forms such as synchronous RAM (SRAM), dynamic RAM (DRAM), synchronous DRAM (SDRAM), double data rate SDRAM (DDR SDRAM), enhanced SDRAM (ESDRAM), Synchlink DRAM (SLDRAM), and direct Rambus RAM (DRRAM).

[0055]   Computer 1412 also includes removable/non-removable, volatile/non-volatile computer storage media. Fig. 14
20   illustrates, for example a disk storage 1424. Disk storage 1424 includes, but is not limited to, devices like a magnetic disk drive, floppy disk drive, tape drive, Jaz drive, Zip drive, LS-100 drive, flash memory card, or memory stick. In addition, disk storage 1424 can include storage media separately or in combination with other storage media including, but not limited to, an optical disk drive such as a compact disk ROM device (CD-ROM), CD recordable drive (CD-R Drive), CD rewritable drive (CD-RW Drive) or a digital versatile disk ROM drive (DVD-ROM). To facilitate connection of the disk
25   storage devices 1424 to the system bus 1418, a removable or non-removable interface is typically used such as interface 1426.

[0056]   It is to be appreciated that Fig 14 describes software that acts as an intermediary between users and the basic computer resources described in suitable operating environment 1410. Such software includes an operating system 1428. Operating system 1428, which can be stored on disk storage 1424, acts to control and allocate resources of the
30   computer system 1412. System applications 1430 take advantage of the management of resources by operating system 1428 through program modules 1432 and program data 1434 stored either in system memory 1416 or on disk storage 1424. It is to be appreciated that the present invention can be implemented with various operating systems or combinations of operating systems.

[0057]   A user enters commands or information into the computer 1412 through input device(s) 1436. Input devices
35   1436 include, but are not limited to, a pointing device such as a mouse, trackball, stylus, touch pad, keyboard, microphone, joystick, game pad, satellite dish, scanner, TV tuner card, digital camera, digital video camera, web camera, and the like. These and other input devices connect to the processing unit 1414 through the system bus 1418 via interface port (s) 1438. Interface port(s) 1438 include, for example, a serial port, a parallel port, a game port, and a universal serial bus (USB). Output device(s) 1440 use some of the same type of ports as input device(s) 1436. Thus, for example, a
40   USB port may be used to provide input to computer 1412, and to output information from computer 1412 to an output device 1440. Output adapter 1442 is provided to illustrate that there are some output devices 1440 like monitors, speakers, and printers, among other output devices 1440, that require special adapters. The output adapters 1442 include, by way of illustration and not limitation, video and sound cards that provide a means of connection between the output device 1440 and the system bus 1418. It should be noted that other devices and/or systems of devices provide both input and
45   output capabilities such as remote computer(s) 1444.

[0058]   Computer 1412 can operate in a networked environment using logical connections to one or more remote computers, such as remote computer(s) 1444. The remote computer(s) 1444 can be a personal computer, a server, a router, a network PC, a workstation, a microprocessor based appliance, a peer device or other common network node and the like, and typically includes many or all of the elements described relative to computer 1412. For purposes of
50   brevity, only a memory storage device 1446 is illustrated with remote computer(s) 1444. Remote computer(s) 1444 is logically connected to computer 1412 through a network interface 1448 and then physically connected via communication connection 1450. Network interface 1448 encompasses communication networks such as local-area networks (LAN) and wide-area networks (WAN). LAN technologies include Fiber Distributed Data Interface (FDDI), Copper Distributed Data Interface (CDDI), Ethernet/IEEE 802.3, Token Ring/IEEE 802.5 and the like. WAN technologies include, but are
55   not limited to, point-to-point links, circuit switching networks like Integrated Services Digital Networks (ISDN) and variations thereon, packet switching networks, and Digital Subscriber Lines (DSL).

[0059]   Communication connection(s) 1450 refers to the hardware/software employed to connect the network interface 1448 to the bus 1418. While communication connection 1450 is shown for illustrative clarity inside computer 1412, it

8

EP 1 647 903 A1

can also be external to computer 1412. The hardware/software necessary for connection to the network interface 1448
includes, for exemplary purposes only, internal and external technologies such as, modems including regular telephone
grade modems, cable modems and DSL modems, ISDN adapters, and Ethernet cards.

[0060]   Fig. 15 is a schematic block diagram of a sample computing environment 1500 with which the present invention
can interact. The system 1500 includes one or more client(s) 1510. The client(s) 1510 can be hardware and/or software
(*e.g.*, threads, processes, computing devices). The system 1500 also includes one or more server(s) 1530. The server
(s) 1530 can also be hardware and/or software (*e.g.*, threads, processes, computing devices). The servers 1530 can
house threads to perform transformations by employing the present invention, for example. One possible communication
between a client 1510 and a server 1530 may be in the form of a data packet adapted to be transmitted between two
or more computer processes. The system 1500 includes a communication framework 1550 that can be employed to
facilitate communications between the client(s) 1510 and the server(s) 1530. The client(s) 1510 are operably connected
to one or more client data store(s) 1560 that can be employed to store information local to the client(s) 1510. Similarly,
the server(s) 1530 are operably connected to one or more server data store(s) 1540 that can be employed to store
information local to the servers 1530.

[0061]   What has been described above includes examples of the present invention. It is, of course, not possible to
describe every conceivable combination of components or methodologies for purposes of describing the present inven-
tion, but one of ordinary skill in the art may recognize that many further combinations and permutations of the present
invention are possible. Accordingly, the present invention is intended to embrace all such alterations, modifications and
variations that fall within the spirit and scope of the appended claims. Furthermore, to the extent that the term "includes"
is used in either the detailed description or the claims, such term is intended to be inclusive in a manner similar to the
term "comprising" as "comprising" is interpreted when employed as a transitional word in a claim.

## Claims

1.   A system that facilitates generating personalized searches of information, comprising:

    a user model to determine characteristics of a user;
    a personalization component to automatically modify at least one query component or at least one search result
    in view of the user model; and
    an interface component to receive the query and display the search result.

2.   The system of claim 1, further comprising one or more search engines to receive the query and return the result.

3.   The system of claim 1, further comprising a global database of user statistics to facilitate updates to the user model.

4.   The system of claim 1, the personalization component employs a query modification processes for an initial input
    query, modifies or regenerates the query via the user model to yield personalized results from a search engine.

5.   The system of claim 4, the personalization component employs relevance feedback, wherein a query generates
    results that leads to a modified query via explicit or implicit judgments about an initial result set to yield personalized
    results.

6.   The system of claim 1, the personalization component employs results modification utilizing a user's input as-is to
    generate a query to yield results which are then modified via the user model to generate personalized results.

7.   The system of claim 6, the modification of results usually includes re-ranking or selection from a larger set of results
    alternatives.

8.   The system of claim 6, the modification of results includes an agglomeration or summarization of all or a subset of
    results.

9.   The system of claim 1, the personalization component employs a statistical similarity match in which users interests
    and content are represented as vectors and matched for results modification.

10.  The system of claim 9, the personalization component employs category matching in which a user's interests and
    content are represented using a smaller set of descriptors.

BNSDOCID: <EP_____1647903A1_I_>

**EP 1 647 903 A1**

11. The system of claim 1, the personalization component combines query modification or results modification, wherein dependencies are introduced among the two modifications and leveraged.

12. The system of claim 1, the user model is based in part on a history of computing context which can be obtained from local, mobile, or remote sources.

13. The system of claim 12, the computing context includes at least one of applications open, content of the applications, and a detailed history of interactions with the applications.

14. The system of claim 1, the user model is based in part on an index of content previously encountered including at least one of documents, web pages, email, Instant Messages, notes, and calendar appointments.

15. The system of claim 1, the user model is based at least in part on client interactions including at least one of recent or frequent contacts, topics of interest derived from keywords, relationships in an organizational chart, and appointments.

16. The system of claim 1, the user model is based at least in part on a history or log of previous web pages or local/remote data sites visited including a history of previous search queries.

17. The system of claim 1, the user model is based at least in part on a history or log of locations visited by a user over time and monitored by devices that determine information regarding the user's location.

18. The system of claim 17, the devices include a Global Positioning System (GPS) or an electronic calendar to determine the user's location.

19. The system of claim 18, the devices generate spatial information that is converted into textual city names, and zip codes.

20. The system of claim 19, the spatial information is converted into textual city names, and zip codes for locations where a user has paused or dwelled or incurred a loss of GPS signal.

21. The system of claim 20, where the locations that the user has paused or dwelled or incurred a loss of GPS signal are identified and converted via a database of businesses and points of interest into textual labels.

22. The system of claim 21, the locations are determined from the time of day or the day of the week.

23. The system of claim 1, the user model is based at least in part on a profile of user interests which can be specified explicitly or implicitly

24. The system of claim 1, the user model is based at least in part on demographic information including at least one of location, gender, age, background, and job category.

25. The system of claim 1, the user model is based at least in part on at least one of a collaborative filtering and a machine learning algorithm.

26. The system of claim 25, the machine learning algorithm includes at least one of a Bayesian network, a naive Bayesian classifier, a Support Vector Machine, a neural network and a Hidden Markov Model.

27. The system of claim 1, the personalization component provides an adjustment to control personalization of results or queries.

28. A computer readable medium having computer readable instructions stored thereon for implementing the components of claim 1.

29. A client component comprising the system of claim 1.

30. An information retrieval system, comprising:

BNSDOCID: <EP_____1647903A1_I_>

**EP 1 647 903 A1**

means for modeling characteristics of a user;
means for querying and displaying results from a search by the user; and
means for modifying the search results based at least in part on the characteristics of the user.

5    **31.** The system of claim 30, further comprising means for interacting with at least one search engine.

**32.** A method that facilitates information searching at a user interface, comprising:

10       defining a least one user model that automatically determines parameters of interest for a user;
automatically refining a query or a result from a query based at least in part on the user model; and
automatically formatting the query or the result in view of the user model before displaying modified results to the user.

**33.** The method of claim 32, the user model includes an index of items a user has previously seen, including at least
15    one of email, documents, web pages, calendar appointments, notes, instant messages, and blogs.

**34.** The method of claim 33, further comprising tagging the items with metadata that includes at least one of a time of access or creation or modification, a type of the item, an author of the item which can be employed to selectively include or exclude the items for comparison.

20

**35.** The method of claim 33, further comprising computing a similarity of the result with a user's index to identify results that are of more interest to the user.

**36.** The method of claim 35, further comprising the following equation to determine similarity:

25

$$\text{Personalized similarity } psim = \text{SIGMA } (score_t)$$

30    wherein personalized similarity is summed over all terms of interest, for each term, a similarity of a result is related to a value placed on a term occurrence ($score_t$).

**37.** The method of claim 36, where $score_t = (tf/df_t)*pdf_t$, is related to frequency the term appears in the result ($tf_t$),
35    inversely related to a number of results in which the term appears ($df_t$), and related to how many items the term occurs in a user's index ($pdf_t$).

**38.** The method of claim 36, the terms of interest include at least one of terms in a title of a result, terms in a result summary, terms in an extended result summary, terms in a full web page, a subset of the terms.

40    **39.** The method of claim 38, further comprising identifying terms within a window of words from each query term in a title or result summary.

**40.** The method of claim 35, further comprising combining a standard similarity of items with a personalized similarity the items.
45
**41.** The method of claim 40, further comprising employing a linear combination of a rank of the items in an original results list with a normalized version of a personalized similarity score of each item.

**42.** The method of claim 36, further comprising employing a relevance feedback algorithm to determine similarity ($score_t$).
50
**43.** The method of claim 42, the relevance feedback algorithm is a BM25 algorithm.

**44.** A graphical user interface to perform information retrieval, comprising:

55       an input component to receive queries;
a display component to show results from queries; and
a personalization component to modify the queries or the results in view of a user model that determines preferences of the user.

**11**

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

45. The graphical user interface of claim 44, further comprising a control to refine the queries or the results in terms of a range from standardized searches to personalized searches.

46. The graphical user interface of claim 45, the personalized searches are associated with a display having text or color augmentation.

47. A system that facilitates generating personalized searches of information, comprising:

a user model to determine characteristics of a user;
a personalization component associated with the user model; and
a parameter component to control a corpus of data for the user model.

48. The system of claim 47, the corpus of data is related to user appointments, user views of documents, user activities, or user locations.

49. The system of claim 47, the parameter component determines subsets for the corpus of data or determines weighted differentials in matching procedures for data personalization based at least in part on type or age.

50. The system of claim 47, the parameter components varies one or more parameters via an optimization process or through instructions provided by a user interface.

51. The system of claim 50, the parameters are a function of the nature of a query, a time of day, a day of week, contextual-based observations, or activity-based observations.

