# EXHIBIT A:
## Parties' Detailed Schedule Proposal

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| Joint Rule 26(f) Report | May 7, 2021 | May 7, 2021 |
| Disclosure of Asserted Claims and Initial Infringement Contentions and Accompanying Document Production[1] | May 11, 2021[2] | May 11, 2021[3] |
| Exchange Rule 26(a) Initial Disclosures | May 14, 2021 | May 14, 2021 |
| Case Management Conference ("CMC") | May 21, 2021 | May 21, 2021 |
| Defendants' preliminary production of documents and source code sufficient to show the operation of the accused instrumentalities | [N/A][4] | June 11, 2021[5] |
| Preliminary Election of Asserted Claims *[Defendants' Proposed Date]* | *[See PARC's Proposed Date, below]* | July 21, 2021 |
| Amended Infringement Contentions (amended infringement contentions served by this date shall | [N/A] | July 21, 2021 |

---

[1] As explained in Section R of the Joint Scheduling Report, the parties disagree on which local patent rules should govern these cases. Each party has therefore noted the local patent rule that it believes should control each proposed deadline.
[2] EDTX P. R. 3-1, 3-2
[3] N.D. Cal. Patent L.R. 3-1(a)-(c), 3-2(a)-(c).
[4] S*ee* EDTX P. R. 3-3, 3-4 deadline, *supra*
[5] N.D. Cal. Patent L.R. 3-4(a).

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| be deemed to have good cause)[6] | | |
| Initial Invalidity Contentions and Accompanying Document Production | June 15, 2021[7] | August 23, 2021[8] |
| Preliminary Election of Asserted Prior Art *[Defendants' Proposed Date]* | *[See PARC's Proposed Date, below]* | September 7, 2021 |
| Exchange of Proposed Claim Terms for Construction | July 2, 2021[9] | September 20, 2021[10] |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | July 23, 2021[11] | October 11, 2021[12] |
| Plaintiff Damages Contentions | [N/A] | October 12, 2021[13] |
| Joint Claim Construction and Prehearing Statement | August 3, 2021[14] | November 5, 2021[15] |
| Defendant Responsive Damages Contentions | [N/A] | November 11, 2021[16] |
| Complete Claim | August 10, 2021[17] | December 6, 2021[18] |

---

[6] N.D. Cal. Patent L.R. 3-1(a)-(i), 3-2(d)-(j).
[7] EDTX P. R. 3-3, 3-4
[8] N.D. Cal. Patent L.R. 3-3, 3-4(b)-(e)
[9] EDTX P. R. 4-1
[10] N.D. Cal Patent L.R. 4-1
[11] EDTX P. R. 4-2
[12] N.D. Cal. Patent L.R. 4-2
[13] N.D. Cal. Patent L.R. 3-8
[14] EDTX P. R. 4-3
[15] N.D. Cal. Patent L.R. 4-3
[16] N.D. Cal. Patent L.R. 3-9
[17] EDTX P. R. 4-4
[18] N.D. Cal. Patent L.R. 4-4

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| Construction Discovery | | |
| Preliminary Election of Asserted Claims *[PARC's Proposed Date]* | August 10, 2021 | *[See Defendants' Proposed Date, above]* |
| Plaintiff to File Opening Claim Construction Brief | August 12, 2021[19] | December 20, 2021[20] |
| Preliminary Election of Asserted Prior Art *[PARC's Proposed Date]* | August 24, 2021 | *[See Defendants' Proposed Date, above]* |
| Defendant to File Responsive Claim Construction Brief | August 26, 2021[21] | January 12, 2022[22] |
| Plaintiff to File Reply Claim Construction Brief | September 2, 2021[23] | January 19, 2022[24] |
| Deadline for parties to submit Claim Construction Chart | 10 days before Claim Construction Hearing[25] | [N/A] |
| Claim Construction Hearing | At the convenience of the Court on or about September 24, 2021[26] | At the convenience of the Court in early-February 2022 |
| Deadline for patentee to amend Infringement Contentions pursuant to EDTX P. R. 3-6(a)(1) | 30 days after the Court's Claim Construction Opinion[27] | [N/A] |
| Deadline for accused infringer to amend Preliminary Invalidity | 50 days after the Court's Claim Construction Opinion[28] | [N/A] |

---

[19] EDTX P. R. 4-5
[20] N.D. Cal Patent L.R. 4-5(a)
[21] EDTX P. R. 4-5
[22] N.D. Cal. Patent L.R. 4-5(b)
[23] EDTX P. R. 4-5
[24] N.D. Cal. Patent L.R. 4-5(c)
[25] EDTX P. R. 4-5
[26] EDTX P. R. 4-6
[27] EDTX P. R. 3-6

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| Contentions pursuant to EDTX P. R. 3-6(a)(2) | | |
| Deadline for accused infringer to make Disclosures Relating to Willfulness | 60 days after the Court's Claim Construction Opinion[29] | [N/A] |
| Final Election of Asserted Claims | November 11, 2021 [28 days before service of expert reports related to infringement] | 28 days after Markman Order |
| Last Date to _Hear_ Motion to Amend Pleadings/Add Parties _[Friday]_ | August 27, 2021 | April 15, 2022 |
| Close of Fact Discovery | December 2, 2021 | June 1, 2022 |
| Expert Disclosure (Initial) | December 9, 2021 | June 29, 2022 |
| Final Election of Asserted Prior Art | December 9, 2021 [date of service of expert reports related to invalidity] | June 29, 2022 [Date of service of expert reports related to invalidity] |
| Expert Disclosure (Rebuttal) | December 23, 2021 | July 27, 2022 |
| Close of Expert Discovery | January 7, 2022 | August 17, 2022 |
| Rule 56 and _Daubert_ Motions due | January 7, 2022 | September 14, 2022 |
| Oppositions to Rule 56 and _Daubert_ Motions | January 21, 2022 | October 12, 2022 |
| Replies in Support of Rule 56 and _Daubert_ Motions due | January 28, 2022 | October 26, 2022 |
| Last Date to _Hear_ | February 11, 2022 | November 18, 2022 |

---

[28] EDTX P. R. 3-6
[29] EDTX P. R. 3-7

14

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| Summary Judgment and *Daubert* Motions *[Friday]* | | |
| Deadline to Complete Settlement Conference | February 25, 2022 | November 25, 2022 |
| Trial Filings (First Round)<br>- Motions in Limine<br>- Memoranda of Contentions of Fact and Law (C.D. Cal. L.R. 16-4)<br>- Witness Lists (C.D. Cal. L.R. 16-5)<br>- Joint Exhibit List (C.D. Cal. L.R. 16-6.1)<br>- Joint Status Report Regarding Settlement | April 15, 2022 | January 13, 2023 |
| Trial Filings (Second Round)<br>- Oppositions to Motions *in Limine*<br>- Joint Proposed Final Pretrial Conference Order (C.D. Cal. L.R. 16-7)<br>- Joint/Agreed Proposed Jury Instructions<br>- Disputed Proposed Jury Instructions<br>- Joint Proposed Verdict Forms<br>- Joint Proposed | April 22, 2022 | January 20, 2023 |

| Event | PARC's Proposed Deadline | Defendant's Proposed Deadline |
|---|---|---|
| Statement of the Case<br>- Proposed Additional *Voir Dire* Questions (if any) | | |
| Final Pretrial Conference *[Friday]* | May 6, 2022, 11:00am | February 3, 2023, 11:00 am |
| Jury Trial | May 24, 2022, 8:30am | February 20, 2023 |