COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

*See Additional Counsel Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 2:20-cv-10753-AB-MRW <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL SUBMISSION RE JOINT RULE 26(f) REPORT** <br><br> **SCHEDULING CONFERENCE** <br><br> Date: May 21, 2021 <br> Time: 10:00 am <br> Courtroom: 7B |
| TWITTER, INC. <br><br> Defendant. | Case No. 2:20-cv-10754-AB-MRW |
| SNAP INC. <br><br> Defendant. | Case No. 2:20-cv-10755-AB-MRW |

*Additional Counsel:*

| | |
|---|---|
| BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>Ekwan E. Rhow  (174604)<br>erhow@birdmarella.com<br>Grace W. Kang (271260)<br>gkang@birdmarella.com<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100 | PAUL HASTINGS LLP<br>Yar R. Chaikovsky (175421)<br>yarchaikovsky@paulhastings.com<br>Philip Ou (259896)<br>philipou@paulhastings.com<br>David Okano (278485)<br>davidokano@paulhastings.com<br>Bruce Yen (277920)<br>bruceyen@paulhastings.com<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: 1(650) 320-1800 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Nicholas Groombridge (*pro hac vice*)<br>ngroombridge@paulweiss.com<br>Jenny C. Wu (*pro hac vice*)<br>jcwu@paulweiss.com<br>Michael F. Milea (*pro hac vice*)<br>mmilea@paulweiss.com<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000 | Attorneys for Defendant<br>SNAP INC. |

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
J. Steven Baughman (*pro hac vice*)
sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
mraymond@paulweiss.com
Tanya S. Manno (*pro hac vice*)
tmanno@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300

Attorneys for Defendant
TWITTER, INC.

Defendants in the above-captioned actions respectfully provide the Court with the following update relevant to the parties' Joint Rule 26(f) Report (Case No. 2:20-cv-10753, Dkt. 41; Case No. 2:20-cv-10754, Dkt. 52; Case No. 2:20-cv-10755, Dkt. 39) and the Scheduling Conference set for May 21, 2021 at 10:00 a.m.

On May 11, 2021, plaintiff PARC served infringement contentions as to each of the three Defendants. PARC asserts 102 patent claims against Facebook, 80 claims against Twitter, and 34 claims against Snap. (*See* Exhibits A-C hereto.)

Respectfully Submitted:

Dated: May 13, 2021

*/s/ Heidi L. Keefe*
COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
EMILY E. TERRELL (234353)
(eterrell@cooley.com)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant
FACEBOOK, INC.

Dated: May 13, 2021

*/s/ Nicholas Groombridge*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
Nicholas Groombridge (*pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
jcwu@paulweiss.com
Michael F. Milea (*pro hac vice*)

mmilea@paulweiss.com
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
J. Steven Baughman (*pro hac vice*)
sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
mraymond@paulweiss.com
Tanya S. Manno (*pro hac vice*)
tmanno@paulweiss.com
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300

BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
Ekwan E. Rhow  (174604)
erhow@birdmarella.com
Grace W. Kang (271260)
gkang@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100

Attorneys for Defendant
TWITTER, INC.

Dated: May 13, 2021

*/s/ Yar R. Chaikovksy*
PAUL HASTINGS LLP
Yar R. Chaikovsky (175421)
yarchaikovsky@paulhastings.com
Philip Ou (259896)
philipou@paulhastings.com
David Okano (278485)
davidokano@paulhastings.com
Bruce Yen (277920)
bruceyen@paulhastings.com

1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800

Attorneys for Defendant
SNAP INC.

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 13, 2021                    /s/ *Grace W. Kang*
                                                         Grace W. Kang