| | |
|---|---|
| COOLEY LLP<br>Heidi L. Keefe (178960)<br>hkeefe@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | MCKOOL SMITH HENNIGAN, P.C.<br>Alan P. Block (143783)<br>ablock@mckoolsmith.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER |

*See Additional Counsel Next Page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No.  2:20-cv-10753-AB-MRW<br><br>**STIPULATION AND PROPOSED ORDER RE CASE SCHEDULE** |
| TWITTER, INC.<br><br>　　　　Defendant. | Case No.  2:20-cv-10754-AB-MRW |
| SNAP INC.<br><br>　　　　Defendant. | Case No.  2:20-cv-10755-AB-MRW |

*Additional Counsel:*

| | |
|---|---|
| COOLEY LLP<br>Mark R. Weinstein (193043)<br>mweinstein@cooley.com<br>Lowell D. Mead (223989)<br>lmead@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br><br>COOLEY LLP<br>Emily E. Terrell (234353)<br>eterrell@cooley.com<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842-7800<br><br>Attorneys for Defendant<br>FACEBOOK, INC. | MCKOOL SMITH, P.C.<br>David Sochia (*pro hac vice*)<br>dsochia@McKoolSmith.com<br>Ashley N. Moore (*pro hac vice*)<br>amoore@McKoolSmith.com<br>Alexandra F. Easley (*pro hac vice*)<br>aeasley@McKoolSmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone (214) 978-4000<br><br>MCKOOL SMITH, P.C<br>James E. Quigley (*pro hac vice*)<br>jquigley@McKoolSmith.com<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER INC. |
| BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br>Ekwan E. Rhow  (174604)<br>erhow@birdmarella.com<br>Grace W. Kang (271260)<br>gkang@birdmarella.com<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Nicholas Groombridge (*pro hac vice*)<br>ngroombridge@paulweiss.com<br>Jenny C. Wu (*pro hac vice*)<br>jcwu@paulweiss.com | PAUL HASTINGS LLP<br>Yar R. Chaikovsky (175421)<br>yarchaikovsky@paulhastings.com<br>Philip Ou (259896)<br>philipou@paulhastings.com<br>David Okano (278485)<br>davidokano@paulhastings.com<br>Bruce Yen (277920)<br>bruceyen@paulhastings.com<br>1117 S. California Avenue<br>Palo Alto, California 94304-1106<br>Telephone: 1(650) 320-1800<br><br>Attorneys for Defendant<br>SNAP INC |

| | |
|---|---|
| 1 | Michael F. Milea (*pro hac vice*) |
| 2 | mmilea@paulweiss.com |
|   | 1285 Avenue of the Americas |
| 3 | New York, New York 10019-6064 |
| 4 | Telephone: (212) 373-3000 |
| 5 | PAUL, WEISS, RIFKIND, |
| 6 | WHARTON & GARRISON LLP |
|   | J. Steven Baughman (*pro hac vice*) |
| 7 | sbaughman@paulweiss.com |
| 8 | Megan Raymond (*pro hac vice*) |
|   | mraymond@paulweiss.com |
| 9 | Tanya S. Manno (*pro hac vice*) |
| 10 | tmanno@paulweiss.com |
|    | 2001 K Street, NW |
| 11 | Washington, DC 20006-1047 |
| 12 | Telephone: (202) 223-7300 |
| 13 | Attorneys for Defendant |
| 14 | TWITTER, INC. |

Pursuant to the Court's May 19, 2021 Order (*e.g.*, Case No. 2:20-cv-10753, Dkt. 46) and Local Rule 7-1, Plaintiff Palo Alto Research Center Inc. ("PARC"), and Defendants Facebook, Inc. ("Facebook"), Twitter, Inc. ("Twitter"), and Snap Inc. ("Snap") (collectively, "Defendants") respectfully submit the following stipulation to modify the case schedule in the above-captioned actions, subject to the Court's approval.

