| | |
|---|---|
| Alan P. Block (143783) <br> ablock@mckoolsmith.com <br> MCKOOL SMITH HENNIGAN, P.C. <br> 300 South Grand Avenue, Suite 2900 <br> Los Angeles, California 90071 <br> Telephone: (213) 694-1200 <br><br> David Sochia (*pro hac vice*) <br> dsochia@McKoolSmith.com <br> Ashley N. Moore (*pro hac vice*) <br> amoore@McKoolSmith.com <br> Alexandra F. Easley (*pro hac vice*) <br> aeasley@McKoolSmith.com <br> MCKOOL SMITH, P.C. <br> 300 Crescent Court, Suite 500 <br> Dallas, Texas 75201 <br> Telephone (214) 978-4000 <br><br> James E. Quigley (*pro hac vice*) <br> jquigley@McKoolSmith.com <br> MCKOOL SMITH, P.C <br> 300 W. 6th Street, Suite 700 <br> Austin, Texas 7870 <br> Telephone: (512) 692-8700 <br><br> Attorneys for Plaintiff <br> PALO ALTO RESEARCH CENTER INC. | Ekwan E. Rhow (174604) <br> erhow@birdmarella.com <br> Grace W. Kang (271260 <br> gkang@birdmarella.com <br> BIRD, MARELLA, BOXER, <br> WOLPERT, NESSIM, DROOKS, <br> LINCENBERG & RHOW, P.C. <br> 1875 Century Park East, 23rd Floor <br> Los Angeles, California 90067-2561 <br> Telephone: (310) 201-2100 <br> Facsimile:  (310) 201-2110 <br><br> Nicholas Groombridge (*pro hac vice*) <br> ngroombridge@paulweiss.com <br> Jenny C. Wu (*pro hac vice*) <br> jcwu@paulweiss.com <br> Michael F. Milea (*pro hac vice*) <br> mmilea@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, New York 10019-6064 <br> Telephone: (212) 373-3000 <br> Facsimile:  (212) 757-3990 <br><br> Attorneys for Defendant <br> TWITTER, INC. |

*Additional Counsel in Signature Block*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC. <br><br> Defendant. | Case No.  2:20-cv-10754-AB-MRW <br><br> **STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS** |

1        WHEREAS, on November 25, 2020, Plaintiff Palo Alto Research Company
2  ("PARC") filed a Complaint against Defendant Twitter, Inc. ("Twitter"), alleging
3  infringement of six patents (Dkt. 1);
4        WHEREAS, on February 15, 2021, Twitter filed a Motion to Dismiss relating
5  to three of the six patents (Dkt 43);
6        WHEREAS, on March 16, 2021, the Court granted-in-part Twitter's Motion to
7  Dismiss, leaving four patents asserted against Twitter—U.S. Patent No. 8,489,599
8  (the "'599 patent"); U.S. Patent No. 9,208,439 (the "'439 patent"); U.S. Patent No.
9  8,606,781 (the "'781 patent"), and U.S. Patent No. 7,043,475 (the "'475 patent")
10 (collectively the "Twitter Asserted Patents");
11       WHEREAS, PARC has separately filed suit against Snap Inc. ("Snap"), also
12 alleging infringement of the '599 and '439 patents by Snap (Dkt. 1, 2:20-cv-10753-
13 AB-MRW ("Snap Case"));
14       WHEREAS, on June 3, 2021, Snap filed a motion to stay litigation pending
15 *inter partes* review ("IPR") of the '599 and '439 patents (Dkt. 45, Snap Case);
16       WHEREAS, on June 17, 2021, Twitter informed PARC that Twitter intended to
17 file petitions for IPR on all of the Twitter Asserted Patents and requested a meet-and-
18 confer with PARC to discuss staying the instant case;
19       WHEREAS, on June 21, 2021, and during the parties' June 25, 2021 meet and
20 confer, Twitter stated that it planned to begin filing petitions for IPR in July 2021 and
21 expected to complete its filing of petitions for IPR of all Twitter Asserted Patents in
22 August 2021;
23       WHEREAS, on July 1, 2021, this Court granted Snap's motion to stay, vacated
24 "all currently scheduled dates" in the Snap case, and ordered the parties "to file a joint
25 report every 30 days or 10 days after the PTAB's decision whether to institute either
26 of [Snap's] IPR petitions, whichever is sooner" (Dkt. 50, Snap Case);
27       WHEREAS, in view of the Court staying the Snap Case, and in view of
28 Twitter's plans to file IPR petitions on the Twitter Asserted Patents, Twitter and

PARC agree that a stay of this litigation would be beneficial to conserve party and judicial resources.

