**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754-AB-MRW <br><br> **[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST TO STAY PROCEEDINGS** <br><br> Assigned to Hon. André Birotte Jr. |

Upon consideration of the Stipulation and Joint Request to Stay Proceedings filed by Plaintiff Palo Alto Research Center Inc. and Defendant Twitter, Inc., and for good cause shown in view of Twitter's representation that it intends to file *inter partes* review ("IPR") petitions as to the '599 patent, the '439 patent, the '781 patent, and the '475 patent (collectively the "Twitter Asserted Patents") on or before Tuesday, August 31, 2021,

IT IS HEREBY ORDERED that:

1.    As of July 2, 2021, all proceedings in this action are stayed, and all deadlines pursuant to the Scheduling Order, Dkt. 57, or arising under the Federal Rules of Civil Procedure, are vacated; and

2.    The parties are instructed to file a joint report every 30 days or 10 days after the Patent Trial and Appeal Board's decision whether to institute any of Twitter's IPR petitions, whichever is sooner; and

3.    The parties, either jointly or individually, may move the Court to re-open all or part of this case based on such circumstances as they may deem appropriate, such as if and/or when any claims from any of the Twitter Asserted Patents remain live and/or unchallenged due to: (1) Twitter's failure to file an IPR petition on all asserted claims of all Twitter Asserted Patents, (2) the PTAB's denial of institution on any asserted claim of any Twitter Asserted Patent, (3) the PTAB's final written decision upholding validity of any asserted claim of any Twitter Asserted Patent, and/or (4) the dismissal of Twitter's IPR petition(s) for any reason. Notwithstanding the foregoing, the Court is not required to grant a motion to re-open based on the occurrence of any of the above-mentioned events, and a non-moving party may oppose such a motion and assert that good cause to lift the stay has not been shown.

**IT IS SO ORDERED.**

Dated: _____                  _____

                                                  HONORABLE ANDRÉ BIROTTE JR.
                                                  UNITED STATES DISTRICT JUDGE