[counsel listed on signature page]

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10754 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| TWITTER, INC., | |
| Defendant. | |

Pursuant to the Parties' Joint Stipulation Re Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

On August 14, 2021, Defendant Twitter, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board (the "Board") docketed the petition as IPR2021-01398.

On August 25, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Board docketed the petition as IPR2021-01430.

On August 31, 2021, Defendant filed two Petitions for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Board docketed the petitions as IPR2021-01458 and IPR2021-01459.

The Board has not yet accorded filing dates to Defendants' petitions. As such, no deadlines yet exist for Plaintiff's patent owner preliminary response to each petition or for the Board's decision on whether to institute the petitions.

Twitter separately states as follows:

Facebook, Inc. has also filed Petitions for *Inter Partes* Review of the '475 Patent, '599 Patent, and '439 Patent as well as U.S. Patent No. 8,606,781 (the "'781 Patent")—all patents asserted against Twitter.

Snap Inc., too, has filed Petitions for *Inter Partes* Review of the '599 Patent and '439 Patent, both asserted against Twitter.

At this time, there are pending Petitions for *Inter Partes* Review of all four patents-in-suit.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute any of Defendant's IPR petitions, whichever is sooner.

Respectfully Submitted,

Dated: September 13, 2021

MCKOOL SMITH, P.C.

By: /s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(Pro Hac Vice)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

| | |
|---|---|
| 1 | |
| 2 | Dated: September 13, 2021 |
| 3 | |
| 4 | |
| 5 | By: */s/ Nicholas Groombridge* |
| 6 | Ekwan E. Rhow (174604) |
| | erhow@birdmarella.com |
| 7 | Grace W. Kang (271260 |
| | gkang@birdmarella.com |
| 8 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & |
| 9 | RHOW, P.C. |
| | 1875 Century Park East, 23rd Floor |
| 10 | Los Angeles, California 90067-2561 |
| | Telephone:  (310) 201-2100 |
| 11 | Facsimile:  (310) 201-2110 |
| 12 | |
| | Nicholas Groombridge (*pro hac vice*) |
| 13 | ngroombridge@paulweiss.com |
| | Jenny C. Wu (*pro hac vice*) |
| 14 | jcwu@paulweiss.com |
| | Tanya S. Manno (*pro hac vice*) |
| 15 | tmanno@paulweiss.com |
| | Michael F. Milea (*pro hac vice*) |
| 16 | mmilea@paulweiss.com |
| 17 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| 18 | New York, New York 10019-6064 |
| | Telephone:  (212) 373-3000 |
| 19 | Facsimile:  (212) 757-3990 |
| 20 | |
| 21 | J. Steven Baughman (*pro hac vice*) |
| | sbaughman@paulweiss.com |
| | Megan Raymond (*pro hac vice*) |
| 22 | mraymond@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 23 | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| 24 | Telephone:  (202) 223-7300 |
| | Facsimile:  (202) 223-7420 |
| 25 | |
| 26 | ATTORNEYS FOR DEFENDANT |
| | TWITTER, INC. |
| 27 | |
| 28 | |

McKool Smith, P.C.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 13, 2021                Respectfully submitted,

/s/ David Sochia
David Sochia

*Attorney for Plaintiff*