[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

On August 14, 2021, Defendant Twitter, Inc. ("Defendant") filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,043,475 (the "'475 Patent"). The Patent Trial and Appeal Board (the "Board") docketed the petition as IPR2021-01398.

On August 25, 2021, Defendant filed a Petition for *Inter Partes* Review of U.S. Patent No. 9,208,439 (the "'439 Patent"). The Board docketed the petition as IPR2021-01430.

On August 31, 2021, Defendant filed two Petitions for *Inter Partes* Review of U.S. Patent No. 8,489,599 (the "'599 Patent"). The Board docketed the petitions as IPR2021-01458 and IPR2021-01459.

Plaintiff Palo Alto Research Center Inc.'s ("Plaintiff") patent owner preliminary responses to both the '475 Petition and the '439 Petition were filed on December 17, 2021. The Patent Trial and Appeal Board's decisions on whether to institute review of the '475 Petition and the '439 Petition are due by approximately March 17, 2022.

Plaintiff filed its patent owner preliminary responses to both petitions regarding the '599 Patent on January 10, 2022. The Patent Trial and Appeal Board's decision on whether to institute review of the '599 Patent is due by approximately April 11, 2022.

Twitter separately states as follows:

Facebook, Inc. ("Facebook") has also filed Petitions for *Inter Partes* Review of the '475 Patent, '599 Patent, and '439 Patent as well as U.S. Patent No. 8,606,781 (the "'781 Patent")—all patents asserted against Twitter. On October 28, 2021, and January 7, 2022, respectively, Plaintiff filed its patent owner preliminary responses as to Facebook's Petitions for *Inter Partes* Review of the '599 Patent. On December 28,

2021, Plaintiff filed its patent owner preliminary response as to Facebook's Petition for *Inter Partes* Review of the '439 Patent. On October 28, 2021, Plaintiff filed its patent owner preliminary response as to Facebook's Petition for *Inter Partes* Review of the '475 Patent. On November 22, 2021, Facebook filed its reply to Plaintiff's patent owner preliminary response and on November 29, 2021, Plaintiff filed a sur-reply. On December 16, 2021, Plaintiff filed its patent owner preliminary response as to Facebook's Petition for *Inter Partes* Review of the '781 Patent.

Snap Inc., too, has filed Petitions for *Inter Partes* Review of the '599 Patent and '439 Patent, both asserted against Twitter. On November 23, 2021, the Board issued its Decisions Granting Institution of Snap's Petitions for *Inter Partes* Review of both the '439 Patent and the '599 Patent. Plaintiff's responses to the Snap Petitions to Institute *Inter Partes* Review are due on February 16, 2022, and the Board's final written decisions are due by approximately November 23, 2022.

At this time, there is an instituted *Inter Partes* Review as to the '599 Patent and an instituted *Inter Partes* Review as to the '439 Patent in addition to further pending Petitions for *Inter Partes* Review of all four patents-in-suit.

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days, or 10 days after the PTAB's decision on whether to institute any of Defendant's IPR petitions, whichever is sooner.

Dated: January 11, 2022

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: /s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(*Pro Hac Vice*)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

| | |
|---|---|
| 1 | Dated: January 11, 2022 |
| 2 | |
| 3 | By: */s/ Nicholas Groombridge* <br> Ekwan E. Rhow (174604) |
| 4 | erhow@birdmarella.com <br> Grace W. Kang (271260 |
| 5 | gkang@birdmarella.com |
| 6 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 7 | 1875 Century Park East, 23rd Floor |
| 8 | Los Angeles, California 90067-2561 <br> Telephone:  (310) 201-2100 |
| 9 | Facsimile:  (310) 201-2110 |
| 10 | |
| 11 | Nicholas Groombridge (*pro hac vice*) <br> ngroombridge@paulweiss.com |
| 12 | Jenny C. Wu (*pro hac vice*) <br> jcwu@paulweiss.com |
| 13 | Tanya S. Manno (*pro hac vice*) <br> tmanno@paulweiss.com |
| 14 | Michael F. Milea (*pro hac vice*) <br> mmilea@paulweiss.com |
| 15 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 16 | 1285 Avenue of the Americas <br> New York, New York 10019-6064 |
| 17 | Telephone:  (212) 373-3000 <br> Facsimile:  (212) 757-3990 |
| 18 | |
| 19 | J. Steven Baughman (*pro hac vice*) |
| 20 | sbaughman@paulweiss.com <br> Megan Raymond (*pro hac vice*) |
| 21 | mraymond@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 22 | 2001 K Street, NW <br> Washington, DC 20006-1047 |
| 23 | Telephone:  (202) 223-7300 <br> Facsimile:  (202) 223-7420 |
| 24 | |
| 25 | ATTORNEYS FOR DEFENDANT <br> TWITTER, INC. |
| 26 | |
| 27 | |
| 28 | |

McKool Smith, P.C.

5

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 11, 2022          Respectfully submitted,

/s/ David Sochia
David Sochia

*Attorney for Plaintiff*