[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

As of April 6, 2022, the Patent Trial and Appeal Board (the "Board") has instituted all of Defendant Twitter, Inc.'s ("Defendant") Petitions for *Inter Partes* Review of the patents-in-suit.

Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on March 15, 2022.  Plaintiff Palo Alto Research Inc. ("Plaintiff") filed its patent owner response on June 8, 2022. The final written decision is due by approximately March 15, 2023.

Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on March 15, 2022. Plaintiff filed its patent owner response and a motion to amend the claims of the '439 Patent should the Board find any claims invalid on June 8, 2022.  The final written decision is due by approximately March 15, 2023.

Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-01459 and instituted on April 6, 2022.  The two Petitions have been consolidated as IPR2021-01458.  Plaintiff has notified the Board that it seeks to file a motion to amend the claims of the '599 Patent should the Board find any claims invalid.  The final written decision is due by approximately April 6, 2023.

Twitter separately states as follows:

At this time, there is at least one instituted *Inter Partes* Review as to all patents asserted against Twitter: there are currently three instituted *Inter Partes* Reviews as to the '599 Patent, two instituted *Inter Partes* Reviews as to the '475 Patent, three instituted *Inter Partes* Reviews as to the '439 Patent, and one instituted *Inter Partes*

Review as to U.S. Patent No. 8,606,781 (the "'781 Patent").

Facebook, Inc. ("Facebook") has filed Petitions for *Inter Partes* Review of the '475 Patent, '599 Patent,'439 Patent, and '781 Patent—i.e., all four of the patents asserted against Twitter.

The Board instituted Facebook's IPR2021-01264 (regarding the '475 Patent) on January 25, 2022, and the final written decision is due by approximately January 27, 2023.

The Board instituted Facebook's IPR2021-01294 (regarding the '599 Patent) on January 25, 2022, and the final written decision is due by approximately January 27, 2023.  Plaintiff has filed a motion to amend the claims of the '599 Patent should the Board find any claims invalid.[1]

The Board instituted Facebook's IPR2021-01467 (regarding the '781 Patent) on March 8, 2022, and the final written decision is due by approximately March 8, 2023.

The Board instituted Facebook's IPR2021-01461 (regarding the '439 Patent) on March 24, 2022, and the final written decision is due by approximately March 24, 2023. Plaintiff has filed a motion to amend the claims of the '439 Patent should the Board find any claims invalid.

Snap Inc. has also filed Petitions for *Inter Partes* Review of the '599 Patent and '439 Patent, both asserted against Twitter.  The Board instituted IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021.  Plaintiff has filed motions to amend the claims of the '599 Patent

---

[1] Facebook had also filed a second Petition for *Inter Partes* Review of the '599 Patent, docketed as IPR2021-01536, which the Board denied on a discretionary basis, without reaching the merits of the petition, because the second Petition covered the same grounds as Facebook's other Petition on the same patent that the Board had already instituted.

and '439 Patent should the Board find any claims invalid. The Board's final written decisions are due by approximately November 23, 2022.

***

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days.

Dated: June 17, 2022

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: /s/ David Sochia

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(*Pro Hac Vice*)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

| | |
|---|---|
| 1 | Dated: June 17, 2022 |
| 2 | |
| 3 | By: */s/ Nicholas Groombridge* |
| 4 | Ekwan E. Rhow (174604) <br> erhow@birdmarella.com |
| 5 | Grace W. Kang (271260 <br> gkang@birdmarella.com |
| 6 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 7 | 1875 Century Park East, 23rd Floor |
| 8 | Los Angeles, California 90067-2561 <br> Telephone:  (310) 201-2100 |
| 9 | Facsimile:  (310) 201-2110 |
| 10 | Nicholas Groombridge (*pro hac vice*) |
| 11 | ngroombridge@paulweiss.com <br> Jenny C. Wu (*pro hac vice*) |
| 12 | jcwu@paulweiss.com <br> Tanya S. Manno (*pro hac vice*) |
| 13 | tmanno@paulweiss.com |
| 14 | Michael F. Milea (*pro hac vice*) <br> mmilea@paulweiss.com |
| 15 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 16 | 1285 Avenue of the Americas <br> New York, New York 10019-6064 |
| 17 | Telephone:  (212) 373-3000 <br> Facsimile:  (212) 757-3990 |
| 18 | |
| 19 | J. Steven Baughman (*pro hac vice*) <br> sbaughman@paulweiss.com |
| 20 | Megan Raymond (*pro hac vice*) <br> mraymond@paulweiss.com |
| 21 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW |
| 22 | Washington, DC 20006-1047 <br> Telephone:  (202) 223-7300 |
| 23 | Facsimile:  (202) 223-7420 |
| 24 | ATTORNEYS FOR DEFENDANT |
| 25 | TWITTER, INC. |
| 26 | |
| 27 | |
| 28 | |

McKool Smith, P.C.

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 17, 2022                              Respectfully submitted,

                                                  /s/ David Sochia
                                                  David Sochia

                                                  *Attorney for Plaintiff*

7
JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)