[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 2:20-cv-10754 AB (MRWx) <br><br> **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

As of April 6, 2022, the Patent Trial and Appeal Board (the "Board") has instituted all of Defendant Twitter, Inc.'s ("Defendant") Petitions for *Inter Partes* Review of the patents-in-suit.

Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on March 15, 2022.  Plaintiff Palo Alto Research Inc. ("Plaintiff") filed its patent owner response on June 8, 2022.  Defendant filed its reply on September 2, 2022. Plaintiff filed its sur reply on October 13, 2022.  Oral argument is currently scheduled for December 14, 2022, and the final written decision is due by approximately March 15, 2023.

Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on March 15, 2022. Plaintiff filed its patent owner response and a motion to amend the claims of the '439 Patent should the Board find any claims invalid on June 8, 2022. Defendant filed its reply and opposition to the motion to amend on August 31, 2022. Plaintiff filed its sur reply and reply in support of its motion to amend on October 11, 2022.  Defendant's sur reply to its opposition to Plaintiff's motion to amend is due to be filed on November 21, 2022.  Oral argument is currently scheduled for December 14, 2022, and the final written decision is due by approximately March 15, 2023.

Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-01459 and instituted on April 6, 2022.  The two Petitions have been consolidated as IPR2021-01458.  Plaintiff filed its patent owner response and a motion to amend the claims of the '599 Patent should the Board find any claims invalid on June 29, 2022.

Defendant's reply and its opposition to the motion to amend were submitted on September 21, 2022. Plaintiff's sur reply and reply in support of its motion to amend are due to be filed on November 2, 2022. Defendant's sur reply to its opposition to Plaintiff's motion to amend is due to be filed on December 14, 2022. Oral argument is currently scheduled for January 11, 2023, and the final written decision is due by approximately April 6, 2023.

Twitter separately states as follows:

At this time, there is at least one instituted *Inter Partes* Review as to all patents asserted against Twitter: there are currently three instituted *Inter Partes* Reviews as to the '599 Patent, two instituted *Inter Partes* Reviews as to the '475 Patent, three instituted *Inter Partes* Reviews as to the '439 Patent, and one instituted *Inter Partes* Review as to U.S. Patent No. 8,606,781 (the "'781 Patent").

Facebook, Inc. ("Facebook") has filed Petitions for *Inter Partes* Review of the '475 Patent, '599 Patent,'439 Patent, and '781 Patent—i.e., all four of the patents asserted against Twitter.

The Board instituted Facebook's IPR2021-01264 (regarding the '475 Patent) on January 25, 2022, and the final written decision is due by approximately January 25, 2023.

The Board instituted Facebook's IPR2021-01294 (regarding the '599 Patent) on January 25, 2022, and the final written decision is due by approximately January 25, 2023. Plaintiff has filed a motion to amend the claims of the '599 Patent should the Board find any claims invalid.[1]

---

[1] Facebook had also filed a second Petition for *Inter Partes* Review of the '599 Patent, docketed as IPR2021-01536, which the Board denied on a discretionary basis, without reaching the merits of the petition, because the second Petition covered the same grounds as Facebook's other Petition on the same patent that the Board had already

1   The Board instituted Facebook's IPR2021-01467 (regarding the '781 Patent) on
2 March 8, 2022, and the final written decision is due by approximately March 8, 2023.
3   The Board instituted Facebook's IPR2021-01461 (regarding the '439 Patent) on
4 March 24, 2022, and the final written decision is due by approximately March 24, 2023.
5 Plaintiff has filed a motion to amend the claims of the '439 Patent should the Board find
6 any claims invalid.
7   Snap Inc. has also filed Petitions for *Inter Partes* Review of the '599 Patent and
8 '439 Patent, both asserted against Twitter. The Board instituted IPR2021-00987
9 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on
10 November 23, 2021. Plaintiff has filed motions to amend the claims of the '599 Patent
11 and '439 Patent should the Board find any claims invalid. Oral argument in both IPRs
12 was held on August 24, 2022, and the Board's final written decisions are due by
13 approximately November 23, 2022.

***

15   As Ordered by the Court, the Parties will continue to file a joint status report
16 every thirty days.

---

instituted.

Dated: October 17, 2022

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: */s/ David Sochia*
Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (TX SBN 24074748)
(*Pro Hac Vice*)
amoore@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

McKool Smith, P.C.

1 Dated: October 17, 2022

3 By: */s/ Nicholas Groombridge*
Ekwan E. Rhow (174604)
erhow@birdmarella.com
Grace W. Kang (271260
gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas Groombridge (*pro hac vice*)
ngroombridge@paulweiss.com
Jenny C. Wu (*pro hac vice*)
jcwu@paulweiss.com
Tanya S. Manno (*pro hac vice*)
tmanno@paulweiss.com
Michael F. Milea (*pro hac vice*)
mmilea@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

J. Steven Baughman (*pro hac vice*)
sbaughman@paulweiss.com
Megan Raymond (*pro hac vice*)
mraymond@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

ATTORNEYS FOR DEFENDANT
TWITTER, INC.

6
JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 17, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ David Sochia
　　　　　　　　　　　　　　　　　　David Sochia

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

McKool Smith, P.C.