1    [counsel listed on signature page]

2

3

4

5

6

7

8

9              **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
10                  **WESTERN DIVISION**

11

12   PALO ALTO RESEARCH CENTER INC.,      Case No. 2:20-cv-10754 AB (MRWx)

13                      Plaintiff,

14        v.                              **JOINT STATUS REPORT**
                                          **REGARDING *INTER PARTES***
15   TWITTER, INC.,                       **REVIEW PETITIONS**

16                      Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

McKOOL SMITH, P.C.

McKool Smith, P.C.

1    Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review

2    (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case

3    Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

4    As of April 6, 2022, the Patent Trial and Appeal Board (the "Board") has

5    instituted all of Defendant Twitter, Inc.'s ("Defendant") Petitions for *Inter Partes*

6    Review of the patents-in-suit.

7    Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its

8    Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on

9    March 15, 2022.  Oral argument was held on December 14, 2022, and the final written

10   decision is due by approximately **March 15, 2023**.

11   Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its

12   Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on

13   March 15, 2022.  Oral argument was held on December 14, 2022, and the final written

14   decision is due by approximately **September 15, 2023**, after a November 14, 2022 order

15   of the Board extending by up to six months the one-year period to account for other

16   pending proceedings related to the '439 Patent (IPR2021-01461, brought by Facebook,

17   Inc. ("Facebook"), and IPR2021-00986, brought by Snap Inc. ("Snap")).

18   Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two

19   Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-

20   01459 and instituted on April 6, 2022.  The two Petitions have been consolidated as

21   IPR2021-01458.  Oral argument was held on January 11, 2023, and the final written

22   decision is due by approximately **April 6, 2023**.

23   Twitter separately states as follows:

24   At this time, there is at least one instituted *Inter Partes* Review as to all patents

25   asserted against Twitter: there are currently three instituted *Inter Partes* Reviews as to

26   the '599 Patent, two instituted *Inter Partes* Reviews as to the '475 Patent, three

27   instituted *Inter Partes* Reviews as to the '439 Patent, and one instituted *Inter Partes*

28

2

1  Review as to U.S. Patent No. 8,606,781 (the "'781 Patent").

2  Facebook has filed Petitions for *Inter Partes* Review of the '475 Patent, '599

3  Patent, '439 Patent, and '781 Patent—i.e., all four of the patents asserted against

4  Twitter.

5  The Board instituted Facebook's IPR2021-01264 (regarding the '475 Patent) on

6  January 25, 2022, and the final written decision is due by approximately **January 25,**

7  **2023**.

8  The Board instituted Facebook's IPR2021-01294 (regarding the '599 Patent) on

9  January 25, 2022, and the final written decision is due by approximately **July 25, 2023**,

10  after a November 14, 2022 order of the Board extending by up to six months the one-

11  year period to account for other pending proceedings related to the '599 Patent

12  (Twitter's IPR2021-01458 and Snap's IPR2021-00987).  Plaintiff has filed a motion to

13  amend the claims of the '599 Patent should the Board find any claims invalid.[1]

14  The Board instituted Facebook's IPR2021-01467 (regarding the '781 Patent) on

15  March 8, 2022, and the final written decision is due by approximately **March 8, 2023**.

16  The Board instituted Facebook's IPR2021-01461 (regarding the '439 Patent) on

17  March 24, 2022, and the final written decision is due by approximately **March 24, 2023**.

18  Plaintiff has filed a motion to amend the claims of the '439 Patent should the Board find

19  any claims invalid.

20  Snap has also filed Petitions for *Inter Partes* Review of the '599 Patent and '439

21  Patent, both asserted against Twitter.  The Board instituted IPR2021-00987 (regarding

22

23

24  [1] Facebook had also filed a second Petition for *Inter Partes* Review of the '599 Patent,
docketed as IPR2021-01536, which the Board denied on a discretionary basis, without

25  reaching the merits of the petition, because the second Petition covered the same

26  grounds as Facebook's other Petition on the same patent that the Board had already

27  instituted.

