[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br>Plaintiff,<br>v.<br>TWITTER, INC.,<br>Defendant. | Case No. 2:20-cv-10754 AB (MRWx)<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

As of April 6, 2022, the Patent Trial and Appeal Board (the "Board") has instituted all of Defendant Twitter, Inc.'s ("Defendant") Petitions for *Inter Partes* Review of the patents-in-suit.

Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on March 15, 2022. Oral argument was held on December 14, 2022, and the Patent Trial and Appeal Board issued a **Final Written Decision determining all challenged claims of the '475 Patent unpatentable** on **March 13, 2023**. A request for rehearing is due by **April 12, 2023**, and a notice of appeal, if no request for rehearing is filed, is due by **May 15, 2023**.

Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on March 15, 2022. Oral argument was held on December 14, 2022, and the final written decision is due by approximately **September 15, 2023**, after a November 14, 2022 order of the Board extending by up to six months the one-year period to account for other pending proceedings related to the '439 Patent (IPR2021-01461, brought by Facebook, Inc. ("Facebook"), and IPR2021-00986, brought by Snap Inc. ("Snap")).

Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-01459 and instituted on April 6, 2022. The two Petitions have been consolidated as IPR2021-01458. Oral argument was held on January 11, 2023, and the final written decision is due by approximately **April 6, 2023**.

Twitter separately states as follows:

At this time, there is at least one instituted *Inter Partes* Review as to all patents

MCKOOL SMITH, P.C.

asserted against Twitter: there are currently three instituted *Inter Partes* Reviews as to the ’599 Patent, two instituted *Inter Partes* Reviews as to the ’475 Patent, three instituted *Inter Partes* Reviews as to the ’439 Patent, and one instituted *Inter Partes* Review as to U.S. Patent No. 8,606,781 (the “’781 Patent”).

Facebook has filed Petitions for *Inter Partes* Review of the ’475 Patent, ’599 Patent, ’439 Patent, and ’781 Patent—i.e., all four of the patents asserted against Twitter.

On **January 23, 2023**, the Board issued a **Final Written Decision finding all challenged claims of the ’475 Patent unpatentable** in Facebook’s IPR2021-01264. A request for rehearing was not filed and a notice of appeal is due by **March 27, 2023**.

The Board instituted Facebook’s IPR2021-01294 (regarding the ’599 Patent) on January 25, 2022, and the final written decision is due by approximately **July 25, 2023**, after a November 14, 2022 order of the Board extending by up to six months the one-year period to account for other pending proceedings related to the ’599 Patent (Twitter’s IPR2021-01458 and Snap’s IPR2021-00987). Plaintiff has filed a motion to amend the claims of the ’599 Patent should the Board find any claims invalid.[1]

The Board instituted Facebook’s IPR2021-01467 (regarding the ’781 Patent) on March 8, 2022, and the Patent Trial and Appeal Board issued a **Final Written Decision determining all challenged claims of the ’781 Patent unpatentable** on **March 2, 2023**. A request for rehearing is due by **April 3, 2023**, and a notice of appeal, if no request for rehearing is filed, is due by **May 4, 2023**.

---

[1] Facebook also filed a second Petition for *Inter Partes* Review of the ’599 Patent, docketed as IPR2021-01536, which the Board denied on a discretionary basis, without reaching the merits of the petition, because the second Petition covered the same grounds as Facebook’s other Petition on the same patent that the Board had already instituted.

The Board instituted Facebook's IPR2021-01461 (regarding the '439 Patent) on March 24, 2022, and the final written decision is due by approximately **March 24, 2023**. Plaintiff has filed a motion to amend the claims of the '439 Patent should the Board find any claims invalid.

Snap has also filed Petitions for *Inter Partes* Review of the '599 Patent and '439 Patent, both asserted against Twitter. The Board instituted IPR2021-00987 (regarding the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. Plaintiff has filed motions to amend the claims of the '599 Patent and '439 Patent should the Board find any claims invalid. Oral argument in both IPRs was held on August 24, 2022. The Board's final written decision in both IPRs is due by approximately **May 24, 2023**, after a November 14, 2022 order of the Board extending by up to six months the one-year period to account for other pending proceedings related to the '599 Patent (Twitter's IPR2021-01458 and Facebook's IPR2021-01294) and to account for other pending proceedings related to the '439 Patent (Twitter's IPR2021-01430 and Facebook's IPR2021-01461).

***

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days.

McKool Smith, P.C.

Dated: March 20, 2023

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: */s/ David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated: March 20, 2023

By: /s/ *Nicholas Groombridge*

Ekwan E. Rhow (174604)
erhow@birdmarella.com
Grace W. Kang (271260)
gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Nicholas Groombridge (*pro hac vice*)
nick.groombridge@groombridgewu.com
Jenny C. Wu (*pro hac vice*)
jenny.wu@groombridgewu.com
Michael F. Milea (*pro hac vice*)
mike.milea@groombridgewu.com
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
565 Fifth Avenue
Suite 2900
New York, New York 10017
Telephone: (332) 269-0030

J. Steven Baughman (*pro hac vice*)
steve.baughman@groombridgewu.com
Megan F. Raymond (*pro hac vice*)
megan.raymond@groombridgewu.com
GROOMBRIDGE, WU, BAUGHMAN & STONE LLP
801 17th Street, NW
Suite 1050
Washington, DC 20006
Telephone: (202) 505-5830

ATTORNEYS FOR DEFENDANT
TWITTER, INC.

**ATTESTATION OF AUTHORIZATION**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: March 20, 2023

Respectfully submitted,

*/s/ David Sochia*
David Sochia

*Attorney for Plaintiff*

McKool Smith, P.C.