NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
Ekwan E. Rhow (SBN 174604) erhow@birdmarella.com
Grace W. Kang (SBN 271260) gkang@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel: (310) 201-2100 Fax: (310) 201-2110

ATTORNEY(S) FOR: X Corp., successor in interest to Twitter, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Palo Alto Research Center LLC

Plaintiff(s),

v.

Twitter, Inc.

Defendant(s)

CASE NUMBER:

2:20-cv-10754-AB (MRWx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   X Corp., successor in interest to Twitter, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| X Corp., successor in interest to Twitter, Inc. | Defendant |
| | Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for X Corp., as successor in interest to named Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists.  X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp. |

4/14/2023
Date

/s/ Grace W. Kang
Signature

Attorney of record for (or name of party appearing in pro per):

X Corp., successor in interest to Twitter, Inc.

CV-30 (05/13)                                           NOTICE OF INTERESTED PARTIES