[counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., | Case No. 2:20-cv-10754 AB (MRWx) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW PETITIONS** |
| TWITTER, INC., | |
| Defendant. | |

Pursuant to the Parties' Joint Stipulation Re: Stay Pending *Inter Partes* Review (Dkt. 60) and the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the Parties hereby submit this joint status report:

As of April 6, 2022, the Patent Trial and Appeal Board (the "Board") has issued final written decisions finding all challenged claims unpatentable as it relates to each of Defendant Twitter, Inc.'s ("Defendant") Petitions for *Inter Partes* Review of the patents-in-suit.

Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on March 15, 2022. The Board issued a **Final Written Decision determining all challenged claims of the '475 Patent unpatentable** on **March 13, 2023**. A notice of appeal was filed on **May 3, 2023**.

Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on March 15, 2022. **A Final Written Decision determining all challenged claims of the '439 Patent unpatentable was issued on March 22, 2023**. A notice of appeal is due by **May 24, 2023**.

Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-01459 and instituted on April 6, 2022. The two Petitions were consolidated as IPR2021-01458. **A Final Written Decision determining all challenged claims of the '599 Patent unpatentable was issued on March 24, 2023**. A notice of appeal is due by **May 26, 2023**.

Twitter separately states as follows:

At this time, there is at least one final written decision finding unpatentable all asserted claims of each patent asserted against Twitter: there are currently three final written decisions as to the '599 Patent, two final written decisions as to the '475 Patent,

three final written decisions as to the '439 Patent, and one final written decision as to U.S. Patent No. 8,606,781 (the "'781 Patent").

Facebook filed Petitions for *Inter Partes* Review of the '475 Patent, '599 Patent, '439 Patent, and '781 Patent—i.e., all four of the patents asserted against Twitter.

On **January 23, 2023**, the Board issued a **Final Written Decision finding all challenged claims of the '475 Patent unpatentable** in Facebook's IPR2021-01264. A request for rehearing was not filed and a notice of appeal was filed on **March 24, 2023**.

The Board instituted Facebook's IPR2021-01294 (regarding the '599 Patent) on January 25, 2022, and **a Final Written Decision determining all challenged claims of the '599 Patent unpatentable was issued on March 24, 2023**.[1]  A notice of appeal is due by **May 26, 2023**.

The Board instituted Facebook's IPR2021-01467 (regarding the '781 Patent) on March 8, 2022, and the Patent Trial and Appeal Board issued a **Final Written Decision determining all challenged claims of the '781 Patent unpatentable** on **March 2, 2023**. No notice of appeal was filed.

The Board instituted Facebook's IPR2021-01461 (regarding the '439 Patent) on March 24, 2022, and a **Final Written Decision determining all challenged claims of the '439 Patent unpatentable was issued on March 22, 2023**.  A notice of appeal is due by **May 24, 2023**.

Snap also filed Petitions for *Inter Partes* Review of the '599 Patent and '439 Patent, both asserted against Twitter.  The Board instituted IPR2021-00987 (regarding

---

[1] Facebook also filed a second Petition for *Inter Partes* Review of the '599 Patent, docketed as IPR2021-01536, which the Board denied on a discretionary basis, without reaching the merits of the petition, because the second Petition covered the same grounds as Facebook's other Petition on the same patent that the Board had already instituted.

the '599 Patent) and IPR2021-00986 (regarding the '439 Patent) on November 23, 2021. A **Final Written Decision determining all challenged claims of the '439 Patent unpatentable was issued on March 22, 2023**. A notice of appeal is due by **May 24, 2023**. A **Final Written Decision determining all challenged claims of the '599 Patent unpatentable was issued on March 24, 2023**. A notice of appeal is due by **May 26, 2023**.

***

As Ordered by the Court, the Parties will continue to file a joint status report every thirty days.

Dated: May 19, 2023

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: /s/ David Sochia
Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

Dated: May 19, 2023

*/s/ Taylor Gooch*

Sonal N. Mehta – State Bar No. 222086
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California, 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Taylor Gooch – State Bar No. 294282
Taylor.Gooch@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

ATTORNEYS FOR DEFENDANT
X Corp.

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 19, 2023                                     Respectfully submitted,

                                                     */s/ David Sochia*
                                                   David Sochia

                                                   *Attorney for Plaintiff*