| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Sonal N. Mehta –(SBN 222086)<br>Sonal.Mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, California, 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Taylor Gooch (SBN 294282)<br>Taylor.Gooch@wilmerhale.com<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1000<br>Facsimile: (628) 235-1001<br><br>Attorneys for Defendant<br>TWITTER, INC. | MCKOOL SMITH, P.C.<br>Alan P. Block (143783)<br>ablock@mckoolsmith.com<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br><br>Attorneys for Plaintiff<br>PALO ALTO RESEARCH CENTER INC.<br><br>Attorneys for Patent Owner<br>XEROX CORPORATION |

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC.,<br><br>    Plaintiff.<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 2:20-cv-10754 AB(MRWx)<br><br>**JOINT STIPULATION TO SUBSTITUTE PARTIES AND AMEND CASE CAPTION** |

Pursuant to Local Rule 7-1, Plaintiff Palo Alto Research Center Inc., and Defendant Twitter, Inc. ("Twitter") respectfully submit the following joint stipulation, subject to the Court's approval, to substitute parties and amend the case caption. A proposed order is submitted herewith.

Palo Alto Research Center Inc. represents that:

1. Palo Alto Research Center Inc. has changed its corporate form to a limited liability company—Palo Alto Research Center LLC ("PARC").
2. PARC transferred certain patent assets, including each of the patents involved in this litigation ("Asserted Patents"), to its now-former parent company, Xerox Corporation ("Xerox").
3. Xerox now owns the patents involved in this litigation.
4. PARC implemented a litigation hold in 2020.
5. A litigation hold of commensurate scope remains in effect at PARC and will continue until such time as the final conclusion of this litigation and all related appeals.
6. PARC, to the extent Xerox does not possess requested documents or otherwise refuses to produce requested documents, agrees to limit its objections to any document subpoenas that are served in connection with this case to those objections a party could make, and will not use its changed status as a non-party to object to, limit, or otherwise resist discovery, although it may make other appropriate objections.
7. PARC agrees that it may be served in connection with matters related to this suit through its outside counsel, which is presently McKool Smith P.C. PARC further agrees that it will promptly notify X. Corp.'s outside counsel for this matter of any changes to its outside counsel for this matter and immediately provide an alternative agent of service who, by virtue of this stipulation, will be authorized to accept discovery requests for PARC.

Xerox represents that:

1. Xerox now owns the patents involved in this litigation.
2. Xerox will continue to be represented in this case by McKool Smith P.C.
3. Following PARC's transfer of said patent assets to Xerox, Xerox donated PARC to another entity, which places PARC beyond Xerox's possession, custody, or control.

Twitter represents that it merged into X Corp. and no longer exists.

In view of the foregoing, the parties have conferred, agree, and respectfully submit, subject to the Court's approval, that:

1. Xerox Corporation be substituted for Palo Alto Research Center Inc. in this case;
2. X Corp. replaces Twitter as the Defendant's official name in this case;
3. PARC, to the extent Xerox does not possess requested documents or otherwise refuses to produce requested documents, agrees to limit its objections to any document subpoenas that are served in connection with this case to those objections a party could make, and will not use its changed status as a non-party to object to, limit, or otherwise resist discovery, although it may make other appropriate objections;
4. PARC shall accept service of said subpoenas through its outside counsel for this matter, which is presently McKool Smith P.C. PARC shall promptly notify X Corp. through its outside counsel if it changes its outside counsel for this matter and immediately provide an alternative agent of service who, by virtue of this stipulation, will be authorized to accept discovery requests for PARC; and
5. The caption of this case be amended to reflect changes (1) and (2) as follows:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XEROX CORPORATION., <br>     Plaintiff. <br>     v. <br> X CORP., F/K/A TWITTER, INC., <br>     Defendant. | Case No. 2:20-cv-10754 AB (MRWx) |

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: May 19, 2023 | Dated: May 19, 2023 |
| 3 | MCKOOL SMITH, P.C. | WILMERHALE LLP |
| 4 | By: /s/ David Sochia | By: /s/ Taylor Gooch |

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(Pro Hac Vice)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(Pro Hac Vice)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(Pro Hac Vice)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin,, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF PALO ALTO RESEARCH CENTER INC.

ATTORNEYS FOR PATENT OWNER XEROX CORPORATION

Sonal N. Mehta (SBN 222086)
Sonal.Mehta@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California, 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Taylor Gooch (SBN 294282)
Taylor.Gooch@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001

ATTORNEYS FOR DEFENDANT X CORP. F/K/A TWITTER, INC.

# ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 19, 2023　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ David Sochia*
　　　　　　　　　　　　　　　　　　David Sochia

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

McKool Smith, P.C.