# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Xerox Corp.,

Plaintiff(s)

v.

X Corp., F/K/A Twitter, Inc.

Defendant(s)

CASE NUMBER:

2:20-cv-10754-AB (MRWx)

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

X Corp., F/K/A Twitter, Inc.   ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute  Sonal N. Mehta  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

2600 El Camino Real, Suite 400
*Street Address*

Palo Alto, CA 94306                         sonal.mehta@wilmerhale.com
*City, State, Zip*                          *E-Mail Address*

(650) 858-6000            (650) 858-6100            SBN 222086
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of  Ekwan E. Rhow, Grace W. Kang
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                      U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY