# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO RESEARCH CENTER INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TWITTER, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–10754–AB–MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___5/24/2023___

Document No.:  ___106___

Title of Document:  ___Request for Approval of Substitution or Withdrawal of Counsel___

**ERROR(S) WITH DOCUMENT:**

The form is not signed by a representative of the defendant.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _May 25, 2023_       By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS