**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Xerox Corporation<br><br>Plaintiff(s)<br>v.<br><br>X Corp., F/K/A Twitter, Inc.<br><br>Defendant(s) | CASE NUMBER<br><br>2:20-cv-10754-AB (MRWx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

X Corp., F/K/A Twitter, Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Sonal N. Mehta who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

2600 El Camino Real, Suite 400
*Street Address*

Palo Alto, CA 94306            sonal.mehta@wilmerhale.com
*City, State, Zip*              *E-Mail Address*

(650) 858-6000        (650) 858-6100        SBN 222086
*Telephone Number*      *Fax Number*         *State Bar Number*

as attorney of record instead of Nicholas Groombridge, J. Steven Baughman, Megan Raymond, Jenny Wu,
*List **all** attorneys from same firm or agency who are withdrawing.*

Michael Milea

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 26, 2023

U. S. District Judge/U.S. Magistrate Judge