# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xerox Corp.,<br><br>Plaintiff(s)<br><br>v.<br><br>X Corp., F/K/A Twitter, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-10754-AB (MRWx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__X Corp., F/K/A Twitter, Inc.__   ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute __Sonal N. Mehta__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__2600 El Camino Real, Suite 400__
*Street Address*

__Palo Alto, CA 94306__                      __sonal.mehta@wilmerhale.com__
*City, State, Zip*                                *E-Mail Address*

__(650) 858-6000__          __(650) 858-6100__          __SBN 222086__
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of __Ekwan E. Rhow, Grace W. Kang__
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated __May 26, 2023__

*U. S. District Judge/U.S. Magistrate Judge*