[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| XEROX CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>X CORP.,<br><br>                Defendant. | Case No. 2:20-cv-10754 AB (MRWx)<br><br>**JOINT STATUS REPORT REGARDING STAY PENDING *INTER PARTES* REVIEW PETITIONS** |

McKool Smith, P.C.

Pursuant to the Court's April 25, 2023 Order Re: Stay (Dkt. 101), the Parties hereby submit this joint status report:

The Patent Trial and Appeal Board (the "Board") has issued final written decisions finding all challenged claims unpatentable as it relates to each of Defendant X Corp.'s ("Defendant") three Petitions for *Inter Partes* Review of the patents-in-suit. As of May 24, 2023, Patent Owner has filed Notices of Appeal regarding all three of Defendant's Petitions for *Inter Partes* Review with the Federal Circuit.

Regarding U.S. Patent No. 7,043,475 (the "'475 Patent"), Defendant filed its Petition on August 14, 2021, which was docketed as IPR2021-01398 and instituted on March 15, 2022. The Board issued a **Final Written Decision determining all challenged claims of the '475 Patent unpatentable** on **March 13, 2023**. Patent Owner filed a notice of appeal on **May 3, 2023**.

Regarding U.S. Patent No. 9,208,439 (the "'439 Patent"), Defendant filed its Petition on August 25, 2021, which was docketed as IPR2021-01430 and instituted on March 15, 2022. **A Final Written Decision determining all challenged claims of the '439 Patent unpatentable was issued on March 22, 2023**. Patent Owner filed a notice of appeal on **May 23, 2023**.

Regarding U.S. Patent No. 8,489,599 (the "'599 Patent"), Defendant filed two Petitions on August 31, 2021, which were docketed as IPR2021-01458 and IPR2021-01459 and instituted on April 6, 2022. The two Petitions were consolidated as IPR2021-01458. **A Final Written Decision determining all challenged claims of the '599 Patent unpatentable was issued on March 24, 2023**. Patent Owner filed a notice of appeal on **May 24, 2023**.

The Parties have conferred, and jointly request that the Court continue the stay outlined in the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61) for at least 30 days after the last mandate issues among the appeals (1) *X Corp. f/k/a Twitter, Inc. v. Palo Alto Research Center LLC f/k/a Palo*

McKool Smith, P.C.

*Alto Research Center, Inc.*, Case No. 23-1913 (Fed. Cir.); (2) *Twitter, Inc. v. Palo Alto Research Center LLC f/k/a Palo Alto Research Center Inc.*, IPR2021-01430, notice of appeal filed May 23, 2023, in the United States Court of Appeals for the Federal Circuit, and awaiting docketing by the Federal Circuit Court of Appeals; and (3) *X Corp. f/k/a Twitter, Inc. v. Palo Alto Research Center LLC f/k/a Palo Alto Research Center Inc.*, IPR2021-01458, notice of appeal filed May 24, 2023, in the United States Court of Appeals for the Federal Circuit, and awaiting docketing by the Federal Circuit Court of Appeals.

Furthermore, as noted in the Court's July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), the parties, either jointly or individually, may move the Court to re-open all or part of this case based on such circumstances as they may deem appropriate. However, the Court is not required to grant a motion to re-open based on such a motion, and a non-moving party may oppose such a motion and assert that good cause to lift the stay has not been shown.

The Parties additionally request that the Court issue an order amending its July 15, 2021 Order Re: Joint Stipulation Re Stay Case Pending *Inter Partes* Review (Dkt. 61), such that the Parties submit a joint status report every 180 days, or within 30 days of a Federal Circuit mandate as to any appeal, whichever is sooner.

\*\*\*

In absence of such an Order from the Court, the Parties will continue to file a joint status report every thirty days.

Dated: June 1, 2023

Respectfully Submitted,

MCKOOL SMITH, P.C.

By: */s/ David Sochia*

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

David Sochia (TX SBN 00797470)
(*Pro Hac Vice*)
dsochia@McKoolSmith.com
Alexandra F. Easley (TX SBN 24099022)
(*Pro Hac Vice*)
aeasley@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James E. Quigley (TX SBN 24075810)
(*Pro Hac Vice*)
jquigley@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR PLAINTIFF
XEROX CORPORATION

| | |
|---|---|
| 1 | Dated: June 1, 2023 |
| 2 | */s/ Taylor Gooch* |
| 3 | |
| 4 | Sonal N. Mehta – State Bar No. 222086<br>Sonal.Mehta@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 6 | 2600 El Camino Real, Suite 400<br>Palo Alto, California, 94306 |
| 7 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 8 | |
| 9 | Taylor Gooch – State Bar No. 294282<br>Taylor.Gooch@wilmerhale.com |
| 10 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 | One Front Street, Suite 3500<br>San Francisco, CA 94111 |
| 12 | Telephone: (628) 235-1000 |
| 13 | Facsimile: (628) 235-1001 |
| 14 | ATTORNEYS FOR DEFENDANT |
| 15 | X CORP. |

McKool Smith, P.C.

## ATTESTATION OF AUTHORIZATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 1, 2023

Respectfully submitted,

*/s/ David Sochia*
David Sochia

*Attorney for Plaintiff*