12

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 1

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



**FIG. 2**

USER MODEL & DATA

| | |
|---|---|
| CONTEXT | 210 |
| RICH INDEX | 220 |
| RICH CLIENT INTERACTIONS | 230 |
| SEARCH HISTORY/LOGS | 240 |
| PROFILE OF INTERESTS | 250 |
| DEMOGRAPHICS | 260 |
| OTHER USERS | 270 |
| MACHINE LEARNING | 280 |

200

14

EP 1 647 903 A1



**FIG. 3**

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



**FIG. 4**

16

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 5

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 6

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



**FIG. 7**

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



**FIG. 8**

Search Results for eton

Web | | Personal

800

810

Eton College
http://www.etoncollege.com/

Eton: arts, antiques, jewellers, bookshops, tailors and gift shops
Eton's historic hall mile High Street, leading from the world famous
college to Windsor Castle, enjoys an international reputation for the
arts, antiques, jewellers, bookshops, tailors and gift shops. ... The
Eton Traders Association welcomes you to the ancient and modern
town of Eton. ...
http://www.eton.co.uk/

ETON
http://www.etontshirts.com/

Eton Import Co. Ltd.
[ETON EXCLUSIVE CARE] ????????????????????????????
3 ??????????????????????????????????????????
2 ?????? ??????????? 20,000 ??????
[ ???????????????????????????????????????????????????????
??????? ...
http://www.etonimport.com/

E-Ton
12002 Welcome .. Redirecting to new Home
http://www.etonamerica.com/

Welcome to Eton Systems Inventor of the Unit Production

Welcome to Eton School - Today's date is 4/17/04
Eton School was founded in 1978 a: an independent school with a
Montessori philosophy located on the Eastside of Lake Washington.
The goal of Eton School is to develop the child's intellectual ...
Previous rank: 32/100
http://www.etonschool.com/

Eton School Uniform
Eton School Uniform
Previous rank: 44/100
http://www.kitteb.tripod.com/style/out/eton/eton-u.html

Eton College
Previous rank: 1/100
http://www.etoncollege.com/

Eton: arts, antiques, jewellers, bookshops, tailors and gift shops
Eton's historic hall mile High Street, leading from the world famous
college to Windsor Castle, enjoys an international reputation for the
arts, antiques, jewellers, bookshops, tailors and gift shops. ... The
Eton Traders Association welcomes you to the ancient and modern
town of Eton. ...
Previous rank: 2/100
http://www.eton.co.uk/

ETON
Previous rank: 2/100

20

EP 1 647 903 A1



FIG. 9

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 10

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



$$\text{Score} = \sum tf_i * w_i$$

$$w_i = \log \frac{N}{n_i}$$

$$w_i = \log \frac{(r_i+0.5)(N-n_i-R+r_i+0.5)}{(n_i-r_i+0.5)(R-r_i+0.5)}$$

FIG. 11

1100

23

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



$N' = N + R$

$n_i' = n_i + ri$

$$w_i = log \frac{(r_i + 0.5)(N' - n_i' - R + r_i + 0.5)}{(n_i' - r_i + 0.5)(R - r_i + 0.5)}$$

FIG. 12

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 13

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



FIG. 14

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1



**FIG. 15**

27

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

 **European Patent Office**          **EUROPEAN SEARCH REPORT**

Application Number

EP 05 10 8702

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| X | EP 1 050 830 A (XEROX CORPORATION) 8 November 2000 (2000-11-08) | 1-51 | G06F17/30 |
| Y | * abstract; claim 1; figure 2 * | 1-51 | |
| | ----- | | |
| X | US 6 473 752 B1 (FLEMING, III HOYT A) 29 October 2002 (2002-10-29) | 1-51 | |
| Y | * abstract; claim 1; figure 2 * | 1-51 | |
| | ----- | | |
| P,X | WO 2005/033979 A (GOOGLE, INC; LAWRENCE, STEPHEN, R) 14 April 2005 (2005-04-14) | 1-51 | |
| P,Y | * abstract; figure 2 * | 1-51 | |
| | ----- | | |
| Y | YOUNG-WOO SEO ET AL ASSOCIATION FOR COMPUTING MACHINERY: "Learning user's preferences by analyzing web-browsing behaviors" PROCEEDINGS OF THE 4TH. ANNUAL CONFERENCE ON AUTONOMOUS AGENTS. BARCELONA, SPAIN, JUNE 3 - 7, 2000, PROCEEDINGS OF THE ANNUAL CONFERENCE ON AUTONOMOUS AGENTS, NEW YORK, NY : ACM, US, vol. CONF. 3, 3 June 2000 (2000-06-03), pages 381-387, XP002197048 ISBN: 1-58113-230-1 * the whole document * | 1-51 | TECHNICAL FIELDS SEARCHED (IPC) G06F |
| | ----- | | |
| Y | US 6 012 053 A (PANT ET AL) 4 January 2000 (2000-01-04) * abstract; claims 1,2; figures 1-3 * | 1-51 | |
| | ----- | | |
| Y | WO 98/10597 A (RAPAPORT, JEFFREY, ALAN; RAPAPORT, SEYMOUR, ALVIN) 12 March 1998 (1998-03-12) * abstract; claim 1 * | 1-51 | |
| | ----- | | |
| | -/-- | | |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 2 February 2006 | May, M |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons
& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

2

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

 **European Patent Office**     **EUROPEAN SEARCH REPORT**

Application Number

EP 05 10 8702

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| Y | WO 99/67698 A (KONINKLIJKE PHILIPS ELECTRONICS N.V; PHILIPS AB) 29 December 1999 (1999-12-29) * abstract; claim 1 * ----- | 1-51 | |
| Y | BATHIA S K: "Selection of search terms based on user profile" APPLIED COMPUTING: TECHNOLOGICAL CHALLENGES OF THE 1990'S. PROCEEDINGS OF THE ACM/SIGAPP SYMPOSIUM ON APPLIED COMPUTING, 1992, pages 224-233, XP002278871 * the whole document * ----- | 1-51 | |
| Y | US 5 761 662 A (DASAN ET AL) 2 June 1998 (1998-06-02) * abstract; claim 1; figure 4 * ----- | 1-51 | |
| | | | TECHNICAL FIELDS SEARCHED (IPC) |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 2 February 2006 | May, M |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

2

29

BNSDOCID: <EP_____1647903A1_I_>

EP 1 647 903 A1

 European Patent
Office

Application Number

EP 05 10 8702

---

**CLAIMS INCURRING FEES**

The present European patent application comprised at the time of filing more than ten claims.

☐ Only part of the claims have been paid within the prescribed time limit. The present European search report has been drawn up for the first ten claims and for those claims for which claims fees have been paid, namely claim(s):

☐ No claims fees have been paid within the prescribed time limit. The present European search report has been drawn up for the first ten claims.

---

**LACK OF UNITY OF INVENTION**

The Search Division considers that the present European patent application does not comply with the requirements of unity of invention and relates to several inventions or groups of inventions, namely:

see sheet B

☐ All further search fees have been paid within the fixed time limit. The present European search report has been drawn up for all claims.

☒ As all searchable claims could be searched without effort justifying an additional fee, the Search Division did not invite payment of any additional fee.

☐ Only part of the further search fees have been paid within the fixed time limit. The present European search report has been drawn up for those parts of the European patent application which relate to the inventions in respect of which search fees have been paid, namely claims:

☐ None of the further search fees have been paid within the fixed time limit. The present European search report has been drawn up for those parts of the European patent application which relate to the invention first mentioned in the claims, namely claims:

---

30

EP 1 647 903 A1

 **European Patent Office**

**LACK OF UNITY OF INVENTION SHEET B**

Application Number

EP 05 10 8702

The Search Division considers that the present European patent application does not comply with the requirements of unity of invention and relates to several inventions or groups of inventions, namely:

```
1. claims: 1-43, 47-51

        System, medium and method for query or search result
        refinement
                        ---

2. claims: 44-46

                    "Graphical User Interface"
                        ---
```

BNSDOCID: <EP_____1647903A1_I_>

**EP 1 647 903 A1**

## ANNEX TO THE EUROPEAN SEARCH REPORT
## ON EUROPEAN PATENT APPLICATION NO.

EP 05 10 8702

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

02-02-2006

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| EP  1050830 | A | 08-11-2000 | US | 6327590 B1 | 04-12-2001 |
| US  6473752 | B1 | 29-10-2002 | NONE | | |
| WO 2005033979 | A | 14-04-2005 | US | 2005071328 A1 | 31-03-2005 |
| | | | US | 2005222989 A1 | 06-10-2005 |
| | | | US | 2005240580 A1 | 27-10-2005 |
| US  6012053 | A | 04-01-2000 | NONE | | |
| WO 9810597 | A | 12-03-1998 | US | 5890152 A | 30-03-1999 |
| WO 9967698 | A | 29-12-1999 | EP | 1036367 A2 | 20-09-2000 |
| | | | JP | 2002519751 T | 02-07-2002 |
| | | | US | 6256633 B1 | 03-07-2001 |
| US  5761662 | A | 02-06-1998 | DE | 69531599 D1 | 02-10-2003 |
| | | | DE | 69531599 T2 | 24-06-2004 |
| | | | EP | 0718784 A1 | 26-06-1996 |
| | | | JP | 9026970 A | 28-01-1997 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

BNSDOCID: <EP_____1647903A1_I_>

# This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record

## BEST AVAILABLE IMAGES

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

- ☐ **BLACK BORDERS**

- ☐ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

- ☑ **FADED TEXT OR DRAWING**

- ☐ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

- ☐ **SKEWED/SLANTED IMAGES**

- ☐ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

- ☐ **GRAY SCALE DOCUMENTS**

- ☐ **LINES OR MARKS ON ORIGINAL DOCUMENT**

- ☑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

- ☐ **OTHER:** _____

## IMAGES ARE BEST AVAILABLE COPY.
## As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.

EP 42010 (6)



Europäisches Patentamt

European Patent Office

Office européen des brevets

(19)



(11)     **EP 1 462 952 A1**

(12)                     **EUROPEAN PATENT APPLICATION**

(43) Date of publication:
     **29.09.2004 Bulletin 2004/40**

(51) Int Cl.7: **G06F 17/30**

(21) Application number: **03290781.8**

(22) Date of filing: **27.03.2003**

| | |
|---|---|
| (84) Designated Contracting States:<br>**AT BE BG CH CY CZ DE DK EE ES FI FR GB GR**<br>**HU IE IT LI LU MC NL PT RO SE SI SK TR**<br>Designated Extension States:<br>**AL LT LV MK**<br><br>(71) Applicant: **Exalead**<br>**75019 Paris (FR)** | (72) Inventor: **Bourdoncle, François**<br>**75014 Paris (FR)**<br><br>(74) Representative: **Cabinet Hirsch**<br>**58, avenue Marceau**<br>**75008 Paris (FR)** |

(54)     **Method for the display of results in a search engine**

(57)     A collection of documents comprises referencing documents, such as html documents, and referenced documents, such as images or audio documents. Referenced documents are referenced in the referencing documents. In response to a search query, a search engine displays to the user information or attributes (54, 56, 58, 60, 62) of the referenced documents, as well as an excerpt of the referencing document (52).



**Fig. 3**

EP 1 462 952 A1

Printed by Jouve, 75001 PARIS (FR)

## Description

[0001]   The invention relates to the field of information retrieval, and more specifically to displaying results to a search query. It particularly applies to searches on the Internet, in Intranets, in mails, archives, files, databases or the like.

[0002]   Throughout the present specification, the word "site" or "internet site" refers to a number of documents connected by links, with a given entry point.

[0003]   A "web page" or html page is displayed to the end-user in a browser (such as the one provided by Microsoft Corporation under the trademark Internet Explorer or the one provided by Netscape Corporation under the trademark Navigator) as a single page; it is accessed by the user thanks to a given URL (universal resource locator). However, the page may be comprised of several frames; in this case, the "page" displayed to the user is a collection of different files:

-    one file describes the various frames of the page and their location;
-    one file per frame comprises the html content of the frame.

[0004]   A web page may also comprise a number of links to various types of documents, in the form of URLs embedded in the page. The links may bring the user to html pages, to audio or video files, or to other linked files.

[0005]   A number of searching tools or engines exist for searching and retrieving information on the Internet. Google proposes a searching tool for searching html files or text documents (in the PDF, Microsoft Word or RTF formats) available through the Interned. The results are returned to the user as a list of web pages. Each result is displayed as a URL, with an abstract of the document accessed through the URL. The abstract is an extract of sentences or part of sentences of the document. If a web page is comprised of frames, the result returned to the user is the URL of the frame, together with an abstract of the frame. Each frame is therefore searched and handled individually by the engine.

[0006]   Google further offers a separate searching tool for searching images. Parsed documents are images files in image formats. The results are displayed as a collection of images with information on the size of the image and the URL of the web page containing the image. Selecting one image returns two frames, the upper frame containing the image and the lower frame containing the web page comprising the image.

[0007]   Fast Search & Transfer ASA (FAST) operates a search engine under the trademark AlltheWeb. A specific section of the search engine allows searches for audio files. For each result, the engine displays a set of features of the audio file, such as size and date; direct access to the file is possible. It is also possible to browse in the host containing the file, based on the truncated URL of the file. There is no reference to the web page that actually contains the file.

[0008]   Alta Vista Company proposes separates search engines for searching text, audio or video files. In response to a request in the audio mp3 search engine, the user is provided with a list of results. For each result, there is provided the name of the mp3 file, information about the mp3 file, such as the size, as well as the URL of the page containing the link to the mp3 document. It is also possible to display a list of media available on the same page. The display for one result to the search in the French engine, with the keyword "Monteverdi" is the following:

Fichier et nom     Monteverdi - Laudate.mp3
Fichier et infos   • Mono • 6 min 9 sec
Page et URL        http://webcampus3.stthomas.edu/
                   jm...1567_1643CE.htm
                   Plus de médias en provenance de
                   cette page • Plus d'infos

[0009]   Kelkoo operates a shopping site, where the user may search for products. The results are displayed as a URL and features of the corresponding product, extracted from the web page referenced by the URL.

[0010]   AOL displays, for certain searches, a widget comprised of a URL, an abstract of the web page and links to other pages. The widget is actually a precomputed response and does not correspond to the results provided by the search engine. The widget does not represent the result provided by a search engine.

[0011]   There remains a need for a solution allowing the user of a search engine to efficiently browse results provided by the search engine. In addition or alternatively, there is a need for a solution permitting a more efficient search in context among web pages, irrespective of the type of searched documents or files.