The proposed modifications to the case schedule affect only disclosures exchanged between the parties. The proposed modifications to the case schedule do not affect any filing or hearing dates for the Court. A proposed order is submitted herewith.

The parties agree as follows regarding elections of asserted claims and asserted prior art references, subject to the approval of the Court:

- <u>Elections of asserted claims</u>.
    - Preliminary Election of Asserted Claims: By August 3, 2021, as to each Defendant, PARC will identify not more than 10 asserted claims from each patent, and not more than 32 asserted claims total.
    - Final Election of Asserted Claims: By October 22, 2021, as to each Defendant, PARC will identify not more than 5 asserted claims from each patent, and not more than 16 asserted claims total, from among the claims PARC previously identified in the Preliminary Election of Asserted Claims regarding that Defendant.
- <u>Elections of prior art references</u>.
    - As to defendants Twitter and Snap:
        - Preliminary Election of Asserted Prior Art: By August 17, 2021, each Defendant shall serve a Preliminary Election of Asserted Prior Art, which shall assert no more than twelve prior art references against each patent and not more than a total of 40 references. For purposes of this Order, a prior art instrumentality (such as a device or process) and associated

references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

- Final Election of Asserted Prior Art: By November 15, 2021, each Defendant shall serve a Final Election of Asserted Prior Art, which shall identify no more than six asserted prior art grounds per patent from among the twelve prior art references previously identified for that particular patent in that Defendant's Preliminary Election of Asserted Prior Art and no more than a total of 20 grounds.

o As to defendant Facebook:

- Preliminary Election of Asserted Prior Art: By August 17, 2021, Facebook shall serve a Preliminary Election of Asserted Prior Art, which shall assert no more than twelve prior art references against each patent and not more than a total of 60 references. For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

- Final Election of Asserted Prior Art: By November 15, 2021, Facebook shall serve a Final Election of Asserted Prior Art, which shall identify no more than six asserted prior art grounds per patent from among the twelve prior art references previously identified for that particular patent in Facebook's Preliminary Election of Asserted Prior Art and no more than a total of 30 grounds.

1  The parties agree that the following two deadlines in the Court's scheduling order
2  shall be modified as follows, subject to the approval of the Court:

- Deadline for accused infringer to amend Preliminary Invalidity Contentions and serve related expert reports: modified from December 3, 2021 to November 15, 2021.
- Deadline for rebuttal expert reports regarding invalidity: modified from December 31, 2021 to December 13, 2021.

Respectfully Submitted,

Dated: June 17, 2021                              Dated: June 17, 2021

/s/ David Sochia                                  /s/ Heidi Keefe
David Sochia (*pro hac vice*)                     Heidi L. Keefe (178960)
dsochia@McKoolSmith.com                           hkeefe@cooley.com
MCKOOL SMITH, P.C.                                COOLEY LLP
300 Crescent Court, Suite 1500                    3175 Hanover Street
Dallas, Texas 75201                               Palo Alto, CA  94304-1130
Telephone (214) 978-4000                          Telephone:  (650) 843-5000

*Attorneys for Plaintiff*                         *Attorneys for Defendant*
*Palo Alto Research Center Inc.*                  *Facebook, Inc.*

| | |
|---|---|
| Dated: June 17, 2021 | Dated: June 17, 2021 |
| */s/ Nicholas Groombridge* | */s/ Yar Chaikovsky* |
| Nicholas Groombridge (*pro hac vice*) | Yar R. Chaikovsky (175421) |
| ngroombridge@paulweiss.com | yarchaikovsky@paulhastings.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | PAUL HASTINGS LLP |
| 1285 Avenue of the Americas | 1117 S. California Avenue |
| New York, New York 10019-6064 | Palo Alto, California 94304-1106 |
| Telephone: (212) 373-3000 | Telephone: 1(650) 320-1800 |
| *Attorneys for Defendant Twitter, Inc.* | *Attorneys for Defendant Snap Inc.* |

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 17, 2021                     Respectfully submitted,


                                         /s/ David Sochia
                                         David Sochia

                                         *Attorney for Plaintiff*