It is hereby STIPULATED and AGREED by and between the parties that:

1. As of July 2, 2021, all proceedings in this action are stayed, and all deadlines pursuant to the Scheduling Order, Dkt. 57, or arising under the Federal Rules of Civil Procedure, are vacated; and

2. Twitter intends to file IPR petitions as to the Twitter Asserted Patents on or before Tuesday, August 31, 2021; and

3. Twitter will not rely on any IPR petitions it files after August 31, 2021 in seeking to keep the case stayed; and

4. The parties will file a joint report every 30 days or 10 days after the PTAB's decision whether to institute any of Twitter's IPR petitions, whichever is sooner; and

5. The parties, either jointly or individually, may move the Court to re-open all or part of this case based on such circumstances as they may deem appropriate, such as if and/or when any claims from any of the Twitter Asserted Patents remain live and/or unchallenged due to: (1) Twitter's failure to file an IPR petition on all asserted claims of all Twitter Asserted Patents, (2) the PTAB's denial of institution on any asserted claim of any Twitter Asserted Patent, (3) the PTAB's final written decision upholding validity of any asserted claim of any Twitter Asserted Patent, and/or (4) the dismissal of Twitter's IPR petition(s) for any reason. Notwithstanding the foregoing, the Court is not required to grant a motion to re-open based on the occurrence of any of the above-mentioned events, and a non-moving party may oppose such a motion and assert that good cause to lift the stay has not been shown.

IT IS SO STIPULATED.

Dated: July 14, 2021

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/ David Sochia* | */s/ Nicholas Groombridge* |
| 3 | David Sochia (*pro hac vice*) | Nicholas Groombridge (*pro hac vice*) |
|   | dsochia@McKoolSmith.com | ngroombridge@paulweiss.com |
| 4 | MCKOOL SMITH, P.C. | PAUL, WEISS, RIFKIND, |
|   | 300 Crescent Court, Suite 1500 | WHARTON & GARRISON LLP |
| 5 | Dallas, Texas 75201 | 1285 Avenue of the Americas |
| 6 | Telephone (214) 978-4000 | New York, New York 10019-6064 |
|   | | Telephone: (212) 373-3000 |
| 7 | MCKOOL SMITH HENNIGAN, P.C. | |
| 8 | Alan P. Block (143783) | BIRD, MARELLA, BOXER, |
|   | ablock@mckoolsmith.com | WOLPERT, NESSIM, DROOKS, |
| 9 | 300 South Grand Avenue, Suite 2900 | LINCENBERG & RHOW, P.C. |
| 10 | Los Angeles, California 90071 | Ekwan E. Rhow  (174604) |
|   | Telephone: (213) 694-1200 | erhow@birdmarella.com |
| 11 | | Grace W. Kang (271260) |
| 12 | MCKOOL SMITH, P.C. | gkang@birdmarella.com |
|   | Ashley N. Moore (*pro hac vice*) | 1875 Century Park East, 23rd Floor |
| 13 | amoore@McKoolSmith.com | Los Angeles, California 90067-2561 |
| 14 | Alexandra F. Easley (*pro hac vice*) | Telephone: (310) 201-2100 |
|   | aeasley@McKoolSmith.com | |
| 15 | 300 Crescent Court, Suite 1500 | PAUL, WEISS, RIFKIND, |
| 16 | Dallas, Texas 75201 | WHARTON & GARRISON LLP |
|   | Telephone (214) 978-4000 | Jenny C. Wu (*pro hac vice*) |
| 17 | | jcwu@paulweiss.com |
| 18 | MCKOOL SMITH, P.C | Michael F. Milea (*pro hac vice*) |
|   | James E. Quigley (*pro hac vice*) | mmilea@paulweiss.com |
| 19 | jquigley@McKoolSmith.com | 1285 Avenue of the Americas |
| 20 | 303 Colorado Street, Suite 2100 | New York, New York 10019-6064 |
|   | Austin, Texas 78701 | Telephone: (212) 373-3000 |
| 21 | Telephone: (512) 692-8700 | |
| 22 | | PAUL, WEISS, RIFKIND, |
|   | *Attorneys for Plaintiff* | WHARTON & GARRISON LLP |
| 23 | *Palo Alto Research Center Inc.* | J. Steven Baughman (*pro hac vice*) |
| 24 | | sbaughman@paulweiss.com |
|   | | Megan Raymond (*pro hac vice*) |
| 25 | | mraymond@paulweiss.com |
| 26 | | Tanya S. Manno (*pro hac vice*) |
|   | | tmanno@paulweiss.com |
| 27 | | 2001 K Street, NW |
| 28 | | Washington, DC 20006-1047 |

Telephone: (202) 223-7300

*Attorneys for Defendant
Twitter, Inc.*

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 14, 2021                    Respectfully submitted,

                                        /s/ David Sochia
                                        David Sochia
                                        *Attorney for Plaintiff*