28

McKool Smith, P.C.

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

1  the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23,

2  2021.  Plaintiff has filed motions to amend the claims of the '599 Patent and '439 Patent

3  should the Board find any claims invalid.  Oral argument in both IPRs was held on

4  August 24, 2022. The Board's final written decision in both IPRs is due by

5  approximately **May 24, 2023**, after a November 14, 2022 order of the Board extending

6  by up to six months the one-year period to account for other pending proceedings related

7  to the '599 Patent (Twitter's IPR2021-01458 and Facebook's IPR2021-01294) and to

8  account for other pending proceedings related to the '439 Patent (Twitter's IPR2021-

9  01430 and Facebook's IPR2021-01461).

10  *** 

11  As Ordered by the Court, the Parties will continue to file a joint status report

12  every thirty days.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKOOL SMITH, P.C.

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

McKOOL SMITH, P.C.

1    Dated: January 17, 2023

2

3    Respectfully Submitted,

4    MCKOOL SMITH, P.C.

5    By: */s/ David Sochia*

6    Alan P. Block (SBN 143783)
     ablock@mckoolsmith.com

7    MCKOOL SMITH HENNIGAN, P.C.
     300 South Grand Avenue, Suite 2900

8    Los Angeles, California 90071
     Telephone: (213) 694-1200

9    Facsimile: (213) 694-1234

10
     David Sochia (TX SBN 00797470)

11   (*Pro Hac Vice*)
     dsochia@McKoolSmith.com

12   Ashley N. Moore (TX SBN 24074748)
     (*Pro Hac Vice*)

13   amoore@McKoolSmith.com

14   Alexandra F. Easley (TX SBN 24099022)
     (*Pro Hac Vice*)

15   aeasley@McKoolSmith.com
     MCKOOL SMITH, P.C.

16   300 Crescent Court, Suite 1500
     Dallas, Texas 75201

17   Telephone: (214) 978-4000
     Facsimile: (214) 978-4044

18

19   James E. Quigley (TX SBN 24075810)
     (*Pro Hac Vice*)

20   jquigley@McKoolSmith.com
     MCKOOL SMITH, P.C.

21   303 Colorado, Suite 2100
     Austin, Texas 78701

22   Telephone: (512) 692-8700
     Facsimile: (512) 692-8744

23

24   ATTORNEYS FOR PLAINTIFF PALO

25   ALTO RESEARCH CENTER INC.

26

27

28

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

McKool Smith, P.C.

1  Dated: January 17, 2023

2

3  By: */s/ Nicholas Groombridge*

4  Ekwan E. Rhow (174604)
   erhow@birdmarella.com

5  Grace W. Kang (271260)
   gkang@birdmarella.com

6  BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG &
   RHOW, P.C.

7  1875 Century Park East, 23rd Floor

8  Los Angeles, California 90067-2561
   Telephone:  (310) 201-2100

9  Facsimile:  (310) 201-2110

10  Nicholas Groombridge (*pro hac vice*)
    nick.groombridge@groombridgewu.com

11  Jenny C. Wu (*pro hac vice*)
    jenny.wu@groombridgewu.com

12  Michael F. Milea (*pro hac vice*)

13  mike.milea@groombridgewu.com
    GROOMBRIDGE, WU, BAUGHMAN & STONE LLP

14  260 East Mountain Road South

15  Cold Spring, New York 10516
    Telephone:  (332) 269-0030

16

17  ATTORNEYS FOR DEFENDANT
    TWITTER, INC.

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)

1

## <u>ATTESTATION OF AUTHORIZATION</u>

2      Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document

3  hereby attests that all other signatories listed, and on whose behalf the filing is

4  submitted, concur in the filing's content and have authorized this filing.

5

6  Dated: January 17, 2023             Respectfully submitted,

7

8                                      */s/ David Sochia*
                                       David Sochia
9

10                                     *Attorney for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKool Smith, P.C.

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW
CASE NO. 2:20-CV-10754 AB(MRWx)