[0012]   The invention therefore provides, in a first embodiment, a process for displaying the results of a search among a collection of documents, the collection comprising a referencing document and a referenced document referenced in the referencing document, the process comprising, for a result comprising the referencing document or the referenced document, the display of

-    content of the referencing document and
-    information or attribute of the referenced document.

     The information or attribute may comprise a link to the referenced document.
     The process may also comprise, for a result, the display of

-    content of the referencing document;
-    information or attribute of a first document referenced in the referencing document; and
-    information or attribute of a second document referenced in the referencing document.

BNSDOCID: <EP_____1462952A1_I_>

[0013]   The collection may also comprise a referencing document and at least two referenced documents referenced in the referencing document; the process would then comprise a step of selecting a subset of the referenced documents and/or sorting referenced documents.

[0014]   In a second embodiment, the invention provides a process for searching in a collection of documents. The collection comprises a referencing document and a referenced document referenced in the referencing document. The process comprises the steps of

- aggregating a referencing document and a referenced document referenced in the referencing document to form an aggregate document;
- searching among aggregate documents; and
- providing, as a result, an aggregate document.

[0015]   One may provide a step of indexing an aggregate document, based on index terms contained in the referencing and referenced documents forming the aggregate document.

[0016]   The display may be carried out as in the first embodiment.

[0017]   Last, the invention provides a search engine for searching among a collection of documents, the collection having a referencing document and a referenced document referenced in the referencing document. The search engine comprises a display routine adapted to display, for a result comprising a referencing document or a referenced document,

- content of the referencing document and
- information or attribute of the referenced document.

[0018]   The search engine may also comprise an inverted index table, where an entry in the index table is associated to an aggregate document comprising the referencing document and the referenced document.

[0019]   A search engine embodying the invention will now be described, by way of example only, and in reference to the attached drawings, where

- figure 1 is a schematic view of web page;
- figure 2 is a schematic view of the various documents forming the page of figure 1;
- figure 3 is a display of results provided by a search engine in one embodiment of the invention;
- figure 4 is a flowchart of a process according to a second embodiment of the invention.

[0020]   Figure 1 is a schematic view of a web page, as displayed to a user on a state of the art browser. The page is displayed to the user as a single document and is handled by the user as a single logical document. However, the page is actually comprised of a number of physical files, as represented in figure 2.

[0021]   In the proposed example, the page comprises two frames 2 and 4, that is a title frame and a second frame. Thus, as represented in figure 2, there is provided a first physical document 30 describing that there are two frames, the respective position of the two frames as well their location. The title frame contains a picture 18 and some text information 20. The title frame is thus actually comprised of a second physical document 32, containing the html coding the text information 20 and a reference to a third document 34, which contains the image 18. Document 32 may be a document in the jpeg or tiff format, for instance.

[0022]   The second frame 4 contains various items of text 6, 12, 16, an image 8 as well as two audio links 10, 14. The second frame is formed of a fourth document 36, containing html coding for text 6, 12, 16; the fourth document refers documents 38, 40 and 42, which respectively contain the image 8 and the audio information 12, 14. In the example of figure 2, the image document 38 is in the jpeg format and the audio is formatted in mp3 files. These contain, in addition to the audio, additional attributes or information, e.g. size of file, duration and number of audio tracks and the like.

[0023]   Thus, as represented in figure 2, a single page like in figure 1 may actually correspond to a number of physical documents, which are organised in several levels of reference. In the example of figure 2, there are three levels of reference between the various documents. These are represented schematically on figure 3 by the arrows between the documents.

[0024]   In one embodiment. the invention suggests to take into account these references when displaying to the user the results of a search. In presence of a referencing document, which contains a reference to a referenced document, the search engine does not only provide the user with information or attributes of the referenced document, but also displays information or attributes of the referenced document. This makes it possible for the user of the search engine to browse among the referenced document and referencing document, in context - that is among the logical document - without having to select and display these documents.

[0025]   Figure 3 is a display of results provided by a search engine in this first embodiment of the invention. For the sake of explanation, the search is assumed to be an audio search, using the keyword "Poulenc". In the page of figure 1, the search engine locates two audio works of this author, which are embodied in documents 40 and 42. The results are displayed to the user as a combination of information or attributes of the referencing document - document 36 representing the frame 4 - and information or attributes of the referenced document - documents 40 and 42. In addition, one may display the URL of the page. Specifically, figure 3 exemplifies :

- the URL 50 of the page;
- an abstract 52, extracted from the second frame, with the search keyword "Poulenc";

BNSDOCID: <EP__ __1462952A1_I_>

**EP 1 462 952 A1**

-  the name 54 of the first located audio work, with a link 56 to this work;
-  information 58 on this first work, such as the size of the corresponding document, the duration of the work, the interpreters and the like;
-  the name 60 and a link 62 to the second work, and
-  information 64 regarding the second work.

**[0026]**   The display of figure 3 makes it possible for the user of the search engine to have a complete view, not only of one physical document, but of a whole logical document formed of several physical documents. In the example, the user may at first sight understand that the page - the referencing document - contains two different works of Poulenc - the referenced documents. He may directly consult one of the referenced documents in context, by simply selecting the link to the referenced document, without having to browse the referencing document. In addition, since the display shows content of the referencing document, the user is provided not only with information regarding the searched physical document - the mp3 document - but also with information regarding the context of the logical page where this document was found by the search engine. This allows the user to easily and efficiently select the relevant results in a list of results.

**[0027]**   As a comparison, in the prior art solutions discussed above, the display of results only provides the user with information regarding the referenced document, without any indication relative to the content of the referencing document. To check the relevance of a result, the user needs to access the referencing document - by selecting the link to the referencing document - and read this document. First, this involves selecting the link to the referencing document and waiting till this document is displayed. Second, this involves reading part of the referencing document to identify the relevant section. In case the referencing document is long, the relevant information may not appear at first sight; the user would have to scroll the referencing document or search within the referencing document for locating the relevant part of the document.

**[0028]**   The display of figure 3 thus makes it possible for the user to efficiently select relevant results in a list provided returned by the search engine. In addition, as in the example of figure 2, several physical documents may be displayed simultaneously. In the example of figure 3, two different audio works are displayed. These belong to the same logical document, since they are referenced by the same html page or referencing document. Thus, the user is provided with content information 52 from the common referencing document and with information regarding both referenced documents. As discussed, the user may appraise the relevance of the located physical documents, based on the content of the referencing document. In addition, the user may easily and directly understand that the referencing document actually references two possible results.

**[0029]**   As a comparison, in prior art solution, results originating from the same web page - from the same logical document - are displayed as separate results. In the Altavista audio mp3 search engine discussed above, the user may identify that some results originate from the same web page, e.g. by recognising that the results refer to the same URL. However, comparing URLs is a tedious work. The user may also access the page "more media from the same page", but this is a separate page which only lists the media. Additional browsing is necessary; even when accessing the separate page, the user is not provided with content from the referencing document and may not easily identify the relevance of the results.

**[0030]**   Figure 3 shows an application of the invention to the display of html pages. The invention is of use for other applications. In a shopping site, one could display to the user, for a given result various elements from different physical documents, e.g. a picture of the product, a short description of the product, its price, etc. These elements may be displayed together to the user, although they actually originate from various physical documents. The invention may also apply to folders, referencing various files (texts, images, spreadsheets, database or the like). In this case, the content of the referencing document - the folder - could include an abstract of the folder content, while the information regarding the referenced documents could include an abstract of the referenced document or its location. Another example is the application of the invention to searches among emails. The referencing document in this case would be an email. The referenced documents would be the attachments to emails, e.g. vcf files, text files, images or the like. If the invention is applied to searches in an Intranet like the one provided by Lotus Notes under the trademark Notes, the searches would be carried out in the notes and their attachments. The referencing document would in this case be a note, while the referenced document would be the attachments to the notes. For searches among a database, some fields in entries of the database may reference objects. The referencing document would be the entry or the field of the entry, while the referencing document would be the referenced object.

**[0031]**   The displayed information may be selected in the various documents as discussed below in reference to the second embodiment of the invention. One may also, after having locating relevant physical document, consider the referencing document and extract part of the content of this referencing document. Alternatively, if the referencing document is located first, one may extract part of this document, locate the referenced document(s) and display information or attributes of the referenced document(s). The displayed referenced document may comprise all documents referenced in the referencing documents; one may also display only a subset of the referenced documents, according to the type of referenced document and / or to the position of the

BNSDOCID: <EP_____1462952A1_I_>

references in the referencing document. A proximity criterion and / or a relevance criterion could be used for selecting referenced documents. A proximity criterion may be carried out by measuring a distance in the referencing document between the searched terms and the links to the referenced documents. Relevance of referenced documents may be appraised as usual in the art of search engines.

[0032]   Referenced documents may also be sorted. Again, one may use various criteria for sorting the documents, including proximity or relevance.

[0033]   The content of the referencing document may, as in the example of figure 3, comprise excerpts of texts contained in the referencing document. This is the simplest embodiment. One could also display an image or a logo extracted from the referencing document.

[0034]   The information or attributes of the referenced document may comprise :

- the name of the referenced document;
- the URL of the referenced document;
- part of the content of the referenced document, such as excerpts of text, reduced image, properties stored in a mp3 audio file (size, author, formats, download time, date, etc.).

[0035]   In the example of figure 3, the result is displayed as a referencing document, with information regarding the referenced documents. This makes it possible for the user to easily identify other referenced documents, without having to browse through the referencing document. One could also imagine displaying information regarding the referenced document, together with some content of the referenced documents; this is less advantageous, in that the user would less easily perceive the relationship between the various documents referenced in a single referencing document.

[0036]   In another embodiment of the invention, search is conducted not only in physical documents, but also in logical documents; in other words, the search engine takes into account not only separate physical documents, but also references between documents. The results of the search are therefore likely to be more relevant.

[0037]   For instance, search for audio documents will take into account not only information stored within the audio files, but also information contained in the html pages where these audio files are referenced. In the example of figure 1, faced with a search using the keyword "Poulenc", a conventional search engine may return, as separate results, documents 10 and 14, based on the fact that the limited text information stored in these mp3 documents is likely to contain the name of the composer of the music. However, a search with the keywords "Poulenc" and "française" may not return as a result document 14, unless the name "Suite française" is stored within the mp3 file. This embodiment of the invention not only applies to audio files, but to all other examples discussed in reference to the first embodiment.

[0038]   According to this embodiment of the invention, the search engine searches not only the mp3 documents - the referenced document - but also document 36 - the referencing document -, which contains the html coding for the second frame 4. Thus, if one of the keywords appears only in the referencing document while the other one appears in the referenced document, the search engine will return a result. The second embodiment of the invention thus allows to locate more documents than the prior art search engines. In addition, the fact that the search is conducted not only in referenced documents, but also in referencing documents may help in ranking the results according to their relevance. This also improves the performance of the search engine, compared to prior art solutions.

[0039]   The second embodiment of the invention may be carried out as follows. The process starts with the building of an index of documents. The index is built as known per se. However, instead of considering documents separately, referencing documents and referenced documents are considered in this embodiment as a single document. Thus, they are indexed together, as if they formed a single aggregate document. This may be carried out by providing an indexed table of aggregate documents, each aggregate document being associated in the table with the various physical documents that, together, form the aggregate document.

[0040]   In the example of figures 1 and 2, the index would consider that both frames 2 and 4 as well as the various documents referenced in these frames form a single document. In other words, documents 30, 32, 34, 36, 38, 40 and 42 would be considered as a single aggregate or logical document. In the table of aggregate documents, the single logical documents would be associated with physical documents 30, 32, 34, 36, 38, 40 and 42.

[0041]   Various methods may be used for recognising that physical documents should be associated or aggregated. The following methods may be used, notably for html documents. First, frames may be recognised; this makes it possible to aggregate the various frames that form a given html page. In the example of figures 1 and 2, documents 30 may be identified as defining a page comprised of two frames 2 and 4. Thus, documents 30, 32 and 36 would be aggregated into a single document. This ensures that both frames are considered as a single document for the purpose of search. Second, documents may be aggregated according to their types or formats. For instance, for permitting an audio or video search, an audio or video document may be aggregated with an html document that contains a link to the audio or video document. In the example of figures 1 and 2, documents 34 or 38 would be respectively aggregated with documents 32 or 36. According to this second method, the referencing document is aggregated to the referenced document. Third, documents may be aggre-

BNSDOCID: <EP_____1462952A1_I_>

gated based on references present in the document. When considering a physical document, one may scan the document to locate references and aggregate a referencing document with the documents it references. In the example of figures 1 and 2, document 32 would be aggregated with document 34. Document 36 would be aggregated with documents 38, 40 and 42. A combination of these methods may be used.

[0042]   The aggregate documents may then be indexed. For indexing such an aggregate document, the physical documents forming the aggregate document are scanned for index terms. In the example of documents 36, 38, 40 and 42, the index terms may be found in the html content of document 36; they may comprise data found in documents 38, 40 or 42, such as the name of the documents, text information extracted from the documents or the like. The index terms found in the various physical documents are associated to the aggregate document in the index table. This amounts to saying that an entry in the index table, if associated to one physical document, is also associated to the other documents forming the aggregate document.

[0043]   Once the index of aggregate documents is built, the search engine may operate conventionally on the index of aggregate documents. A query will then return a list of aggregate documents. The table of aggregate documents is read to find out which physical documents correspond to each aggregate document. The search engine then displays the physical documents, e. g. as suggested in the first embodiment discussed above or in any alternative display solution. One may notably display as search results the referencing document, as discussed in figure 3. Otherwise, one could also so display the referenced documents. For instance, in an image search engine, image document 34 may be displayed as a result, based keywords located in referencing document 32. As in figure 3, an extract of the text of document 32 could be provided to the user for helping him to assess relevance of the results.

[0044]   Figure 4 is a flowchart of a process for carrying out the second embodiment of the invention. In step 70, logical documents are recognised. Thus, physical documents are aggregated into logical documents. In step 72, logical or aggregate documents are indexed, thus producing an inverted index of aggregate documents. Step 74 is a step of search with the inverted index; it produces a list of aggregate documents. In step 76, for each aggregate document located in the search, corresponding physical documents are located. The results - physical documents - are displayed in step 78. One may use in this step the solution discussed in reference to figure 3. One may in this step, as discussed above, select and/or sort the displayed documents.

[0045]   In figure 4, it is assumed that all indexed documents are aggregate documents; however, it is also possible to build the inverted index table using a combination of aggregate documents and physical documents. This may notably happen when some physical

documents are not referenced or do not reference other documents. Thus, the process of figure 4 may be used in combination with conventional processes.

[0046]   The invention is not limited to the examples and embodiments described in reference to the drawings. Notably, both embodiments of the invention may be used in combination or separately. Thus, the example of figure 3 may be used for displaying results provided by a conventional search engine. A conventional method may be used for displaying the results of a search engine according to the second embodiment. Figure 2 shows an example where two referenced documents are displayed; as discussed, one may also display more than two referenced documents.

## Claims

1.   A process for displaying the results of a search among a collection of documents (30, 32, 34, 36, 38, 40, 42), the collection comprising a referencing document and a referenced document referenced in the referencing document, the process comprising, for a result comprising the referencing document or the referenced document, the display of

- content (52) of the referencing document (36) and
- information or attribute (54, 56, 58, 60, 62, 64) of the referenced document (40, 42).

2.   The process of claim 1, wherein the information or attribute comprise a link to the referenced document.

3.   The process of claim 1 or 2, wherein the process comprises, for a result, the display of

- content (52) of the referencing document (36);
- information or attribute (54, 56, 58) of a first document (40) referenced in the referencing document; and
- information or attribute (60, 62, 64) of a second document (42) referenced in the referencing document.

4.   The process of claim 1, 2 or 3, wherein the collection comprises a referencing document and at least two referenced documents referenced in the referencing document and wherein the process further comprises a step of selecting a subset of the referenced documents.

5.   The process of one of claims 1 to 4, wherein the collection comprises a referencing document and at least two referenced documents referenced in the referencing document and wherein the process further comprises a step of sorting referenced doc-

BNSDOCID: <EP_____1462952A1_I_>

11                    **EP 1 462 952 A1**                    12

uments.

6. The process of one of claims 1 to 5, further comprising the steps of

   - aggregating (70) a referencing document (32) and a referenced document (34) referenced in the referencing document to form an aggregate document;
   - searching (74) among aggregate documents; and
   - providing (74), as a result, an aggregate document.

7. The process of claim 6, further comprising the step of indexing an aggregate document, based on index terms contained in the referencing and referenced documents forming the aggregate document.

8. A search engine for searching among a collection of documents (30, 32, 34, 36, 38, 40, 42), the collection comprising a referencing document and a referenced document referenced in the referencing document, the search engine comprising a display routine adapted to display, for a result comprising a referencing document or a referenced document,

   - content (52) of the referencing document (36) and
   - information or attribute (54, 56, 58, 60, 62, 64) of the referenced document (40, 42).

9. The search engine of claim 8, further comprising an inverted index table, wherein an entry in the index table is associated to an aggregate document comprising the referencing document and the referenced document.

7

BNSDOCID: <EP_____1462952A1_I_>

EP 1 462 952 A1



**Fig. 1**



**Fig. 2**

BNSDOCID: <EP_____1462952A1_I_>

EP 1 462 952 A1



**Fig. 3**



**Fig. 4**

9

BNSDOCID: <EP_____1462952A1_I_>

EP 1 462 952 A1

 **European Patent Office**

**EUROPEAN SEARCH REPORT**

Application Number

EP 03 29 0781

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int.Cl.7) |
|---|---|---|---|
| X | US 2002/091679 A1 (WRIGHT JAMES E) 11 July 2002 (2002-07-11) * paragraph [0008] - paragraph [0009] * --- | 8 | G06F17/30 |
| X | BAGER J ET AL: "ALLE GEGEN GOOGLE WISENUT, TEOMA, VIVISIMO - NEUE KONKURRENZ FUER DIE POPULAERE SUCHMASCHINE?" CT MAGAZIN FUER COMPUTER TECHNIK, VERLAG HEINZ HEISE GMBH., HANNOVER, DE, no. 19, 10 September 2001 (2001-09-10), pages 104-106,108, XP001103608 ISSN: 0724-8679 * page 104, right-hand column * --- | 1-9 | |
| A | SPENCER P: "AltaVista" FILTRATION AND SEPARATION, ELSEVIER ADVANCED TECHNOLOGY, OXFORD, GB, vol. 37, no. 1, January 2000 (2000-01), page 49 XP004193971 ISSN: 0015-1882 * the whole document * --- | 1-9 | |
| A | BHARAT K ET AL: "Who links to whom: mining linkage between Web sites" DATA MINING, 2001. ICDM 2001, PROCEEDINGS IEEE INTERNATIONAL CONFERENCE ON SAN JOSE, CA, USA 29 NOV.-2 DEC. 2001, LOS ALAMITOS, CA, USA,IEEE COMPUT. SOC, US, 29 November 2001 (2001-11-29), pages 51-58, XP010583259 ISBN: 0-7695-1119-8 * the whole document * ----- | 1-9 | TECHNICAL FIELDS SEARCHED (Int.Cl.7) G06F |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| MUNICH | 31 July 2003 | May, M |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons
& : member of the same patent family, corresponding document

BNSDOCID: <EP_____1462952A1_I_>

**EP 1 462 952 A1**

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**                EP 03 29 0781

This annex lists the patent family members relating to the patent documents cited in  the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely  given for the purpose of information.

31-07-2003

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 2002091679    A1 | 11-07-2002 | WO    02056206 A1 | 18-07-2002 |

EPO FORM P0459

For more details about this annex : see Official Journal of the  European Patent Office, No. 12/82

BNSDOCID: <EP_____1462952A1_I_>

01789  U.S. PTO    080905

13277 U.S. PTO    11/200557    080905

PTO/SB/05 (09-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL | |
|---|---|
| *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | |

| | |
|---|---|
| *Attorney Docket No.* | 20050533-US-NP-311311 |
| *First Inventor* | Ed CHI et al. |
| *Title* | SYSTEMS AND METHODS FOR PERSONALIZED SEARCH |
| *Express Mail Label No.* | ED 976329476 US |

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:** Commissioner for Patents
P.O. Box 1450
Alexandria VA  22313-1450

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. [ ] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [✓] **Specification**    [Total Pages___28___]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
4. [✓] **Drawing(s)** (35 U.S.C. 113)  [Total Sheets___14___]
5. **Oath or Declaration**    [Total Sheets___4___]
   a. [✓] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. [ ] **DELETION OF INVENTOR(S)**
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. [✓] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or
   Computer Program *(Appendix)*
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. [ ] Computer Readable Form (CRF)
   b. [ ] Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [✓] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee Palo Alto Research Center Inc.

10. [✓] **37 CFR 3.73(b) Statement**   [✓] **Power of Attorney**
    *(when there is an assignee)*
11. [ ] **English Translation Document** *(if applicable)*
12. [✓] **Information Disclosure Statement** (PTO/SB/08 or PTO-1449)
    [✓] Copies of citations attached
13. [ ] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
    *(Should be specifically itemized)*
15. [ ] **Certified Copy of Priority Document(s)**
    *(if foreign priority is claimed)*
16. [ ] **Nonpublication Request** under 35 U.S.C. 122(b)(2)(B)(i).
    Applicant must attach form PTO/SB/35 or equivalent.
17. [ ] Other:_____

18. If a CONTINUING APPLICATION, *check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:*

[ ] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: ...................................

*Prior application information:*      Examiner _____      Art Unit: _____

**19. CORRESPONDENCE ADDRESS**

[✓] The address associated with Customer Number:   52725   **OR**   [ ] Correspondence address below

| Name | Christian Austin-Hollands Esq. | | | | |
|---|---|---|---|---|---|
| Address | PO Box 170325 | | | | |
| City | San Francisco | State | CA | Zip Code | 94117 |
| Country | USA | Telephone | 415.762.9543 | Fax | 415.762.9543 |
| Signature | *[signature]* | | Date | August 9, 2005 | |
| Name (Print/Type) | Christian Austin-Hollands Esq. | | | Registration No. (Attorney/Agent) | 46,527 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

01789  U.S. PTO
080905

PTO/SB/17 (12-04v2)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

| | Complete if Known |
|---|---|
| | *Effective on 12/08/2004.* *Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).* |
| **FEE TRANSMITTAL** **For FY 2005** | |

| | *Complete if Known* |
|---|---|
| Application Number | NEW US APPLICATION |
| Filing Date | August 10, 2005 |
| First Named Inventor | Ed CHI et al. |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | 20050533-US-NP-311311 |

☐ Applicant claims small entity status. See 37 CFR 1.27

| **TOTAL AMOUNT OF PAYMENT** | ($) | 2140.00 |
|---|---|---|

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify): _____

☑ Deposit Account    Deposit Account Number: 24-0037    Deposit Account Name: Xerox Corporation

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

☑ Charge fee(s) indicated below    ☐ Charge fee(s) indicated below, except for the filing fee

☐ Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17    ☑ Credit any overpayments

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| | FILING FEES | | SEARCH FEES | | EXAMINATION FEES | | |
|---|---|---|---|---|---|---|---|
| **Application Type** | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | 1000.00 |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 38 | - 20 or HP = | 18 | x | 50 | = | 900.00 |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 4 | - 3 or HP = | 1 | x | 200 | = | 200.00 |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|---|
| 42 | - 100 = | 0 | / 50 = | 0 | (round up to a whole number) x | 0 | = | none |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English Specification,    $130 fee (no small entity discount) | _____ |
| Other (e.g., late filing surcharge): Assignment | 40.00 |

## SUBMITTED BY

| Signature | [signature] | Registration No. (Attorney/Agent) | 46,527 | Telephone | 415.762.9543 |
|---|---|---|---|---|---|
| Name (Print/Type) | Christian Austin-Hollands Esq. | | | Date | August 9, 2005 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

"Express Mail" No. ED 976329476 US

20050533-US-NP-311311

# SYSTEMS AND METHODS FOR PERSONALIZED SEARCH

[0001] This application claims the benefit of Provisional Patent Application No. 60/676,462 filed April 29, 2005, the disclosure of which is incorporated herein by reference, in its entirety.

[0002] This invention was made with U.S. government support under ARDA NIMD Contract No. #MDA904-03-C-0404. The U.S. government may have certain rights in the invention.

## BACKGROUND OF THE INVENTION

1.  Field of Invention

[0003] This invention relates to information retrieval.

2.  Description of Related Art

[0004] Search engines provide a view into the wealth of constantly changing resources available over the web, intranets, file servers and other dynamic information repositories. Conventional personalized search systems facilitate the retrieval of previously accessed information by personalizing the search results based on a user profile.

[0005] Thus, the system described by Dumais' et al, in "Stuff I've Seen: A System for Personal Information Retrieval and Re-use", 26th Annual International ACM SIGIR Conference, July 28-August 1, 2003, and Google's desktop search system integrate web and file search functions into a single system that helps retrieve previously accessed information. Although useful, these systems are not focused on discovering new – unseen information relevant to the user's current information retrieval goals.

## SUMMARY OF THE INVENTION

[0006] Thus, systems and methods for personalized search would be useful. The system and method according to this invention determine personalized search results. A user history optionally classified into projects or tasks is determined. A profile for the user is determined by identifying keywords, concepts or other descriptors of the user within user history documents. A proximal neighborhood based on the user's history is determined. The proximal neighborhood is determined based on adjustable crawling parameters. The adjustable crawling parameters define which documents, linked to the user history are included within the proximal

2                              20050533-US-NP-311311

neighborhood. A user query is determined and used to search the proximal neighborhood. The results of the search over the proximal neighborhood are ranked based on user profile information and optionally displayed to the user.

5                    BRIEF DESCRIPTION OF THE DRAWINGS

[0007]   Fig. 1 is an overview of an exemplary first system for personalized search 100 according to an aspect of this invention;

[0008]   Fig. 2 is an overview of an exemplary second system for personalized search 101 according to an aspect of this invention;

10        [0009]   Fig. 3 is a flowchart of an exemplary method for personalized search according to an aspect of this invention;

[0010]   Fig. 4 is an expanded flowchart of an exemplary method for determining proximal neighborhoods according to an aspect of this invention;

[0011]   Fig. 5 is a flowchart of an exemplary method for determining a user

15 profile according to an aspect of this invention;

[0012]   Fig. 6 is a flowchart of an exemplary method for searching proximal neighborhoods according to an aspect of this invention;

[0013]   Fig. 7 is an exemplary system for personalized search according to an aspect of this invention;

20        [0014]   Fig. 8 is a visualization of documents within an information repository according to an aspect of this invention;

[0015]   Fig. 9 is an exemplary first visualization of documents that are more than a threshold link distance away from the user history documents according to an aspect of this invention;

25        [0016]   Fig. 10 is an exemplary visualization of documents that are within a threshold link distance of user history documents according to an aspect of this invention;

[0017]   Fig. 11 is an overview of the formation of a system for personalized search according to an aspect of this invention;

30        [0018]   Fig. 12 is an overview of an exemplary query using a system for personalized search according an aspect of to this invention;

[0019]   Fig. 13 is an exemplary data structure for storing user profiles according to an aspect of this invention;

3                                20050533-US-NP-311311

[0020]   Fig. 14 is an exemplary data structure for storing user history associations according to an aspect of this invention;

[0021]   Fig. 15 is an exemplary data structure for storing task profiles according to an aspect of this invention;

5       [0022]   Fig. 16 is a table illustrating the use of the accumulated user profile and proximal neighborhood information according to an aspect of this invention; and

[0023]   Fig. 17 is a visualization of a portion of a set of linked documents according to an aspect of this invention.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

10      [0024]   Fig. 1 is an overview of an exemplary first system for personalized search 100 according to an aspect of this invention. The system for personalized search 100 is connected via communications link 99 to a communications-enabled personal computer 300 and an information repository 200 providing access to documents 1000-1002.

15      [0025]   A user of the communications-enabled personal computer 300 initiates a query for documents. A search history is retrieved. The search history may be retrieved from an internet browser, a proxy server that mediates document access, a library manager and/or any known or later developed source of user information retrieval transactions. A proximal neighborhood of documents is determined based

20      on the user history. The proximal neighborhood comprises documents linked within a threshold link distance of previously accessed documents. In various exemplary embodiments, the threshold link distance is set to a default value of 2. The threshold link distance is optionally adjustable by the user or may be adjusted under program control. The documents in the information repository within a threshold link distance

25      of previously accessed documents are added to the proximal neighborhood. The documents in the proximal neighborhood reflect documents likely to be topically related to documents retrieved by the user. However, the documents in the proximal neighborhood have not yet been seen by the user. A user profile is determined based on the documents in the user history. The user profile is a description of the

30      keywords relevant to the prior information retrieval tasks.

[0026]   The system for personalized search 100 applies the user query to search the documents in the proximal neighborhood associated with the user. The search result is ranked based on the user profile. The ranked search results are then

4                        20050533-US-NP-311311

returned via the communications links 99 to the user of the communications-enabled personal computer 300. In various exemplary embodiments according to this invention, the proximal neighborhood of the user is dynamically adjusted as the user history changes.

5      [0027]    Fig. 2 is an overview of an exemplary second system for personalized search 101 according to an aspect of this invention. A system for personalized search 101 is embedded within a communications-enabled personal computer 301. The communications-enabled personal computer 301 is connected via the communications links 99, to an information repository 200 providing access to

10    documents 1000-1002.

[0028]    In various exemplary embodiments, the second system for personalized search 101 is implemented as a software routine, hardware circuit or other device within the second communications-enabled personal computer 301. The second system for personalized search 101 maintains an updated user history of

15    document and/or other information accessed by the user. The second system for personalized search 101 is embedded within the communications-enabled personal computer 301, thus the second system for personalized search 101 has access to a a greater range and number of user history sources including email, browser history, file access history and the like. Crawling parameters are entered by the user or

20    retrieved from storage. For example, in one embodiment, a threshold link distance is entered by the user. In various other exemplary embodiments, the threshold link distance value is retrieved from a memory or other storage device. The crawling parameters and/or threshold link distance define the size of the user's proximal neighborhood. The unseen documents within the threshold link distance of

25    documents in the user history are then added to the proximal neighborhood. A user profile is determined based on the documents in the user history. The user profile describes the user history transactions.

[0029]    The user query is applied to the documents within the proximal neighborhood. The search result reflects documents topically related to the user's

30    previous search history but which are further focused by the terms of the current user query. It will be apparent that in various other exemplary embodiments according to this invention, the query search may be expanded to include documents outside the user's proximal neighborhood. For example, a first user may select a second user's

5                                20050533-US-NP-311311

proximal neighborhood and/or user profile to perform a search.  In still other exemplary embodiments according to this invention, one or more user profiles and/or proximal neighborhoods are combined using union, intersection and various other operators to perform personalized searches.  A ranking function is then applied to the

5    search results.  The ranking function is based on a user profile.  Thus, documents in the proximal neighborhood that more closely match user interests are ranked higher than other documents.  In some exemplary embodiments, a tag or other marker is optionally added to the newly identified documents.  The ranking may be further adjusted based on explicit user interest terms, information scent or the like.  The

10   ranked proximal search result is then returned over the communications link 99 to the user of the second communications-enabled personal computer 301.

[0030]    Fig. 3 is a flowchart of an exemplary method for personalized search according to an aspect of this invention.  The process begins at step S1000 and immediately continues to step S2000.

15   [0031]    In step S2000, a history for a user is determined.  The user history reflects the prior information access transactions of the user.  For example, the history file of a web browser may be configured to indicate the uniform resource locators (URLs) accessed by the user.  The user browser history is retrieved directly from the user's browser, an organizational web portal, a web proxy server, a library access

20   manager, the access logs of a web server and/or any known or later developed source of historical user transactions.  In various exemplary embodiments according to this invention, the user history information is further categorized by task, project and the like.  The categorization of the user history by tasks provides a method for identifying the resources used to complete the task.  Categorizing the user history based on tasks,

25   project and/or other attributes also provides a flexible mechanism for sharing and/or re-using information across group and organizational boundaries.  After the user history has been determined, control continues to step S3000.

[0032]    In step S3000, a user profile is determined.  The user profile is based on a user history.  Word-stemming and stop-word removal is performed on

30   documents in the user history.  Optional thresh-holding is applied to identify descriptive keywords for the categorized information retrieval tasks and/or the user history as a whole.  In one exemplary embodiment, the memory required to store the user profile is reduced by limiting the user profile to a subset of the keywords.  A user

6                              20050533-US-NP-311311

profile vector or other representation is determined based on the user profile keywords. The user profile vector provides a compact representation of user interests. After the user profile has been determined, control continues to step S4000.

[0033]   In step S4000, the proximal neighborhood is determined. The proximal neighborhood is based on a user history. The proximal neighborhood reflects linked but unseen documents that are within a threshold link distance of documents already accessed by the user. The links to documents already accessed by the user indicate that the documents are likely to be topically related to the interests of the user. The user history includes transactions related to having world wide web documents, accessing documents in a digital library, retrieving documents via ftp, http, or the like, retrieving documents through an internet portal and/or retrieving documents from any known or later developed source of historical user transactions. After the proximal neighborhood has been determined, control continues to step S5000.

[0034]   A user query is determined in step S5000. The user query is a description of the specific information needs of the user. The user query is optionally expanded into relevant and/or associated terms, abstracted into a conceptual description or the like. After the user query has been determined, control continues to step S6000.

[0035]   In step S6000, the proximal neighborhood associated with the user is searched using the query. The proximal neighborhood reflects documents that have not been seen by the user but which are likely to be of interest since they are within a threshold link distance of previously accessed documents. Documents in the proximal neighborhood that match the user query are returned in the personalized search result. After the proximal neighborhood of the user has been searched, control continues to step S7000.

[0036]   In step S7000, the personalized search results are ranked based on the user profile. The profile ranking of the search results places information of specific relevance to the previously performed tasks at the top of the user's personalized search results. In various other embodiments, the location of a document within the proximal neighborhood, and/or various other attributes and features are used to further rank the search results. After the personalized search

20050533-US-NP-311311

results have been ranked, control continues to step S8000.  Control then continues to step S9000 and the process ends.

[0037]    Fig. 4 is an expanded flowchart of an exemplary method for determining proximal neighborhoods according to an aspect of this invention.  The process begins at step S4000 and immediately continues to step S4100.

[0038]    The crawling parameters are determined in step S4100.  The crawling parameters include, but are not limited to: how the proximal documents are identified and how many links away a proximal document is from an accessed document.  For example, in a breadth first search environment, a value of 2 provides a good link threshold distance.  Thus, linked documents that are within 2 links of an accessed document are included within the proximal neighborhood.  It will be apparent that other crawling parameters such as the PageRank link ranking function, the backlink ranking function, breadth-first search and/or any known or later developed link ranking and/or ordering strategy may also be used in the practice of this invention.

[0039]    In some embodiments, a closed set of documents is defined.  The documents in the closed set are linked or interconnected when the document is added to the set or collection.  In still other exemplary embodiments, the interconnections between documents are not known.  Thus, a crawler or other retrieval mechanism is used to determine the documents in the world-wide-web that are linked to the current document.  The number of links to follow defines the proximal neighborhood.  Moreover, different types of crawling algorithms, such as breadth first search, PageRank, backlink and various other graph search strategies may also be used to determine documents within the proximal neighborhood.  After determining the crawling parameters, control continues to step S4200.

[0040]    The user history is determined in step S4200.  The user history provides a record of the documents previously viewed by the user.  The user history information is retrieved from the user's browser, a web proxy access log, a library access manager and/or any known or later developed source of historical transaction information about a user.  For example, in one embodiment, the user history is a sequence of information resource locators or URLs.  The URLs indicate the specific documents accessed by the user in performing an information retrieval task.  Thus, the

20050533-US-NP-311311

URLs reflect a record of how the information requirements for the task were satisfied. After determining the user history information, control continues to step S4300.

[0041]    The set of documents within the proximal neighborhood is optionally initialized or updated in step S4300. That is, when a user first accesses the system for personalized search, the proximal neighborhood is optionally initialized to the empty set and contains no documents. However, once the user has accessed the system for personalized search, the proximal neighborhood information is optionally saved or stored within a memory. In subsequent sessions, new user history transactions are identified. The new user history transactions are used to update the proximal neighborhood associated with the user. After the proximal neighborhood has been initialized or updated, control continues to step S4400.

[0042]    In step S4400, a first document is selected from the user history. After the first document is selected, control continues to step S4500.

[0043]    Documents are added to the proximal neighborhood using the current document as the starting point in step S4500. Thus, if an open set of documents such as the world-wide-web is specified, an optional crawler is used to add linked but unseen documents based on the specified crawling parameters. The crawling parameters include, but are not limited to: a threshold link distance, the type of link crawling strategy or the like. If a closed document set is specified, then the optional crawling is not required. The unseen linked documents within a threshold link distance of the current document are added to the set of documents in the proximal neighborhood. After the proximal neighborhood has been determined, control continues to step S4600.

[0044]    In step S4600 a determination is made as to whether there are additional documents in the user history. If it is determined that there are additional documents in the user history, control continues to step S4700. In step S4700, the current document is removed from consideration. For example, in one exemplary embodiment, the current document is removed from the working set or agenda of user history documents. In other embodiments, a flag is set to indicate the current history document has been removed from further consideration. Control then continues to step S4800.

[0045]    The current document is set to the next document in the user history in step S4700. Control then jumps directly to step S4500. Steps S4500-S4700 repeat

9                      20050533-US-NP-311311

until it is determined in step S4600 that there are no additional documents remain in the user history. When it is determined that there are no additional documents in the user history, control continues to step S4900. The process returns and immediately continues to step S5000 of Fig. 3.

5      [0046]   Fig. 5 is a flowchart of an exemplary method for determining a user profile according to an aspect of this invention. The process begins at step S3000 and immediately continues to step S3100.

[0047]   In step S3100, a history of user transactions is determined. The user history reflects the documents accessed by the user during previous information
10   retrieval tasks. The previously accessed user history information provides a model of the user's information retrieval behavior. In various exemplary embodiments according to this invention, the user history is further categorized and associated with individual tasks, projects and the like. The resultant task specific user history reflects the documents and/or other information elements relevant to the user's task. It will be
15   apparent that the user history can be categorized to any degree of granularity without departing from the scope of this invention. After the user history information has been determined, control continues to step S3200.

[0048]   The stop-words are removed, words are stemmed and other normalizing functions are performed on the documents in the user history in step
20   S3200. After the stop-word removal and word-stemming, control continues to step S3300.

[0049]   In step S3300, the keywords are extracted from the documents. For example, words in the user history documents are analyzed to determine descriptive keywords of the information retrieval tasks performed. After the keywords have been
25   determined, control continues to step S3400.

[0050]   In step S3400, the user profile is determined based on the determined keywords or terms. In one exemplary embodiment according to this invention, a user profile vector is determined by weighting each keyword $v_i$ based on the formulae:

$$v_i = \frac{1}{|History|} \sum_{d \in History} \frac{\sqrt{tf_{t,d}} \cdot idf_t}{\sqrt{length_d}} \qquad (1)$$

30   where

10                      20050533-US-NP-311311

$$idf_t = \ln\left[\frac{\#\,docs}{df_t + 1}\right] + 1 \qquad (2)$$

and where $d$ is the current document within the set of user history documents *History*. The term $df_{t+1}$ reflects the frequency of the term $t+1$ in the user history document $d$ and the term $|History|$ reflects the length of the user history. The term $idf_t$ is the inverse frequency of the term $t$ within the set of user history documents and $length_d$ is the length of the document. The resultant weighted keywords are used to form a user profile vector. The user profile may include high frequency concepts that appear in the user history. However, it will be apparent that various other user profile representations may also be used without departing from the scope of this invention. After the user profile has been determined, control continues to step S3500.

[0051]    The keywords in the user profile are determined based on a threshold in optional step S3500. For example, in one exemplary embodiment according to this invention, the best 1000 or set of N-best keywords are selected. After the keywords have been selected, control continues to step S3600. Control returns and immediately continues to step S4000 of Fig. 3.

[0052]    Fig. 6 is a flowchart of an exemplary method for searching proximal neighborhoods according to an aspect of this invention. The process begins at step S6000 and immediately continues to step S6100.

[0053]    In step S6100, a query is determined. The query may be a vector comprised of query terms, a list of keywords, a portion of natural language or the like. The query reflects the particular information needs of the user. The query may be formulated as a set of terms, terms from a paragraph of text, terms from a natural language question and the like. The query terms are optionally expanded using thesauri, WordNet lookups and/or various other methods. An optional relevance or other threshold is used to select a subset of the expanded query terms. After the query has been determined, control continues to step S6200.

[0054]    The proximal neighborhood associated with the user and/or the task is determined in step S6200. In one exemplary embodiment according to this invention, a previously compiled proximal neighborhood is retrieved from a storage device. In still other embodiments, the proximal neighborhood is dynamically

determined from the user history for each session.  After the proximal neighborhood has been determined, control continues to step S6300.

[0055]   In step S6300, a document in the proximal neighborhood is selected as the current document.  Control then continues to step S6400 where the document vector for the current document is determined.  After the document vector has been determined, control continues to step S6500.

[0056]   The proximal matching score is determined between the current document in the proximal neighborhood and the query vector in step S6500.  In one exemplary embodiment, an exemplary proximal matching score is determined based on the formula:

$$proximal\_score = \frac{|Q \cap D|}{|Q|} \sum_{t \in Q} \frac{\sqrt{tf_{t,d}} \cdot idf_t}{\sqrt{length_d}} \frac{\sqrt{tf_{t,q}} \cdot idf_t}{\sqrt{\sum_{t \in Q}(tf_{t,q} \cdot idf_t)^2}} boost_t \qquad (3)$$

where Q is a query, D is the document, $|Q \cap D|$ reflects the number of common terms between the query Q and the document D, and $|Q|$ reflects the number of terms in the query and the term $boost_t = v_i$ from the user profile calculated in formula (1) above.  The importance of the term in the user profile is used to calculate the proximal score.  It will be apparent however that other proximal scoring functions that indicate the similarity between the query, and proximal documents may also be used in the practice of this invention.  After the proximal matching score has been determined, control continues to step S6600.

[0057]   In step S6600, a determination is made as to whether there are additional documents to be searched.  If it is determined that there are additional documents in the proximal neighborhood, control continues to step S6700.  The next document in the proximal neighborhood is then selected as the current document.  Control then jumps immediately to step S6400.  Steps S6400-S6700 are repeated until it is determined in step S6600 that there are no additional documents to be searched.  When it is determined in step S6600 that there are no additional documents to search, control continues to step 6800.  Control then returns and immediately jumps to step S7000 of Fig. 3 where the proximal scores may be used to rank the documents in the proximal neighborhood for presentation to the user.

12                    20050533-US-NP-311311

[0058]    Fig. 7 is an exemplary system for personalized search 100 according
to an aspect of this invention.  The system for personalized search 100 is comprised
of: a processor 15; a memory 20; a user history determination circuit 25; a profile
determination circuit 30; threshold link value storage 35; a proximal neighborhood
determination circuit 40; a search circuit 45; a ranking circuit 50; and an optional
display circuit 55; each connected to an input/output circuit 10 and via a
communications link 99 to a communications enabled personal computer 300; and an
information repository 200 providing access to document 1000-1002.

[0059]    The user of the communications-enabled personal computer 300
submits a query against documents 1000-1002 in the information repository 200.  The
query is forwarded over communications links 99 to the system for personalized
search 100.  The system for personalized search 100 mediates access to the
information repository 200.  The system for personalized search 100 activates the
input/output circuit 10 to retrieve the query.  The processor 15 determines the user
based on the user initiating the query or other identifier.  That is, a first user may
desire to search using the use profile and/or the proximal neighborhood associated
with a different user, group of users, organizations and the like.  The relevant user
may be a user different than the search initiator.  Moreover the user may be a group of
users and the like.  In various embodiments, a user login sequence, an internet
protocol (IP) address and the like are used to identify the user.  However, it should be
apparent that various user identification methods may be used in without departing
from the spirit or scope of this invention.

[0060]    The user identifier is used by the processor 15 to request and/or
determine the user history.  The user history is retrieved from an information
repository, entered by the user and/or determined dynamically.  The user history is
then stored in the memory 20.  In one embodiment, the user history information is
indicated by a list of uniform resource locators (URL) associated with the user's paths
within the information repository.

[0061]    The processor 15 retrieves the link threshold distance from the
threshold link distance value storage 35.  The processor 15 then activates the proximal
neighborhood determination circuit 40 to determine documents in the information
repository 200 within the threshold link distance of documents previously accessed by
the user.  In one embodiment, the proximal neighborhood determination circuit 40

13                    20050533-US-NP-311311

initializes the set of proximal neighborhood documents to the empty set. A copy of
the user history is then retrieved. A first document is selected from the copy of the
user history. Each linked document within a threshold link distance of the selected
document is added to the set of documents in the proximal neighborhood. The
5    selected document is then removed from the copy of the user history. A second
document is then selected from the modified copy of the user history and the process
repeats until no documents remain in the copy of the user history. In one embodiment
according to this invention, the process is repeated for each new document accessed
by the user. However, it will be apparent that in various other embodiments,
10   processing of user history information is performed on batches as additional
documents are added to the user history, under user and/or programmatic control.
The incremental determination of proximal neighborhood documents reduces the
burden on computational resources.

[0062]   The processor 15 activates the search circuit 45 to search for
15   documents in the proximal neighborhood that match the query. The documents in the
proximal neighborhood reflect unseen documents that are likely to be closely related
to the interests of the user since they are linked to previously accessed documents.

[0063]   The processor 15 activates the user profile determination circuit 30
to determine the user profile based on the user history. The user profile reflects a
20   description of the prior documents accessed during information retrieval tasks.

[0064]   The processor 15 then activates the ranking circuit 50 to rank the
personalized search results based on the user profile. In one exemplary embodiment
according to this invention, the ranking of the search results is further adjusted based
on document location with the proximal neighborhood and/or various other indicators.
25   The optional display circuit 55 is then activated to format the display of the
personalized search results for the user. The search result is then forwarded over the
communications links 99 and displayed on the communications enabled personal
computer 300.

[0065]   Fig. 8 is a visualization of documents within an information
30   repository according to an aspect of this invention. The documents of the information
repository are visualized as nodes 1-11, 401-411. A user history or path within the set
of documents is indicated by the arrows between the nodes 1-5, 401-405. For
example, the user first accessed the document indicated by node 5, 405 followed by

14                        20050533-US-NP-311311

nodes 1-4 401-404. The user did not access the documents indicated by nodes 6-11, 406-411. It will be apparent that in various exemplary embodiments according to this invention, the system for personalized search retrieves documents within a threshold link distance of documents previously accessed by the user. In various other

5    exemplary embodiments, the links between documents are defined when the document is added to the library. Thus, pre-fetching or crawling is not required in these closed environments. The nodes 6-11, 406-411 are linked to nodes 1-5, 401-405 reflecting corresponding links between the documents. Thus, the documents represented by nodes 6-11, 407-410 are likely to be topically related to the documents

10   in the user history represented by the nodes 1-5, 401-405.

[0066]   Fig. 9 is an exemplary first visualization of documents that are more than a threshold link distance away from the user history documents according to an aspect of this invention. The node 10, 410 reflects a node more than 2 links away from the user history node 1-5, 401-405. That is, linked node 10, 410 is more than the

15   threshold link distance away from a user accessed node and is therefore not part of the proximal neighborhood.

[0067]   Fig. 10 is an exemplary visualization of documents that are within a threshold link distance of user history documents according to an aspect of this invention. The nodes 6-9 and 11, 406-411 and 411 reflect documents that are within

20   2 links of the user history nodes 1-5, 401-405. For example, node 6, 407 is 1 link away from node 1, 401 which was previously accessed by the user. The nodes 7, 407 and node 8, 408 are each within 1 link of node 2, 402 and node 3, 403 respectively. Therefore nodes 7, 407 and node 8, 408 are added to the proximal neighborhood. Node 9, 409 and node 11, 411 are within 2 links of node 1, 401 and node 2, 402.

25   Thus, nodes 1-2, 401-402 are within the threshold link distance and are therefore also added to the proximal neighborhood. Node 10, 410 is not included in the proximal neighborhood since node 10 is 3 links away from the closest user history document.

[0068]   Fig. 11 is an overview of the formation of a system for personalized search according to an aspect of this invention. The user history information 700 is

30   retrieved from various sources of transactional information describing the user. The user history information 700 may include, browser history, access patterns within a local file system, email information and/or any other information useful in discerning past user information retrieval transactions.

15                    20050533-US-NP-311311

[0069]   The user history information 700 is transformed to form user profile information 710. In some exemplary embodiments, the user profile information 710 is determined by removing stop-words and performing word-stemming. The resultant keywords provide a compact description of the user history. The user profile is optionally truncated to a default number of keywords. In various embodiments, a user profile vector is formed. The user profile vector is then stored as the user profile information 710.

[0070]   The user history information 700 is also used to determine the proximal neighborhood information 720. Each document, node or information element within the user history information 720 is examined. Document, nodes or other information elements linked within a defined threshold link distance of a user history document, node or information element, are retrieved to form the proximal neighborhood. The documents in the proximal neighborhood are linked to previously accessed documents and are therefore likely to be topically related to one of the user's previous information retrieval tasks. However, the proximal neighborhood documents reflect information that has not yet been seen by the user. Thus, these topically related, but as yet unseen documents are likely to be useful to the user.

[0071]   The search engine model 730 reflects a customizable search engine model that can be personalized for the user. In one exemplary embodiment according to this invention, Douglas Cutting's "Nutch" open source web-search engine, described at http://incubator.apache.org/nutch/about.html, is used as an exemplary customizable search engine model. However, it should be apparent that various other search engine models can also be used in the practice of this invention.

[0072]   The user profile information 710, the proximal neighborhood information 720 and the customizable search engine model 730 are combined to form a system for personalized search 740 for the user. The system for personalized search 740 is able to exploit personal information already known about the user's prior information access patterns and the user profile information 710 to select and/or suggest information likely to be relevant to current information retrieval tasks.

[0073]   Fig. 12 is an overview of an exemplary query using a system for personalized search 740 according an aspect of to this invention. A user is identified or determined. The proximal neighborhood information 720 and a user profile 710 are determined based on the identified user. A search engine model 730 is

16                    20050533-US-NP-311311

personalized with the user profile information 710. The personalized search engine searches the documents in the proximal neighborhood for matches with the query information 740. The results of the search are ranked based on the user profile information 710 to provide personalized search results 760. The personalized search

5    results 760 reflect documents likely to be topically related to user's interest based since the searched collection is the proximal neighborhood of documents linked to prior user transactions. The user profile information provides a ranking that focuses user attention on documents most likely to be helpful in the user's information retrieval tasks. In various embodiments, the user profile is classified by projects and

10    tasks. This allows the search results to be further ranked based on relevance specific projects or tasks.

[0074]    Fig. 13 is an exemplary data structure for storing user profiles 1200 according to an aspect of this invention. The exemplary data structure for storing user profiles 1200 is comprised of a project identifier portion 1210; a description portion 1220; and a term portion 1230.

15

[0075]    The first row contains the value "0001" in the project identifier portion 1210. This value is used to associate a task or sub-task with task specific keywords extracted from the user history. The user history may be divided into a number of tasks or sub-tasks associated with a specific information retrieval goal. In

20    one exemplary embodiment according to this invention, the user enters a project identifier at the beginning of each search session. The user history is comprised of documents accessed in completing the task. The user history is then labeled or associated with the project identifier. The project identifier is useful in re-finding and/or discovering new information related to the task. In still other exemplary

25    embodiments, the project identified user profile is helpful in sharing knowledge about what information resources a particular user consults to perform the task. This is helpful when the user is un-available due to illness, retirement and the like.

[0076]    The description portion 1220 contains the value "SEC 10K FILING RULES". This value is helpful in understanding the nature of the task the user was

30    attempting to perform. In this case, the user history was created when the user retrieved information about "Securities & Exchange Commission 10K Filing Rules". The user may be a corporate officer searching for rule changes before preparing a 10-K filing with the U.S. Securities & Exchange Commission. When a new officer is

appointed, the user history of her predecessor is available allowing the re-use of organizational knowledge. The value in the description portion 1220 is useful in performing searches across various projects.

[0077]    The terms portion 1230 contains the value "'SECURITY AND EXCHANGE COMMISSION' REPORTING REQUIREMENTS". This value indicates extracted keywords descriptive of the documents in the user history. In one exemplary embodiment according to this invention, the values in the terms portion 1230 are obtained by analyzing the documents in the project specific user history. Stop-words are removed, stemming is performed and a set of keywords is formed. The 1000 best or N-best keywords are identified and used to form a user profile or project specific user profile descriptive of the user history.

[0078]    The second row contains the values "0002", "5/1/2005 M1 REVIEW", "PAKISTAN/IRAN RELATIONSHIPS". This indicates that the second row is associated with project "0002" which is about a May 1, 2005 M1 review session. The documents in the user history pertaining to project 0002 are retrieved and analyzed. The keywords "PAKISTAN/IRAN RELATIONSHIPS" are determined to be descriptive of the documents retrieved from the project 0002 user history.

[0079]    The third row contains the values "0003", "4/22/2005 BIO-WEAPONS REPORT", "KEN ALIBEK BIO-WEAPON RUSSIA". These values indicate that project 3 is described as an April 22, 2005 Bio-Weapons Report and that the user profile terms include KEN, ALIBECK, BIO-WEAPON and RUSSIA.

[0080]    The last row contains the values "0099", "COMPUTER EQUIPMENT", "PURCHASE COMPUTER CELERON SEMPRON". These values indicate that project 4 is described as an information retrieval task related to computer equipment. The user profile terms or keywords indicate the words "purchase", "computer", "Celeron" and "Sempron" are highly descriptive of the documents in the user history associated with project 4.

[0081]    Fig. 14 is an exemplary data structure for storing user history associations 900 according to an aspect of this invention. The exemplary data structure for storing user history associations 900 is comprised of: a user identifier portion 910; and an information location portion 920.

18                          20050533-US-NP-311311

[0082]   The first row entry contains the value "1345" in the user identifier portion 910. The user identifier value uniquely identifies the user within the system for personalized search. The user identifier value is a locally unique value within the system for personalized search, a globally unique user identifier such as an email address or the like.

[0083]   The "PROXY://SQUID_SERVER.XYZ.ORG" value in the information portion 920 reflects the location of a first source of user history information for the user. In one embodiment, the source of user history information reflects the transactions logs of different information sources consulted by a user. In one embodiment, the value in the information location portion 920 is divided into a media/ protocol descriptor portion, a server portion and an optional file location portion. Thus, the value "PROXY:" in the media/protocol descriptor portion indicates that the user history information is a proxy server. The "SQUID_SERVER.XYZ.ORG" value in the server portion of the information location portion 920 is used to indicate the name of the specific server, the subdirectory and/or any userid and password necessary to gain access to the user history information.

[0084]   The second row contains the values "1345", "PORTAL://SOFTSWITCH.XYZ.ORG". These value reflect a second source of user history information associated with user "1345". In this case, the user history information reflects user telephone call information. The telephone call information reflects the variety of information that can be incorporated into a user history. For example, in one embodiment, the telephone calls reflect sources of audio information useful in completing as task. The audio information is dynamically transcribed using automatic speech recognition and the like.

[0085]   The third row contains the values "1345", "EMAIL://MAIL.XYZ .ORG". The information contained in the email server "MAIL.XYZ. ORG", serves as a third source of user history information. For example, the uniform resource locator or URL information embedded within an email message reflects information likely to be relevant to an information retrieval task performed by the user. Similarly, URLs in the sent mail are also useful sources of information relevant to the user's work. The user history email is added as an additional source of user history information.

19                    20050533-US-NP-311311

[0086]    The last row contains the values "9823", "PROXY://SQUID1.YZA.ORG". The history of the user access patterns within the world wide web documents is stored within the SQUID1 web proxy server for organization "YZA". The web proxy user history information is retrieved by the system for personalized search and used to create a user profile.

[0087]    Fig. 15 is an exemplary data structure for storing task profiles 800 according to an aspect of this invention. The exemplary data structure for storing task profiles 800 is comprised of: a user identifier portion 810 and a profile portion 820.

[0088]    The first row entry contains the value "1345" in the user identifier portion 810. The user identifier value uniquely identifies the user within the system for personalized search. The user identifier value is a locally unique value within the system for personalized search, a globally unique user identifier such as an email address or the like.

[0089]    The profile portion 820 contains the value FTP://GROUP1. XYZ.ORG/ USERS/ 1345/.USER_PROFILE. This value indicates that the user profile is located on server "GROUP1" within the "XYZ.ORG" domain. The information is contained within the file ".USER_PROFILE" stored within the subdirectory "/USERS/1345" and is accessible via the FTP protocol. It will be apparent that various types of information repositories or storage devices can be used to store the user profile information in the practice of this invention.

[0090]    The second row contains the values "1345", FTP://GROUP1.XYZ.ORG/ USERS /1345/.PROJECT0001. These values reflect a user profile associated with user 1345 and project 0001. The project specific user profile is developed by selecting user history information associated with the specified project. The documents accessed by the user in performing the specified project are retrieved and a project specific user profile determined. For example, project 0001 is described as "SEC 10K FILING RULES" and is represented by project specific user profile keywords "'SECURITY AND EXCHANGE COMMISSION' REPORTING REQUIREMENTS". These keywords are representative of the documents retrieved by the user in performing the "SEC 10K FILING RULES" project.

[0091]    The third row contains the values "1345", FTP://GROUP1.XYZ.ORG/ USERS /1345/.PROJECT0002. These values reflect a

20                    20050533-US-NP-311311

project specific user profile associated with user 1345 and project 0002. The project associated with project id 0002 is described as "5/1/2005 M1 REVIEW". Project 0002 relates to finding information for a May 1, 2005 M1 group meeting. The project specific user profile describes documents used in the associated information retrieval

5     task. The user profile is accessible to other appropriately authorized personnel via an ftp server, a common file share or the like.

[0092]    The last row contains the values "9823", FTP://GROUP2.ABC.ORG/ USERS /9823/.USER_PROFILE. These values reflect a general user profile for user 9823 in group 2 of "ABC.ORG". The user profile is

10    accessible to appropriately authorized personnel within the group and/or may be accessed by appropriately authorized personnel across organizational boundaries. In this way, information sharing is promoted.

[0093]    Fig. 16 is a table illustrating the use of the accumulated user profile and proximal neighborhood information according to an aspect of this invention. The

15    user profile is useful in personalizing the search for a user. In particular, the user profile information is useful in re-finding and/or re-visiting information already seen by the user. When shared with others, the user profile of a first user is useful in knowledge sharing with other users.

[0094]    The user may combine their user profile with documents in a

20    proximal neighborhood to discover new information not already seen. The new information is likely to be topically related since it lies within a threshold link distance of information previously accessed by the user. When combined with the user profile information and a user query, documents relevant to the user's information retrieval task are identified.

25    [0095]    In a collaborative environment, the user profile and the proximal neighborhood of a first user can be used by a second user to discover new information. In still other embodiments, the user profile of first, second and/or any number of other users, can be combined with their own and/or other user's proximal neighborhoods to provide collaborative personalized searches.

30    [0096]    Fig. 17 is a visualization of a portion of a set of linked documents according to an aspect of this invention. The central document 1100 reflects a document previously accessed by a user. Due to topical locality, surrounding pages are likely related to previously accessed user history documents. Documents within a

20050533-US-NP-311311

crawling distance or a threshold link distance of the accessed document are included
within the proximal neighborhood.  The proximal neighborhood is comprised of the
set of documents linked to previously accessed documents but which have not yet
been seen by the user.  First and second documents 1101 and 1102 respectively, are
each 1 link away from the accessed document 1100.  Third and fourth documents
5    1103 and 1104 are each 2 links away from the accessed document 1100.  The first,
second, third and fourth documents would be included within a proximal
neighborhood defined by a threshold link value of 2.  A query is used to search the
documents in the proximal neighborhood.  The user profile is then used to order or
10   rank the results.

[0097]   In the various embodiments of the system for personalized search
100, each of the circuits 10-55 outlined above can be implemented as portions of a
suitably programmed general-purpose computer.  Alternatively, 10-55 of the system
for personalized search 100 outlined above can be implemented as physically distinct
15   hardware circuits within an ASIC, or using a FPGA, a PDL, a PLA or a PAL, or using
discrete logic elements or discrete circuit elements.  The particular form each of the
circuits 10-55 of the system for personalized search 100 outlined above will take is a
design choice and will be obvious and predictable to those skilled in the art.

[0098]   Moreover, the system for personalized search 100 and/or each of the
20   various circuits discussed above can each be implemented as software routines,
managers or objects executing on a programmed general purpose computer, a special
purpose computer, a microprocessor or the like.  In this case, the system for
personalized search 100 and/or each of the various circuits discussed above can each
be implemented as one or more routines embedded in the communications network,
25   as a resource residing on a server, or the like.  The system for personalized search 100
and the various circuits discussed above can also be implemented by physically
incorporating the system for personalized search 100 into software and/or hardware
system, such as the hardware and software systems of a web server or a client device.

[0099]   It will be apparent that in various other exemplary embodiments
30   according to this invention, the term linked documents includes, textual, audio, video
documents, objects and/or other statically or dynamically linked information items.  It
should also be apparent that in other exemplary embodiments, the personalized search
may be combined with a conventional search in various ways.  For example, a personal

22                          20050533-US-NP-311311

search for a query may combine a search across the word-wide-web with a search across one or more proximal neighborhoods. Newly discovered results from the proximal neighborhoods may be displayed within, or adjacent to non-proximal search results from the larger non proximal collection of documents.

[0100]    As shown in Fig. 7, memory 20 can be implemented using any appropriate combination of alterable, volatile or non-volatile memory or non-alterable, or fixed memory. The alterable memory, whether volatile or non-volatile, can be implemented using any one or more of static or dynamic RAM, a floppy disk and disk drive, a write-able or rewrite-able optical disk and disk drive, a hard drive, flash memory or the like. Similarly, the non-alterable or fixed memory can be implemented using any one or more of ROM, PROM, EPROM, EEPROM, an optical ROM disk, such as a CD-ROM or DVD-ROM disk, and disk drive or the like.

[0101]    The communication links 99 shown in Figs. 1, 2 and 7, can each be any known or later developed device or system for connecting a communication device to the system for personalized search 100, including a direct cable connection, a connection over a wide area network or a local area network, a connection over an intranet, a connection over the Internet, or a connection over any other distributed processing network or system. In general, the communication links 99 can be any known or later developed connection system or structure usable to connect devices and facilitate communication.

[0102]    Further, it should be appreciated that the communication links 99 can be wired or wireless links to a network. The network can be a local area network, a wide area network, an intranet, the Internet, or any other distributed processing and storage network.

[0103]    While this invention has been described in conjunction with the exemplary embodiments outlined above, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art. Accordingly, the exemplary embodiments of the invention, as set forth above, are intended to be illustrative, not limiting. Various changes may be made without departing from the spirit and scope of the invention.

23                              20050533-US-NP-311311

WHAT IS CLAIMED IS:

1.    A method for personalized search comprising the steps of:
      determining a query;
      determining a user;
      determining a user history of access patterns within an information
repository of linked information elements;
      determining a user profile based on the user history;
      determining a proximal neighborhood based on the user history; and
      determining personalized search results based on the query, the user
profile and the proximal neighborhood.

2.    The method of claim 1, in which the proximal neighborhood is
determined based on crawling parameters.

3.    The method of claim 2, in which the crawling parameters specifies a
crawling strategy from at least one of: the PageRank function; the backlink
function; and breadth first search.

4.    The method of claim 2, in which at least one of the crawling
parameters is a threshold link distance.

5.    The method of claim 1, in which the user history is from at least one
of: a web access log; a library manager; a web proxy server log; a browser
history file; and a server access log.

6.    The method of claim 1, in which the information repository is at least
one of: the world wide web, a document repository and a hard drive.

7.    The method of claim 6, in which the document repository is at least
one of: a digital library, document management system, and a server.

8.    The method of claim 1, in which user histories, user profiles and
proximal neighborhoods are determined for a first user and at least one other
user, and in which at least one of the user history, the user profiles and the
proximal neighborhoods are combined.

9.    The method of claim 8, in which the combination is at least one of:
union, intersection, addition and subtraction.

24                              20050533-US-NP-311311

10.     The method of claim 1, in which a first user history is associated with a first user and a second user history is associated with a second user and the first user history is used by the second user.

11.     The method of claim 10, in which a first user proximal neighborhood is associated with a first user and a second user proximal neighborhood is associated with a second user and the first user proximal neighborhood is used by the second user.

12.     The method of claim 10, in which a first user profile is associated with a first user and a second user profile is associated with a second user and the first user profile is used by the second user.

13.     The method of claim 1, in which the linked information elements are comprised of at least one of: audio, video and textual information;

14.     The method of claim 1, in which the linked information elements are linked documents.

15.     The method of claim 1, are comprised of at least one of: audio, video and textual information.

16.     The method of claim 1, in which the search results are ordered based on the user profile.

17.     The method of claim 1, in which the user history is categorized.

18.     The method of claim 17, in which the categories are based on at least one of: tasks, projects, organizations.

19.     A system for personalized search comprising:

a memory;

an input/output circuit that receives a user query;

a processor that determines a relevant user;

a user history determination circuit that determines the user history within a repository of linked information elements;

a profile determination circuit that determines a user profile descriptive of the linked information elements in the user history;

a proximal neighborhood determination circuit that determines a proximal neighborhood of unseen information elements from the repository linked to user history information element within at least a threshold distance metric;

25                    20050533-US-NP-311311

a search circuit that searches the information elements in the proximal neighborhood for the query; and

a ranking circuit that ranks the search results based on the user profile.

20.    The system of claim 19, in which the proximal neighborhood is determined based on crawling parameters.

21.    The system of claim 20, in which the crawling parameters specifies a crawling strategy from at least one of: the PageRank function; the backlink function; and breadth first search.

22.    The system of claim 20, in which at least one of the crawling parameters is a threshold link distance.

23.    The system of claim 19, in which the user history is from at least one of: a web access log; a library manager; a web proxy server log; a browser history file; and a server access log.

24.    The system of claim 19, in which the information repository is at least one of: the world wide web, a document repository and a hard drive.

25.    The system of claim 24, in which the document repository is at least one of: a digital library, document management system, and a server.

26.    The system of claim 19, in which user histories, user profiles and proximal neighborhoods are determined for a first user and at least one other user, and in which at least one of the user history, the user profiles and the proximal neighborhoods are combined.

27.    The system of claim 26, in which the combination is at least one of: union, intersection, addition and subtraction.

28.    The system of claim 19, in which a first user history is associated with a first user and a second user history is associated with a second user and the first user history is used by the second user.

29.    The system of claim 28, in which a first user proximal neighborhood is associated with a first user and a second user proximal neighborhood is associated with a second user and the first user proximal neighborhood is used by the second user.

30.    The system of claim 28, in which a first user profile is associated with a first user, and a second user profile is associated with a second user, and the first user profile is used by the second user.

26                    20050533-US-NP-311311

31.    The system of claim 19, in which the linked information elements are comprised of at least one of: audio, video and textual information;

32.    The system of claim 19, in which the linked information elements are linked documents.

33.    The system of claim 19 are comprised of at least one of: audio, video and textual information.

34.    The system of claim 19, in which the search results are ordered based on the user profile.

35.    The system of claim 19, in which the user history is categorized.

36.    The system of claim 35, in which the categories are based on at least one of: tasks, projects, organizations.

37.    A carrier wave encoded to transmit a control program, useable to program a computer to provide personalized search, to a device for executing the program, the control program comprising:

      instructions for determining a query;

      instructions for determining a user;

      instructions for determining a user history of access patterns within an information repository of linked information elements;

      instructions for determining a user profile based on the user history;

      instructions for determining a proximal neighborhood based on the user history; and

      instructions for determining personalized search results based on the query, the user profile and the proximal neighborhood.

38.    A computer readable storage medium comprising computer readable program code embodied on the computer readable storage medium, the computer readable program code useable to program a computer to provide personalized search comprising the steps of:

      determining a query;

      determining a user;

      determining a user history of access patterns within an information repository of linked information elements;

      determining a user profile based on the user history;

      determining a proximal neighborhood based on the user history; and

27                    20050533-US-NP-311311

determining personalized search results based on the query, the user
profile and the proximal neighborhood.

28                    20050533-US-NP-311311

## ABSTRACT OF THE DISCLOSURE

Techniques are presented to provide personalized search results to a user.  A
user history optionally classified into projects or tasks is determined.  A profile for the
5      user is determined by identifying keywords, concepts or other user and/or task
specific descriptors within user history documents.  A proximal neighborhood based
on the user's history and adjustable crawling parameters is determined.  The
adjustable crawling parameters define which documents linked to documents in the
user history are included within the proximal neighborhood.  A user query is
10     determined and used to search the set of documents within the proximal
neighborhood.  The results are then ranked based on the user profile information.  The
ranked results are optionally displayed to the user.

1/14



FIG. 1

2/14



FIG. 2

3/14



FIG. 3

4/14



FIG. 4

5/14



FIG. 5

6/14



FIG. 6

7/14



FIG. 7

8/14



FIG. 8

9/14



FIG. 9



FIG. 10

FIG. 11



FIG. 12



12/14

| PROJECT IDENTIFIER | DESCRIPTION | TERMS |
|---|---|---|
| 0001 | SEC 10K FILING RULES | "SECURITY AND EXCHANGE COMMISSION" REPORTING REQUIREMENTS |
| 0002 | 5/1/2005 M1 REVIEW | PAKISTAN/IRAN RELATIONSHIPS |
| 0003 | 4/22/2005 BIO WEAPONS REPORT | KEN ALIBEK BIO-WEAPON RUSSIA |
| . | . | . |
| . | . | . |
| 0099 | COMPUTER EQUIPMENT | PURCHASE COMPUTER CELERON SEMPRON |

1210  1220  1230

1200

## FIG. 13



| USER ID | INFORMATION LOCATION |
|---|---|
| 1345 | PROXY://SQUID_SERVER.XYZ.ORG |
| 1345 | PORTAL://SOFTSWITCH.XYZ.ORG |
| 1345 | EMAIL://MAIL.XYZ.ORG/ |
| . | . |
| . | . |
| 9823 | PROXY://SQUID1.YZA.ORG |

910  920

900

## FIG. 14

13/14

| USER ID | PROFILE |
|---------|---------|
| 1345 | FTP://GROUP1.XYZ.ORG/USERS/<br>1345/.USER_PROFILE |
| 1345 | FTP://GROUP1.XYZ.ORG/USERS/<br>1345/.PROJECT0001 |
| 1345 | FTP://GROUP1.XYZ.ORG/USERS/<br>1345/.PROJECT0002 |
| . | . |
| . | . |
| 9823 | FTP://GROUP2.ABC.ORG/USERS/<br>9823/.USER_PROFILE |

810   820

800

## FIG. 15



| | USER PROFILE OF ANALYST | USER PROFILE OF OTHER |
|---------|---------|---------|
| REVISIT | PERSONALIZATION/<br>DESKTOP SEARCH | KNOWLEDGE SHARING |
| DISCOVER | PROXIMAL SEARCH BASED<br>DISCOVERY | COLLABORATIVE DISCOVERY |

1010   1020   1030

1000

## FIG. 16

14/14



FIG. 17

**PATENT APPLICATION**

Attorney Docket No. **20050533-NP-311311**

## DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**SYSTEMS AND METHODS FOR PERSONALIZED SEARCH**
the specification and claims of which
☒ are attached hereto      OR      ☐ was filed on _____ as U.S. Application No._____

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims.

I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim priority benefits under Title 35, United States Code, §119 of any foreign or U.S. Provisional application(s) for patent listed below, and have also identified below any foreign application(s) or Provisional application(s) for patent having a filing date before that of the application on which priority is claimed:

Prior Foreign or U.S. Provisional Application(s)

_____      _____      _____

(Number)                  (Country)                  (Day/Month/Year Filed)

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following registered practitioners to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

| | |
|---|---|
| **Attorneys associated with Customer Number** | **52725** |
| **Christian Austin-Hollands** | **Reg. No. 46,527** |

ADDRESS ALL CORRESPONDENCE TO:                    DIRECT TELEPHONE CALLS TO:

Christian Austin-Hollands Esq.                              Christian Austin-Hollands
P.O. BOX 170325                                                (415) 762-9543
San Francisco, CA 94117

Attorney Docket No. 20050533-US-NP-**311311**

**DECLARATION AND POWER OF ATTORNEY, continued**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Name of sole or first inventor:       Ed CHI

Inventor's Signature: _____       Date: _____
Residence:      143 Greenmeadow Way, Palo Alto, CA 94306, USA
Citizenship:    Taiwan                                      Mailing Address:
                                                           (Same as above)


Name of second joint inventor:      Fabio GASPARETTI

Inventor's Signature: _____       Date: 07/11/2005
Residence:      Via delle Baleari, 133, 00121 Roma Italy
Citizenship:    Italy                                       Mailing Address:
                                                           (Same as above)


Name of third joint inventor:

Inventor's Signature: _____       Date: _____
Residence:
Citizenship:    USA                                         Mailing Address:
                                                           (Same as above)


Name of fourth joint inventor:

Inventor's Signature: _____       Date: _____
Residence:
Citizenship:                                                Mailing Address:
                                                           (Same as above)


Name of fifth joint inventor:

Inventor's Signature: _____       Date: _____
Residence:
Citizenship:                                                Mailing Address:
                                                           (Same as above)

-2-

**PATENT APPLICATION**

Attorney Docket No. **20050533-NP-311311**

<u>DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**SYSTEMS AND METHODS FOR PERSONALIZED SEARCH**
the specification and claims of which
☒ are attached hereto        OR     ☐ was filed on _____ as U.S. Application No. _____

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims.

I acknowledge the duty to disclose information which is material to the patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I hereby claim priority benefits under Title 35, United States Code, §119 of any foreign or U.S. Provisional application(s) for patent listed below, and have also identified below any foreign application(s) or Provisional application(s) for patent having a filing date before that of the application on which priority is claimed:

Prior Foreign or U.S. Provisional Application(s)

| (Number) | (Country) | (Day/Month/Year Filed) |
|---|---|---|

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following registered practitioners to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Attorneys associated with        62725
Customer Number

Christian Austin-Hollands        Reg. No. 48,627

ADDRESS ALL CORRESPONDENCE TO:                DIRECT TELEPHONE CALLS TO:

Christian Austin-Hollands Esq.                Christian Austin-Hollands
P.O. BOX 170325                (415) 762-9543
San Francisco, CA 94117

-1-

Attorney Docket No. 20050533-US-NP-311311

## DECLARATION AND POWER OF ATTORNEY, continued

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Name of sole or first inventor:   Ed CHI

Inventor's Signature:                                                          Date: 8/1/2005
Residence:   143 Greenmeadow Way, Palo Alto, CA 94306, USA
Citizenship:   Taiwan                                    Mailing Address:
                                                        (Same as above)


Name of second joint inventor:   Fabio GASPARETTI

Inventor's Signature:                                            Date:
Residence:   Via delle Baleari, 133, 00121 Roma Italy
Citizenship:   Italy                                  Mailing Address:
                                                      (Same as above)


Name of third joint inventor:

Inventor's Signature:                                            Date:
Residence:
Citizenship:   USA                                    Mailing Address:
                                                      (Same as above)


Name of fourth joint inventor:

Inventor's Signature:                                            Date:
Residence:
Citizenship:                                          Mailing Address:
                                                      (Same as above)


Name of fifth joint inventor:

Inventor's Signature:                                            Date:
Residence:
Citizenship:                                          Mailing Address:
                                                      (Same as above)

-2-

PATENT APPLICATION SERIAL NO _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
08/12/2005 MWOLDGE1 00000035 240037    11200557

01 FC:1011      300.00 DA
02 FC:1111      500.00 DA
03 FC:1311      200.00 DA
04 FC:1201      200.00 DA
05 FC:1202      900.00 DA
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002 — 489-267/69033

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD
## Substitute for Form PTO-875    Effective December 8, 2004

| Application or Docket Number |
|---|
| 11200 557 |

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 38 minus 20 = | 18 | X$ 25 | | | X$50 | 900 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 4 minus 3 = | | X100 | | | X200 | 200 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 2100 |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | | Minus ** | = | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | | Minus *** | = | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDI-TIONAL FEE ($) | | RATE ($) | ADDI-TIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | | Minus ** | = | X$ 25 = | | OR | X$50 = | |
| | Independent (37 CFR 1.16(h)) | | Minus *** | = | X100 = | | OR | X200 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

° If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Application Data Sheet

**Application Information**

| | |
|---|---|
| Application Type:: | Regular |
| Subject Matter:: | Utility |
| Suggested Classification:: | |
| Suggested Group Art Unit:: | |
| CD-ROM or CD-R? | None |
| Title:: | Systems and Methods for Personalized Search |
| Attorney Docket Number:: | 20050533-US-NP-311311 |
| Request for Early Publication?:: | No |
| Request for Non-Publication?:: | No |
| Suggested Drawing Figure:: | 1 |
| Total Drawing Sheets:: | 14 |
| Small Entity:: | No |
| Petition included?:: | No |
| Secrecy Order in Parent Appl.?:: | |

Initial 8/9/2005

**Applicant Information**

| | |
|---|---|
| Applicant Authority type:: | Inventor |
| Primary Citizenship Country: | Taiwan |
| Status:: | Full Capacity |
| Given Name:: | Ed |
| Middle Name:: | |
| Family Name:: | CHI |
| City of Residence:: | Palo Alto |
| State or Province of Residence:: | CA |
| Country of Residence:: | US |
| Street of mailing address:: | 143 Greenmeadow Way |
| City of mailing address:: | Palo Alto |
| State or Province of mailing address:: | CA |
| Country of mailing address:: | US |
| Postal or Zip Code of mailing address:: | 94306 |

| | |
|---|---|
| Applicant Authority type:: | Inventor |
| Primary Citizenship Country: | Italy |
| Status:: | Full Capacity |
| Given Name:: | Fabio |
| Middle Name:: | |
| Family Name:: | GASPARETTI |
| City of Residence:: | Rome |
| State or Province of Residence:: | |
| Country of Residence:: | Italy |
| Street of mailing address:: | Via delle Baleari, 133 |
| City of mailing address:: | Rome |
| State or Province of mailing address:: | |
| Country of mailing address:: | Italy |
| Postal or Zip Code of mailing address:: | |

Page # 2                                    Initial 8/9/2005

**Correspondence Information**

Correspondence Customer Number::      52725

Initial 8/9/2005

**Representative Information**

Representative Customer Number::        52725

**Domestic Priority Information**

| Application:: | Continuity Type: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | *An application claiming the benefit under 35 USC 119(e)* | 60/676,462 | 4/29/2005 |

**Assignee Information**

Assignee Name::        Palo Alto Research Center Inc.

PTO/SB/08B (04-03)
Approved for use through 04/30/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | Complete if Known |
|---|---|
| Application Number | NEW US APPLICATION |
| Filing Date | August 9, 2005 |
| First Named Inventor | Ed CHI et al. |
| Art Unit | NOT YET ASSIGNED |
| Examiner Name | NOT YET ASSIGNED |
| Attorney Docket Number | 2005053-US-NP-311311 |

| Sheet | 1 | of | 1 |
|---|---|---|---|

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | CHAKRABARTI, S et al., "Distributed Hypertext Resource Discovery Through Exampes", in Proceedings of the 25th VLDB Conference, Edinburgh, Scotland, 1999. | |
| | | DUMAIS, S. et al., "Stuff I've Seen: A System for Perosnal Information Retrieval and Re-Use", SIGIR '03 July 28 - August 1, 2003, Toronto, Canada. | |
| | | CUTTING, D., "Free Search", downloaded from http://nutch.sourceforge.net/blog/cutting.html, on April 27, 2005. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 120 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*